IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILEAD SCIENCES, INC. | No. C 3:13-04057-SI |
| Plaintiff, | **NOTICE OF RECUSAL** |
| v. | |
| MERCK & CO., INC. et al | |
| Defendants. | |

I hereby recuse myself in the above entitled matter and request that the case be reassigned pursuant to Section F. of the Assignment Plan of this Court.

**IT IS SO ORDERED.**

Dated: September 3, 2013

SUSAN ILLSTON
United States District Judge