STEPHEN S. RABINOWITZ
srabinowitz@friedfrank.com
JAMES W. DABNEY (*Pro Hac Vice*)
james.dabney@friedfrank.com
RANDY C. EISENSMITH (*Pro Hac Vice*)
randy.eisensmith@friedfrank.com
NAZ E. WEHRLI (*Pro Hac Vice*)
naz.wehrli@friedfrank.com
FRIED, FRANK, HARRIS, SHRIVER
    & JACOBSON LLP
ONE NEW YORK PLAZA
NEW YORK, NEW YORK 10004
Telephone:    212-859-8000
FACSIMILE: 212-859-4000

DURIE TANGRI LLP
JOSHUA H. LERNER (SBN 220755)
jlerner@durietangri.com
LAURA E. MILLER (SBN 271713)
lmiller@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone:    (415) 362-6666
Facsimile:    (415)236-6300

Attorneys for Defendant
MERCK & CO., INC. and Defendants and
Counterclaimants MERCK SHARP &
DOHME CORP. and ISIS
PHARMACEUTICALS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GILEAD SCIENCES, INC.,<br><br>        Plaintiff and Counterdefendant,<br><br>v.<br><br>MERCK & CO., INC. (Defendant only), MERCK SHARP & DOHME CORP., and ISIS PHARMACEUTICALS, INC.,<br><br>        Defendants and Counterclaimants . | Case No. 3:13-cv-04057-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR DEFENDANTS' DISCLOSURE OF ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS AND DOCUMENT PRODUCTION ACCOMPANYING DISCLOSURE**<br><br>Ctrm: 11, 19th Floor<br>Judge: Honorable Jeffrey S. White |

WHEREAS, Defendant Merck & Co., Inc. and Defendants and Counterclaimants Merck Sharp & Dohme Corp. and Isis Pharmaceuticals, Inc.'s (collectively "Defendants") Disclosure of Asserted Claims and Infringement Contentions (the "Disclosures") and accompanying document production required by the Patent Local Rules 3-1 and 3-2 are currently due to be served February 25, 2014;

WHEREAS, Defendants' counsel have requested an extension of time to serve the Disclosures and accompanying document production due to a personal family emergency;

WHEREAS, Gilead has agreed to stipulate to the additional time;

WHEREAS, the requested time modification will not alter the date of any other event or deadline already fixed by Court order;

NOW, THEREFORE, pursuant to Civil Local Rule 6-2, Plaintiff Gilead Sciences, Inc. and Defendants hereby stipulate that Defendants shall have ten (10) additional days with which to serve the Disclosures and accompanying document production. Accordingly, Defendants shall serve these on or before March 7, 2014.

Dated: February 19, 2014

STEPHEN S. RABINOWITZ
JAMES W. DABNEY
RANDY C. EISENSMITH
NAZ E. WEHRLI
FRIED, FRANK, HARRIS, SHRIVER
  & JACOBSON LLP

DURIE TANGRI LLP

By:   */s/ Laura E. Miller*
    JOSHUA H. LERNER
    LAURA E. MILLER

Attorneys for Defendant MERCK & CO., INC. and Defendants and Counterclaimants MERCK SHARP & DOHME CORP. and ISIS PHARMACEUTICALS, INC.

*ADDITIONAL SIGNATURE ON FOLLOWING PAGE*

---

1
STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DEADLINE FOR DEFENDANTS' ASSERTED
CLAIMS, INFRINGEMENT CONTENTIONS, AND PRODUCTION / CASE NO. 3:13-CV-04057-JSW

Dated: February 19, 2014                                 FISH & RICHARDSON P.C.

                                                         By:   /s/ Douglas E. McCann
                                                             JOHN M. FARRELL
                                                             TAMARA FRAIZER
                                                             JUANITA R. BROOKS
                                                             DOUGLAS E. MCCANN
                                                             ELIZABETH M FLANAGAN
                                                             GREGORY ROBERT BOOKER
                                                             ROBERT M OAKES
                                                             JONATHAN ELLIOT SINGER

                                                         Attorneys for Plaintiff and Counterdefendant
                                                         GILEAD SCIENCES, INC.

### FILER'S ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Laura E. Miller, attest that concurrence in the filing of this document has been obtained.

Dated: February 19, 2014                                      /s/ Laura E. Miller
                                                              LAURA E. MILLER

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: February 24, 2014                                 _____
                                                         HON. JEFFREY S. WHITE
                                                         UNITED STATES DISTRICT JUDGE