UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| GILEAD SCIENCES, INC., | |
|---|---|
| Plaintiff, | Case No. 13-cv-04057-BLF |
| v. | **CASE MANAGEMENT ORDER** |
| MERCK & CO, INC., et al., | |
| Defendants. | |

On 05/15/2014, 2014, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | 11/20/2014 at 1:30 pm |
| Last Day to Amend Pleadings or Add Parties | 11/28/2014 |
| Last Day to Disclose Experts | N/A |
| Fact Discovery Cut-Off | 04/24/2015 |
| Expert Discovery Cut-Off | 10/16/2015 |
| Last Day to Hear Dispositive Motions | N/A |
| Final Pretrial Conference | Parties to Stipulate to December 2015 date and reserve with court. |
| Trial | 03/07/2016 at 9:00 am |

1
2      IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
3 are referred to the assigned Magistrate Judge.
4      IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
5 orders, which are available on the Court's website and in the Clerk's Office.
6      IT IS FURTHER ORDERED THAT Claims Construction Tutorial set for 03/27/2014 at
7 9:00 am.
8      IT IS FURTHER ORDERED THAT Claims Construction Hearing set for 04/03/2014 at
9 9:00 am.
10
11 Dated: May 15, 2014

_____
BETH LABSON FREEMAN
United States District Judge