UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GILEAD SCIENCES, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>MERCK & CO, INC., et al.,<br><br>    Defendants. | Case No.  13-cv-04057-BLF<br><br>**CASE MANAGEMENT ORDER** |

On 05/15/2014, 2014, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | 11/20/2014 at 1:30 pm |
| Last Day to Amend Pleadings or Add Parties | 11/28/2014 |
| Last Day to Disclose Experts | N/A |
| Fact Discovery Cut-Off | 04/24/2015 |
| Expert Discovery Cut-Off | 10/16/2015 |
| Last Day to Hear Dispositive Motions | Parties to Stipulate and Reserve with the court, Hearing to be 90 days before trial. |
| Final Pretrial Conference | 02/25/2016 |
| Trial | 03/07/2016 at 9:00 am |

1   IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2 are referred to the assigned Magistrate Judge.
3   IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4 orders, which are available on the Court's website and in the Clerk's Office.
5   IT IS FURTHER ORDERED THAT Claims Construction Tutorial is set for 03/27/2015 at
6 9:00 am.
7   IT IS FURTHER ORDERED THAT Claims Construction Hearing is set for 04/03/2015 at
8 9:00 am.
9   IT IS FURTHER ORDERED THAT the parties are to meet, confer and file a stipulated
10 proposed briefing schedule.

Dated: May 20, 2014

_____
BETH LABSON FREEMAN
United States District Judge