United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GILEAD SCIENCES, INC., <br>     Plaintiff, <br> v. <br> MERCK & CO, INC., et al., <br>     Defendants. | Case No.   13-cv-04057-BLF <br><br> **ORDER VACATING CASE MANAGEMENT CONFERENCE** |

The parties in the above-captioned action are presently scheduled to appear for a case management conference on November 19, 2014. Having reviewed the parties' joint case management statement, the Court hereby VACATES the November 19, 2014 case management date.

The parties are instructed to request a further case management conference if they deem it necessary. The Court will otherwise set a case management conference after the parties' April 3, 2015 claim construction hearing.

**IT IS SO ORDERED.**

Dated: November 17, 2014

_____
BETH LABSON FREEMAN
United States District Judge