| | |
|---|---|
| 1 | STEPHEN S. RABINOWITZ |
| | stephen.rabinowitz@hugheshubbard.com |
| 2 | JAMES W. DABNEY (Pro Hac Vice) |
| | james.dabney@hugheshubbard.com |
| 3 | PATRICE P. JEAN (Pro Hac Vice) |
| | patrice.jean@hugheshubbard.com |
| 4 | WANDA D. FRENCH-BROWN (Pro Hac Vice) |
| | wanda.french-brown@hugheshubbard.com |
| 5 | MITCHELL EPNER (Pro Hac Vice) |
| | mitchell.epner@hugheshubbard.com |
| 6 | DAVID E. LANSKY (Pro Hac Vice) |
| | david.lansky@hugheshubbard.com |
| 7 | HUGHES HUBBARD & REED LLP |
| | ONE BATTERY PARK PLAZA |
| 8 | NEW YORK, NY 10004 |
| | Telephone:    (212) 837-6000 |
| 9 | Facsimile:     (212) 299-6807 |
| 10 | JOSHUA H. LERNER (SBN 220755) |
| | jlerner@durietangri.com |
| 11 | LAURA E. MILLER (SBN 271713) |
| | lmiller@durietangri.com |
| 12 | Durie Tangri LLP |
| | 217 Leidesdorff Street |
| 13 | San Francisco, CA 94111 |
| | Telephone:    (415) 362-6666 |
| 14 | Facsimile:     (415) 236-6300 |
| 15 | [Counsel continued overleaf] |
| 16 | Attorneys for Defendant |
| | MERCK & CO., INC. and Defendants |
| 17 | and Counterclaimants , MERCK SHARP & |
| | DOHME CORP. and ISIS |
| 18 | PHARMACEUTICALS, INC. |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GILEAD SCIENCES, INC., | Case No. 5:13-cv-04057-BLF |
| Plaintiff and Counterdefendant, | **DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| v. | |
| MERCK & CO., INC. (Defendant only), MERCK SHARP & DOHME CORP., and ISIS PHARMACEUTICALS, INC. | Date:   December 10, 2015<br>Time:   9:00 a.m.<br>Ctrm:   3, 5th Floor<br>Judge:  Honorable Beth Labson Freeman |
| Defendants and Counterclaimants. | |

DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL  / CASE NO. 5:13-CV-04057-BLF

1  RANDY C. EISENSMITH (Pro Hac Vice)
   randy.eisensmith@friedfrank.com
2  NAZ E. WEHRLI (Pro Hac Vice)
   naz.wehrli@friedfrank.com
3  FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
   ONE NEW YORK PLAZA
4  NEW YORK, NEW YORK 10004
   Telephone:    212-859-8000
5  Facsimile:    212-859-4000

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

In accordance with Civil Local Rules 7-11 and 79-5, Defendant Merck & Co., Inc. and Defendants and Counterclaimants Merck Sharp & Dohme Corp. and Isis Pharmaceuticals, Inc. ("Defendants") respectfully moves this Court for leave to submit the following material under seal:

- The highlighted portions of page 1, line 17; page 3, lines 5 and 6; pages 4 and 5, and page 24, lines 16 and 18 of Defendants' Opposition to Gilead's Motion for Summary Judgment of Invalidity;
- Exhibits 1, 2, 3, 4, 54, 55, and 57 to the Declaration of Mitchell Epner in Support of Defendants' Opposition to Gilead's Motion for Summary Judgment of Invalidity "Epner Declaration");
- Paragraphs 41-45, 50-57 and 69 of Exhibit 56 to the Epner Declaration; and
- The highlighted portions of page 9 of Opposing Party's Response and Supporting Evidence to Moving Party's Undisputed Facts.

Accordingly, Defendants respectfully request that the Court grant this motion for administrative relief and allow Defendants to file the previously identified confidential documents under seal.

DATED:  November 12, 2015

STEPHEN S. RABINOWITZ
JAMES W. DABNEY
PATRICE P. JEAN
MITCHELL EPNER
WANDA D. FRENCH-BROWN
HUGHES HUBBARD & REED LLP

RANDY C. EISENSMITH
NAZ E. WEHRLI
FRIED, FRANK, HARRIS, SHRIVER
   & JACOBSON LLP

JOSHUA H. LERNER
LAURA E. MILLER
DURIE TANGRI LLP

By:  */s/ Stephen S. Rabinowitz*
       Stephen S. Rabinowitz

Attorneys for Defendant MERCK & CO., INC. and Defendants and Counterclaimants MERCK SHARP & DOHME CORP. and ISIS PHARMACEUTICALS, INC.

**CERTIFICATE OF SERVICE**

I certify that all counsel of record are being served on November 12, 2015 with a copy of this document via the Court's CM/ECF system.

                                             */s/ Stephen S. Rabinowitz*
                                              Stephen S. Rabinowitz