United States District Court
Northern District of California

1
2
3    **UNITED STATES DISTRICT COURT**
4    **NORTHERN DISTRICT OF CALIFORNIA**
5    **SAN JOSE DIVISION**
6

| GILEAD SCIENCES, INC., | Case No. 13-cv-04057-BLF |
| Plaintiff, | |
| v. | **ORDER REQUIRING RESPONSE TO GILEAD'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER BY FEBRUARY 2, 2016** |
| MERCK & CO, INC., et al., | |
| Defendants. | |

On January 28, 2016, Gilead filed a motion for relief from the nondispositive pretrial order of Magistrate Judge Grewal. ECF 212. Pursuant to Civil L.R. 72-2, the Court ORDERS Defendants to file a response to Gilead's motion **on or before February 2, 2016.**

**IT IS SO ORDERED.**

Dated: January 28, 2016

_____
BETH LABSON FREEMAN
United States District Judge