| | |
|---|---|
| John M. Farrell (CA Bar No. #99649)<br>farrell@fr.com<br>FISH & RICHARDSON P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063<br>Telephone: (650) 839-5070<br>Facsimile: (650) 839-5071<br><br>Jonathan E. Singer (CA Bar No. #187908)<br>singer@fr.com<br>FISH & RICHARDSON P.C.<br>3200 RBC Plaza<br>60 South Sixth Street<br>Minneapolis, MN 55402<br>Telephone: (612) 335-5070<br>Facsimile: (612) 288-9696<br><br>Juanita R. Brooks (CA Bar No. #75934)<br>brooks@fr.com<br>FISH & RICHARDSON P.C.<br>12390 El Camino Real<br>San Diego, CA 92130<br>Telephone: (858) 678-5070<br>Facsimile: (858) 678-5099<br><br>Attorneys for Plaintiff<br>GILEAD SCIENCES, INC.<br>*Additional counsel listed on signature page* | Stephen S. Rabinowitz<br>stephen.rabinowitz@hugheshubbard.com<br>Patrice P. Jean (Pro Hac Vice)<br>patrice.jean@hugheshubbard.com<br>Mitchell Epner (Pro Hac Vice)<br>mitchell.epner@hugheshubbard.com<br>HUGHES HUBBARD & REED LLP<br>One Battery Park Plaza<br>New York, NY 10004<br>Telephone: (212) 837-6000<br>Facsimile: (212) 299-6807<br><br>Bruce R. Genderson (Pro Hac Vice)<br>bgenderson@wc.com<br>Jessamyn S. Berniker (Pro Hac Vice)<br>jberniker@wc.com<br>Stanley E. Fisher (Pro Hac Vice)<br>sfisher@wc.com<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street, N.W.<br>Washington, D.C. 20005<br>Telephone: (202) 434-5000<br>Facsimile: (202) 434-5029<br><br>Joshua H. Lerner (SBN 220755)<br>jlerner@durietangri.com<br>Laura E. Miller (SBN 271713)<br>lmiller@durietangri.com<br>DURIE TANGRI LLP<br>217 Leidesdorff Street<br>San Francisco, CA 94111<br>Telephone: 415-362-6666<br>Facsimile: 415-236-6300<br><br>*Attorneys for Defendants*<br>*MERCK & CO., INC., MERCK SHARP &*<br>*DOHME CORP. and ISIS*<br>*PHARMACEUTICALS, INC.* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| GILEAD SCIENCES, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>MERCK & CO, INC., MERCK SHARP & DOHME CORP. and ISIS PHARMACEUTICALS, INC.,<br><br>        Defendants | Case No. 5:13-cv-04057-BLF/PSG<br><br>**JURY MATERIALS** |

Pursuant to the Court's Standing Order re Final Pretrial Conference-Jury Trial, Plaintiff Gilead Sciences, Inc. ("Plaintiff" or "Gilead") and Defendants Merck & Co., Inc. ("Merck & Co."), Merck Sharp & Dohme Corp ("MSD Corp."), and Ionis Pharmaceuticals, Inc. ("Ionis"), formerly known as Isis Pharmaceuticals, Inc., (collectively, "Defendants" or "Merck") submit the below listed jury materials. Each of these materials is subject to the parties' pending motions in limine. The parties reserve the right to raise additional objections or make changes to the jury materials based on the Court's rulings.

| | |
|---|---|
| Jury Instructions with designation for Stipulated or Disputed Instructions | Exhibit A |
| Proposed Preliminary Statement to the Jury and *Voir Dire* Questions | Exhibit B |
| Proposed Jury Questionnaire | Exhibit C |
| Gilead's Proposed Verdict Form | Exhibit D |
| Merck's Proposed Verdict Form | Exhibit E |

Dated: February 18, 2016

FISH & RICHARDSON P.C.

By: */s/ Douglas E. McCann*
   Douglas E. McCann

Attorneys for Plaintiff
GILEAD SCIENCES, INC.

Dated: February 18, 2016

WILLIAMS & CONNOLLY LLP

By: */s/ Stanley E. Fisher*
   Stanley E. Fisher

Attorneys for Defendants
MERCK & CO., INC.; MERCK SHARP & DOHME CORP.; ISIS PHARMACEUTICALS, INC.

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5.1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from its signatory

<u>            /s/ Doulas E. McCann            </u>

SO ORDERED

<u>                                                    </u>
HONORABLE BETH LABSON FREEMAN

3

JURY MATERIALS
Case No. 5:13-cv-04057-BLF/PSG