# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

GILEAD SCIENCES, INC.,

Plaintiff,

v.

MERCK & CO, INC., et al.,

Defendants.

Case No. 13-cv-04057-BLF

**ORDER REGARDING TRIAL SCHEDULE**

IT IS HEREBY ORDERED that trial in this matter shall proceed as follows: Jury selection shall commence on March 4, 2016 at 9:00 a.m. Questionnaires will be completed by the jury on that date. Thereafter, commencing on March 7, 2016 at 9:00 a.m., counsel for the parties may conduct oral voir dire of the entire jury panel, limited to 30 minutes for each side. Counsel shall be prepared to present opening statements immediately after the jury is sworn and Plaintiff shall call its witnesses beginning on March 7, 2016.

The Court will allow up to 22 hours per side for all phases of the trial, including the jury trial on invalidity and damages and bench trial on equitable issues. Direct and cross-examination time will be tallied by the Court. Jury selection, opening statements, and closing arguments shall not be counted as part of the 22 hour allocation of time. Openings and closings shall be limited as stated on the record at the pretrial conference on February 25, 2016.

**IT IS SO ORDERED.**

Dated: February 26, 2016

_____
BETH LABSON FREEMAN
United States District Judge