1  STEPHEN S. RABINOWITZ
   stephen.rabinowitz@hugheshubbard.com
2  PATRICE P. JEAN (Pro Hac Vice)
   patrice.jean@hugheshubbard.com
3  MITCHELL EPNER (Pro Hac Vice)
   mitchell.epner@hugheshubbard.com
4  HUGHES HUBBARD & REED LLP
   ONE BATTERY PARK PLAZA
5  NEW YORK, NY 10004
   Telephone:   (212) 837-6000
6  Facsimile:   (212) 299-6807

7  BRUCE GENDERSON (Pro Hac Vice)
   bgenderson@wc.com
8  JESSAMYN S. BERNIKER (Pro Hac Vice)
   jberniker@wc.com
9  STANLEY E. FISHER (Pro Hac Vice)
   sfisher@wc.com
10 WILLIAMS & CONNOLLY LLP
   725 Twelfth Street, N.W.
11 Washington, D.C. 20005
   Telephone: (202) 434-5000
12 Facsimile: (202) 434-5029

13 [Counsel continued overleaf]

14 Attorneys for Defendant
   MERCK & CO., INC. and Defendants and Counterclaimants
15 MERCK SHARP & DOHME CORP. and ISIS PHARMACEUTICALS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GILEAD SCIENCES, INC., | Case No. 5:13-cv-04057-BLF |
| Plaintiff and Counterdefendant, | **DEFENDANTS' FIRST AMENDED ADMINISTRATIVE MOTION FOR LEAVE TO BRING ELECTRONIC EQUIPMENT TO COURTROOM** |
| v. | |
| MERCK & CO., INC. (Defendant only), MERCK SHARP & DOHME CORP., and ISIS PHARMACEUTICALS, INC. | |
| Defendants and Counterclaimants. | |

1  JOSHUA H. LERNER (SBN 220755)
   jlerner@durietangri.com
2  LAURA E. MILLER (SBN 271713)
   lmiller@durietangri.com
3  Durie Tangri LLP
   217 Leidesdorff Street
4  San Francisco, CA 94111
   Telephone:    (415) 362-6666
5  Facsimile:    (415) 236-6300

## NOTICE OF MOTION AND MOTION

Defendants Merck & Co., Inc. and Defendants and Counterclaimants Merck Sharp & Dohme Corp. and Isis Pharmaceuticals, Inc. (collectively "Defendants") respectfully move the Court for permission to bring certain electronic equipment into the Federal Courthouse at 280 South 1st Street, San Jose, California for use during trial scheduled to begin March 7, 2016 at 9:00 a.m. and ending March 30, 2016 in the courtroom of the Honorable Beth Labson Freeman. In particular, Defendants seek permission to bring the following items in the courthouse:

1. 8x laptop computers
2. 8x computer mice
3. 2x laser pointers
4. 2x wireless presentation "clickers"
5. 19" monitor
6. Tech table with skirt
7. 2x2 switch
8. 1x6 switch
9. CAP1 audio
10. 3x 50' VGA cables

As such, pursuant to General Order 58, Defendants seek leave of the Court to permit their counsel and support staff to bring into the courtroom the above-mentioned equipment to trial beginning March 7, 2016 at 9:00 a.m. and March 30, 2016.

Dated: March 2, 2016
    WILLIAMS & CONNOLLY LLP
    BRUCE GENDERSON
    JESSAMYN S. BERNIKER
    STANLEY E. FISHER

    DURIE TANGRI LLP
    JOSHUA H. LERNER
    LAURA E. MILLER

    By: */s/ Joshua H. Lerner*
    Attorneys for Defendant
    MERCK & CO., INC. and Defendants and

Counterclaimants
MERCK SHARP & DOHME CORP. and
ISIS PHARMACEUTICALS, INC.

## CERTIFICATE OF SERVICE

I certify that all counsel of record are being served on March 2, 2016 with a copy of this document via the Court's CM/ECF system.

By: */s/ Joshua H. Lerner*
      JOSHUA H. LERNER