

Fish & Richardson P.C.
222 Delaware Avenue
17th Floor
P.O. Box 1114
Wilmington, DE 19899-1114

302 652 5070 main
302 652 0607 fax

**VIA ELECTRONIC MAIL**

March 4, 2016

The Honorable Beth L. Freeman
San Jose Courthouse, Courtroom 3 – 5th Floor
280 South 1st Street
San Jose, CA 95113

Re:  Gilead Sciences, Inc. v. Merck & Co., Inc., et al.
     Case No. 5:13-cv-04057-BLF

Dear Judge Freeman:

As requested, the following is a combined list of witnesses that may be called by Gilead or by Merck at trial, either live or by deposition designation:

- C. Frank Bennett
- Jeffrey Bergman
- Dr. Leslie Benet
- Balkrishen Bhat
- Steven Carroll
- Andrew Carter
- Jeremy Clark
- P. Dan Cook
- James Curotto
- Abel De La Rosa
- Stephen De Laszlo
- Pamela Demain
- Joseph Duffy
- Philippe Durette
- Anne Eldrup
- Abdul Hassan
- Dr. Robert Langer
- Malcolm MacCoss
- John McHutchison
- James Meyers
- Ann Montross
- Vince O'Brien
- Michael Otto
- David Olsen
- Krzysztof Pankiewicz
- Roger Pomerantz



- Thazha Prakash
- Suguna Rachakonda
- Alan Roemer
- Brian Sander
- Jack Secrist
- Raymond Schinazi
- Christoph Seeger
- Michael Sofia
- Quanlai Song
- Valentino Stella
- Dr. Brian Stoltz
- Lieven Stuyver
- Dr. Mark Wentland
- Dr. James Wuest

The following is a list of attorneys for Gilead, all of whom are with Fish & Richardson:

- Juanita Brooks
- Jon Singer
- John Farrell
- Douglas McCann
- Michael Florey

The following is a list of attorneys for Merck:

- of Durie Tangri LLP
    - Joshua Lerner
    - Laura Miller

- of Hughes, Hubbard & Reed LLP
    - Jim Dabney
    - Stephen Rabinowitz
    - Patrice Jean
    - Mitchell Epner
    - Lynn Russo
    - Wanda French-Brown
    - David Lansky
    - Stefanie Lopatkin

- of Williams & Connolly LLP
    - Bruce Genderson
    - Jessamyn Berniker



- Stan Fisher
- Jessica Rydstrom
- Jessica Ryen
- Sanjiv Laud

Regards,

/s/ Joseph B. Warden

Joseph B. Warden

*Attorney for Gilead Sciences, Inc.*