UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

***E-FILED***
**TIME TOTAL:** 7 Hours 4 Minutes

## CIVIL MINUTES - JURY TRIAL

**Judge:** Beth Labson Freeman  **Courtroom Deputy:** Tiffany Salinas-Harwell
**Date:** 03/07/2016  **Court Reporter:** Irene Rodriguez - Lee-Anne Shortridge
**Case No:** 5:13-cv-04057-BLF  **Interpreter:** N/A

## GILEAD SCIENCES, INC. v. MERCK & CO., INC., ET AL.

Attorney(s) for Plaintiff(s): Juanita Brooks, Jonathan Singer, Douglas McCann, Michael Florey

Attorney(s) for Defendant(s): Bruce Genderson, Jessamyn Berniker, Stanley Fisher, Sanjiv Laud, Jessica Ryen, Stephen Rabinowitz, David Lansky, Mitchell Epner, Patrice Jean

## PROCEEDINGS

**8:31** - Call to Order
**8:31** - Pretrial Conference held
**9:20** - Jury Panel Seated
**9:31** - Court conducts jury voir dire
**9:45** - Plaintiff jury voir dire
**10:15** - Defendant jury voir dire
**10:35** - Further Court voir dire
**10:36** - Jury excused for recess
**10:36** - Parties Peremptory Challenges
**11:00** - Jury Panel Seated
**11:07** - Jury Emplaneled and Sworn
**11:07** - Court Jury Instructions
**11:35** - Recess
**11:42** - Jury Seated/Call to Order
**11:44** - Plaintiff Opening Statements
**12:35** - Lunch Recess
**1:38** - Jury Seated/Call to Order
**1:40** - Defense Opening Statements
**2:31** - Recess
**2:37** - Jury Seated/Call to Order
**2:39** - Plaintiff Calls Witness Dr. Hutchinson
**2:40** - Direct Examination of Dr. Hutchinson
**3:37** - Cross Examination of Dr. Hutchinson
**3:38** - Recess
**3:51** - Jury Seated/Call to Order
**3:53** - Plaintiff Calls Witness Dr. Sofia

**3:53** - Direct Examination of Dr. Sofia
**4:51** - Side Bar held
**4:52** - Continued Direct Examination of Dr. Sofia
**4:58** - Judge addresses jury
**4:59** - Jury released for evening
**4:59** - Conference held outside presence of jury
**5:05** - The Court takes the evening recess

## ORDER AFTER HEARING

**Further Jury Trial set for 03/08/2016 at 10:00 AM.**

**Exhibits Identified:**
**Pltf:** 1384, 1085A, 2062, 1086A, 1489, 2217, 1182
**Deft:**

**Exhibits Admitted Into Evidence:**
**Pltf:** 1384, 1085A, 2062, 1086A, 1489, 2217, 1182
**Deft:**

*[signature]*

Tiffany Salinas-Harwell
Courtroom Deputy
Original: **E-Filed**
CC: