UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

***E-FILED***
TIME TOTAL: 7 Hours 4 Minutes

## CIVIL MINUTES  - JURY TRIAL

| | |
|---|---|
| **Judge:** Beth Labson Freeman | **Courtroom Deputy:** Tiffany Salinas-Harwell |
| **Date:**  03/07/2016 | **Court Reporter:** Irene Rodriguez - Lee-Anne Shortridge |
| **Case No:** 5:13-cv-04057-BLF | **Interpreter:** N/A |

### GILEAD SCIENCES, INC. v. MERCK & CO., INC., ET AL.

Attorney(s) for Plaintiff(s): Juanita Brooks, Jonathan Singer, Douglas McCann, Michael Florey

Attorney(s) for Defendant(s): Bruce Genderson, Jessamyn Berniker, Stanley Fisher, Sanjiv Laud, Jessica Ryen, Stephen Rabinowitz, David Lansky, Mitchell Epner, Patrice Jean

### PROCEEDINGS

8:31 - Call to Order
8:31 - Pretrial Conference held
9:20 - Jury Panel Seated
9:31 - Court conducts jury voir dire
9:45 - Plaintiff jury voir dire
10:15 - Defendant jury voir dire
10:35 - Further Court voir dire
10:36 - Jury excused for recess
10:36 - Parties Peremptory Challenges
11:00 - Jury Panel Seated
11:07 - Jury Emplaneled and Sworn
11:07 - Court Jury Instructions
11:35 - Recess
11:42 - Jury Seated/Call to Order
11:44 - Plaintiff Opening Statements
12:35 - Lunch Recess
1:38 - Jury Seated/Call to Order
1:40 - Defense Opening Statements
2:31 - Recess
2:37 - Jury Seated/Call to Order
2:39 - Plaintiff Calls Witness Dr. Hutchinson
2:40 - Direct Examination of Dr. Hutchinson
3:37 - Cross Examination of Dr. Hutchinson
3:38 - Recess
3:51 - Jury Seated/Call to Order
3:53 - Plaintiff Calls Witness Dr. Sofia

**3:53 - Direct Examination of Dr. Sofia**
**4:51 - Side Bar held**
**4:52 - Continued Direct Examination of Dr. Sofia**
**4:58 - Judge addresses jury**
**4:59 - Jury released for evening**
**4:59 - Conference held outside presence of jury**
**5:05 - The Court takes the evening recess**

## ORDER AFTER HEARING

**Further Jury Trial set for 03/08/2016 at 10:00 AM.**

**Exhibits Identified:**
**Pltf:** 1384, 1085A, 2062, 1086A, 1489, 2217, 1182
**Deft:**

**Exhibits Admitted Into Evidence:**
**Pltf:** 1384, 1085A, 2062, 1086A, 1489, 2217, 1182
**Deft:**

Tiffany Salinas-Harwell
Courtroom Deputy
Original: **E-Filed**
CC: