**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**\*E-FILED\***
**TIME TOTAL: 5 Hours 35 Minutes**

**CIVIL MINUTES  - JURY TRIAL**

| | |
|---|---|
| **Judge: Beth Labson Freeman** | **Courtroom Deputy: Tiffany Salinas-Harwell** |
| **Date:   03/08/2016** | **Court Reporter: Irene Rodriguez - Lee-Anne Shortridge** |
| **Case No: 5:13-cv-04057-BLF** | **Interpreter: N/A** |

**GILEAD SCIENCES, INC. v. MERCK & CO., INC., ET AL.**

Attorney(s) for Plaintiff(s): Juanita Brooks, Jonathan Singer, Douglas McCann, Michael Florey

Attorney(s) for Defendant(s): Bruce Genderson, Jessamyn Berniker, Stanley Fisher, Sanjiv Laud, Jessica Ryen, Stephen Rabinowitz, David Lansky, Mitchell Epner, Patrice Jean

**PROCEEDINGS**

**10:01 - Jury Seated/Call to Order**
**10:03 - Continued Direct Examination of Dr. Sofia**
**10:19 - Cross Examination of Dr. Sofia**
**10:50 - Re-Direct Examination of Dr. Sofia**
**11:02 - Re-Cross Examination of Dr. Sofia**
**11:06 - Plaintiff Calls Philippe Durette**
**11:31 - Side Bar held**
**11:31 - Video Durette Deposition**
**11:58 - Lunch Recess**
**1:01 - Jury Seated/Call to Order**
**1:03 - Continued Direct of Durette**
**1:32 - Cross Examination of Durette**
**2:14 - Re-Direct Examination of Durette**
**2:27 - Re-Cross Examination of Durette**
**2:30 - Recess**
**2:45 - Jury Seated/Call to Order**
**2:46 - Plaintiff Calls Alan Roemer**
**2:46 - Direct Examination of Alan Roemer**
**2:56 - Cross Examination of Roemer**
**3:25 - Re-Direct Examination of Roemer**
**3:30 - Video Burgman Deposition**
**3:30 - Video Cook Deposition**
**3:43 - Recess**
**3:56 - Jury Seated/Call to Order**
**3:58 - Video Balkrishen Deposition**
**4:01 - Video Eldurp Deposition**

**4:03 - Video Carroll Deposition**
**4:16 - Video Olsen Deposition**
**4:18 - Side Bar held**
**4:19 - Jury Instructions regarding Depositions**
**4:20 - Video Bennett Deposition**
**4:38 - Video Duffy Deposition**
**4:40 - Video Clark Deposition**
**5:01 - Jury released for evening**
**5:07 - The Court takes the Evening Recess**

## ORDER AFTER HEARING

**Further Jury Trial set for 03/09/2016 at 10:00 AM.**

**Exhibits Identified:**
**Pltf:** 2374, 1763, 836, 831, 2230, 153, 156, 2098, 192, 3, 15, 18, 2, 206, 37, 503, 520
**Deft:** 1763, 835, 2126, 826, 829, 1, 1542, 804, 2306, 1917, 1892, 1904, 1939

**Exhibits Admitted Into Evidence:**
**Pltf:** 2374, 836, 831, 2230, 153, 156, 2098, 192, 3, 15, 18, 2, 206, 37, 503, 520
**Deft:** 1763, 835, 2126, 826, 829, 1, 1542, 804, 2306, 1917, 1892, 1904, 1939

Tiffany Salinas-Harwell
Courtroom Deputy
Original: **E-Filed**
CC: