John M. Farrell (CA Bar No. #99649)
farrell@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Jonathan E. Singer (CA Bar No. #187908)
singer@fr.com
FISH & RICHARDSON P.C.
3200 RBC Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 335-5070
Facsimile: (612) 288-9696

Juanita R. Brooks (CA Bar No. #75934)
brooks@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Attorneys for Plaintiff
GILEAD SCIENCES, INC.

*Additional counsel listed on signature page*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### (SAN JOSE DIVISION)

| | |
|---|---|
| GILEAD SCIENCES, INC., | Case No. 5:13-cv-04057-BLF/PSG |
| Plaintiff and Counterdefendant, | **GILEAD SCIENCES, INC.'S OBJECTION TO AN UNREDACTED EXHIBIT DISCLOSED FOR PAMELA DEMAIN** |
| v. | |
| MERCK & CO, INC. (Defendant only), MERCK SHARP & DOHME CORP. and ISIS PHARMACEUTICALS, INC., | |
| Defendants and Counterclaimants. | |

Gilead objects to an exhibit that Merck disclosed to be used during the direct examination of Pamela Demain: EX-2566. This exhibit contains a specific licensing figure that is not relevant to the liability phase of trial. It may become relevant during the damages phase, should one be necessary. Presenting the jury with this information now, however, has the potential to confuse the issues and/or improperly influence the jury's decision-making.

Gilead has informed Merck that redacting the specific royalty rate would remedy Gilead's concerns. Merck has said that it would consider Gilead's proposal, but so far, not agreed.

As such, Gilead objects to Merck's use of EX-2566 with witness Pamela Demain.


Dated: March 14, 2016                    FISH & RICHARDSON P.C.

                                         By: */s/ Douglas E. McCann*
                                              Douglas E. McCann

                                         Attorneys for Plaintiff
                                         GILEAD SCIENCES, INC.

*Additional counsel:*

Douglas E. McCann (*Pro Hac Vice*)
dmccann@fr.com
Gregory R. Booker (*Pro Hac Vice*)
booker@fr.com
Robert M. Oakes (*Pro Hac Vice*)
oakes@fr.com
Elizabeth Flanagan (*Pro Hac Vice*)
eflanagan@fr.com
Joseph B. Warden  (*Pro Hac Vice*)
warden@fr.com
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE  19801
Telephone:  (302) 652-5070
Facsimile:  (302) 652-0607