| | |
|---|---|
| John M. Farrell (CA Bar No. #99649)<br>farrell@fr.com<br>FISH & RICHARDSON P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063<br>Telephone: (650) 839-5070<br>Facsimile: (650) 839-5071 | Stephen S. Rabinowitz<br>stephen.rabinowitz@hugheshubbard.com<br>Patrice P. Jean (Pro Hac Vice)<br>patrice.jean@hugheshubbard.com<br>Mitchell Epner (Pro Hac Vice)<br>mitchell.epner@hugheshubbard.com<br>HUGHES HUBBARD & REED LLP<br>One Battery Park Plaza<br>New York, NY 10004<br>Telephone: (212) 837-6000<br>Facsimile: (212) 299-6807 |
| Jonathan E. Singer (CA Bar No. #187908)<br>singer@fr.com<br>FISH & RICHARDSON P.C.<br>3200 RBC Plaza<br>60 South Sixth Street<br>Minneapolis, MN 55402<br>Telephone: (612) 335-5070<br>Facsimile: (612) 288-9696 | Bruce R. Genderson (Pro Hac Vice)<br>bgenderson@wc.com<br>Jessamyn S. Berniker (Pro Hac Vice)<br>jberniker@wc.com<br>Stanley E. Fisher (Pro Hac Vice)<br>sfisher@wc.com<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street, N.W.<br>Washington, D.C. 20005<br>Telephone: (202) 434-5000<br>Facsimile: (202) 434-5029 |
| Juanita R. Brooks (CA Bar No. #75934)<br>brooks@fr.com<br>FISH & RICHARDSON P.C.<br>12390 El Camino Real<br>San Diego, CA 92130<br>Telephone: (858) 678-5070<br>Facsimile: (858) 678-5099 | |
| Attorneys for Plaintiff<br>GILEAD SCIENCES, INC.<br>*Additional counsel listed on signature page* | Joshua H. Lerner (SBN 220755)<br>jlerner@durietangri.com<br>Laura E. Miller (SBN 271713)<br>lmiller@durietangri.com<br>DURIE TANGRI LLP<br>217 Leidesdorff Street<br>San Francisco, CA 94111<br>Telephone: 415-362-6666<br>Facsimile: 415-236-6300 |
| | *Attorneys for Defendants*<br>*MERCK & CO., INC., MERCK SHARP &*<br>*DOHME CORP. and ISIS*<br>*PHARMACEUTICALS, INC.* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| GILEAD SCIENCES, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MERCK & CO, INC., MERCK SHARP &<br>DOHME CORP. and ISIS<br>PHARMACEUTICALS, INC.,<br><br>　　　　　Defendants | Case No. 5:13-cv-04057-BLF/PSG<br><br><br><br>**STIPULATION AND**<br>**[PROPOSED]** **ORDER** |

1   Plaintiff and Counterdefendant Gilead Sciences, Inc. ("Gilead") and Defendants and
2  Counterclaimants Merck & Co., Inc. (Defendant only), Merck Sharp & Dohme Corp., and Isis
3  Pharmaceuticals, Inc. (collectively, "Merck" or "Defendants") hereby stipulate and agree as
4  follows:

5   WHEREAS Gilead did not present evidence in its case-in-chief that the Asserted Claims of
6  the '499 and '712 patents are invalid for failure to enable a person of ordinary skill in the art, as of
7  January 18, 2002, to make nucleosides with a 2'-$C_{1-4}$ alkyl or $CF_3$ up and 2' Fluoro down
8  configuration without undue experimentation, and thus did not proceed with that specific
9  enablement argument;

11   NOW THEREFORE, it is stipulated that Claims 1 and 2 of U.S. Patent No. 7,105,499 (the
12  "'499 Patent) and Claims 1, 2, 3, 5, 7, 9, 10 and 11 of U.S. Patent No. 8,481,712 (the "'712
13  Patent") (collectively, the "Asserted Claims"), based on this record, are not invalid for failure to
14  enable a person of ordinary skill in the art, as of January 18, 2002, to make nucleosides with a 2'-
15  $C_{1-4}$ alkyl or $CF_3$ up and 2' Fluoro down configuration without undue experimentation, and this
16  asserted basis for invalidity is hereby dismissed with prejudice.

18   This stipulation does not affect Gilead's other enablement arguments or Merck's
19  forthcoming motion for judgment as a matter of law.

1  Dated: March 11, 2016                                FISH & RICHARDSON P.C.

2
                                                        By: */s/ Elizabeth M. Flanagan*
3                                                           Elizabeth M. Flanagan

4
                                                        Attorneys for Plaintiff
5                                                       GILEAD SCIENCES, INC.

6

7  Dated: March 11, 2016                                HUGHES HUBBARD & REED LLP

8                                                       By: */s/ Stephen S. Rabinowitz*

9
                                                        Attorneys for Defendants
10                                                      MERCK & CO., INC.; MERCK SHARP &
                                                        DOHME CORP.; ISIS PHARMACEUTICALS,
11                                                      INC.

12
                                **SIGNATURE ATTESTATION**
13
        Pursuant to Civil Local Rule 5.1(i)(3), I attest under penalty of perjury that concurrence in
14
the filing of this document has been obtained from its signatory
15
                                        */s/ Stephen S. Rabinowitz*
16

17
PURSUANT TO STIPULATION, IT IS **SO ORDERED**
18

19     March 14, 2016                                   _____
                                                        HONORABLE BETH LABSON FREEMAN
20

3

STIPULATION AND
[PROPOSED] ORDER
Case No. 5:13-cv-04057-BLF/PSG

**CERTIFICATE OF SERVICE**

I certify that all counsel of record are being served on March 11, 2016 with a copy of this document via the Court's CM/ECF system.

                                           */s/ Stephen S. Rabinowitz*
                                           STEPHEN S. RABINOWITZ