UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***
**TIME TOTAL**: 5 Hours 28 Minutes

## CIVIL MINUTES  - JURY TRIAL

**Judge Beth Labson Freeman**          **Courtroom Deputy:** Tiffany Salinas-Harwell
**Date:  03/09/2016**                  **Court Reporter:** Irene Rodriguez - Lee-Anne Shortridge
**Case No: 5:13-cv-04057-BLF**         **Interpreter:** N/A

## GILEAD SCIENCES, INC. v. MERCK & CO., INC., ET AL.

Attorney(s) for Plaintiff(s): Juanita Brooks, Jonathan Singer, Douglas McCann, Michael Florey

Attorney(s) for Defendant(s): Bruce Genderson, Jessamyn Berniker, Stanley Fisher, Sanjiv Laud, Jessica Ryen, Stephen Rabinowitz, David Lansky, Mitchell Epner, Patrice Jean

## PROCEEDINGS

9:59 - Call to Order
9:59 - Conference held oustide presence of jury
10:04 - Jury Seated
10:05 - Video Pankiewicz Deposition
10:15 - Video Song Deposition
10:54 - Video Hassan Deposition
11:20 - Recess
11:31 - Jury Seated/Call to Order
11:31 - Plaintiff Calls Dr. Michael Otto
11:32 - Direct Examination of Otto
12:08 - Lunch Recess
1:11 - Jury Seated/Call to Order
1:12 - Continued Direct Examination of Otto
1:59 - Video Pomerantz Deposition
2:50 - Recess
3:01 - Jury Seated/Call to Order
3:04 - Parties Stipulation to Jury
3:05 - Plaintiff Calls Dr. Christoph Seeger
3:06 - Direct Examination of Seeger
3:13 - Dr. Seeger Designated as Expert Witness
3:40 - Recess
3:44 - Cross Examination of Seeger
4:28 - Side Bar held
4:29 - Continued Cross Examination of Seeger
4:30 - Re-Direct Examination of Seeger

**4:35 - Re-Cross Examination of Seeger**
**4:38 - Plaintiff Calls Dr. Valentino Stella**
**4:38 - Direct Examination of Stella**
**4:54 - Dr. Stella Designated as Expert Witness**
**4:54 - Jury Released for Evening**
**4:54 - Hearing held outside the presence of the jury**
**4:56 - The Court takes the Evening Recess**

## ORDER AFTER HEARING

Further Jury Trial set for 03/10/2016 at 9:00 AM.

**Exhibits Identified:**
**Pltf:** 1083, 36, 37, 108, 109, 118, 1087, 1200, 2633, 1002, 520, 1721, 1209, 1101, 159, 60, 61, 65, 66, 69, 73, 77, 2, 168, 2172, 2173
**Deft:** 1240, 1901, 1709, 1712, 524, 1893, 1713, 1900, 518, 512, 1904, 523, 1921, 920, 2190, 2170, 2187, 2642

**Exhibits Admitted Into Evidence:**
**Pltf:** 1083, 36, 37, 108, 109, 118, 1087, 1200, 2633, 1002, 520, 1721, 1209, 1101, 159, 60, 61, 65, 66, 69, 73, 77, 2, 168,
**Deft:** 1901, 1709, 1712, 524, 1893, 1713, 1900, 518, 512, 1904, 523, 1921, 920, 2190, 2170, 2187

Tiffany Salinas-Harwell
Courtroom Deputy
Original: **E-Filed**
CC: