**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**\*E-FILED\***
**TIME TOTAL: 2 Hour 59 Minutes**

### CIVIL MINUTES  - JURY TRIAL

**Judge Beth Labson Freeman**      **Courtroom Deputy: Tiffany Salinas-Harwell**
**Date:   03/10/2016**      **Court Reporter: Irene Rodriguez - Lee-Anne Shortridge**
**Case No: 5:13-cv-04057-BLF**      **Interpreter: N/A**

### GILEAD SCIENCES, INC. v. MERCK & CO., INC., ET AL.

Attorney(s) for Plaintiff(s): Juanita Brooks, Jonathan Singer, Douglas McCann, Michael Florey

Attorney(s) for Defendant(s): Bruce Genderson, Jessamyn Berniker, Stanley Fisher, Sanjiv Laud, Jessica Ryen, Stephen Rabinowitz, David Lansky, Mitchell Epner, Patrice Jean

### PROCEEDINGS

**9:02 - Jury Seated/Call to Order**
**9:04 - Continued Direct Examination of Stella**
**10:05 - Recess**
**10:15 - Jury Seated/Call to Order**
**10:18 - Cross Examination of Stella**
**10:49 - Re-Direct Exmaination of Stella**
**10:53 - Plaintiff Calls Dr. John (Jack) Secrist**
**10:54 - Direct Examination of Secrist**
**11:19 - Dr. Secirst Designated as Expert Witness**
**12:03 - Jury Released**
**12:03 - Hearing held outside the presence of the jury**
**12:11 - The Court takes the Evening Recess**

### ORDER AFTER HEARING

**Further Jury Trial set for 03/11/2016 at 9:00 AM.**

**Exhibits Identified:**           **Exhibits Admitted Into Evidence:**
**Pltf:** 24           **Pltf:** 24
**Deft:** 2644, 2649, 2648, 802, 742        **Deft:** 2644, 2649, 2648, 802, 742

Tiffany Salinas-Harwell
Courtroom Deputy
Original: **E-Filed**
CC: