UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***
**TIME TOTAL:** 3 Hours 10 Minutes

## CIVIL MINUTES  - JURY TRIAL

**Judge Beth Labson Freeman**         **Courtroom Deputy:** Tiffany Salinas-Harwell
**Date:**  03/11/2016                 **Court Reporter:** Irene Rodriguez - Lee-Anne Shortridge
**Case No: 5:13-cv-04057-BLF**        **Interpreter:** N/A

### GILEAD SCIENCES, INC. v. MERCK & CO., INC., ET AL.

Attorney(s) for Plaintiff(s): Juanita Brooks, Jonathan Singer, Douglas McCann, Michael Florey

Attorney(s) for Defendant(s): Bruce Genderson, Jessamyn Berniker, Stanley Fisher, Sanjiv Laud, Jessica Ryen, Stephen Rabinowitz, David Lansky, Mitchell Epner, Patrice Jean

### PROCEEDINGS

8:33 - Call to Order
8:33 - Hearing held outside the presence of the jury
8:45 - Recess
9:00 - Jury Seated/Call to Order
9:02 - Continued Direct Examination of Secrist
9:49 - Cross Examination of Secrist
10:34 - Recess
10:46 - Jury Seated/Call to Order
10:47 - Continued Cross Examination of Secrist
11:40 - Re-Direct Examination of Secrist
11:55 - Re-Cross Examination of Secrist
12:01 - Plaintiff Rests
12:02 - Jury Released
12:02 - Hearing held outside the presence of the jury
12:05 - Defendant Places intend to file Motion on the record/Motion to be heard 3/14/2016
12:08 - The Court takes the Evening Recess

### ORDER AFTER HEARING

Further Jury Trial set for 03/14/2016 at 8:30 AM.

**Exhibits Identified:**                      **Exhibits Admitted Into Evidence:**
**Pltf:** PDX702, 2257, 176, 2192             **Pltf:** PDX702, 2257, 176, 2192
**Deft:** 2626, 2603, 2647                    **Deft:** 2626, 2603, 2647

Tiffany Salinas-Harwell
Courtroom Deputy
Original: **E-Filed**
CC: