UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***
**TIME TOTAL:** 7 Hours 03 Minutes

## CIVIL MINUTES - JURY TRIAL

**Judge Beth Labson Freeman**  **Courtroom Deputy:** Tiffany Salinas-Harwell
**Date:** 03/14/2016  **Court Reporter:** Irene Rodriguez - Lee-Anne Shortridge
**Case No:** 5:13-cv-04057-BLF  **Interpreter:** N/A

## GILEAD SCIENCES, INC. v. MERCK & CO., INC., ET AL.

Attorney(s) for Plaintiff(s): Juanita Brooks, Jonathan Singer, Douglas McCann, Michael Florey

Attorney(s) for Defendant(s): Bruce Genderson, Jessamyn Berniker, Stanley Fisher, Sanjiv Laud, Jessica Ryen, Stephen Rabinowitz, David Lansky, Mitchell Epner, Patrice Jean

## PROCEEDINGS

**8:31 - Call to Order**
**8:31 - Hearing held outside the presence of the jury**
**8:50 - Recess**
**9:01 - Jury Seated/Call to Order**
**9:04 - Defense Calls Witness Dr. David Olsen**
**10:31 - Recess**
**10:42 - Jury Seated/Call to Order**
**10:43 - Continued Direct Examination of Dr. Olsen**
**12:02 - Recess**
**1:02 - Jury Seated/Call to Order**
**1:03 - Continued Direct Examination of Dr. Olsen**
**1:31 - Cross Examination of Dr. Olsen**
**2:32 - Recess**
**2:43 - Jury Seated/Call to Order**
**2:45 - Continued Cross Examination of Dr. Olsen**
**3:24 - Re-Direct Examination of Dr. Olsen**
**3:45 - Re-Cross Examination of Dr. Olsen**
**3:46 - Reading of Dr. Shanazi Depostions**
**4:07 - Video of DeLaRosa Deposition**
**4:16 - Defense Calls Witness Dr. Langer**
**4:49 - Plaintiff Voir Dire of Dr. Langer**
**4:53 - Dr. Langer Designated as Expert Witness**
**5:00 - Jury released for evening**
**5:01 - Hearing held outside of the presence of the jury**
**5:07 - The Court takes the Evening Recess**

## ORDER AFTER HEARING

**Further Jury Trial set for 03/15/2016 at 9:30 AM.**

**Exhibits Identified:**
**Pltf:** 1088
**Deft:**  2627, 2628, 1531, 881, 880, 1502, 1519, 1535, 1547, 1543, 1556, 805, 806, 807, 808, 811, 949, 1632, 844, 2324, 1552, 1557, 1596A, 1596B, 1533, 2655, 186, 2652, 2653, 2656, 2657, 1515, 921, 2643

**Exhibits Admitted Into Evidence:**
**Pltf:** 1088
**Deft:**  2627, 2628, 1531, 881, 880, 1502, 1519, 1535, 1547, 1543, 1556, 805, 806, 807, 808, 811, 949, 1632, 844, 2324, 1552, 1557, 1596A, 1596B, 1533, 2655, 186, 2652, 2653, 2656, 2657, 1515, 921, 2643

*[signature: Tiffany Salinas-Harwell]*

Tiffany Salinas-Harwell
Courtroom Deputy
Original: **E-Filed**
CC: