IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GILEAD SCIENCES, INC., | Case No. 5:13-cv-04057-BLF |
| Plaintiff and Counterdefendant, | **VERDICT FORM** |
| v. | |
| MERCK & CO., INC. (Defendant only), MERCK SHARP & DOHME CORP., and ISIS PHARMACEUTICALS, INC. | |
| Defendants and Counterclaimants. | |

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this Court as our verdict in this case.

**I.   U.S. PATENT NUMBER 7,105,499 ("THE '499 PATENT")**

    **A.   Claim 1.**

        1. Has Gilead proven by clear and convincing evidence that Claim 1 of the '499 patent is invalid for lack of written description?

          \_\_\_\_\_ Yes (Verdict for Gilead)      \_\_\_\_\_ No (Verdict for Merck and Ionis)

        2. Has Gilead proven by clear and convincing evidence that Claim 1 of the '499 patent is invalid for lack of enablement?

          \_\_\_\_\_ Yes (Verdict for Gilead)      \_\_\_\_\_ No (Verdict for Merck and Ionis)

| If "YES" to Questions 1 and/or 2, answer Questions 3 and 4 and go to the next claim. | If "NO" to both Questions 1 and 2, skip Questions 3 and 4 and go to the next claim. |
|---|---|

        3. Has Gilead proven by clear and convincing evidence that Claim 1 of the '499 Patent is invalid for derivation from Jeremy Clark?

          \_\_\_\_\_ Yes (Verdict for Gilead)      \_\_\_\_\_ No (Verdict for Merck and Ionis)

        4. Has Gilead proven by clear and convincing evidence that Claim 1 of the '499 Patent is invalid for prior invention by Jeremy Clark?

          \_\_\_\_\_ Yes (Verdict for Gilead)      \_\_\_\_\_ No (Verdict for Merck and Ionis)

B. **Claim 2.**

1. Has Gilead proven by clear and convincing evidence that Claim 2 of the '499 patent is invalid for lack of written description?

   \_\_\_\_\_ Yes (Verdict for Gilead)     \_\_\_\_\_ No (Verdict for Merck and Ionis)

2. Has Gilead proven by clear and convincing evidence that Claim 2 of the '499 patent is invalid for lack of enablement?

   \_\_\_\_\_ Yes (Verdict for Gilead)     \_\_\_\_\_ No (Verdict for Merck and Ionis)

| *If "YES"* to Questions 1 and/or 2, answer Questions 3 and 4 and go to the next claim. | *If "NO"* to both Questions 1 and 2, skip Questions 3 and 4 and go to the next claim. |
|---|---|

3. Has Gilead proven by clear and convincing evidence that Claim 2 of the '499 Patent is invalid for derivation from Jeremy Clark?

   \_\_\_\_\_ Yes (Verdict for Gilead)     \_\_\_\_\_ No (Verdict for Merck and Ionis)

4. Has Gilead proven by clear and convincing evidence that Claim 2 of the '499 Patent is invalid for prior invention by Jeremy Clark?

   \_\_\_\_\_ Yes (Verdict for Gilead)     \_\_\_\_\_ No (Verdict for Merck and Ionis)

II.  **U.S. PATENT NUMBER 8,481,712 ("THE '712 PATENT")**

   A.  **Claim 1.**

   1.  Has Gilead proven by clear and convincing evidence that Claim 1 of the '712 patent is invalid for lack of written description?

   \_\_\_\_\_ Yes (Verdict for Gilead)       \_\_\_\_\_ No (Verdict for Merck and Ionis)

   2.  Has Gilead proven by clear and convincing evidence that Claim 1 of the '712 patent is invalid for lack of enablement?

   \_\_\_\_\_ Yes (Verdict for Gilead)       \_\_\_\_\_ No (Verdict for Merck and Ionis)

   | *If "YES"* to Questions 1 and/or 2, answer Questions 3 and 4 and go to the next claim. | *If "NO"* to both Questions 1 and 2, skip Questions 3 and 4 and go to the next claim. |
   |---|---|

   3.  Has Gilead proven by clear and convincing evidence that Claim 1 of the '712 Patent is invalid for derivation from Jeremy Clark?

   \_\_\_\_\_ Yes (Verdict for Gilead)       \_\_\_\_\_ No (Verdict for Merck and Ionis)

   4.  Has Gilead proven by clear and convincing evidence that Claim 1 of the '712 Patent is invalid for prior invention by Jeremy Clark?

   \_\_\_\_\_ Yes (Verdict for Gilead)       \_\_\_\_\_ No (Verdict for Merck and Ionis)

B. **Claim 2.**

    1. Has Gilead proven by clear and convincing evidence that Claim 2 of the '712 patent is invalid for lack of written description?

       \_\_\_\_\_ Yes (Verdict for Gilead)    \_\_\_\_\_ No (Verdict for Merck and Ionis)

    2. Has Gilead proven by clear and convincing evidence that Claim 2 of the '712 patent is invalid for lack of enablement?

       \_\_\_\_\_ Yes (Verdict for Gilead)    \_\_\_\_\_ No (Verdict for Merck and Ionis)

| *If "YES"* to Questions 1 and/or 2, answer Questions 3 and 4 and go to the next claim. | *If "NO"* to both Questions 1 and 2, skip Questions 3 and 4 and go to the next claim. |
|---|---|

    3. Has Gilead proven by clear and convincing evidence that Claim 2 of the '712 Patent is invalid for derivation from Jeremy Clark?

       \_\_\_\_\_ Yes (Verdict for Gilead)    \_\_\_\_\_ No (Verdict for Merck and Ionis)

    4. Has Gilead proven by clear and convincing evidence that Claim 2 of the '712 Patent is invalid for prior invention by Jeremy Clark?

       \_\_\_\_\_ Yes (Verdict for Gilead)    \_\_\_\_\_ No (Verdict for Merck and Ionis)

C. **Claim 3.**

1. Has Gilead proven by clear and convincing evidence that Claim 3 of the '712 patent is invalid for lack of written description?

   \_\_\_\_\_ Yes (Verdict for Gilead)     \_\_\_\_\_ No (Verdict for Merck and Ionis)

2. Has Gilead proven by clear and convincing evidence that Claim 3 of the '712 patent is invalid for lack of enablement?

   \_\_\_\_\_ Yes (Verdict for Gilead)     \_\_\_\_\_ No (Verdict for Merck and Ionis)

| *If "YES"* to Questions 1 and/or 2, answer Questions 3 and 4 and go to the next claim. | *If "NO"* to both Questions 1 and 2, skip Questions 3 and 4 and go to the next claim. |
|---|---|

3. Has Gilead proven by clear and convincing evidence that Claim 3 of the '712 Patent is invalid for derivation from Jeremy Clark?

   \_\_\_\_\_ Yes (Verdict for Gilead)     \_\_\_\_\_ No (Verdict for Merck and Ionis)

4. Has Gilead proven by clear and convincing evidence that Claim 3 of the '712 Patent is invalid for prior invention by Jeremy Clark?

   \_\_\_\_\_ Yes (Verdict for Gilead)     \_\_\_\_\_ No (Verdict for Merck and Ionis)

D.  **Claim 5.**

  1.  Has Gilead proven by clear and convincing evidence that Claim 5 of the '712 patent is invalid for lack of written description?

      \_\_\_\_\_ Yes (Verdict for Gilead)      \_\_\_\_\_ No (Verdict for Merck and Ionis)

  2.  Has Gilead proven by clear and convincing evidence that Claim 5 of the '712 patent is invalid for lack of enablement?

      \_\_\_\_\_ Yes (Verdict for Gilead)      \_\_\_\_\_ No (Verdict for Merck and Ionis)

| *If "YES"* <br> *to Questions 1 and/or 2,* <br> *answer Questions 3 and 4* <br> *and go to the next claim.* | *If "NO"* <br> *to both Questions 1 and 2,* <br> *skip Questions 3 and 4* <br> *and go to the next claim.* |
|---|---|

  3.  Has Gilead proven by clear and convincing evidence that Claim 5 of the '712 Patent is invalid for derivation from Jeremy Clark?

      \_\_\_\_\_ Yes (Verdict for Gilead)      \_\_\_\_\_ No (Verdict for Merck and Ionis)

  4.  Has Gilead proven by clear and convincing evidence that Claim 5 of the '712 Patent is invalid for prior invention by Jeremy Clark?

      \_\_\_\_\_ Yes (Verdict for Gilead)      \_\_\_\_\_ No (Verdict for Merck and Ionis)

E.   **Claim 7.**

    1.   Has Gilead proven by clear and convincing evidence that Claim 7 of the '712 patent is invalid for lack of written description?

        _____ Yes (Verdict for Gilead)      _____ No (Verdict for Merck and Ionis)

    2.   Has Gilead proven by clear and convincing evidence that Claim 7 of the '712 patent is invalid for lack of enablement?

        _____ Yes (Verdict for Gilead)      _____ No (Verdict for Merck and Ionis)

| *If "YES"* <br> *to Questions 1 and/or 2,* <br> *answer Questions 3 and 4* <br> *and go to the next claim.* | *If "NO"* <br> *to both Questions 1 and 2,* <br> *skip Questions 3 and 4* <br> *and go to the next claim.* |
|---|---|

    3.   Has Gilead proven by clear and convincing evidence that Claim 7 of the '712 Patent is invalid for derivation from Jeremy Clark?

        _____ Yes (Verdict for Gilead)      _____ No (Verdict for Merck and Ionis)

    4.   Has Gilead proven by clear and convincing evidence that Claim 7 of the '712 Patent is invalid for prior invention by Jeremy Clark?

        _____ Yes (Verdict for Gilead)      _____ No (Verdict for Merck and Ionis)

F.  **Claim 9.**

    1.  Has Gilead proven by clear and convincing evidence that Claim 9 of the '712 patent is invalid for lack of written description?

        \_\_\_\_\_ Yes (Verdict for Gilead)     \_\_\_\_\_ No (Verdict for Merck and Ionis)

    2.  Has Gilead proven by clear and convincing evidence that Claim 9 of the '712 patent is invalid for lack of enablement?

        \_\_\_\_\_ Yes (Verdict for Gilead)     \_\_\_\_\_ No (Verdict for Merck and Ionis)

| *If "YES"* <br> *to Questions 1 and/or 2,* <br> *answer Questions 3 and 4* <br> *and go to the next claim.* | *If "NO"* <br> *to both Questions 1 and 2,* <br> *skip Questions 3 and 4* <br> *and go to the next claim.* |
|---|---|

    3.  Has Gilead proven by clear and convincing evidence that Claim 9 of the '712 Patent is invalid for derivation from Jeremy Clark?

        \_\_\_\_\_ Yes (Verdict for Gilead)     \_\_\_\_\_ No (Verdict for Merck and Ionis)

    4.  Has Gilead proven by clear and convincing evidence that Claim 9 of the '712 Patent is invalid for prior invention by Jeremy Clark?

        \_\_\_\_\_ Yes (Verdict for Gilead)     \_\_\_\_\_ No (Verdict for Merck and Ionis)

G. **Claim 10.**

1. Has Gilead proven by clear and convincing evidence that Claim 10 of the '712 patent is invalid for lack of written description?

    _____ Yes (Verdict for Gilead)      _____ No (Verdict for Merck and Ionis)

2. Has Gilead proven by clear and convincing evidence that Claim 10 of the '712 patent is invalid for lack of enablement?

    _____ Yes (Verdict for Gilead)      _____ No (Verdict for Merck and Ionis)

| *If "YES"* to Questions 1 and/or 2, answer Questions 3 and 4 and go to the next claim. | *If "NO"* to both Questions 1 and 2, skip Questions 3 and 4 and go to the next claim. |
|---|---|

3. Has Gilead proven by clear and convincing evidence that Claim 10 of the '712 Patent is invalid for derivation from Jeremy Clark?

    _____ Yes (Verdict for Gilead)      _____ No (Verdict for Merck and Ionis)

4. Has Gilead proven by clear and convincing evidence that Claim 10 of the '712 Patent is invalid for prior invention by Jeremy Clark?

    _____ Yes (Verdict for Gilead)      _____ No (Verdict for Merck and Ionis)

H. **Claim 11.**

1. Has Gilead proven by clear and convincing evidence that Claim 11 of the '712 patent is invalid for lack of written description?

   \_\_\_\_\_ Yes (Verdict for Gilead)      \_\_\_\_\_ No (Verdict for Merck and Ionis)

2. Has Gilead proven by clear and convincing evidence that Claim 11 of the '712 patent is invalid for lack of enablement?

   \_\_\_\_\_ Yes (Verdict for Gilead)      \_\_\_\_\_ No (Verdict for Merck and Ionis)

| *If "YES"* to Questions 1 and/or 2, answer Questions 3 and 4 and go to the next claim. | *If "NO"* to both Questions 1 and 2, skip Questions 3 and 4 and go to the next claim. |
|---|---|

3. Has Gilead proven by clear and convincing evidence that Claim 11 of the '712 Patent is invalid for derivation from Jeremy Clark?

   \_\_\_\_\_ Yes (Verdict for Gilead)      \_\_\_\_\_ No (Verdict for Merck and Ionis)

4. Has Gilead proven by clear and convincing evidence that Claim 11 of the '712 Patent is invalid for prior invention by Jeremy Clark?

   \_\_\_\_\_ Yes (Verdict for Gilead)      \_\_\_\_\_ No (Verdict for Merck and Ionis)

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The Presiding Juror should then sign and date the verdict form in the spaces below and notify the Security Guard that you have reached a verdict. The Presiding Juror should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

Dated: March _____, 2016         _____
                                                                              Presiding Juror