STEPHEN S. RABINOWITZ
stephen.rabinowitz@hugheshubbard.com
PATRICE P. JEAN (Pro Hac Vice)
patrice.jean@hugheshubbard.com
MITCHELL EPNER (Pro Hac Vice)
mitchell.epner@hugheshubbard.com
HUGHES HUBBARD & REED LLP
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004
Telephone:    (212) 837-6000
Facsimile:     (212) 299-6807

Bruce Genderson (Pro Hac Vice)
bgenderson@wc.com
Jessamyn S. Berniker (Pro Hac Vice)
jberniker@wc.com
Stanley E. Fisher (Pro Hac Vice)
sfisher@wc.com
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone:  (202) 434-5000
Facsimile:  (202) 434-5029

[Counsel continued overleaf]

Attorneys for Defendant
MERCK & CO., INC. and Defendants and Counterclaimants
MERCK SHARP & DOHME CORP. and ISIS PHARMACEUTICALS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GILEAD SCIENCES, INC.,<br><br>             Plaintiff and Counterdefendant,<br><br>     v.<br><br>MERCK & CO., INC. (Defendant only), MERCK SHARP & DOHME CORP., and ISIS PHARMACEUTICALS, INC.<br><br>             Defendants and Counterclaimants. | Case No. 5:13-cv-04057-BLF<br><br>**MERCK'S REQUEST RE: RENEWED MOTION UNDER FED. R. CIV. P. 50(a)** |

1  JOSHUA H. LERNER (SBN 220755)
   jlerner@durietangri.com
2  LAURA E. MILLER (SBN 271713)
   lmiller@durietangri.com
3  Durie Tangri LLP
   217 Leidesdorff Street
4  San Francisco, CA 94111
   Telephone:    (415) 362-6666
5  Facsimile:    (415) 236-6300

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MERCK'S REQUEST RE RENEWED MOTION UNDER RULE 50(a) / CASE NO. 5:13-CV-04057-BLF

1 At the close of all the evidence and before the case is submitted to the jury, as directed by the Court,
2 Defendants Merck & Co., Inc., Merck Sharpe & Dohme Corp. and Ionis Pharmaceuticals, Inc., formerly
3 known as Isis Pharmaceuticals, Inc. (collectively, "Merck") respectfully submit this written request for
4 an opportunity to be heard at the Court's earliest convenience on a renewed motion under Fed. R. Civ. P.
5 50(a).

Dated: March 16, 2016

STEPHEN S. RABINOWITZ
PATRICE P. JEAN (PRO HAC VICE)
MITCHELL EPNER (PRO HAC VICE)
HUGHES, HUBBARD & REED LLP

BRUCE GENDERSON (PRO HAC VICE)
JESSAMYN S. BERNIKER (PRO HAC VICE)
STANLEY E. FISHER (PRO HAC VICE)
WILLIAMS & CONNOLLY LLP

JOSHUA H. LERNER
LAURA E. MILLER
DURIE TANGRI LLP


By: _____/s/ Stephen S Rabinowitz_____

STEPHEN S. RABINOWITZ

Attorneys for Defendant
MERCK & CO., INC. and Defendants and Counterclaimants
MERCK SHARP & DOHME CORP. and ISIS PHARMACEUTICALS, INC.

**CERTIFICATE OF SERVICE**

I certify that the foregoing document was provided to the Court in open court on March 16, 2016 at the close of all the evidence and before the case was submitted to the jury and was simultaneously served by hand on opposing counsel in open court.

By: _____*/s/ Stephen S Rabinowitz*_____

STEPHEN S. RABINOWITZ