| | |
|---|---|
| 1 | John M. Farrell (CA Bar No. #99649) |
|   | farrell@fr.com |
| 2 | FISH & RICHARDSON P.C. |
|   | 500 Arguello Street, Suite 500 |
| 3 | Redwood City, CA 94063 |
|   | Telephone: (650) 839-5070 |
| 4 | Facsimile: (650) 839-5071 |
| 5 | Jonathan E. Singer (CA Bar No. #187908) |
|   | singer@fr.com |
| 6 | FISH & RICHARDSON P.C. |
|   | 3200 RBC Plaza |
| 7 | 60 South Sixth Street |
|   | Minneapolis, MN 55402 |
| 8 | Telephone: (612) 335-5070 |
|   | Facsimile: (612) 288-9696 |
| 9 | |
| 10 | Juanita R. Brooks (CA Bar No. #75934) |
|   | brooks@fr.com |
| 11 | FISH & RICHARDSON P.C. |
|   | 12390 El Camino Real |
| 12 | San Diego, CA 92130 |
|   | Telephone: (858) 678-5070 |
| 13 | Facsimile: (858) 678-5099 |
| 14 | Attorneys for Plaintiff |
|   | GILEAD SCIENCES, INC. |
| 15 | *Additional counsel listed on signature page* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**(SAN JOSE DIVISION)**

| | | |
|---|---|---|
| 18 | GILEAD SCIENCES, INC., | Case No. 5:13-cv-04057-BLF/PSG |
| 19 | Plaintiff and Counterdefendant, | **GILEAD SCIENCES, INC.'S MOTION UNDER FED. R. CIV. P. 50(a)** |
| 20 | v. | |
| 21 | MERCK & CO, INC. (Defendant only), MERCK SHARP & DOHME CORP. and ISIS | |
| 22 | PHARMACEUTICALS, INC., | |
| 23 | Defendants and Counterclaimants. | |

Case No. 5:13-cv-04057-BLF/PSG

At the close of Defendants' case-in-chief, as directed by the Court, Plaintiff Gilead Sciences, Inc. respectfully moves under Fed. R. Civ. P. 50(a) for judgment as a matter of law, for the reasons to be set forth during forthcoming argument at the Court's earliest convenience, and in briefing to follow.

Dated:  March 16, 2016

FISH & RICHARDSON P.C.

By:  /s/ Douglas E. McCann
     Douglas E. McCann

Attorneys for Plaintiff
GILEAD SCIENCES, INC.

*Additional counsel:*
Douglas E. McCann (*Pro Hac Vice*)
dmccann@fr.com
Gregory R. Booker (*Pro Hac Vice*)
booker@fr.com
Robert M. Oakes (*Pro Hac Vice*)
oakes@fr.com
Elizabeth Flanagan (*Pro Hac Vice*)
eflanagan@fr.com
Joseph B. Warden  (*Pro Hac Vice*)
warden@fr.com
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE  19801
Telephone:  (302) 652-5070
Facsimile:  (302) 652-0607