```
 1                     UNITED STATES DISTRICT COURT
 2              FOR THE NORTHERN DISTRICT OF CALIFORNIA
                         SAN JOSE DIVISION
 3
        GILEAD SCIENCES, INC.,
 4
                 PLAINTIFF,            CASE NO.  CV-13-4057-BLF
 5
          VS.                          SAN JOSE, CALIFORNIA
 6
        MERCK & CO., INC., ET AL.,     MARCH 9, 2016
 7
                 DEFENDANTS.           VOLUME 4
 8
                                       PAGES 477 - 636
 9
                     TRANSCRIPT OF TRIAL PROCEEDINGS
10            BEFORE THE HONORABLE BETH LABSON FREEMAN
                     UNITED STATES DISTRICT JUDGE
11                   A-P-P-E-A-R-A-N-C-E-S

12      FOR THE PLAINTIFF:   FISH & RICHARDSON PC
                             BY:   JUANITA R. BROOKS
13                                 JONATHAN SINGER
                                   DOUGLAS MCCANN
14                                 MICHAEL FLOREY
                             222 DELAWARE AVENUE, 17TH FLOOR
15                           P.O. BOX 1114
                             WILMINGTON, DELAWARE 19801
16
        FOR THE DEFENDANTS:  WILLIAMS & CONNOLLY, LLP
17                           BY:   BRUCE R. GENDERSON
                                   JESSAMYN BERNIKER
18                                 STANLEY FISHER
                                   SANJIV LAUD
19                                 JESSICA RYEN
                                   STANLEY E. FISHER
20                           725 TWELFTH STREET, N.W.
                             WASHINGTON, DC 20005
21
            (APPEARANCES CONTINUED ON THE NEXT PAGE.)
22
        OFFICIAL COURT REPORTERS:   IRENE L. RODRIGUEZ, CSR, CRR
23                                  CERTIFICATE NUMBER 8074
                                    LEE-ANNE SHORTRIDGE, CSR, CRR
24                                  CERTIFICATE NUMBER 9595

25          PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY,
        TRANSCRIPT PRODUCED WITH COMPUTER.
```

1

2

A P P E A R A N C E S: (CONT'D)

3     FOR THE DEFENDANTS:     HUGHES, HUBBARD & REED
                              BY:  STEPHEN S. RABINOWITZ
4                                  DAVID LANSKY
                                   MITCHELL E. EPNER
5                                  PATRICE JEAN
                              ONE BATTERY PARK PLAZA
6                             NEW YORK, NEW YORK 10004

7

8     **ALSO PRESENT**

9

10    FOR THE PLAINTIFF:      GILEAD
                              BY:  LORIE ANN MORGAN
11                                 ANDREA HUTCHISON
                                   JAMISON LYNCH
12                            333 LAKESIDE DRIVE
                              FOSTER CITY, CALIFORNIA  94404
13

14    FOR THE DEFENDANTS:     MERCK
                              BY:  MICHAEL HOLSTON
15                                 WILLIAM KROVATIN
                              126 EAST LINCOLN AVENUE
16                            P.O. BOX 2000
                              RAHWAY, NEW JERSEY  07065
17
                              IONIS
18                            BY:  CLIFF FORD
                                   JASON D. FERRONE
19                            2855 GAZELLE COURT
                              CARLSBAD, CALIFORNIA  92010
20

21

22

23

24

25

1

2                        INDEX OF WITNESSES

3      FOR THE PLAINTIFF:

4      VIDEOTAPED DEPOSITION OF KRYZSZTOF PANKIEWICZ   P. 484

5      VIDEOTAPED DEPOSITION OF QUANLAI SONG           P. 484

6      VIDEOTAPED DEPOSITION OF ABDULLAH HASSAN        P. 484

7      **MICHAEL OTTO**
              DIRECT EXAM BY MR. MCMANN                P. 486
8             CROSS-EXAM BY MR. GENDERSON              P. 521

9      VIDEOTAPED DEPOSITION ROGER POMERANTZ           P. 552

10     **CHRISTOPH SEEGER**
              DIRECT EXAM BY MR. FARRELL               P. 555
11            CROSS-EXAM BY MR. FISHER                 P. 581
              REDIRECT EXAM BY MR. FARRELL             P. 616
12            RECROSS-EXAM BY MR. FISHER               P. 621

13     **VALENTINO STELLA**
              DIRECT EXAM BY MR. SINGER                P. 623

14

15

16

17

18

19

20

21

22

23

24

25

480

```
 1                    INDEX OF EXHIBITS

 2
                                   IDENT.      EVIDENCE
 3      PLAINTIFF'S:

 4      1083, 36, 37, 108, 109,                  485
        118, 1087, 1200, 2633
 5      1002                                     497
        520                                      505
 6      1721                                     510
        1209                                     512
 7      1101                                     513
        159                                      516
 8      60                                       553
        61                                       553
 9      65                                       553
        66                                       553
10      69                                       553
        73                                       553
11      77                                       553
        2                                        569
12      168                                      574
        2172                                     578
13

14      DEFENDANTS':

15      1901                                     522
        1709                                     523
16      1712                                     524
        524                                      526
17      1893                                     528
        1713                                     529
18      1900                                     531
        518                                      532
19      512                                      536
        1721                                     540
20      523                                      546
        1921                                     549
21      920                                      587
        2190                                     597
22      2170                                     601
        2187                                     607
23

24

25
```

```
 1    SAN JOSE, CALIFORNIA                    MARCH 9, 2016

 2                    P R O C E E D I N G S

 3        (JURY OUT AT 10:00 A.M.)

 4            THE COURT:  GOOD MORNING EVERYONE.  PLEASE BE

 5    SEATED.

 6            MR. GENDERSON:  GOOD MORNING, YOUR HONOR.

 7            THE COURT:  WE ARE OUTSIDE OF THE PRESENCE OF THE

 8    JURY.  AND YESTERDAY THERE WERE SOME ISSUES AT THE END OF THE

 9    DAY, AND I'M SO SORRY I WAS UNABLE TO BE HERE EARLIER TODAY TO

10    MEET WITH YOU TO RESOLVE THEM, BUT I WANTED TO TAKE A MOMENT

11    BEFORE WE BROUGHT IN THE JURY TO MAKE SURE I UNDERSTAND WHERE

12    WE ARE.

13        SO IT DOES APPEAR -- AND I THANK YOU FOR WORKING ON THE

14    STIPULATIONS.  AND AM I CORRECT THAT THERE IS A STIPULATION TO

15    BE READ TO THE JURY STIPULATED FACTS 1 AND 2; IS THAT CORRECT?

16            MR. GENDERSON:  THAT'S CORRECT, YOUR HONOR.

17            MS. BROOKS:  YES, YOUR HONOR.

18            THE COURT:  THANK YOU.  AND WHEN WOULD YOU LIKE THIS

19    READ?

20            MS. BROOKS:  RIGHT BEFORE DR. SEEGER TESTIFIES, YOUR

21    HONOR.

22            THE COURT:  THAT'S FINE.  THANK YOU.

23            MS. BROOKS:  THANK YOU.

24            THE COURT:  AND THEN I HAD TWO OTHER DOCUMENTS

25    FILED, IT LOOKS LIKE THEY WERE FILED YESTERDAY, ONE FROM EACH
```

1      SIDE, AND THEY BOTH PERTAIN TO THE UNDISPUTED FACTS.

2          ARE THESE STILL AT ISSUE?

3              MR. RABINOWITZ:  I DON'T BELIEVE THERE'S ANYTHING

4      CURRENTLY LIVE FOR THE COURT TO ADDRESS.

5              THE COURT:  THAT'S FINE.  I APPRECIATE THAT.

6          AND IF WE COME UPON OTHER ISSUES, OBVIOUSLY WE DON'T ARGUE

7      WHETHER SOMETHING IS STIPULATED.  IT'S EITHER YOU AGREE IT'S,

8      IN THE JOINT PRETRIAL ORDER, OR YOU CAN GO AHEAD AND PROVE THE

9      FACT, BUT I'M GLAD TO HEAR ANY OF THOSE.

10         SO I DON'T BELIEVE WE HAVE ANY OTHER MATTERS TO DISCUSS

11     THIS MORNING.

12         AND LET ME JUST ASK, MS. BROOKS, I UNDERSTAND YOU HAVE

13     MORE VIDEO TO PLAY OF THE DEPOSITIONS?

14             MS. BROOKS:  WE DO, YOUR HONOR.

15             THE COURT:  AND HOW MUCH IS THAT GOING TO BE?

16             MS. BROOKS:  I BELIEVE IT IS SLIGHTLY OVER AN HOUR.

17     WE HAVE AN 8 MINUTE VIDEO THAT I TALKED ABOUT YESTERDAY; AND

18     THEN A 36 MINUTE VIDEO; AND THEN A 20 MINUTE ONE; AND THEN A

19     LIVE WITNESS.

20             THE COURT:  THAT'S GREAT.  OKAY.  WE'LL JUST

21     PROCEED.  I WAS CURIOUS, ANY WAY YOU WISH TO PRESENT IT IS FINE

22     WITH ME.

23         AND I THINK THAT TAKES CARE OF EVERYTHING.

24         AND I BELIEVE IT WAS -- MS. SALINAS-HARWELL DID INFORM YOU

25     ABOUT THE VIDEOTAPED TESTIMONY.  IN MY VIEW IT HAS THE SAME

1    CHARACTER AS THE ORAL TESTIMONY OF THE WITNESS BEING HERE IN

2    COURT AND SO ALTHOUGH THE TRANSCRIPT MUST BE PART OF THE

3    RECORD, THE TRANSCRIPT DOES NOT GO TO THE JURY.  THEY'RE

4    WELCOME TO HAVE A READBACK OF IT IF THEY WANT TO HEAR IT AGAIN

5    JUST LIKE ANY OTHER TESTIMONY, BUT IT DOESN'T HAVE THE -- IT

6    DOESN'T CHANGE IT IN CHARACTER AS OTHER ORAL TESTIMONY.

7            ALL RIGHT.  ARE WE READY TO BRING IN THE JURY?

8              MS. BROOKS:  WE ARE, YOUR HONOR.

9              THE COURT:  LET'S DO THAT.

10          (JURY IN AT 10:02 A.M.)

11              THE COURT:  GOOD MORNING.  PLEASE BE SEATED

12    EVERYONE.  WE'RE BACK ON THE RECORD AND OUR JURORS ARE HERE.

13    WE HAD A LITTLE BIT OF A LATE START DUE TO MY SCHEDULE SO I

14    APPRECIATE THAT.  SO WE'RE GOING TO GET RIGHT BACK DOWN TO

15    WORK.  AND WHEN WE LEFT OFF YESTERDAY, MS. BROOKS WAS

16    PRESENTING DEPOSITION TESTIMONY, AND I BELIEVE WE'RE GOING TO

17    RETURN TO THAT.

18            IS THAT CORRECT?

19              MS. BROOKS:  YES.  THANK YOU VERY MUCH, YOUR HONOR.

20          OUR NEXT DEPOSITION CLIP IS THAT OF KRYZSZTOF PANKIEWICZ.

21    K-R-Y-Z-S-Z-T-O-F IS THE FIRST NAME; P-A-N-K-I-E-W-I-C-Z IS THE

22    LAST NAME.

23          DR. PANKIEWICZ WAS A DIRECTOR OF CHEMISTRY AT PHARMASSET,

24    AND HE WAS JEREMY CLARK'S SUPERVISOR AT THE TIME THAT MR. CLARK

25    SYNTHESIZED PSI-6130.

1          **(THE VIDEOTAPED DEPOSITION OF KRYZSZTOF PANKIEWICZ WAS**

2    **PLAYED.)**

3              MS. BROOKS:  YOUR HONOR, THAT CONCLUDES THAT

4    DEPOSITION.

5          THE NEXT DEPOSITION WE WILL BE PLAYING IS THAT OF QUANLAI

6    SONG, AND THAT'S SPELLED Q-U-A-N-L-A-I, FIRST NAME; LAST NAME

7    S-O-N-G, SONG.

8          AND DR. SONG WAS A CHEMIST AT ISIS WORKING ON NUCLEOSIDES

9    DURING THE MERCK/ISIS COLLABORATION BUT IS NOT ONE OF THE

10   LISTED INVENTORS ON THE '499 OR THE '712 PATENTS.

11         **(THE VIDEOTAPED DEPOSITION OF QUANLAI SONG WAS PLAYED.)**

12             MS. BROOKS:  YOUR HONOR, THAT CONCLUDES THE

13   DEPOSITION OF MR. SONG.

14         AND THE LAST DEPOSITION THAT WE HAVE BEFORE WE CALL OUR

15   NEXT LIVE WITNESS IS THAT OF ABDULLAH HASSAN, A-B-D-U-L-L-A-H,

16   H-A-S-S-A-N.

17         DR. HASSAN WAS A LEAD SCIENTIST AT PHARMASSET WORKING ON

18   NUCLEOSIDE SYNTHESIS INCLUDING 2 METHYL UP NUCLEOSIDES FOR HCV.

19         **(THE VIDEOTAPED DEPOSITION OF ABDULLAH HASSAN WAS PLAYED.)**

20             MS. BROOKS:  AND THAT CONCLUDES THE DEPOSITION OF

21   DR. HASSAN, YOUR HONOR.

22         AND WE WOULD ASK TO MOVE SOME EXHIBITS INTO EVIDENCE THAT

23   WERE DISCUSSED IN THE DEPOSITION.

24         FIRST THE DEPOSITION OF DR. PANKIEWICZ WOULD BE

25   EXHIBIT 1083.

```
1          AND I BELIEVE THESE ARE ALL UNOBJECTED TO.

2          DR. SONG WOULD BE EXHIBITS 36, 37, 108, 109, AND 118.

3          AND DR. HASSAN WOULD BE EXHIBITS 1087, 1200, AND 2633.

4               MR. GENDERSON:  NO OBJECTION, YOUR HONOR.

5               THE COURT:  THANK YOU.  THOSE WILL ALL BE ADMITTED.

6          (PLAINTIFF'S EXHIBITS 1083, 36, 37, 108, 109, 118, 1087,

7     1200, 2633 WERE RECEIVED IN EVIDENCE.)

8          (RECESS FROM 11:32 A.M. UNTIL 11:32 A.M.)

9               THE COURT:  PLEASE BE SEATED.  IT LOOKS AS THOUGH WE

10    HAVE OUR COMPUTER BACK IN LINE.

11         ALL RIGHT.  MS. BROOKS, ARE YOU READY TO CALL YOUR NEXT

12    WITNESS?

13              MS. BROOKS:  WE ARE, YOUR HONOR.  OUR NEXT WITNESS

14    IS DR. MICHAEL OTTO, AND MR. MCMAHON WILL BE DOING THE

15    EXAMINATION.

16              THE COURT:  THANK YOU.  DR. OTTO, IF YOU WOULD COME

17    FORWARD TO THE WITNESS STAND AND STAND TO BE SWORN.

18         (PLAINTIFF'S WITNESS, MICHAEL OTTO, WAS SWORN.)

19              THE WITNESS:  YES.

20              THE CLERK:  THANK YOU.  PLEASE BE SEATED.

21              MR. MCMANN:  MAY I APPROACH, YOUR HONOR?

22              THE COURT:  YES, PLEASE.

23              THE CLERK:  IF YOU WOULD PLEASE STATE YOUR NAME AND

24    SPELL YOUR LAST NAME FOR THE RECORD.

25              THE WITNESS:  MY NAME IS MICHAEL JOHN OTTO, O-T-T-O.
```

1        MR. MCMANN:  MAY I PROCEED, YOUR HONOR?

2        THE COURT:  YES, PLEASE.

3                    **DIRECT EXAMINATION**

4   BY MR. MCMANN:

5   Q.   GOOD MORNING, DR. OTTO.

6   A.   GOOD MORNING.

7   Q.   DR. OTTO, WHAT DO YOU DO FOR A LIVING?

8   A.   I'M CURRENTLY RETIRED.  I DO SOME CONSULTING, AND I SERVE

9   ON THE BOARD OF DIRECTORS OF A SMALL BIOTECH COMPANY THAT IS

10  INTERESTED IN ANTI-INFECTIVES.

11  Q.   IT MIGHT HELP IF YOU LEAN INTO THE MICROPHONE OR BRING IT

12  CLOSER.

13  A.   IS THAT BETTER?

14  Q.   THAT'S BETTER.

15  A.   OKAY.

16  Q.   COULD YOU TELL US A LITTLE BIT MORE ABOUT THE COMPANY

17  WHERE YOU WORK TODAY, SIR?

18  A.   IT'S A -- AS I SAID, IT IS A SMALL BIOTECH COMPANY.  IT'S

19  INTERESTED IN TREATMENTS FOR INFLUENZA VIRUS, AS WELL AS THE

20  TREATMENT OF MERSA, WHICH IS METHICILLIN-RESISTANT STAPH

21  AUREUS.

22  Q.   FROM 1999 TO 2012, WERE YOU THE CHIEF SCIENTIFIC OFFICER

23  AT PHARMASSET?

24  A.   I WAS.

25  Q.   WAS THAT THE TIMEFRAME WHEN PSI-6130 AND SOFOSBUVIR WERE

1    DISCOVERED?

2    A.   YES, IT WAS.

3    Q.   WE'RE GOING TO TALK TODAY ABOUT THAT DISCOVERY OF

4    PSI-6130, BUT FIRST LET'S DO A LITTLE BIT ABOUT YOUR BACKGROUND

5    AND EXPERIENCE.

6         I'VE BEEN CALLING YOU DR. OTTO.  YOU HAVE A PH.D.?

7    A.   I DO.

8    Q.   AND IN WHAT FIELD?

9    A.   IT'S IN THE MEDICAL MICROBIOLOGY.

10   Q.   WHEN DID YOU GET YOUR DEGREE?

11   A.   1977.

12   Q.   AND CAN YOU EXPLAIN TO THE JURY WHAT MEDICAL MICROBIOLOGY

13   IS?

14   A.   IT'S THE STUDY OF ORGANISMS, VIRUSES, BACTERIA AND

15   FUNGUSES THAT CAUSES DISEASES IN HUMAN BEINGS.

16   Q.   IN YOUR EDUCATION, DOCTOR, DID YOU RECEIVE TRAINING IN

17   ANTI-VIRAL DRUG DISCOVERY?

18   A.   YES.

19   Q.   AND COULD YOU GO THROUGH YOUR EDUCATION AND EXPLAIN WHAT

20   YOU DID THAT HELPED YOU PREPARE FOR A CAREER IN ANTI-VIRAL DRUG

21   DISCOVERY?

22   A.   WELL, I STARTED OUT ACTUALLY LOOKING AT INTERFERONS FOR

23   THE TREATMENT OF VIRUSES.  AND THEN I DID A POST-DOCTORAL, I

24   LOOKED AT HOW VIRUSES INTERACTED WITH CELLS, BECAUSE IT'S

25   IMPORTANT TO UNDERSTAND THAT INTERACTION.

1          THEN I WENT TO YALE SCHOOL OF MEDICINE WHERE I STARTED

2    WORKING ON NUCLEOSIDES FOR THE TREATMENT OF HERPES VIRUSES.

3    Q.   AND WHAT YEAR DID YOU FINISH AT YALE?

4    A.   I THINK IT WAS 1982, I THINK.

5    Q.   AND I THINK YOU TOLD US A MOMENT AGO YOU WENT TO

6    PHARMASSET IN '99?

7    A.   YES.

8    Q.   SO IN THE YEARS BETWEEN FINISHING AT YALE AND GOING TO

9    PHARMASSET, DID YOU WORK IN INDUSTRY?

10   A.   I DID.

11   Q.   WAS YOUR WORK RELATED TO ANTI-VIRAL DRUG DISCOVERY?

12   A.   IT WAS ALMOST ENTIRELY ANTI-VIRAL DRUG DISCOVERY.

13   Q.   AND CAN YOU WALK USE THROUGH YOUR CAREER PATH FROM WHEN

14   YOU LEFT YALE UNTIL YOU WENT TO PHARMASSET, AGAIN, WITH THE

15   RESEARCH ON WORKING AGAINST VIRUSES?

16   A.   YEAH.  I STARTED OUT WITH A COMPANY CALLED STERLING DRUG

17   WHERE I WAS RESPONSIBLE FOR TRYING TO FIND A CURE FOR THE

18   COMMON COLD.

19   Q.   DID YOU FIND ONE?

20   A.   NO.

21        (LAUGHTER.)

22          THE WITNESS:  WE FOUND SOME INTERESTING TREATMENTS,

23   BUT NO CURES.

24        I ALSO WORKED ON SOME HERPES VIRUS COMPOUNDS.

25        FROM THERE I WENT TO DUPONT PHARMACEUTICALS WHERE I WAS

1       CHARGED WITH SETTING UP AN ANTI-VIRAL DRUG DISCOVERY PROGRAM.

2       BY MR. MCMANN:

3       Q.   AND YOU AND I SHARE THE SAME CHARACTERISTIC, DR. OTTO.  WE

4       SOMETIMES TEND TO SPEAK QUICKLY.

5       A.   YES.

6       Q.   AND IF YOU COULD SLOW DOWN WHILE YOU'RE TALKING.

7       A.   I WILL DO THAT.

8       Q.   I'M SORRY.  YOU WERE TALKING ABOUT DUPONT.

9       A.   SO I WAS AT DUPONT AND THERE I WAS PRIMARILY INVOLVED IN

10      LOOKING FOR COMPOUNDS THAT WOULD TREAT HIV.  I WAS THERE FOR

11      SEVEN OR EIGHT OR NINE YEARS.

12           THEN I JOINED A SMALL STARTUP COMPANY, A BIOTECH SMALL

13      STARTUP CALLED AVID THERAPEUTICS IN PHILADELPHIA WHERE WE WERE

14      LOOKING FOR DRUGS THAT WOULD TREAT HEPATITIS B AND HEPATITIS C.

15           THAT COMPANY WAS PURCHASED AND I JOINED RHONE POULENC

16      RORER WHERE PART OF MY JOB WAS TO BE THE LIAISON BETWEEN THE

17      FRENCH ANTI-VIRAL DRUG DISCOVERY GROUPS AND U.S. CLINICAL

18      GROUPS, AND THEN IT WAS AFTER THAT THAT I JOINED PHARMASSET.

19      Q.   AND WHEN YOU JOINED PHARMASSET, WHERE WAS IT LOCATED?

20      A.   IN TUCKER, GEORGIA.

21      Q.   AND HOW DID YOU END UP GOING TO PHARMASSET?

22      A.   WELL, I HAD KNOWN THE FOUNDERS AND ONE OF THE PRIMARY

23      FOUNDERS, DR. SCHINAZI, WAS A COLLEAGUE THAT I HAD MET MANY

24      TIMES AND HE RECRUITED ME TO COME TO WORK AT THE SMALL COMPANY.

25           AND I THOUGHT IT WAS AN AMAZING OPPORTUNITY BECAUSE HERE

1    WAS THIS VERY SMALL COMPANY NOT ENCUMBERED BY ANY KIND OF LARGE

2    BUREAUCRACY AND CLEARLY FOCUSSED ON THE DISCOVERY OF ANTI-VIRAL

3    DRUGS USING NUCLEOSIDES.

4    Q.   AND WHEN YOU WERE HIRED, WHAT WAS YOUR TITLE?

5    A.   CHIEF SCIENTIFIC OFFICER.

6    Q.   AND THOSE WHO DO NOT WORK IN THE PHARMACEUTICAL COMPANY,

7    CAN YOU EXPLAIN IN THE HIERARCHY WHAT THE CHIEF SCIENTIFIC

8    OFFICER DOES?

9    A.   HE OR SHE IS THE TOP SCIENTIST.  ALL OF THE SCIENTISTS

10   REPORT UP TO THAT PERSON AND IN TO THAT PERSON, AND THEN MY JOB

11   WAS BASICALLY TO COORDINATE ALL OF THE RESEARCH THAT WAS BEING

12   DONE AT PHARMASSET.

13   Q.   NOW, WHEN YOU JOINED PHARMASSET IN 1999, ABOUT HOW MANY

14   EMPLOYEES DID THE COMPANY HAVE?

15   A.   IN 1999, I BELIEVE WE WERE LESS THAN 12.

16   Q.   AND IF WE CAN --

17        MR. ANG, IF WE CAN HAVE PDX 401.

18        I THINK IT'S A PHOTOGRAPH OF THE EARLY PHARMASSET TEAM.

19   DO YOU SEE THAT?

20   A.   I DO.

21   Q.   AND COULD YOU POINT YOURSELF OUT, DR. OTTO?

22   A.   I'M IN THE SECOND ROW SECOND TO THE LEFT.

23   Q.   IN THE WHITE SHIRT?

24   A.   YES.

25   Q.   AND DO YOU STILL LOOK THE SAME?

1    A.    NO.

2    Q.    AND DO YOU SEE ALAN ROEMER?

3    A.    HE'S IN THE FIRST ROW FARTHEST TO THE RIGHT.

4    Q.    NOW, IS THIS MOST OF THE PHARMASSET TEAM AT THAT TIME?

5    A.    YEAH.  I THINK THERE ARE A COUPLE OF PEOPLE MISSING, BUT

6    THIS IS BASICALLY THE COMPANY.

7    Q.    SO NOT QUITE THE SIZE OF DUPONT OR RHONE POULENC?

8    A.    NO.

9    Q.    AND COULD YOU EXPLAIN A LITTLE BIT MORE WHAT INTERESTED

10   YOU TO GO TO A LITTLE COMPANY LIKE PHARMASSET AFTER WORKING FOR

11   A COMPANY LIKE DUPONT OR PHONE POULENC?

12   A.    WELL, IN MY EXPERIENCE MOST OF THE BIG BREAKTHROUGHS, AT

13   LEASE IN MY FIELD, CAME FROM SMALL COMPANIES, SMALL GROUPS, NOT

14   FROM LARGE PHARMA, AND IT'S NOT BECAUSE THEY DON'T HAVE REALLY

15   GOOD SCIENTISTS, IT'S BECAUSE THEY'RE ENCUMBERED BY A LOT OF

16   PROCESS AND A LOT OF BUREAUCRACY.  THEY HAVE A LOT MORE

17   RESOURCES, BUT THEY CAN'T FOLLOW THEIR CREATIVITY, AND IN A

18   SMALL COMPANY YOU CAN DO THAT.

19   Q.    AND WHEN YOU FIRST JOINED PHARMASSET, WHAT KIND OF

20   RESEARCH WAS PHARMASSET FOCUSSED ON?

21   A.    DISCOVERING NUCLEOSIDES THAT COULD TREAT HEPATITIS B,

22   POTENTIALLY HEPATITIS C, AS WELL AS HIV.

23   Q.    LET'S TURN TO PHARMASSET'S WORK IN THE 2000 AND 2001

24   TIMEFRAME.  OKAY?

25   A.    OKAY.

OTTO DIRECT BY MR. MCMANN

1    Q.   AT THAT TIME DID PHARMASSET HAVE NUCLEOSIDES?

2    A.   YES.

3    Q.   AND WHERE WAS PHARMASSET GETTING NUCLEOSIDES?

4    A.   WE HAD A SMALL SCIENTIFIC CHEMISTRY STAFF THAT WAS MAKING

5    NUCLEOSIDES.  WE HAD A LIBRARY OF AROUND 3,000 COMPOUNDS THAT

6    ACTUALLY DR. KYO WATANABE BROUGHT WITH HIM.

7    Q.   WHO WAS DR. WATANABE?

8    A.   HE WAS THE HEAD OF CHEMISTRY, THE VICE PRESIDENT OF

9    CHEMISTRY.  HE WAS A MAN WITH A LOT OF EXPERIENCE IN NUCLEOSIDE

10   CHEMISTRY.  HE CAME FROM ROCKEFELLER, AND HE WORKED ON

11   NUCLEOSIDES MOST OF HIS CAREER.

12   Q.   AND YOU SAID HE HAD A LIBRARY?

13   A.   YES, HE HAD A PHYSICAL LIBRARY OF ABOUT 3,000 COMPOUNDS.

14   Q.   DO YOU MEAN COMPOUNDS DRAWN OUT IN A BOOK OR SOMETHING

15   ELSE?

16   A.   NO.  IT WAS PHYSICAL COMPOUNDS, IN VIALS.

17   Q.   AND HE BROUGHT THOSE TO THE COMPANY?

18   A.   HE DID.

19   Q.   AND WAS PHARMASSET ABLE TO TEST THE NUCLEOSIDES THAT IT

20   HAD ACCESS TO?

21   A.   YES.

22   Q.   AND WHAT WAS THE PRIMARY ASSAY THAT YOU WOULD USE TO TEST

23   THE NUCLEOSIDES?

24   A.   IN THAT TIME PERIOD, FOR HEPATITIS C, THE PRIMARY ASSAY

25   WAS ONE THAT WAS BASED ON A REPLICON CELL WHICH ALLOWS YOU TO

OTTO DIRECT BY MR. MCMANN

1      LOOK AT THE REPRODUCTION OF THE VIRUS GENOME.

2      Q.   AND CAN YOU TAKE A STEP BACK AT A HIGH LEVEL AND EXPLAIN

3      FOR THE JURY, WHAT IS AN ASSAY?  WHAT DOES IT TELL YOU?

4      A.   WELL, THE ASSAY THAT WE DESIGNED WAS ONE THAT WOULD ALLOW

5      US TO MEASURE WHETHER OR NOT THE VIRUS WAS STAYING ALIVE,

6      ACTUALLY REPRODUCING ITSELF; AND ALSO WOULD ALLOW US TO SEE

7      WHETHER OR NOT THE TEST COMPOUNDS WERE TOXIC WOULD KILL THE

8      CELLS.  AND SO IT WAS A COMBINATION OF ASSAY.

9      Q.   AN ASSAY GENERATES DATA?

10     A.   ABSOLUTELY.

11     Q.   AND WHY IS DATA IMPORTANT TO YOUR WORK?

12     A.   WELL, DATA DRIVES ALL OF THE DISCOVERY.  WITHOUT DATA, YOU

13     KNOW, YOU CAN'T DETERMINE WHETHER OR NOT YOUR TEST COMPOUND IS

14     POTENTIALLY GOING TO BE ACTIVE OR IS IT GOING TO BE TOXIC.  SO

15     YOU ACCUMULATE DATA TO DETERMINE THAT.

16     Q.   NOW, A MOMENT AGO YOU MENTIONED THAT THE REPLICON ASSAY

17     GIVES YOU DATA OR INFORMATION ABOUT ACTIVITY AND TOXICITY.

18         CAN YOU EXPLAIN FOR THE JURY FIRST, WHAT DO YOU MEAN BY

19     ACTIVITY?

20     A.   SO WHEN I SAY ACTIVITY IN THIS FIELD, IT MEANS THAT THE

21     COMPOUND THAT YOU'RE TESTING ACTUALLY KILLS THE VIRUS, STOPS IT

22     FROM BECOMING -- MAKING MORE COPIES OF ITSELF.

23         AND THEN THERE'S ALSO TOXICITY, WHICH IS ANOTHER ASPECT OF

24     THAT.

25     Q.   AND WHAT IS TOXICITY?

1    A.   TOXICITY IS YOU OBVIOUSLY WANT A COMPOUND THAT WOULD KILL

2    THE VIRUS, BUT NOT KILL THE CELL, MEANING KILLING THE PATIENT.

3    YOU DON'T WANT THAT.

4    Q.   AND IN YOUR WORK ON NUCLEOSIDES, DID YOU FIND TOXICITY TO

5    BE OF A PARTICULAR CONCERN?

6    A.   WELL, YES.  WITH NUCLEOSIDES IT'S ALWAYS A CONCERN.

7    Q.   AND WHY IS THAT?

8    A.   WELL, NUCLEOSIDES, YOU KNOW, THEY'RE THE BUILDING BLOCKS

9    OF ALL OF THE GENETIC MATERIAL IN YOUR CELL.  THEY'RE

10   RESPONSIBLE FOR MAKING NEW GENES AND THEY'RE ALL RESPONSIBLE

11   FOR BUILDING RNA, WHICH IS IMPORTANT FOR GETTING ALL OF THE

12   PROTEINS YOU NEED.

13        SO YOU DON'T WANT ANYTHING THAT WOULD JUST INTERFERE WITH

14   YOUR DNA OR YOUR RNA.

15   Q.   NOW, DR. OTTO, THROUGH THE END OF 2001, ABOUT HOW MANY

16   NUCLEOSIDES HAD PHARMASSET TESTED?

17   A.   IN 2001?  THOUSANDS.  I'M NOT SURE HOW MANY.

18   Q.   AND DID ANY OF THESE NUCLEOSIDES INCLUDE COMPOUNDS WITH A

19   METHYL UP AT THE 2' POSITION?

20   A.   YES.

21   Q.   DO YOU RECALL WHEN PHARMASSET FIRST BEGAN TESTING

22   NUCLEOSIDES WITH A METHYL UP AT THE 2' POSITION?

23   A.   IN 2001.  AS EARLY AS 2000 FOR A COUPLE OF THE COMPOUNDS.

24   Q.   AND WAS THERE A PARTICULAR SCIENTIST WHO WAS WORKING ON

25   MAKING NUCLEOSIDES WITH A METHYL UP AT THE 2' POSITION?

1    A.   YES, DR. HASSAN.

2    Q.   AND DR. HASSAN WAS A NUCLEOSIDE CHEMIST?

3    A.   HE WAS.

4    Q.   ARE YOU FAMILIAR WITH A NUCLEOSIDE CALLED PSI-5557?

5    A.   YES, I AM.

6    Q.   AND YOU JUST TOLD US A MOMENT AGO THAT PHARMASSET WAS

7    WORKING WITH HUNDREDS OF THOUSANDS OF COMPOUNDS.  WHY IS IT

8    THAT YOU REMEMBER THAT ONE IN PARTICULAR?

9    A.   I REMEMBER IT BECAUSE IT WAS A FAIRLY ACTIVE COMPOUND IN

10   THAT IT INHIBITED THE VIRUS.

11        UNFORTUNATELY, IT ALSO HAD SOME TOXICITY ISSUES THAT WOULD

12   ALSO KILL THE CELLS AT CERTAIN CONCENTRATIONS.

13   Q.   DID YOU USE IT IN ANY PARTICULAR WAY IN YOUR STUDIES?

14   A.   WELL, ONCE WE HAD MADE IT AND TESTED IT AND DETERMINED

15   WHAT ITS LEVEL OF ACTIVITY WAS, IT HAD A LEVEL OF ACTIVITY AND

16   A VIRAL ACTIVITY IN OUR ASSAY THAT WE WANTED TO USE LIKE A

17   BENCHMARK.  SO WE DID THAT.

18   Q.   IS THAT SOMETIMES CALLED A CONTROL?

19   A.   WE DO CALL IT CONTROL, YES.

20   Q.   NOW, DR. OTTO, YOU TOLD US THAT THAT COMPOUND WAS ACTIVE

21   AND ALSO TOXIC?

22   A.   YES.

23   Q.   AND HOW DO YOU KNOW IT WAS ACTIVE AND ALSO TOXIC?

24   A.   THROUGH THE USE OF THE ASSAY THAT WE WERE TALKING ABOUT A

25   FEW MINUTES AGO.

1    Q.   AT PHARMASSET DURING THIS TIMEFRAME, IN 2001, WHO WAS

2    RESPONSIBLE FOR RUNNING ASSAYS?

3    A.   WELL, THAT WAS LIEVEN STUYVER'S RESPONSIBILITY AND HIS

4    GROUP.

5    Q.   AND, DR. OTTO, IF YOU LOOK IN THE MATERIALS IN FRONT OF

6    YOU, IF YOU CAN TURN TO THE DOCUMENT MARKED PDX-2002.

7    A.   I'M HAVING TROUBLE FINDING IT.  I'M SORRY.

8    Q.   TAKE YOUR TIME.

9         PTX 1002.  I'M SORRY.  EX.  IT'S EXHIBIT.  OLD HABITS.

10   I'M SORRY.  EX 1002.

11   A.   I HAVE IT.

12   Q.   ARE YOU FAMILIAR WITH EXHIBIT 1002?

13   A.   YES.  IT'S A PHOTOCOPY OF IT LOOKS LIKE LIEVEN STUYVER'S,

14   ONE OF HIS NOTEBOOKS.

15   Q.   HOW IS IT THAT YOU'RE FAMILIAR WITH LIEVEN STUYVER'S

16   NOTEBOOKS?

17   A.   SINCE I WAS IN CHARGE OF ALL OF THE SCIENCE, PART OF MY

18   JOB WAS TO SPEAK TO THE SCIENTISTS, REVIEW DATA, AND LIEVEN AND

19   I WOULD OFTEN TALK ABOUT THE LATEST DATA.  AND SO THAT WOULD BE

20   OPENING UP THE NOTEBOOKS AND LOOKING THROUGH THE DATA THAT HE

21   HAD.

22   Q.   AND YOU WERE HIS BOSS?

23   A.   YES.

24   Q.   AND WHEN YOU SAID LOOKING THROUGH NOTEBOOKS, DO YOU ALSO

25   MEAN THIS PARTICULAR NOTEBOOK?

1    A.   YEAH, I HAVE LOOKED AT THIS NOTEBOOK.

2    Q.   AT THE TIME IN 2001?

3    A.   OH, YES.

4         MR. MCMANN:  YOUR HONOR, AT THIS TIME WE WOULD OFFER

5    PDX 1002 INTO EVIDENCE.

6         THE COURT:

7         MR. GENDERSON:  NO OBJECTION.

8         THE COURT:  IT'S ADMITTED.

9         (PLAINTIFF'S EXHIBIT 1002 WAS RECEIVED IN EVIDENCE.)

10   BY MR. MCMANN:

11   Q.   IF YOU COULD TURN TO THE LAB NOTEBOOK PAGE 144 IN THE TOP

12   LEFT, AND AT THE BOTTOM RIGHT OF THE EXHIBIT THE NUMBER IS 146.

13   A.   OKAY.  I HAVE THAT PAGE.

14   Q.   AND CAN YOU TELL THE LADIES AND GENTLEMEN OF THE JURY -- I

15   KNOW IT'S VERY SMALL AND HARD TO SEE -- WHAT INFORMATION IS

16   REFLECTED ON PAGE 146 OF EXHIBIT 1002?

17   A.   136.

18   Q.   YOU'RE LOOKING AT THE RIGHT PAGE?

19   A.   I SEE.

20   Q.   YEAH.

21   A.   THIS IS BASICALLY RAW DATA.  THIS IS THE NUMBERS THAT COME

22   OUT OF THE MACHINE THAT IS USED TO MEASURE THE EFFECT IN THIS

23   ASSAY.

24        AND SO FROM THIS YOU CAN CALCULATE WHETHER OR NOT A

25   COMPOUND AT A GIVEN CONCENTRATION IS INHIBITING THE VIRUS

1    AND/OR IS TOXIC TO THE CELL.

2    Q.   AND WHILE IT'S VERY TINY, IS PSI-5557 ONE OF THE COMPOUNDS

3    BEING TESTED?

4    A.   YES, IT IS.

5    Q.   NOW, IF YOU TURN TO THE PAGE THAT IS PAGE 148 OF THE

6    EXHIBIT, OF EXHIBIT 1002?

7    A.   YES.

8    Q.   IS SOME OF THE RESULTS FOR PSI-5557 SUMMARIZED IN THE ITEM

9    NUMBER 4 AT THE BOTTOM OF THE EXHIBIT?

10   A.   YES, IT'S THE SUMMARY OF THE RESULTS FROM PSI-5557.

11   Q.   AND CAN YOU TELL THE JURY, WHAT IS THE DATE THAT THIS DATA

12   WAS RECORDED?

13   A.   THIS WAS MAY 1ST, 2001.

14   Q.   NOW, DR. OTTO, THIS COMPOUND PSI-5557 THAT YOU WERE USING

15   AS A CONTROL, DID THERE COME A POINT IN TIME AT PHARMASSET WHEN

16   YOU BEGAN REFERRING TO IT AS THE MERCK COMPOUND?

17   A.   YES, THERE WAS.

18   Q.   AND CAN YOU EXPLAIN WHY THAT WAS?

19   A.   AFTER WE MADE IT AND HAD BEEN USING IT FOR QUITE SOME TIME

20   IN OUR ASSAYS, WE SAW THE PUBLICATIONS FROM MERCK WHERE THEY

21   HAD EXAMPLES OF COMPOUNDS, PURINES LIKE THIS THAT HAD 2' METHYL

22   2' OH IN THE SUGAR.  AND SO JUST FOR THE EASE OF SAYING THE

23   NUMBER ALL OF THE TIME, WE JUST REFERRED TO IT AS THE MERCK

24   COMPOUND.

25   Q.   AND SO TO BE CLEAR, DID PHARMASSET GET THE IDEA OF

OTTO DIRECT BY MR. MCMANN

1    PSI-5557 FROM MERCK?

2    A.   NO, THERE'S NO WAY THAT WE COULD HAVE BECAUSE WE MADE IT

3    LONG BEFORE WE HAD SEEN ANYTHING FROM MERCK.

4    Q.   WHY DIDN'T PHARMASSET PURSUE PSI-5557 AS A DEVELOPMENT

5    COMPOUND?

6    A.   WELL, PART OF THAT IS PERSONAL PREFERENCE.  I HAVE A

7    PREJUDICE AGAINST PURINES.

8    Q.   AND WHEN YOU SAY A PURINE, WHAT DO YOU MEAN?

9    A.   THAT'S A DOUBLE RING KIND OF NUCLEOSIDE THAT THIS IS.

10        AND THE REASON FOR THAT IS THAT THEY ARE OFTEN ASSOCIATED

11   WITH EITHER OVERT TOXICITY OR VERY SUBTLE TOXICITIES AND THEY

12   MAKE ME UNCOMFORTABLE.

13        AND WHEN WE SAW IN OUR ASSAY THAT IT HAD A SIGNIFICANT

14   LEVEL OF TOXICITY TO THE CELLS THAT WE WERE USING IN THE ASSAY,

15   IT MADE ME UNCOMFORTABLE.

16        SO WE REALLY WEREN'T THAT INTERESTED IN IT PER SE AND WE

17   WERE LOOKING AT ALL KINDS OF COMPOUNDS AT THE TIME.

18   Q.   NOW, IN ADDITION TO MODIFICATIONS OF METHYL UP 2', DID YOU

19   AND YOUR COLLEAGUES AT PHARMASSET LOOK AT OTHER MODIFICATIONS

20   OF THE 2' POSITION ON THE SUGAR RING OF A NUCLEOSIDE?

21   A.   YES, WE DID.  WE LOOKED AT A NUMBER OF MODIFICATIONS.

22   Q.   AND WAS ONE OF THOSE FLUORINE MODIFICATIONS?

23   A.   YES.

24   Q.   AND CAN YOU TELL THE JURY WHERE YOU AND YOUR COLLEAGUES

25   WERE PLACING FLUORINES ON NUCLEOSIDES IN 2001?

1      A.   WE PLACED THEM IN MANY POSITIONS.  2' WAS ONE OF THOSE

2      POSITIONS.  WE ALSO DID 3'.  WE ALSO PUT FLUORINES ON THE

3      BASES.  WE WERE EXPLORING FLUORINES FOR A LOT OF POSITIONS.

4      Q.   I WANT TO TURN TO 6130 ITSELF.  FIRST, WHAT IS THE

5      STRUCTURE OF 6130?

6      A.   6130 IS A PYRIMIDINE NUCLEOSIDE.  WHAT THAT MEANS IS THAT

7      IT HAS A SMALL RING ON THE BASE, THAT'S THE CYTIDINE, AND IT

8      HAS A RIBO SUGAR, AND IN THIS CASE OF 6130 -- AND THE SUGAR HAS

9      A METHYL AND A FLUORINE AT THE 2' POSITION.

10     Q.   WHO FIRST TOLD YOU ABOUT 6130?

11     A.   JEREMY CLARK.

12     Q.   AT PHARMASSET AFTER IT WAS MADE, DID YOU HAVE ANOTHER NAME

13     FOR 6130?

14     A.   IT WAS REFERRED TO AS JERM C, OR JEREMY'S COMPOUND.

15     Q.   AND LET'S TALK FOR A MOMENT ABOUT MR. CLARK.  WHEN WAS

16     MR. CLARK HIRED?

17     A.   IN 2000.  I BELIEVE IT WAS LATE 2000.

18     Q.   AND WHY WAS HE HIRED?

19     A.   HE WAS HIRED BECAUSE WE REQUIRED -- WE WERE EXPANDING OUR

20     GROUP, BUT WE NEEDED A SYNTHETIC -- AN ORGANIC CHEMIST WHO

21     COULD WORK ON AN ANTI-CANCER PROGRAM.

22     Q.   AND WHAT QUALITIES DID MR. CLARK HAVE THAT MADE HIM

23     ATTRACTIVE TO YOU AND YOUR COLLEAGUES TO HIRE?

24     A.   WELL, HE APPEARED TO BE VERY SMART, WELL READ.  HE READ

25     THE LITERATURE ALL OF THE TIME.  HE WAS AMBITIOUS IN THAT HE

1     REALLY WANTED TO MAKE NEW DISCOVERIES, AND HE WAS HARD WORKING.

2         AND HE HAD THE SKILLS THAT WE NEEDED FOR THE JOB THAT WE

3     WERE HIRING HIM FOR.

4     Q.   AND DO YOU RECALL WHEN MR. CLARK FIRST TOLD YOU ABOUT HIS

5     IDEA FOR PSI-6130?

6     A.   I DO.

7     Q.   AND DO YOU RECALL WHERE YOU WERE WHEN HE TOLD YOU?

8     A.   I WAS IN MY OFFICE.

9     Q.   AND DO YOU RECALL WHEN?

10    A.   IN NOVEMBER OF 2002.

11    Q.   AND CAN YOU DESCRIBE TO THE JURY YOUR MEETING WITH

12    MR. CLARK IN NOVEMBER OF 2002?

13    A.   HE CAME TO MY OFFICE WITH HIS IDEA FOR MAKING COMPOUNDS

14    LIKE 6130, IN OTHER WORDS, COMPOUNDS THAT HAD A SUGAR THAT HAD

15    METHYL AND FLUORINE AT THE 2' POSITION AND DIFFERENT BASES.

16    Q.   AND WHICH DIFFERENT BASES?

17    A.   WELL, HE HAD ALL FOUR OF THE NATURAL BASES.  FOR RNA,

18    THAT'S CYTISINE, URIDINE, ADENINE, AND GUANINE.

19    Q.   AND WERE THOSE COMPOUNDS THE ONLY COMPOUNDS THAT HE SHOWED

20    YOU?

21    A.   NO.  HE SHOWED ME SOME OTHER COMPOUNDS, BUT I

22    UNFORTUNATELY DON'T REMEMBER WHAT THEY WERE.

23    Q.   AND DID YOU ASK MR. CLARK IF HE THOUGHT HE COULD MAKE

24    THESE COMPOUNDS?

25    A.   I SURE DID.

1    Q.   AND WHAT DID HE TELL YOU?

2    A.   HE SAID YES, OF COURSE.

3    Q.   AND AT THIS MEETING DID YOU ALSO DISCUSS PATENT

4    APPLICATIONS?

5    A.   WE DID.

6    Q.   AND HOW IS IT THAT YOU CAME TO DISCUSS PATENT

7    APPLICATIONS?

8    A.   WELL, I HAD A MEETING WITH THE CHEMISTS AND AT THAT

9    MEETING I ASKED THEM ALL TO REVIEW THE LITERATURE AND FIND

10   AREAS THAT WE COULD WORK IN AT PHARMASSET THAT OTHER PEOPLE

11   WEREN'T WORKING IN, AND AS PART OF THAT -- AFTER THAT JEREMY

12   CAME TO MY OFFICE WITH HIS IDEAS THAT HE FELT THAT WERE

13   SOMETHING NOVEL THAT HE COULD WORK ON.

14   Q.   NOW, DR. OTTO, WITH RESPECT TO THIS INSTRUCTION TO LOOK IN

15   THE LITERATURE, DID YOU SOMETIMES REFER TO THAT AS LOOKING FOR

16   A LOOPHOLE OR CASHING IN ON A LOOPHOLE?

17   A.   SURE.

18   Q.   AND WHAT DID YOU MEAN BY THAT?

19   A.   WELL, THE WHOLE IDEA WAS TO FIND AREAS WHERE OTHER PEOPLE

20   WERE NOT WORKING.

21   Q.   AND WHY DOES THAT MATTER?

22   A.   WELL, PHARMASSET, AS YOU SAW, IS A VERY SMALL COMPANY AND

23   THERE WAS NO WAY THAT WE COULD DIRECTLY COMPETE WITH LARGE

24   PHARMACEUTICAL COMPANIES THAT HAD MUCH MORE RESOURCES.

25        AND SO THE IDEA WAS TO FIND AREAS THAT THEY WEREN'T

 1    WORKING IN, WEREN'T MAKING COMPOUNDS IN, THAT WE COULD IF WE

 2    HAVE AN IDEA.

 3         SO THE IDEA WAS TO HAVE THE CHEMIST COME UP WITH AN IDEA

 4    AND THEN LOOK TO SEE WHETHER OR NOT THEIR IDEA WAS SOMETHING

 5    ELSE -- WAS SOMETHING THAT OTHER PEOPLE WERE WORKING ON.

 6    Q.   DO YOU RECALL WHAT PATENT APPLICATIONS THAT MR. CLARK HAD

 7    THAT DAY?

 8    A.   HE BROUGHT A PATENT APPLICATION FROM MERCK AND A PATENT

 9    APPLICATION FROM A COMPANY CALLED IDENIX OR IDENIX.

10    Q.   AND THE JURY HAS HEARD ABOUT MERCK BY NOW, BUT WHO WAS

11    IDENIX?

12    A.   IDENIX WAS ANOTHER COMPANY THAT WAS FOCUSSED ON

13    NUCLEOSIDES FOR THE TREATMENT OF HEPATITIS C.

14    Q.   AND DO YOU RECALL WHETHER YOU LOOKED AT THESE PATENT

15    APPLICATIONS WITH MR. CLARK?

16    A.   I DID LOOK AT THEM BRIEFLY, YES.

17    Q.   AND WHAT CAN YOU TELL US ABOUT YOUR REVIEW?

18    A.   THAT I AGREED WITH HIM THAT HIS IDEA WAS NOT IN EITHER ONE

19    OF THOSE PATENTS.

20    Q.   AND WHEN YOU SAY NOT IN EITHER ONE OF THOSE PATENTS, WHAT

21    DO YOU MEAN BY THAT?

22    A.   WELL, I SAW NO EVIDENCE THAT THEY WERE WORKING IN THIS --

23    IN THAT AREA, THAT THEY HAD MADE ANY OF THESE COMPOUNDS OR

24    TESTED ANY OF THE COMPOUNDS.  SO THERE WAS NO DATA.  THERE WERE

25    NO EXAMPLES.

1    Q.   AND EXAMPLES LIKE 6130?

2    A.   RIGHT.

3    Q.   OKAY.  DID YOU GIVE JEREMY A GREEN LIGHT?

4    A.   I DID.

5    Q.   AND WHY DID YOU TELL HIM TO GO AHEAD AND MAKE IT?

6    A.   WELL, IT HADN'T BEEN MADE BEFORE, AND THE ONLY WAY YOU

7    KNOW IF IT'S GOING TO WORK IS TO MAKE IT AND TEST IT.

8    Q.   NOW, DID MR. CLARK, IN FACT, MAKE 6130?

9    A.   HE DID.

10   Q.   AND WHEN DID YOU LEARN THAT HE HAD MADE IT?

11   A.   IN MAY OF 2003.

12   Q.   AND WHAT DO YOU RECALL ABOUT LEARNING THAT MR. CLARK HAD

13   MADE THE COMPOUND?

14   A.   WELL, I THINK THE -- MY BEST RECOLLECTION IS WHEN HE

15   PRESENTED TO THE COMBINED CHEMISTRY AND BIOLOGY GROUP.

16   Q.   OKAY.  AND IF YOU LOOK IN YOUR EXHIBIT AT PTX-520 -- I'M

17   SORRY, I SAID IT AGAIN.  EXHIBIT 520.

18   A.   OKAY, I HAVE IT.

19   Q.   DO YOU RECOGNIZE EXHIBIT 520?

20   A.   I DO.

21   Q.   AND WHAT IS IT?

22   A.   THAT IS A COPY OF AN OVERHEAD TRANSPARENCY THAT JEREMY

23   PRESENTED.

24   Q.   AND WHEN YOU SAY OVERHEAD TRANSPARENCY, YOU'RE NOT TALKING

25   ABOUT THE POWERPOINTS THAT WE SEE TODAY?

1      A.   NO.

2      Q.   AND WHAT WAS AN OVERHEAD TRANSPARENCY?

3      A.   SO THE PRESENTER WOULD PRINT OUT ON A PIECE OF PAPER,

4      WHATEVER THEY WANTED TO PRINT, AND THEN THEY WOULD MAKE A

5      PHOTOCOPY ONTO THE ACETATE AND THE ACETATE WOULD BE PUT ON THE

6      OVERHEAD PROJECTOR AND THEN YOU CAN SEE IT AND WE CAN PRESENT

7      IT, AND SO IT'S A TRANSPARENCY.

8      Q.   AND IS EXHIBIT 520 THE -- THE TRANSPARENCY THAT IS 520, IS

9      THAT THE TRANSPARENCY THAT MR. CLARK USED IN MAY OF 2003?

10     A.   YES.

11              MR. MCMANN:  YOUR HONOR, AT THIS TIME WE WOULD OFFER

12     EXHIBIT 520 INTO EVIDENCE.

13              MR. GENDERSON:  NO OBJECTION, YOUR HONOR.

14              THE COURT:  IT WILL BE ADMITTED.

15         (PLAINTIFF'S EXHIBIT 520 WAS RECEIVED IN EVIDENCE.)

16     BY MR. MCMANN:

17     Q.   IF YOU LOOK AT THE SECOND PAGE OF EXHIBIT 520 FIRST.

18     A.   YES.

19     Q.   AND CAN YOU DESCRIBE THE MEETING USING THE FIRST TWO PAGES

20     OF EXHIBIT 520 FOR THE JURY.

21     A.   SO THE FIRST PART OF THE PRESENTATION WAS THAT JEREMY

22     PRESENTED THE SCHEMATIC -- THIS IS THE SCHEMATIC OF A METHOD

23     THAT HE USED TO SYNTHESIZE PSI-6130 OR JERM C, AND HERE HE'S

24     DEMONSTRATING THAT THIS IS HOW HE DID IT.

25     Q.   AND PSI-6130, THAT'S THE COMPOUND AT THE BOTTOM HERE

1    LABELLED JERM C?

2    A.   YES.

3    Q.   OKAY.  NOW, THE SECOND SLIDE, WHAT HAPPENED WITH THE

4    SECOND SLIDE, THE FIRST PAGE OF EXHIBIT 520?

5    A.   THE SECOND SLIDE, AS YOU CAN SEE, IS ESSENTIALLY THE SAME

6    THING WITH AN ADDED STATEMENT WHICH SAYS "THAT WHICH SOME CALL

7    IMPOSSIBLE IS SIMPLY WHAT THEY'VE NOT SEEN."

8    Q.   MR. CLARK PUT THAT ON THIS SLIDE?

9    A.   YES.

10   Q.   AND WHAT DID YOU THINK WHEN YOU SAW THAT?

11   A.   I TOLD YOU SO.

12   Q.   AND WHY DO YOU THINK MR. CLARK WAS SAYING I TOLD YOU SO?

13   A.   BECAUSE WHEN HE FIRST PRESENTED HIS IDEA TO THE CHEMISTS,

14   NO ONE BELIEVED THAT HE COULD DO IT.  THEY THOUGHT THE

15   CHEMISTRY WAS TOO DIFFICULT AND THAT HE WOULDN'T BE ABLE TO DO

16   IT.

17   Q.   HE WAS PROUD?

18   A.   HE WAS VERY PROUD OF THE FACT THAT HE ACCOMPLISHED IT,

19   YES.

20          MR. MCMANN:  YOUR HONOR, IT IS ABOUT 12:00.  I'M NOT

21   SURE IF YOU WERE PLANNING TO TAKE YOUR LUNCH BREAK AT THIS

22   TIME.

23          THE COURT:  WELL, WE HAD A LATER START THIS MORNING,

24   AND SO IF YOU WANT TO GO ON FOR ANOTHER 15 MINUTES, THAT'S

25   FINE.  BUT IF YOU WANT TO TAKE YOUR LUNCH BREAK NOW, IT'S YOUR

```
1    CHOICE.

2                MR. MCMANN:  I'LL CONTINUE ANOTHER 15 MINUTES, YOUR

3    HONOR.

4                THE COURT:  OKAY.  LET'S DO THAT.

5    BY MR. MCMANN:

6    Q.   DR. OTTO, ON THE NEXT PAGE OF EXHIBIT 520, THERE'S SOME

7    DATA PRESENTED.

8    A.   YES.

9    Q.   AND WHO PRESENTED THAT DATA?

10   A.   THAT WAS DR. LIEVEN STUYVER.

11   Q.   AND CAN YOU EXPLAIN TO THE JURY -- WELL, LET'S FOCUS ON

12   THE FIRST GRAPH.  CAN YOU EXPLAIN TO THE JURY WHAT IS PRESENTED

13   AT THE TOP OF PAGE 3 OF EXHIBIT 520?

14   A.   SO THIS IS A GRAPHICAL PRESENTATION OF A POWER -- WHAT

15   CONCENTRATION OR DOSE, IF YOU WILL, THE COMPOUND INHIBITS OR

16   KILLS THE VIRUS.

17        SO AS YOU -- AS THE LINES GO UP, THAT'S BETTER.  SO IT

18   MEANS YOU'RE KILLING MORE AND MORE OF THE VIRUS.

19        SO THE HIGHER THE LINE, AND THE SOONER IT GOES UP, THE

20   BETTER.

21   Q.   NOW, IS 6130 THE ONLY COMPOUND TESTED FOR ACTIVITY?

22   A.   NO.

23   Q.   AND WHAT ARE THE OTHERS?

24   A.   WELL, THE -- IF YOU LOOK AT THE SQUARES, THE SQUARES ARE,

25   AS WE ARE DISCUSSING, PSI-5557.
```

1    Q.    AND WHAT IS THE STRUCTURE OF THAT ONE?

2    A.    THAT IS METHYL AND OH AT THE 2' POSITION.

3    Q.    AND WHAT KIND OF BASE?

4    A.    AND IT'S AN ADENINE BASE.

5    Q.    AND WHAT ARE THE OTHER COMPOUNDS WITH 6130?

6    A.    PSI-5817 IS A CYTIDINE BASE, SO A SINGLE RING, AND THE

7    SAME SUGAR AS 5557, MEANING THAT OH AND METHYL ARE THE 2'

8    POSITION.

9    Q.    AND THE OTHER COMPOUND, 262?

10   A.    262 IS A COMPOUND THAT HAD A SINGLE FLUORINE AT THE 2'

11   POSITION AND AN H, AN H AND A FLUORINE.

12   Q.    SO FAIR TO SAY THREE OF THE FOUR HAVE SINGLE RING AND ONLY

13   ONE HAS THE METHYL FLUORO?

14   A.    THAT'S CORRECT.

15   Q.    AND HOW DID 6130 DO IN THIS ACTIVITY TEST?

16   A.    6130 SHOWED SIGNIFICANT ACTIVITY BETWEEN THE TWO OTHER

17   COMPOUNDS, SO NOT QUITE AS POTENT, IF YOU WILL.  IT TOOK MORE

18   DRUG TO DO THE SAME EFFECT WITH IT THAN WITH THE ADENINE

19   COMPOUND.

20        BUT IT WAS MORE POTENT THAN THE CORRESPONDING CYTIDINE

21   COMPOUND WITH METHYL AND OH.

22   Q.    NOW, THE BOTTOM GRAPH, WHAT DOES THAT DEPICT?

23   A.    WELL, THAT'S -- THEY WOULD BE THE SAME ASSAY, BUT IN THIS

24   CASE WE'RE LOOKING AT THE SAME CONCENTRATIONS THAT WE LOOKED AT

25   FOR ACTIVITY, WE'RE LOOKING AS TO WHETHER OR NOT THEY KILL THE

1    CELLS.

2         AND IN THIS CASE WHAT YOU DON'T WANT TO SEE IS THAT YOU

3    DON'T WANT TO SEE THE LINE GOING UP.  IF THE LINE IS GOING UP,

4    THAT MEANS IT'S KILLING CELLS.

5         SO IN THIS CASE IF YOU LOOK AT 5557, WHICH IS THE SQUARES

6    AGAIN, YOU CAN SEE THAT IT'S KILLING THE CELLS SIGNIFICANTLY.

7    AND AS YOU INCREASE THE CONCENTRATIONS, IT'S MORE AND MORE

8    TOXIC.

9         IF YOU LOOK AT THE OTHER ONES, THEY'RE ESSENTIALLY FLAT.

10   THEY'RE NOT REALLY GOING UP MUCH AT ALL.  SO THEY'RE NOT

11   DEMONSTRATING ANY SIGNIFICANT TOXICITY IN THIS ASSAY.

12   Q.   SO, JUST, AGAIN, TO SUMMARIZE THAT, OF THE COMPOUNDS

13   TESTED FOR TOXICITY, IN TERMS OF THE BASE, WHICH ONE IS SHOWING

14   TOXICITY?

15   A.   THE ADENINE BASE.

16   Q.   THAT'S A DOUBLE RING?

17   A.   THAT'S A DOUBLE RING.

18   Q.   NOW, AT THIS SAME MEETING, MAY 23RD, 2003, DID YOU FURTHER

19   DISCUSS THE MERCK PATENT APPLICATION?

20   A.   YEAH, WE DID.

21   Q.   IF YOU TURN IN YOUR MATERIALS NOW TO EXHIBIT 1721.  IT

22   SHOULD BE AT THE VERY BACK.

23   A.   OKAY.  I'VE GOT IT.

24   Q.   AND WHAT IS EXHIBIT 1721?

25   A.   THESE ARE MEETING MINUTES THAT REPRESENT WHAT OCCURRED AT

1    THE CHEMISTRY MEETING WHERE JEREMY PRESENTED AND LIEVEN

2    PRESENTED.

3         MR. MCMANN:  YOUR HONOR, AT THIS TIME WE WOULD OFFER

4    EXHIBIT 1721 INTO EVIDENCE.

5         MR. GENDERSON:  NO OBJECTION, YOUR HONOR.

6         THE COURT:  IT WILL BE ADMITTED.

7         (PLAINTIFF'S EXHIBIT 1721 WAS RECEIVED IN EVIDENCE.)

8    BY MR. MCMANN:

9    Q.   NOW, JUST TO BRIEFLY -- IF WE LOOK AT THE TOP, THERE IS

10   SOME BULLETS UNDER THE NAME JEREMY CLARK.

11   A.   YES.

12   Q.   IS THAT WHERE MR. CLARK PRESENTED HIS OVERHEADS?

13   A.   YES.

14   Q.   AND THEN THERE'S SOME -- THERE'S DR. STUYVER'S NAME AND

15   SOME BULLETS UNDER THAT.  IS THAT WHERE THE DATA WAS PRESENTED?

16   A.   YES.

17   Q.   I'D LIKE TO FOCUS JUST A LITTLE FURTHER DOWN ON THE BULLET

18   IT SAYS MJO.

19        IF WE CAN ENLARGE THAT, MR. ANG.  THANK YOU.

20        SO ON EXHIBIT 1721 NEXT TO WHERE IT SAYS MJO, IT SAYS,

21   "SUGGESTED MAKING THE BROMO ANALOG OF PSI-6130 TO PROVE MERCK'S

22   CLAIM OF 'HALOGEN' AT THE 2' POSITION IS INVALID AND THEN PSI

23   CAN HAVE CLAIMS ON THE PSI-6130 COMPOUND."

24        DO YOU SEE THAT?

25   A.   I DO.

1    Q.   DR. OTTO, WHAT PROBLEM WERE YOU HAVING WITH THE MERCK

2    PATENT APPLICATION THAT YOU'RE DESCRIBING HERE?

3    A.   MY BIGGEST PROBLEM WAS THAT THERE WAS NO EVIDENCE THAT

4    THEY HAD ACTUALLY DONE ANY WORK.

5    Q.   WHAT KIND OF EVIDENCE ARE YOU TALKING ABOUT?

6    A.   WELL, THERE'S NO DATA.  THERE'S NO EXAMPLES.

7         AND IF YOU'RE -- IF YOU'RE -- IF YOU WANT TO PATENT

8    SOMETHING AND INVENT SOMETHING, ONE WOULD THINK THAT YOU WOULD

9    HAVE YOUR INVENTION IN THERE ALONG WITH DATA TO SUPPORT IT.

10   AND THAT'S WHAT, AS A SCIENTIST, I LOOK FOR IN PATENTS.

11   Q.   DID YOU THINK THAT THE MERCK PATENT WAS INVALID, THE MERCK

12   PATENT APPLICATION?

13   A.   IN MY OPINION, YEAH.  I DIDN'T BELIEVE THEY HAD THE DATA

14   AND IT WAS NOT VALID.

15   Q.   AFTER LOOKING AT DR. STUYVER'S DATA, WHAT DID YOU DO NEXT?

16   A.   WE FILED A PROVISIONAL PATENT APPLICATION.

17   Q.   AND IF YOU LOOK IN YOUR MATERIALS TO PTX-1209 -- I'M

18   SORRY.  I DON'T KNOW WHY I KEEP SAYING THAT.  EXHIBIT 1209.

19   A.   I SEE IT.

20   Q.   AND IS THAT THE PATENT APPLICATION?

21   A.   YES, IT IS.

22   Q.   IS THIS APPLICATION DIRECTED TO PSI-6130?

23   A.   YES, IT IS.

24   Q.   AND WHAT IS THE DATE?

25   A.   MAY 16TH --

1      Q.   IF YOU LOOK AT THE FILING DATE.

2      A.   WELL, THE FILING DATE IS MAY 30TH, 2003.

3      Q.   AND HOW LONG IS THAT AFTER YOUR MEETING WHERE JEREMY

4      PRESENTED HIS RESULTS?

5      A.   SEVEN DAYS, A WEEK.

6      Q.   AND DID YOU PARTICIPATE IN DRAFTING THIS DOCUMENT?

7      A.   YES, I HELPED HIM.

8           MR. MCMANN:  YOUR HONOR, AT THIS TIME WE WOULD OFFER

9      PTX 12 -- EXHIBIT 1209 INTO EVIDENCE.

10          MR. GENDERSON:  NO OBJECTION, YOUR HONOR.

11          THE COURT:  IT WILL BE ADMITTED.

12      (PLAINTIFF'S EXHIBIT 1209 WAS RECEIVED IN EVIDENCE.)

13     BY MR. MCMANN:

14     Q.   JUST BRIEFLY, DR. OTTO, CAN YOU TURN TO PAGE 37 OF THE

15     EXHIBIT.

16     A.   THAT'S 0037?

17     Q.   YES.

18     A.   YES.

19     Q.   AND I KNOW YOU'RE NOT A CHEMIST, SIR, BUT CAN YOU JUST

20     DESCRIBE WHAT IS BEING DEPICTED IN THE STRUCTURES ON THE BOTTOM

21     OF PAGE 37 OF EXHIBIT 1209?

22     A.   THIS IS A SYNTHESIS OF WHAT TURNED OUT TO BE 6130.

23     Q.   SO THE SYNTHESIS THAT WAS ACTUALLY PERFORMED BY THE

24     PHARMASSET CHEMIST, JEREMY CLARK?

25     A.   YES.

OTTO DIRECT BY MR. MCMANN

1    Q.   OKAY.  AND IF YOU TURN TO PAGE 43.

2    A.   YES.

3    Q.   WHAT IS DEPICTED ON PAGE 43 OF EXHIBIT 1209?

4    A.   THIS IS A GRAPH THAT SHOWS THE ACTIVITY, THE ANTI-VIRAL

5    ACTIVITY, AS WELL AS ANY EVIDENCE OF TOXICITY FOR CELLS OF

6    6130.

7    Q.   AND THIS GRAPH IN THE PATENT APPLICATION AT EXHIBIT 1209

8    AT PAGE 43, THIS IS WORK THAT SCIENTISTS AT PHARMASSET HAD

9    PERFORMED PRIOR TO THE FILING OF THE APPLICATION?

10   A.   YES.

11   Q.   NOW, DID THIS APPLICATION ULTIMATELY BECOME AN ISSUED

12   PATENT?

13   A.   YES.

14   Q.   AND IF YOU CAN TURN IN YOUR MATERIALS TO EXHIBIT 1101.

15        IS THAT THE PATENT THAT ISSUED FROM THE APPLICATION THAT

16   WE JUST LOOKED AT?

17   A.   YES, IT IS.

18        MR. MCMANN:  YOUR HONOR, AT THIS TIME WE WOULD OFFER

19   EXHIBIT 1101 INTO EVIDENCE.

20        MR. GENDERSON:  NO OBJECTION, YOUR HONOR.

21        THE COURT:  IT WILL BE ADMITTED.

22   (PLAINTIFF'S EXHIBIT 1101 WAS RECEIVED IN EVIDENCE.)

23        MR. MCMANN:  YOUR HONOR, I'M ACTUALLY ABOUT TO

24   CHANGE SUBJECTS, SO MAYBE THIS WOULD BE A GOOD TIME.

25        THE COURT:  THIS WOULD BE A GOOD TIME THEN.  THANK

1    YOU.

2        WE ARE GOING TO TAKE OUR NORMAL LUNCH BREAK.  LET'S COME

3    BACK AT TEN MINUTES PAST 1:00.

4        AND, DR. OTTO, I WOULD ASK YOU TO COME BACK AT THAT TIME

5    AS WELL.

6             THE WITNESS:  THANK YOU.

7             THE COURT:  ALL RIGHT.  HAVE A GOOD LUNCH.

8             THE CLERK:  COURT IS IN RECESS.

9        (LUNCH RECESS TAKEN AT 12:08 P.M.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    **AFTERNOON SESSION**

2           (JURY IN AT 1:12 P.M.)

3                THE COURT:  GOOD AFTERNOON EVERYONE.  PLEASE BE

4      SEATED.

5           ALL OF OUR JURORS ARE PRESENT.  DR. OTTO HAS RETURNED TO

6      THE WITNESS STAND.

7           GO AHEAD, MR. MCMANN.

8                MR. MCMANN:  THANK YOU, YOUR HONOR.

9      Q.   DR. OTTO, JUST TO REORIENT US AFTER LUNCH.

10          I WANT TO TAKE YOU BACK TO YOUR OFFICE IN NOVEMBER 2002

11     WHEN YOU TOLD US THAT MR. CLARK HAD COME IN WITH A PIECE OF

12     PAPER.

13          DO YOU RECALL GIVING THAT TESTIMONY?

14     A.   YES.

15     Q.   AND HE HAD DRAWN THE SUGAR RING WITH THE METHYL UP AND THE

16     FLUORO DOWN, AND HE INDICATED HE WANTED TO MAKE THAT WITH EACH

17     OF THE FOUR NATURAL BASES?

18     A.   YES.

19     Q.   AND 6130, IS THAT SUGAR RING WITH THAT CYTOSINE SINGLE

20     RING BASE?

21     A.   YES.

22     Q.   AND DID PHARMASSET EVER MAKE JEREMY'S SUGAR RING, THE

23     METHYL UP FLUORO DOWN, WITH THE DOUBLE RING ADENINE BASE?

24     A.   YES.

25     Q.   DOCTOR, IF YOU COULD LOOK IN YOUR MATERIALS AT

1     EXHIBIT 159.

2     A.   YES.

3     Q.   ARE YOU FAMILIAR WITH EXHIBIT 159?

4     A.   I AM.

5     Q.   WHAT IS IT?

6     A.   IT'S A PAPER THAT THE GROUP AT PHARMASSET PUBLISHED ON

7     TESTING OF COMPOUNDS, PURINES WITH LOOKING AT THE EFFECT OF

8     PUTTING METHYL AND FLUORINE AT THE 2' POSITION.

9     Q.   YOU'RE AN AUTHOR OF THIS PAPER?

10    A.   I AM.

11              MR. MCMANN:  YOUR HONOR, AT THIS TIME WE WOULD MOVE

12    EXHIBIT 159 INTO EVIDENCE.

13              MR. GENDERSON:  NO OBJECTION.

14              THE COURT:  IT WILL BE ADMITTED.

15         (PLAINTIFF'S EXHIBIT 159 WAS RECEIVED IN EVIDENCE.)

16    BY MR. MCMANN:

17    Q.   NOW, FIRST, DR. OTTO, I NOTICE AFTER JEREMY CLARK'S NAME

18    THERE'S A COUPLE OF SYMBOLS INDICATING LOOK AT THE FOOTNOTES

19    AND IT HAS ADDRESSES SRI.

20         DO YOU SEE THAT?

21    A.   I DO.

22    Q.   AND HAD JEREMY LEFT PHARMASSET AT THIS TIME?

23    A.   AT THE TIME OF PUBLICATION, YES.

24    Q.   OKAY.  NOW, IN THIS PAPER IF YOU COULD FOCUS ON THE FIRST

25    PAGE, THE SECOND FULL PARAGRAPH.  DO YOU HAVE THAT IN FRONT OF

1      YOU?

2      A.   YES.

3      Q.   AND I'D LIKE TO SORT OF TAKE THIS SENTENCE BY SENTENCE.

4           THE FIRST SENTENCE SAYS, "SEVERAL 2' C METHYL PURINE

5      NUCLEOSIDE ANALOGS WITH POTENT INHIBITORY ACTIVITY AGAINST THE

6      HCV NS5B POLYMERASE HAVE BEEN IDENTIFIED?"

7           DO YOU SEE THAT?

8      A.   I DO.

9      Q.   AND THEN THERE'S FOOTNOTE CITATION 2 TO 5?

10     A.   YES.

11     Q.   AND COULD YOU TRANSLATE FOR US IN ENGLISH, WHAT IS THAT

12     FIRST SENTENCE SAYING?

13     A.   IT REFERS TO COMPOUNDS THAT HAVE IN THE BASE A DOUBLE

14     RING, PURINE; AND IN THE SUGAR IT HAS A SUGAR AT THE 2'

15     POSITION WITH A METHYL AND OH AT THAT POSITION.

16     Q.   AND THERE'S A CITATION TO SOME FOOTNOTES?

17     A.   YES.

18     Q.   AND CAN YOU JUST LOOK AT THE FOOTNOTES AND TELL US WHOSE

19     WORK IS CITED AT FOOTNOTES 2 THROUGH 5?

20     A.   WELL, 2 THROUGH 5 IS A MIXED LIST OF REFERENCES, SOME OF

21     WHICH -- MOST OF WHICH ARE REFERENCES TO WORK DONE BY

22     INDIVIDUALS AT MERCK, AS WELL AS REFERENCES TO WHAT WORK WE HAD

23     DONE.

24     Q.   AND THAT'S -- THE REFERENCE NUMBER 3 IS PHARMASSET'S WORK?

25     A.   YES.

1    Q.    OKAY.  NOW, THE SECOND SENTENCE, GOING BACK TO THE FIRST

2    PAGE OF EXHIBIT 159, THAT SECOND SENTENCE WHICH READS:  THE

3    POTENT INHIBITORY ACTIVITY AGAINST HCV REPLICATION OF A NOVEL

4    PYRIMIDINE NUCLEOSIDE, BETA D 2' DEOXY, 2' FLUORO, 2'

5    C-METHYLCYTIDINE HAS RECENTLY BEEN REPORTED.

6         WHAT COMPOUND IS THAT?

7    A.    THAT'S BEEN REFERRED TO WHAT WE'VE BEEN TALKING ABOUT AS

8    PSI-6130.

9    Q.    NOW, THE THIRD SENTENCE OF THE PARAGRAPH SAYS, THE

10   SYNTHESES AND ANTI-VIRAL ACTIVITY OF SEVERAL PURINE ANALOGS

11   CONTAINING 2' DEOXY, 2' FLUORO -- SURE.  I'M SORRY.

12        "THE 2' DEOXY, 2' FLUORO, 2' C-METHYL RIBOFURANOSYL MOIETY

13   ARE REPORTED HEREIN?"

14        SO NOW TAKING ALL THREE SENTENCES TOGETHER, CAN YOU

15   EXPLAIN TO THE JURY WHAT IS BEING STUDIED IN THIS PAPER?

16   A.    THE BASIS OF THE STUDY WAS BASICALLY TAKING JEREMY'S SUGAR

17   AND ATTACHING IT TO PURINES, SUCH AS WHAT YOU FIND WITH THE

18   MERCK COMPOUND, AND SEEING WHAT HAPPENS WHEN YOU EXCHANGE THE

19   BASES.

20   Q.    SO WHEN YOU GO FROM A SINGLE RING TO A DOUBLE RING BASE?

21   A.    YES.

22   Q.    OKAY.  NOW, IF YOU LOOK AT COMPOUND 12 -- AND SO I THINK

23   IF WE LOOK ON THE SECOND PAGE OF THE EXHIBIT ON THE LOWER RIGHT

24   SIDE?

25   A.    YES.

1    Q.   DO YOU SEE A STRUCTURE THERE?

2    A.   I DO.

3    Q.   AND THEN IT HAS A COUPLE OF VARIABLES ON ONE OF THE RINGS,

4    X AND Y.  WHEN YOU LOOK AT COMPOUND 12, CAN YOU TELL THE JURY

5    WHAT ARE THEY LOOKING AT?

6    A.   COMPOUND 12 IS -- IN THE DOUBLE RING IS AN ADENINE, AND

7    THE SUGAR IS THE SUGAR THAT WE REFER TO AS JEREMY'S SUGAR.

8    Q.   NOW, TAKE A LOOK AT COMPOUND 2 ON THE FIRST PAGE.

9    A.   YES.

10   Q.   LOOKING AT COMPOUND 2 ON THE FIRST PAGE, AGAIN, WE HAVE A

11   COUPLE OF VARIABLES HERE, X AND Y.  WHAT IS COMPOUND 2?

12   A.   COMPOUND 2 IS THE IDENTICAL BASE AS WE JUST LOOKED AT FOR

13   COMPOUND 12.  SO THE DOUBLE RING WITH -- SO IT'S AN ADENINE.

14        AND NOW THIS TIME IT'S THE SUGAR WITH THE METHYL UP AND

15   THE OH DOWN.  SO THE DIFFERENCE THERE IS FLUORINE VERSUS OH.

16   Q.   SO THE ONLY DIFFERENCE BETWEEN 2 AND 12 IS 2' DOWN AND 2

17   HAS OH AND 12 HAS FLUORINE?

18   A.   THAT'S CORRECT.

19   Q.   NOW, IF YOU TURN TO THE DATA IN TABLE 2 ON PAGE 3 OF

20   EXHIBIT 159?

21   A.   OKAY.

22   Q.   AND, MR. ANG, IF YOU CAN HIGHLIGHT THE ROW FOR COLUMN 12

23   AND COLUMN 2.

24        WHEN YOU TAKE COMPOUND 2 AND COMPOUND 12 AND TEST THEM IN

25   REPLICON, WHAT DID THE RESULTS REVEAL?

1    A.   SO AS WE HAD DEMONSTRATED BEFORE IN OTHERS AS WELL,

2    COMPOUND 2 HAS ACTIVITY IN THIS ASSAY, MEANING THAT IT INHIBITS

3    THE VIRUS.  IT DOES HAVE SOME CYTOTOXICITY, BUT THE

4    DIFFERENTIAL THERE IS ABOUT 15-FOLD.

5         HOWEVER, WHEN YOU JUST MAKE THAT BASE CHANGE OR THAT ONE

6    CHANGE IN THE SUGAR AND GO TO COMPOUND 12, NOW YOU LOSE ALL

7    ACTIVITY AND IT BECOMES BASICALLY A DEAD COMPOUND.

8         SO IF YOU CHANGE OH TO FLUORINE, IN THIS CASE IF IT'S A

9    PURINE, YOU LOSE ALL ACTIVITY.

10   Q.   IF YOU TOOK COMPOUND 12 AND CHANGED THE BASE, THE DEAD

11   COMPOUND, AND CHANGED THE BASE FROM THE DOUBLE RING ADENINE TO

12   THE SINGLE RING CYTISINE, WHAT COMPOUND DO YOU HAVE?

13   A.   WE HAVE 6130.

14   Q.   FINALLY, DR. OTTO, WE HAVE ALREADY HEARD FROM DR. SOFIA

15   ABOUT THE WORK AT PHARMASSET THAT LED TO SOFOSBUVIR.  IS IT THE

16   CASE THAT GILEAD ULTIMATELY ACQUIRED PHARMASSET?

17   A.   YES.

18   Q.   AND DO YOU KNOW HOW MUCH GILEAD PAID TO ACQUIRE

19   PHARMASSET?

20   A.   YES.  APPROXIMATELY 11 AND A HALF BILLION.

21   Q.   THANK YOU, DR. OTTO.

22        YOUR HONOR, I HAVE NO FURTHER QUESTIONS AT THIS TIME.

23             THE COURT:  MR. GENDERSON, CROSS-EXAMINATION?

24             MR. GENDERSON:  YES, YOUR HONOR.

25   /  /  /

1       /  /  /

2                          **CROSS-EXAMINATION**

3       BY MR. GENDERSON:

4       Q.   GOOD AFTERNOON, DR. OTTO.

5       A.   GOOD AFTERNOON.

6       Q.   MY NAME IS BRUCE GENDERSON, AND I DON'T THINK WE'VE MET.

7       A.   NO, I DON'T THINK SO.

8       Q.   COULD WE PUT UP, MR. SCHLIESSKE, EXHIBIT 1240, PLEASE.

9            AND DR. OTTO, CAN YOU LOOK IN YOUR NOTEBOOK?  DO YOU HAVE

10      THE NOTEBOOK IN FRONT OF YOU, EXHIBIT 1240?

11      A.   I DO.

12      Q.   DO YOU RECOGNIZE THAT DOCUMENT?

13      A.   IT APPEARS TO BE COPIES OF SOME SLIDES PRESENTED AT A

14      MEETING BETWEEN PHARMASSET AND MERCK.

15      Q.   AND WERE SIMILAR OVERVIEWS TO THAT PRESENTED EACH YEAR AT

16      PHARMASSET?  WAS THERE A YEARLY OVERVIEW LIKE THAT EXHIBIT

17      PRESENTED AT PHARMASSET EACH YEAR?

18      A.   NO.

19      Q.   WELL, LET'S TAKE A LOOK AT EXHIBIT 1910, PLEASE.

20      A.   1910?

21      Q.   YEAH.  THAT SHOULD BE IN YOUR BINDER AS WELL.

22      A.   I'M LOOKING.  I'VE GOT 1901.

23      Q.   AND IT'S ALSO UP ON THE SCREEN IF THAT'S EASIER FOR YOU.

24      A.   IT MIGHT BE.

25           I'LL LOOK ON THE SCREEN BECAUSE I DON'T SEE IT HERE.

1               THE COURT:  I DON'T EITHER.

2               THE WITNESS:  I DON'T SEE IT IN MY BINDER.  I CAN

3      LOOK ON THE SCREEN.

4               MR. MCMANN:  YOUR HONOR, I DON'T HAVE A COPY.

5               THE COURT:  YEAH, I DON'T THINK IT'S IN THE BINDER.

6               MR. GENDERSON:  IS IT IN --

7               THE CLERK:  HE HAS THE BINDER THAT YOU GAVE ME.

8               MR. GENDERSON:  THAT I GAVE YOU?

9               THE CLERK:  YES.

10              MS. BERNIKER:  IT'S EXHIBIT 1901.

11              MR. GENDERSON:  IT'S EXHIBIT 1901, DR. OTTO.  MY

12     APOLOGIES.

13              THE WITNESS:  THAT'S OKAY.

14     BY MR. GENDERSON

15     Q.   AND THAT'S AN OVERVIEW FOR THE YEAR 2002; CORRECT?

16     A.   OH, IT LOOKS LIKE A PRESENTATION OR SLIDES PRESENTED IN

17     NOVEMBER OF 2002.

18     Q.   AND THAT'S AN INTERNAL PHARMASSET DOCUMENT?

19     A.   I HAVE TO LOOK AT IT FOR A MINUTE.

20          I DIDN'T KNOW IN WHAT CONTEXT THIS WAS PRESENTED, BUT IT

21     APPEARED TO BE AN INTERNAL DOCUMENT.

22              MR. GENDERSON:  YOUR HONOR, WE OFFER 1901 INTO

23     EVIDENCE.

24              MR. MCMANN:  NO OBJECTION, YOUR HONOR.

25              THE COURT:  IT WILL BE ADMITTED.

1          (DEFENDANTS' EXHIBIT 1901 WAS RECEIVED IN EVIDENCE.)

2     BY MR. GENDERSON:

3     Q.   OKAY.  WE MAY LOOK AT THAT A LITTLE LATER, DR. OTTO, BUT

4     IF YOU COULD PUT IT DOWN FOR A SECOND.

5          AND I'D LIKE TO DIRECT YOUR ATTENTION TO A ONE-PAGE

6     DOCUMENT WHICH IS EXHIBIT 1709, WHICH IS ALSO IN YOUR BINDER.

7     A.   YES.

8     Q.   AND IF WE CAN TAKE A LOOK AT THE ATTENDEES.  THIS IS A

9     SUMMARY OF A MEETING THAT TOOK PLACE BETWEEN MERCK AND

10    PHARMASSET IN JANUARY OF 2001; IS THAT CORRECT?

11    A.   YES.

12    Q.   AND YOU ATTENDED THAT MEETING ON BEHALF OF PHARMASSET,

13    ALONG WITH OTHERS?

14    A.   I DID, I DID.

15    Q.   AND DR. OLSEN AND OTHERS AT MERCK ATTENDED?

16    A.   YES.

17              MR. GENDERSON:  YOUR HONOR, WE OFFER EXHIBIT 1709.

18              MR. MCMANN:  NO OBJECTION.

19              THE COURT:  IT WILL BE ADMITTED.

20         (DEFENDANTS' EXHIBIT 1709 WAS RECEIVED IN EVIDENCE.)

21    BY MR. GENDERSON:

22    Q.   COULD YOU TAKE A LOOK, DR. OTTO, AT EXHIBIT 1712, WHICH

23    SHOULD BE IN YOUR BINDER.

24    A.   I HAVE IT.

25    Q.   AND THIS IS A DOCUMENT DATED -- LET'S PUT UP 1-1, PLEASE,

1      TO MAKE IT EASIER TO LOOK AT.

2             1712, 1-1, PLEASE.  THANK YOU.

3             THIS IS A PHARMASSET IN TEAM MEETING FOR SEQUENCE DATED

4      MAY 29TH, 2002.

5             DO YOU RECOGNIZE THIS DOCUMENT, DR. OTTO?

6      A.   NOT SPECIFICALLY.  BUT IT LOOKS FAMILIAR.

7                MR. GENDERSON:  YOUR HONOR, WE OFFER EXHIBIT 1712

8      INTO EVIDENCE.

9                MR. MCMANN:  NO OBJECTION.

10                THE COURT:  IT WILL BE ADMITTED.

11         (DEFENDANTS' EXHIBIT 1712 WAS RECEIVED IN EVIDENCE.)

12     BY MR. GENDERSON:

13     Q.   AND UNDER DISCUSSION OF PATENTS, IF YOU LOOK AT THE FIRST

14     HIGHLIGHTED BULLET, IT SAYS MERCK/ISIS HAS HCV.  THAT'S

15     HEPATITIS C VIRUS?

16     A.   YES, IT IS.

17     Q.   NUCLEOSIDES VIA PARTNERSHIP; IS THAT RIGHT?

18     A.   YES, THAT'S WHAT IT SAYS.

19     Q.   AND THIS DATE, MAY 29TH, 2002, IS BEFORE THE MERCK PATENT

20     APPLICATION IS PUBLISHED.

21            DO YOU KNOW HOW PHARMASSET KNEW THAT MERCK AND ISIS WERE

22     IN COLLABORATION FOR HCV BEFORE THERE WAS ANY PUBLICATION?

23     A.   TO THE BEST OF MY KNOWLEDGE, I BELIEVE IT WAS KNOWN IN THE

24     FIELD THAT MERCK AND ISIS WERE WORKING TOGETHER AND THAT THEY

25     HAD AN INTEREST IN HEPATITIS C.

1              BEYOND THAT, I DON'T KNOW.

2       Q.   OKAY.  AND WE'VE HIGHLIGHTED THE NEXT BULLET ON DOWN, OR

3       TWO BULLETS DOWN.  IT SAYS, PATENTS ARE OUR LIFEBLOOD; THEY

4       ALLOW US TO SIT AT THE TABLE.

5              YOU AGREE WITH THAT, DON'T YOU?

6       A.   YES.

7       Q.   AND BELOW THAT IT SAID, OUTSIDE OF THE U.S., FIRST TO

8       PUBLISH IS THE WIN WIN, THUS ONE WANTS TO COVER AS MANY

9       COMPOUNDS AS POSSIBLE.

10             WAS THAT THE POLICY OF PHARMASSET, DOCTOR?

11      A.   IT CERTAINLY WAS BY SOME, YES.

12      Q.   AND LET'S -- COULD WE TAKE A LOOK, MR. SCHLIESSKE, AT

13      EXHIBIT 524.

14             THAT'S IN YOUR NOTEBOOK AS WELL, DOCTOR.

15             AND IF WE CAN PULL UP 1-1.

16             DOCTOR, THIS IS THE MERCK PUBLISHED APPLICATION.  IT'S

17      CALLED A PCT APPLICATION, OR INTERNATIONAL APPLICATION.  IT WAS

18      PUBLISHED ON JULY 25, 2012, AND I JUST WANT TO DIRECT YOUR

19      ATTENTION TO THE WO NUMBER, THAT'S THE NUMBER OF THEIR

20      PUBLICATION, AND IT ENDS IN THE DIGITS 425.

21             DO YOU SEE THAT?

22      A.   I DO.

23      Q.   AND IT SAYS APPLICANTS MERCK AND ISIS; CORRECT?

24      A.   YES.

25      Q.   AND YOU SAW THIS PUBLICATION, IT WAS PUBLISHED ON

1    JULY 25TH, SHORTLY AFTER IT WAS PUBLISHED; CORRECT?

2    A.   YES.

3              THE COURT:  WHAT WAS THE DATE OF THAT PUBLICATION?

4              MR. GENDERSON:  IT WAS PUBLISHED JULY 25TH, 2002.

5              THE COURT:  2002, THANK YOU.

6              MR. GENDERSON:  AND THIS PARTICULAR APPLICATION WAS

7    FILED IN JANUARY OF 2002.

8    Q.   AND YOU'RE AWARE THAT THIS PARTICULAR PUBLICATION IS WHAT

9    ISSUED AS THE '499 PATENT; CORRECT?

10   A.   I BELIEVE SO.

11   Q.   AND YOU AND MOST OF YOUR COLLEAGUES AT PHARMASSET WERE

12   AWARE OF THE MERCK PATENTS BECAUSE YOU MONITORED THE PATENT

13   LITERATURE PRETTY CAREFULLY; CORRECT?

14   A.   WE TRIED TO, YES.

15   Q.   AND IF WE LOOK AT EXHIBIT 1892 IN EVIDENCE --

16        YOUR HONOR, I'M SORRY.  I OFFER EXHIBIT 524.

17             MR. MCMANN:  NO OBJECTION, YOUR HONOR.

18             THE COURT:  IT WILL BE ADMITTED.

19        (DEFENDANTS' EXHIBIT 524 WAS RECEIVED IN EVIDENCE.)

20   BY MR. GENDERSON:

21   Q.   IF WE LOOK AT EXHIBIT 1892 INTO EVIDENCE, AND IF WE CAN

22   PUT UP 1-1, THIS IS AN E-MAIL CHAIN IN WHICH YOU WERE COPIED.

23   CAN YOU LOOK AT THAT IN THE BOTTOM RIGHT.

24        DO YOU SEE THAT?

25   A.   YES, I DO.

1    Q.   AND THAT'S YOUR E-MAIL, MOTTO?

2    A.   THAT'S MY E-MAIL.

3    Q.   AND IF YOU LOOK, DR. SCHINAZI WAS REQUESTING COPIES OF

4    MERCK PATENTS, INCLUDING THE ONE WE JUST LOOKED AT, THE '425

5    PATENT; CORRECT?

6    A.   YES.

7    Q.   AND THAT'S THE ONE THAT ISSUED AS THE '499 PATENT TODAY.

8         AND FOUR DAYS LATER IT WAS SENT TO HIM, SO PHARMASSET HAD

9    IT WITHIN FOUR DAYS OF PUBLICATION; CORRECT?

10   A.   SURE.

11   Q.   AND DR. -- AND MR. ROBERTS, WHO SENT IT TO HIM, SAID ON

12   THE E-MAIL THAT THE IMPORTANCE WAS -- I'M SORRY.

13        DR. SCHINAZI SAID IN HIS E-MAIL AT THE TOP THAT THE

14   IMPORTANCE WAS HIGH?

15   A.   OKAY.

16   Q.   IS THAT CORRECT?

17   A.   THAT'S WHAT HE SAID.

18   Q.   ALL RIGHT.  LET'S TAKE A LOOK AT EXHIBIT 1893, PLEASE.  IF

19   YOU CAN PUT UP 1-1.

20        DR. OTTO, DO YOU RECOGNIZE THIS DOCUMENT?

21   A.   YES, IT'S A PROGRESS REPORT THAT KYO WATANABE, THE HEAD OF

22   CHEMISTRY, AUTHORED.

23   Q.   AND YOU TYPICALLY RECEIVED COPIES OF THESE REPORTS BY

24   DR. WATANABE; CORRECT?

25   A.   YES, I DID.

1    Q.   AND IN FACT, YOU WOULD TYPICALLY RECEIVE DRAFTS BEFORE

2    THEY ISSUED SO YOU COULD LOOK AT THEM BEFORE THEY WERE SENT

3    OUT; CORRECT?

4    A.   I OFTEN DID, YES.

5    Q.   OKAY.  AND IF WE LOOK AT THE SECOND PAGE OF THIS

6    DOCUMENT 2-1, DR. WATANABE SAID, AFTER THOROUGH SCRUTINY OF

7    MERCK PATENTS ON ANTI-HCV NUCLEOSIDES, WE MOVED THE 4'

8    SUBSTITUTED NUCLEOSIDES AND DERIVATIVES THEREFROM TO HIGHER

9    PRIORITY."

10       IS THAT CORRECT?

11   A.   THAT'S A CORRECT READING OF THAT, THAT'S CORRECT.

12   Q.   OKAY.  SO PHARMASSET LOOKED AT THE MERCK PATENT AND USED

13   THE PATENT TO FOCUS ON A PARTICULAR AREA TO WORK IN; CORRECT?

14   A.   YES.

15   Q.   NOW, COULD WE --

16       YOUR HONOR, WE OFFER EXHIBIT 1893 IN EVIDENCE.

17          MR. MCMANN:  NO OBJECTION, YOUR HONOR.

18          THE COURT:  IT WILL BE ADMITTED.

19       (DEFENDANTS' EXHIBIT 1893 WAS RECEIVED IN EVIDENCE.)

20   BY MR. GENDERSON:

21   Q.   COULD WE LOOK AT EXHIBIT 1713, PLEASE.

22       AND IF WE CAN PUT UP 1-1.

23       DOCTOR, THIS IS AN E-MAIL CHAIN AND YOU'RE INCLUDED IN THE

24   E-MAIL CHAIN; IS THAT CORRECT?

25   A.   YES.

1    Q.   AND AT THE TIME -- AND THE E-MAIL ON THE TOP IS FROM RFS.

2    THAT'S DR. SCHINAZI?

3    A.   YES.

4    Q.   AND HE WAS CHAIRMAN AT THE TIME?

5    A.   I'M SORRY?

6    Q.   IS THAT CORRECT?

7    A.   WOULD YOU REPEAT IT, PLEASE?

8    Q.   YES.  RFS IS DR. SCHINAZI?

9    A.   YES.

10   Q.   AND HE WAS CHAIRMAN OF PHARMASSET AT THE TIME?

11   A.   YES.

12            MR. GENDERSON:  YOUR HONOR, WE OFFER EXHIBIT 1713,

13   PLEASE.

14            MR. MCMANN:  NO OBJECTION, YOUR HONOR.

15            THE COURT:  IT WILL BE ADMITTED.

16       (DEFENDANTS' EXHIBIT 1713 WAS RECEIVED IN EVIDENCE.)

17   BY MR. GENDERSON:

18   Q.   SO DR. SCHINAZI IS SAYING AT THE TOP -- HE'S REFERRING TO

19   MERCK PATENTS; CORRECT?

20   A.   YES.

21   Q.   AND HE SAYS, WE NEED TO IDENTIFY THE HOLES IN THEIR PATENT

22   AND IN IDENIX PATENTS AND FILE AS SOON AS POSSIBLE WHILE WE

23   STILL CAN; CORRECT?

24   A.   YES.

25   Q.   AND THAT WAS AN E-MAIL THAT WAS BEING SENT TO YOU?

1    A.   SURE.

2    Q.   NOW, IF WE TAKE A LOOK AT 2-1.  THIS IS THE SECOND PAGE OF

3    THIS DOCUMENT.

4         AND IT INDICATES THAT THE MERCK PATENTS INCLUDE CERTAIN

5    BASES.  DO YOU SEE THAT?

6    A.   YES, I DO.

7    Q.   AND IT ALSO SAYS THAT THE MERCK PATENTS DID NOT INCLUDE

8    CERTAIN BASES; CORRECT?

9    A.   YES, IT SAYS THAT.

10   Q.   AND AM I CORRECT THAT THE PURPOSE OF THIS WAS TO SUGGEST

11   THAT WE LOOKED AT THE MERCK PATENTS AND THERE WERE SOME BASES

12   NOT INCLUDED AND WE OUGHT TO LOOK IN THOSE AREAS?

13   A.   ONE COULD ASSUME THAT.

14   Q.   OKAY.  IS THAT WHAT YOU UNDERSTAND THE DOCUMENT TO BE

15   SAYING?

16   A.   I BELIEVE THAT'S WHAT DR. SCHINAZI IS SUGGESTING.

17   Q.   SO THE HOLES THAT HE MAY HAVE BEEN TALKING ABOUT WERE THE

18   BASES THAT WERE NOT INCLUDED IN THE PATENTS; CORRECT?

19   A.   YEAH, CORRECT.

20   Q.   CAN WE TAKE A LOOK AT EXHIBIT 1900, PLEASE.

21        COULD WE HAVE 1-1.

22        IS THIS ANOTHER PROGRESS REPORT FROM DR. WATANABE?

23   A.   YES, IT IS.

24             MR. GENDERSON:  YOUR HONOR, WE OFFER EXHIBIT 1900

25   INTO EVIDENCE.

Case 5:13-cv-04057-BLF   Document 337   Filed 03/17/16   Page 55 of 161

1        MR. MCMANN:  NO OBJECTION, YOUR HONOR.

2        THE COURT:  IT WILL BE ADMITTED.

3        (DEFENDANTS' EXHIBIT 1900 WAS RECEIVED IN EVIDENCE.)

4    BY MR. GENDERSON:

5    Q.   OKAY.  IF WE COULD LOOK AT THE THIRD PAGE OF THIS

6    DOCUMENT, 3-1.

7        IS THIS DOCUMENT BASICALLY SUGGESTING THE SAME THING?

8    HERE ARE SOME STRUCTURES THAT ARE NOT COVERED BY THE MERCK

9    PATENTS THAT WE CAN BE WORKING IN?

10   A.   YES, THAT'S WHAT IT SUGGESTS.

11   Q.   OKAY.  ALL RIGHT.  LET'S TAKE A LOOK -- AND THIS DOCUMENT

12   WAS DATED SEPTEMBER 15TH; IS THAT RIGHT?

13   A.   YEAH -- NO, OCTOBER.

14   Q.   I'M SORRY, OCTOBER 15TH.  AND THE ONE BEFORE IS SEPTEMBER.

15       SO AFTER THE PUBLICATION OF THE MERCK PATENT IN SEPTEMBER

16   AND OCTOBER, THERE ARE A NUMBER OF COMMUNICATIONS ABOUT THE

17   PATENT AND WHAT WORK WE CAN DO -- WHAT PHARMASSET CAN DO BASED

18   ON THAT PATENT?

19   A.   SURE.

20   Q.   COULD WE LOOK AT EXHIBIT 518, PLEASE.

21       DO YOU RECOGNIZE THIS DOCUMENT, DOCTOR?

22   A.   GIVE ME A SECOND.

23       YES, I DO.

24   Q.   THIS IS AN APRIL 4TH, 2003, PHARMASSET CHEMISTRY MEETING

25   REPORT?

1    A.   YES.

2    Q.   AND YOU ATTENDED THIS MEETING?

3    A.   YES.

4         MR. GENDERSON:  YOUR HONOR, WE OFFER EXHIBIT 518

5    INTO EVIDENCE.

6         MR. MCMANN:  NO OBJECTION, YOUR HONOR.

7         THE COURT:  IT WILL BE ADMITTED.

8    (DEFENDANTS' EXHIBIT 518 WAS RECEIVED IN EVIDENCE.)

9    BY MR. GENDERSON:

10   Q.   AND FURTHER DOWN THE PAGE, THE FIRST PAGE OF THE DOCUMENT,

11   THE NOTES SAY, MIKE REPLIED.

12        IS MIKE REFERRING TO YOU?

13   A.   IT MUST BECAUSE I THINK I WAS THE ONLY MIKE THERE.

14   Q.   IF IT WAS A LARGER COMPANY, YOU MIGHT NOT KNOW?

15   A.   IT WAS ME.

16   Q.   "MIKE REPLIED SAYING THAT WE ARE TRYING TO CASH ON THE

17   LOOPHOLES IN THE PATENTS FROM OTHER COMPANIES."

18        AND THAT'S --

19   A.   WAIT A SECOND.  WHERE IS IT?

20        OH, THERE IT IS.  YEAH, YEAH.  OKAY.

21   Q.   AND YOU'RE SURE YOU SAID SOMETHING TO THAT EFFECT;

22   CORRECT?

23   A.   SURE.

24   Q.   AND, IN FACT, THAT'S STANDARD OPERATING PROCEDURE TO TRY

25   TO DO THAT; RIGHT?

OTTO CROSS BY MR. GENDERSON

1    A.   FOR ANY COMPANY, YES.

2    Q.   AND YOU HAVEN'T -- HOW MANY COMPANIES HAVE YOU WORKED FOR

3    IN YOUR CAREER?

4    A.   SIX, I THINK.

5    Q.   BUT IT WAS CERTAINLY STANDARD OPERATING PROCEDURE AT

6    PHARMASSET?

7    A.   YES.

8    Q.   OKAY.  NOW, I WANT TO TURN TO THE IDEA FOR THE COMPOUND

9    THAT MR. CLARK MADE THAT IS NOW CALLED 6130.

10   A.   OKAY.

11   Q.   OKAY.  SO IF I UNDERSTAND, IN NOVEMBER OF 2002 YOU HAD A

12   MEETING WITH THE CHEMISTS AND YOU CHALLENGED THEM TO FIND

13   LOOPHOLES IN THE MERCK PATENT; CORRECT?

14   A.   IN THE LITERATURE, INCLUDING THE MERCK PATENT, YES.

15   Q.   OKAY.  AND MR. CLARK ATTENDED THAT MEETING?

16   A.   YES, HE DID.

17   Q.   AND THIS WAS OBVIOUSLY AFTER THE PATENT THAT WE LOOKED AT

18   EARLIER THE MERCK PUBLICATION WAS PUBLISHED; RIGHT?

19   A.   YES.

20   Q.   AND MR. CLARK WAS THE PERSON WHO CAME BACK SEVERAL DAYS

21   LATER AND SAID, I THINK I FOUND SOMETHING?

22   A.   HE CAME TO ME AND SAID HE HAD SOME IDEAS, YES.

23   Q.   AND HE SHOWED YOU THE IDEAS, AND ONE OF THE COMPOUNDS THAT

24   HE HAD DRAWN OUT WAS A COMPOUND THAT ENDED UP BEING 6130;

25   CORRECT?

OTTO CROSS BY MR. GENDERSON

1    A.   THAT'S CORRECT.

2    Q.   AND HE BROUGHT COPIES OF THE MERCK APPLICATION WITH HIM TO

3    THAT MEETING; CORRECT?

4    A.   YES, HE DID.

5    Q.   AND YOU TESTIFIED THAT YOU LOOKED AT THE MERCK APPLICATION

6    AND YOU DIDN'T SEE ANY EXAMPLES WITH THE 2' FLUOROMETHYL?

7    A.   THAT'S CORRECT.

8    Q.   OKAY.  BUT YOU'RE NOT A CHEMIST, ARE YOU, SIR?

9    A.   I AM NOT.

10   Q.   AND IF I UNDERSTAND YOUR -- ARE YOU CAPABLE OF LOOKING AT

11   A GENERIC FORMULA AND DETERMINING IF SOMETHING IS WITHIN THE

12   GENERIC FORMULA?

13   A.   FROM MY PERSPECTIVE WHEN I LOOK AT A PATENT AS A

14   BIOLOGIST, WHAT I LOOK FOR IS STRUCTURES THAT ARE EXEMPLIFIED

15   SO I'M SURE THAT THE PATENT IS GOING TO COVER THOSE, AND I LOOK

16   FOR DATA THAT WOULD SUPPORT THE CONTENTION THAT THAT'S WHAT

17   THEY'RE WORKING ON.

18        BUT I'M NOT CAPABLE -- BUT I'M REALLY NOT CAPABLE OF GOING

19   THROUGH A PATENT AND, AMONGST THE MILLIONS OF COMPOUNDS,

20   FINDING INDIVIDUAL COMPOUNDS.

21   Q.   OKAY.  SO YOU CAN LOOK AT A SPECIFIC STRUCTURE THAT IS

22   DRAWN OUT AS AN EXAMPLE; CORRECT?

23   A.   YES.

24   Q.   BUT YOU COULDN'T LOOK AT A GENERAL FORMULA AND DETERMINE

25   IF SOMETHING IS OR IS NOT WITHIN THAT FORMULA; IS THAT FAIR?

1    A.   THAT'S CORRECT.  I NEED A PATENT LAWYER TO HELP ME WITH

2    THAT.

3    Q.   OKAY.  BUT YOU DID NOTICE IN THIS -- IN THE PATENT THAT

4    THERE WERE 146 EXAMPLES?

5    A.   SOMETHING LIKE THAT.

6    Q.   SPECIFIC EXAMPLES?

7    A.   YES.

8    Q.   ALL DRAWN OUT?

9    A.   YEAH, I BELIEVE SO.

10   Q.   WITH INFORMATION ON A LOT OF THEM ABOUT HOW TO MAKE THEM

11   OR CITATIONS TO THE LITERATURE?

12   A.   YEAH, I BELIEVE IN MOST CASES, YEAH.

13   Q.   AND YOU DIDN'T LOOK AT THE CLAIMS TO SEE WHETHER THE

14   CLAIMS INCLUDED MR. CLARK'S PROPOSED COMPOUND BECAUSE YOU

15   WOULDN'T HAVE BEEN ABLE TO DO THAT; CORRECT?

16   A.   I BELIEVE THAT'S CORRECT.

17   Q.   OKAY.  AND AFTER THAT, MR. CLARK STARTED WORKING ON

18   SYNTHESIZING HIS COMPOUND; CORRECT?

19   A.   YES.

20   Q.   AND THAT -- SO HE STARTED -- HE WENT THROUGH THIS PROCESS

21   AFTER -- HE CLEARLY WAS AWARE OF THE MERCK PATENT BECAUSE HE

22   BROUGHT IT WITH HIM AT THE TIME WHERE HE FIRST TOLD YOU ABOUT

23   HIS IDEA TO MAKE THIS COMPOUND; CORRECT?

24   A.   SURE.

25   Q.   AND HE HAD LOOKED AT THE MERCK PATENT?

1    A.   SURE.

2    Q.   COULD WE TAKE A LOOK AT EXHIBIT 512, PLEASE.

3         DR. OTTO, DO YOU RECOGNIZE THIS DOCUMENTS?  THIS IS A

4    JANUARY 17TH, 2003, CHEMISTRY GROUP MEETING?

5    A.   NO.  I BELIEVE THIS IS A PROGRESS REPORT.  THIS IS 512 YOU

6    SAID?

7         OH, I'M SORRY.  I'M LOOKING AT 513.

8    Q.   JANUARY 17TH, 2003.  I BELIEVE YOU TESTIFIED ABOUT IT IN

9    YOUR DEPOSITION.

10   A.   I WAS LOOKING AT THE WRONG ONE.

11   Q.   OH, I'M SORRY.

12   A.   SO 512?

13   Q.   YES.

14   A.   YES, CHEMISTRY MEETING NOTES.

15        MR. GENDERSON:  YOUR HONOR, WE OFFER 512 INTO

16   EVIDENCE.

17        MR. MCMANN:  NO OBJECTION, YOUR HONOR.

18        THE COURT:  IT WILL BE ADMITTED.

19   (DEFENDANTS' EXHIBIT 512 WAS RECEIVED IN EVIDENCE.)

20   BY MR. GENDERSON:

21   Q.   SO THIS IS A MEETING AFTER MR. CLARK HAD STARTED WORKING

22   ON HIS COMPOUND?

23   A.   YES.

24   Q.   AND THIS IS IN EARLY JANUARY 2003; IS THAT CORRECT?

25   A.   THAT'S CORRECT.

1    Q.   AND WE'VE HIGHLIGHTED SOME LANGUAGE IN A DISCUSSION UNDER

2    DR. WATANABE.  THE SECOND BULLET REFERS TO, BASED ON NEW LEADS

3    FROM IDENIX, MERCK AND ROCHE THE FUTURE FOCUS IS TO, AND THEN

4    THERE'S A DISCUSSION OF NEW COMPOUNDS TO MAKE; IS THAT FAIR?

5    A.   THAT'S CORRECT.

6    Q.   AND SO YOU AND YOUR SCIENTISTS WERE LOOK AT THE MERCK

7    PATENT AND OTHER PATENTS FOR LEADS TO HELP GUIDE THEIR WORK;

8    CORRECT?

9    A.   WE'RE LOOKING FOR HOLES, IF YOU WILL.  WE'RE LOOKING TO

10   SEE WHAT THEY WERE DOING.  SO THE ANSWER IS, YES.

11   Q.   AND, DOCTOR, THE MERCK COMPOUND THAT IS --

12        I'M SORRY.  COULD WE GO TO 1-2, PLEASE.

13        IS THIS 1-2?

14        OKAY.  THE MERCK COMPOUND THAT IS REFERRED TO FOR MERCK,

15   THAT WAS A COMPOUND WITH AN ADENOSINE BASE AND A 2' METHYL?

16   A.   ACTUALLY I BELIEVE IT WAS AN ADENOSINE BASE WITH A 2' O

17   METHYL.

18   Q.   A 2' O METHYL?

19   A.   YEAH, I BELIEVE SO.

20   Q.   SO THAT'S A DIFFERENT ONE THAN THE ONE YOU TESTIFIED TO ON

21   DIRECT?

22   A.   I'M SORRY?

23   Q.   IS THAT THE SAME COMPOUND THAT YOU TESTIFIED ABOUT THAT

24   YOU REFERRED TO AS THE MERCK COMPOUND?

25   A.   IT IS -- IT IS A SIMILAR COMPOUND.  IT IS DIFFERENT, YES.

1    Q.   BUT YOU UNDERSTOOD THAT A COMPOUND WITH A 2' METHYL UP AND

2    HYDROXY DOWN WAS A COMPOUND -- 2' METHYL UP, HYDROXY DOWN WITH

3    AN ADENOSINE BASE WAS A COMPOUND THAT MERCK WAS WORKING ON?

4    A.   YES, WE WERE AWARE OF THAT.

5    Q.   AND YOU REFERRED TO THAT INTERNALLY AS THE MERCK COMPOUND;

6    CORRECT?

7    A.   AT SOME POINT WE DID, YES.

8    Q.   AND YOU'RE AWARE, AREN'T YOU, THAT THAT COMPOUND IS

9    DIFFERENT IN TERMS OF THE BASE THAN THE COMPOUND THAT MERCK

10   ULTIMATELY TRIED TO DEVELOP AND PUT INTO CLINICAL TRIALS?

11   A.   YES, THAT'S TRUE.

12   Q.   SO THIS IS -- IN FACT, THE COMPOUND THAT YOU REFERRED TO

13   AS A MERCK COMPOUND WAS AN OLDER COMPOUND, A MUCH OLDER

14   COMPOUND.

15        WERE YOU AWARE OF THAT?

16   A.   I HAVE NO IDEA OF THE TIMING.  I DON'T KNOW WHICH ONE IS

17   OLDER.  WE JUST KNEW THAT THEY WERE WORKING.

18   Q.   WE'LL HEAR TESTIMONY ABOUT THAT IN OUR CASE.  I THOUGHT

19   YOU MIGHT BE AWARE OF IT.

20   A.   NO, I DIDN'T KNOW.

21   Q.   DOCTOR, WHEN MR. CLARK WAS HIRED AND FIRST STARTED AT

22   PHARMASSET, HE HAD NO PRIOR NUCLEOSIDE CHEMISTRY EXPERIENCE?

23   A.   I DON'T THINK SO.

24   Q.   AND HE HAD NO FLUORINE CHEMISTRY EXPERIENCE TO YOUR

25   KNOWLEDGE; CORRECT?

1     A.   NOT TO MY KNOWLEDGE.

2     Q.   AND AM I CORRECT THAT MR. CLARK SUCCEEDED IN MAKING HIS

3     COMPOUND ON THE FIRST ATTEMPT?

4     A.   NO.

5     Q.   IT WAS NOT THE FIRST ATTEMPT?

6     A.   NO.

7     Q.   WAS IT THE SECOND ATTEMPT?

8     A.   I DON'T KNOW.  BUT IT WAS MANY MONTHS OF, OF WORK TO GET

9     IT THERE.

10    Q.   WELL, IT CAN SOMETIMES TAKE MANY MONTHS TO MAKE A SINGLE

11    COMPOUND, CAN'T IT?

12    A.   SURE IT CAN.

13    Q.   CAN WE TAKE -- CAN I HAVE -- YOUR HONOR, CAN I APPROACH

14    THE WITNESS WITH A DEPOSITION TRANSCRIPT?

15            THE COURT:  SURE.

16            THE WITNESS:  THANK YOU.

17    BY MR. GENDERSON:

18    Q.   CAN WE PUT UP -- THIS IS IDENIX.

19       DO YOU HAVE COPIES?

20            MR. MCMANN:  THANK YOU.

21            MR. GENDERSON:  CAN WE PUT UP TMO 3130-1.

22            THE COURT:  WHOSE DEPOSITION IS THIS?

23            MR. GENDERSON:  THIS IS DR. OTTO'S.

24            MR. MCMANN:  I DON'T KNOW THE PAGE AND LINE.

25            MR. GENDERSON:  IT'S PAGE 145, LINES 8 TO 10.

1    WOULD YOU LIKE A COPY, YOUR HONOR?

2        THE COURT:  IF YOU'RE JUST GOING TO READ A SMALL

3    PART, THAT'S FINE.

4        MR. GENDERSON:  YEAH, JUST SMALL.

5    Q.  THIS IS A DEPOSITION THAT YOU GAVE IN AUGUST OF 2013.  DO

6    YOU RECALL THAT?

7    A.  YES.

8    Q.  AND DO YOU RECALL BEING ASKED, SO HIS FIRST SCHEME THAT HE

9    CAME UP WITH WAS THE SUCCESSFUL SCHEME?

10       AND YOU SAID, I THINK SO?

11   A.  YES.

12   Q.  DOCTOR, I WANT TO SHOW YOU EXHIBIT 12 -- I'M SORRY, 1721.

13   DO YOU RECOGNIZE THIS DOCUMENT?  THIS IS A MAY 23RD, 2003,

14   MEETING?

15   A.  YES.

16       MR. GENDERSON:  YOUR HONOR, WE OFFER 1721 INTO

17   EVIDENCE.

18       MR. MCMANN:  NO OBJECTION, YOUR HONOR.

19       THE COURT:  IT WILL BE ADMITTED.

20    (DEFENDANTS' EXHIBIT 1721 WAS RECEIVED IN EVIDENCE.)

21   BY MR. GENDERSON:

22   Q.  AND THIS IS A CHEMISTRY MEETING AT PHARMASSET IN MAY OF

23   2003 AND YOU WERE ONE OF THE ATTENDEES; CORRECT?

24   A.  I WAS, YES.

25   Q.  AND COULD WE LOOK AT 1-2, PLEASE.

1           AND THERE WAS A DISCUSSION OF BIOLOGICAL DATA AND ACTIVITY

2     OF 6130.

3           THAT'S MR. CLARK'S COMPOUND; CORRECT?

4     A.    CORRECT.

5     Q.    AND THEN THERE'S A COMPARISON TO, AND THERE'S A LIST OF

6     SEVERAL COMPOUNDS, AND ONE OF WHICH IS PSI-5557; CORRECT?

7     A.    CORRECT.

8     Q.    AND THAT'S THE COMPOUND THAT YOU REFER TO AS THE MERCK

9     COMPOUND INTERNALLY?

10    A.    YES.

11    Q.    AND PSI-6130 SHOWED TO BE THE SECOND MOST POTENT COMPOUND

12    ON THE LIST?

13    A.    YES.

14    Q.    AND WHAT WAS THE MOST POTENT COMPOUND?

15    A.    5557.

16    Q.    THAT'S THE MERCK COMPOUND?

17    A.    YES.

18    Q.    AND YOU USED THAT COMPOUND AS A POSITIVE CONTROL OR

19    COMPARATIVE IN TESTING NEW COMPOUNDS; IS THAT FAIR?

20    A.    WE HAVE FOR A LONG TIME, YES.

21    Q.    CAN WE TAKE A LOOK AT EXHIBIT 1721, PLEASE.

22          THIS IS ALREADY IN EVIDENCE, YOUR HONOR.

23              THE COURT:  ALL RIGHT.

24    BY MR. GENDERSON:

25    Q.    THIS IS THE NOTES FROM A MAY 23RD CHEMISTRY MEETING THAT

1    YOU TESTIFIED ABOUT ON YOUR DIRECT EXAMINATION.  DO YOU RECALL

2    THAT?

3    A.   YES.

4    Q.   AND CAN WE PUT UP 1-3, PLEASE.

5         AND YOU TESTIFIED ABOUT THIS PARTICULAR SENTENCE.

6         MJO IS YOU; CORRECT?

7    A.   THAT'S CORRECT.

8    Q.   AND YOU SUGGESTED, MAKING THE BROMO ANALOG OF 6130 TO

9    PROVE MERCK'S CLAIM OF HALOGEN AT THE 2' POSITION IS INVALID?

10   A.   I DID SAY THAT.

11   Q.   AND THEN PSI -- THAT'S PHARMASSET?

12   A.   YES.

13   Q.   -- CAN HAVE CLAIMS ON THE 6130 COMPOUND?

14   A.   THAT'S WHAT I SAID.

15   Q.   NOW, HALOGEN IS A CLASS OF SUBSTITUENTS THAT HAVE REALLY

16   FOUR:  THEY HAVE FLUORINE, BROMO, IODINE, AND CHLORO; IS THAT

17   CORRECT?

18   A.   THAT'S CORRECT.

19   Q.   AND WHAT YOU WERE SUGGESTING HERE IS THAT YOU NEEDED TO

20   FIND SOME WAY TO INVALIDATE THE MERCK PATENT, AND YOU WERE

21   SUGGESTING MAKING THIS BROMO COMPOUND AND IF IT WAS INACTIVE

22   THAT MIGHT HELP YOU INVALIDATE; IS THAT FAIR?

23   A.   MY OPINION WAS THAT THE MERCK PATENT WAS NOT VALID BECAUSE

24   IT HADN'T DONE THE WORK, AND THAT I WANTED SOME EVIDENCE THAT

25   IF YOU USE THE BROADEST CLAIM OF A HALOGEN AND I FOUND THAT IT

1    WAS INACTIVE, THEN I FELT, NOT AS A LAWYER, THAT I FELT THAT IT

2    WOULD HELP TO INVALIDATE THE PATENT.

3    Q.   AND YOU KNEW THE REASON YOU WERE DOING THIS, IS THAT YOU

4    KNEW AT THIS POINT THAT THE CLAIM OF THE MERCK PATENT COVERED

5    6130?

6    A.   I DID KNOW AT THIS POINT THAT THE MERCK PATENT DID

7    CLAIM -- YOU COULD FIND THAT COMPOUND IN THE CLAIMS, YES.

8    Q.   SO IF THE MERCK PATENT WAS VALID AND YOU SOLD A PRODUCT

9    WITH 6130, IT WOULD INFRINGE THE MERCK PATENT?  YOU UNDERSTOOD

10   THAT?

11   A.   NO, I DIDN'T UNDERSTAND THAT.

12   Q.   BUT YOU KNEW IT WAS COVERED BY THE PATENT?

13   A.   I KNEW IT WAS CLAIMED BY THE PATENT, BUT I DIDN'T BELIEVE

14   IT WAS COVERED BY THE PATENT.

15       I DIDN'T BELIEVE THAT PART OF THE PATENT WAS VALID.  THAT

16   WAS MY OPINION.

17   Q.   BUT YOU KNEW IT WAS CLAIMED IN THE PATENT, THAT THE

18   CLAIM --

19   A.   YEAH, THAT THE CLAIMS -- YOU COULD FIND IT IN THE CLAIMS,

20   ABSOLUTELY.

21   Q.   AND YOU BELIEVED THAT THE BROMO COMPOUND WAS ACTUALLY

22   MADE, CORRECT?

23   A.   NO, IT WASN'T MADE.

24   Q.   IT WAS NOT MADE?

25   A.   NO.

1    Q.   ARE YOU SURE?

2    A.   YES.

3    Q.   DID YOU GO BACK AND CHECK?

4    A.   NO, BECAUSE I KNEW SHORTLY AFTER THAT IT WASN'T MADE

5    BECAUSE THE CHEMISTS COULDN'T FIND A WAY TO MAKE IT.

6    Q.   AND WHEN DID YOU LEARN THAT?  SHORTLY AFTER --

7    A.   I DON'T REMEMBER.

8    Q.   AFTER THIS MEMO IN 2003?

9    A.   NO.  IT WAS SOME TIME AFTER THIS.

10   Q.   HOW LONG AFTER THAT?

11   A.   I DON'T RECALL.

12   Q.   LESS THAN A YEAR?

13   A.   I DON'T RECALL.

14   Q.   LESS THAN TWO YEARS?

15   A.   I REALLY DON'T RECALL WHEN IT WAS ATTEMPTED AND NOT MADE.

16   Q.   OKAY.  ARE THERE ANY RECORDS THAT YOU'RE AWARE OF AN

17   ATTEMPT TO MAKE THIS COMPOUND?

18   A.   I'M NOT AWARE OF.

19   Q.   AND YOU'RE NOT AWARE OF ANY RECORDS?

20   A.   NO.

21   Q.   CAN WE TAKE A LOOK AT EXHIBITS 1721, 2-1, PLEASE.

22        THIS IS ANOTHER STATEMENT ON THE SECOND PAGE THAT YOU MADE

23   ON THIS DOCUMENT?

24   A.   YES.

25   Q.   AND YOU STATED THAT 6130 IS THE FIRST COMPOUND MADE BY A

1       PSI CHEMIST THAT IS ACTIVE AGAINST HCV?

2       A.   THAT'S CORRECT.

3       Q.   AND IS THAT A CORRECT STATEMENT?

4       A.   IT'S CORRECT IN THE SENSE THAT THAT WAS THE FIRST TIME

5       THAT A NOVEL COMPOUND WAS MADE BY PHARMASSET THAT HAD BOTH

6       ACTIVITY AND WASN'T TOXIC IN A SENSE.

7            WE HAD MADE OTHER COMPOUNDS THAT HAD ACTIVITY, INCLUDING

8       5557, BUT THIS IS THE FIRST ONE THAT WAS NOVEL TO PHARMASSET.

9       Q.   AND THIS WAS MADE AFTER REVIEWING THE MERCK PATENTS;

10      CORRECT?

11      A.   SURE.

12      Q.   COULD WE TAKE A LOOK AT EXHIBIT 1904, PLEASE.

13           THIS IS ALSO IN EVIDENCE, YOUR HONOR.

14           AND IF WE COULD PUT UP 1-1.

15           THIS IS AN E-MAIL FROM DR. SCHINAZI IN MAY OF 2003; IS

16      THAT CORRECT?

17      A.   YES.

18      Q.   AND IT SAID -- IT SAYS, JEREMY --

19           THAT'S REFERRING TO MR. CLARK?

20      A.   YES, IT IS.

21      Q.   -- IS ON VACATION FOR THE NEXT 2 WEEKS, SO I DISCUSSED

22      THIS WITH MJO.

23           THAT'S YOU?

24      A.   THAT'S ME.

25      Q.   AND IT SAYS, MICHAEL INDICATED THAT HE AND WILLIAM --

1          WHO IS WILLIAM?

2     A.   WILLIAM WAS IN-HOUSE COUNSEL, PATENT COUNSEL.

3     Q.   -- BOTH REVIEWED THE IDENIX AND MERCK PATENTS.

4     SPECIFICALLY, HE INDICATED THAT -- AND THEN IF YOU GO TO B

5     REGARDING MERCK, THERE'S A METHYL UP AND FLUORINE DOWN IN BOTH

6     THE 2' AND 3' POSITIONS; RIGHT?

7     A.   YES.

8     Q.   AND SO AT LEAST IN MAY YOU WERE AWARE THAT THE MERCK

9     PATENTS INCLUDED 2' METHYL UP AND FLOURINE DOWN; CORRECT?

10    A.   DR. WILLIAM SAT DOWN AND HE SHOWED IT TO ME AFTER MANY

11    HOURS -- SORRY.  WILLIAM WAS ABLE TO SHOW IT TO ME, THAT IT WAS

12    THERE.

13    Q.   COULD WE TAKE A LOOK AT EXHIBIT 523, PLEASE.

14         DR. OTTO, DO YOU RECOGNIZE THIS DOCUMENT?  IT'S A

15    JUNE 16TH, 2003, MEETING MINUTES AND YOU'RE LISTED AS AN

16    ATTENDEE?

17    A.   YES.

18         MR. GENDERSON:  YOUR HONOR, WE OFFER EXHIBIT 523

19    INTO EVIDENCE.

20         MR. MCMANN:  NO OBJECTION, YOUR HONOR.

21         THE COURT:  IT WILL BE ADMITTED.

22    (DEFENDANTS' EXHIBIT 523 WAS RECEIVED IN EVIDENCE.)

23    BY MR. GENDERSON:

24    Q.   SO THIS IS NOW IN JUNE OF 2003.  THIS IS AFTER MR. CLARK

25    HAD FINISHED MAKING HIS COMPOUND; CORRECT?

1    A.    THAT IS CORRECT.

2    Q.    AND THE MINUTES INDICATE THAT FOUR PATENT APPLICATIONS

3    WERE DISCUSSED?

4    A.    YES, I SEE THREE.

5    Q.    AND DO YOU SEE THAT'S THE SECOND BULLET?  I'VE HIGHLIGHTED

6    IT ON THE SCREEN, DOCTOR.  IT MIGHT BE EASIER FOR YOU.

7    A.    THANK YOU.  YES, I SEE THAT.

8    Q.    AND THEN IF YOU LOOK AT NUMBER 3, IT'S REFERRING TO MERCK

9    PATENT APPLICATION WITH THIS LONG WO, NUMBER BUT THAT'S 425 AT

10   THE END?

11   A.    YES, IT IS.

12   Q.    AND THAT'S THE PATENT APPLICATION THAT WAS PUBLISHED IN

13   JULY OF 2002 THAT WE LOOKED AT EARLIER?

14   A.    YES.

15   Q.    AND IT'S THE APPLICATION THAT RESULTED IN THE '499 PATENT

16   AT ISSUE HERE; CORRECT?

17   A.    OKAY, YES.

18   Q.    AND IT SAYS, THIS APPLICATION CLAIMED 2' SUBSTITUTED (MOST

19   OF GROUPS) NUCLEOSIDES COMBINED WITH 4' SUBSTITUTED WITH

20   METHYL, HYDROXYMETHYL AND FLUOROMETHYL.

21        DO YOU SEE THAT?

22   A.    I SEE THAT.

23   Q.    AND THEN THE NEXT BULLET -- I'M NOT GOING TO READ IT OUT

24   LOUD, BUT IT SUGGESTS THAT THERE WERE CERTAIN 2' METHYL FLUORO

25   COMPOUNDS THAT COULD BE COMBINED WITH SOME -- WITH 4'

1    SUBSTITUENTS THAT WEREN'T COVERED BY THE MERCK CLAIMS; IS THAT

2    RIGHT?

3    A.   I HAVE TO READ IT BECAUSE I'M NOT SURE WHAT YOU'RE SAYING.

4    Q.   OKAY.  WHY DON'T YOU TAKE YOUR TIME AND READ THAT

5    PARAGRAPH TO YOURSELF?

6    A.   OKAY.

7         (PAUSE IN PROCEEDINGS.)

8              THE WITNESS:  OKAY.  SO IT SAYS THAT, WHOEVER MADE

9    THIS STATEMENT, THAT THE BASES THAT THE 4' SUBSTITUTED BASIS

10   WERE NOT INCLUDED IF THEY HAD A SUGAR WITH FLUORINE DOWN AND

11   METHYL UP.

12   BY MR. GENDERSON:

13   Q.   WELL, DOCTOR, THE 4' SUBSTITUENT IS PART OF THE SUGAR.

14   THE 2', IF IT'S ON THE RIGHT-HAND SIDE OF THE SUGAR, AND THEN

15   THE 3' IS ON THE LEFT AND THE 4 IS ABOVE THE 3'; CORRECT?

16   A.   THAT'S CORRECT.

17   Q.   AND SO IT'S PART OF THE SUGAR.

18        AND ISN'T WHAT THIS IS SAYING IS THAT THERE ARE CERTAIN

19   FLUOROMETHYL COMPOUNDS THAT ARE NOT COVERED BY THE MERCK CLAIMS

20   BECAUSE THE 4' SUBSTITUENTS AREN'T COVERED.  LET'S TRY TO SEE

21   IF WE CAN MAKE SOME OF THOSE.

22   A.   YES.

23   Q.   AND AM I CORRECT THAT YOU DID, IN FACT, TRY TO MAKE SOME

24   OF THESE COMPOUNDS THAT WOULD NOT BE COVERED BY THE MERCK

25   CLAIMS?

1      A.   I DON'T RECALL IF WE DID OR NOT.

2      Q.   BUT IF YOU DID, THEY WEREN'T SUCCESSFUL BECAUSE WE HAVE NO

3      EVIDENCE OF ANY; RIGHT?

4      A.   I WOULD GUESS IF THEY WERE SUCCESSFUL WE WOULD BE TALKING

5      ABOUT THOSE.

6      Q.   AND SO YOU TRIED TO FIND COMPOUNDS OUTSIDE OF THE CLAIMS

7      AND YOU IDENTIFIED SOME, BUT YOU COULDN'T FIND ANY GOOD ONES;

8      IS THAT FAIR?

9      A.   WE DID NOT FIND ANYTHING THAT WE'RE TALKING ABOUT.

10     Q.   AND INSTEAD, PHARMASSET CONTINUED TO DEVELOP 6130 EVEN

11     THOUGH IT WAS WITHIN THE SCOPE OF THE MERCK CLAIMS; CORRECT?

12     A.   YEAH, BECAUSE WE BELIEVED THAT IT WASN'T.

13     Q.   CAN WE TAKE A LOOK AT EXHIBIT 1921, PLEASE.

14          DOCTOR, THIS IS A BUSINESS DEVELOPMENT OVERVIEW DATED

15     AUGUST 10, 2004.  DO YOU RECOGNIZE THIS DOCUMENT?

16          IT MAY JOG YOUR RECOLLECTION.  YOU RECEIVED A COPY OF THIS

17     FROM KARIEN STUETZLE.

18     A.   KARIEN, HER NAME IS KARIEN.

19     Q.   KARIEN?

20     A.   YES.

21     Q.   AND DO YOU RECALL THIS DOCUMENT?

22     A.   NOT SPECIFICALLY, BUT IT LOOKS LIKE SOMETHING THAT WE

23     WOULD HAVE PRODUCED.

24          MR. GENDERSON:  YOUR HONOR, WE OFFER 1921 INTO

25     EVIDENCE.

1          MR. MCMANN:  NO OBJECTION, YOUR HONOR.

2          THE COURT:  IT WILL BE ADMITTED.

3          (PLAINTIFF'S EXHIBIT 1921 WAS RECEIVED IN EVIDENCE.)

4     BY MR. GENDERSON:

5     Q.   DOCTOR, LET'S TAKE A LOOK AT THE SECOND PAGE, IF WE CAN

6     PUT UP 2-1.

7          SO THIS IS DISCUSSING PARTNERING DISCUSSIONS WITH VARIOUS

8     PHARMACEUTICAL COMPANIES.  IS THAT FAIR?  IS THAT CORRECT?

9     A.   YES.

10    Q.   AND THIS IS IN 2004?

11    A.   YES.

12    Q.   AND WITH REGARD TO MERCK, THERE WERE DISCUSSIONS WITH

13    PAMELA DEMAIN AND DOUG PON; IS THAT RIGHT?

14    A.   THAT'S WHAT THIS SAYS.

15    Q.   AND IT SAYS, "MERCK HAS POTENTIAL I.P. IN THE SAME SPACE

16    AND THE VALUE OF THEIR I.P. HAD TO BE TAKEN INTO

17    CONSIDERATION."

18         IS THAT CORRECT?

19    A.   THAT'S WHAT HE SAID.

20    Q.   AND THEN IT GOES ON TO SAY, "THIS WOULD HAVE RESULTED IN A

21    50 PERCENT REDUCTION FROM THE ORIGINAL OFFER"?

22    A.   THAT'S WHAT HE PUT IN THERE.

23    Q.   AND COULD WE TAKE A LOOK AT 3-1, PLEASE.

24         SO, DOCTOR, THERE WERE OTHER PARTNERS THAT WERE DISCUSSED.

25    PFIZER WAS ANOTHER PHARMACEUTICAL COMPANY THAT THEY WERE HAVING

1    DISCUSSIONS WITH; IS THAT CORRECT?

2    A.   THAT'S CORRECT.

3    Q.   AND PFIZER WAS CONCERNED ABOUT MERCK'S I.P.; RIGHT?

4    A.   YES.

5    Q.   AND ROCHE WAS ANOTHER PARTY THAT YOU WERE HAVING

6    CONVERSATIONS WITH?

7    A.   YES.

8    Q.   AND UNDER ROCHE IT SAYS ONGOING NEGOTIATIONS?

9    A.   YES.

10   Q.   AND YOU ENDED UP LICENSING 6130 TO ROCHE?

11   A.   WE DID.

12          MR. GENDERSON:  YOUR HONOR, COULD I HAVE A SECOND?

13          THE COURT:  OF COURSE.

14          MR. GENDERSON:  THANK YOU.

15      (PAUSE IN PROCEEDINGS.)

16   BY MR. GENDERSON:

17   Q.   DOCTOR, THANK YOU VERY MUCH.  I HAVE NO FURTHER QUESTIONS.

18   A.   YOU'RE WELCOME.

19          THE COURT:  ANY REDIRECT FOR THIS WITNESS?

20          MR. MCMANN:  NO FURTHER QUESTIONS, YOUR HONOR.

21          THE COURT:  THANK YOU.  MAY DR. OTTO BE EXCUSED?

22          MR. GENDERSON:  YES, YOUR HONOR.

23          THE COURT:  DR. OTTO, THANK YOU FOR YOUR TESTIMONY.

24   YOU'RE FREE TO GO.

25          THE WITNESS:  THANK YOU VERY MUCH.

```
 1                    MR. MCMANN:  YOUR HONOR, MAY DR. OTTO REMAIN IN THE

 2      COURTROOM.

 3                    MR. GENDERSON:  I HAVE NO OBJECTION.

 4               THE COURT:  YES, YOU CERTAINLY MAY.

 5               THE WITNESS:  THANKS VERY MUCH.

 6               THE COURT:  MS. BROOKS, YOUR NEXT WITNESS.

 7               MS. BROOKS:  THANK YOU, YOUR HONOR.  OUR NEXT

 8      WITNESS WILL BE BY VIDEO, AND THAT'S ROGER POMERANTZ, AND

 9      THAT'S SPELLED P-O-M-E-R-A-N-T-Z.

10           DR. POMERANTZ WORKED AS MERCK'S GLOBAL HEAD OF INFECTIOUS

11      DISEASES AND ALSO THE HEAD OF MERCK'S LICENSING, ACQUISITIONS,

12      AND BUSINESS DEVELOPMENT.

13               **(THE VIDEOTAPED DEPOSITION OF ROGER POMERANTZ WAS PLAYED.)**

14               MS. BROOKS:  THAT'S THE END OF THE DEPOSITION OF

15      DR. POMERANTZ, YOUR HONOR, AND IN THAT DEPOSITION THE FOLLOWING

16      EXHIBITS WERE INTRODUCED:

17           EXHIBIT 60, EXHIBIT 61, EXHIBIT 65, EXHIBIT 66,

18      EXHIBIT 69, EXHIBIT 73, AND EXHIBIT 77.

19               MR. GENDERSON:  NO OBJECTION, YOUR HONOR.

20               THE COURT:  ALL RIGHT.  I WILL ADMIT ALL OF THOSE.

21           (PLAINTIFF'S EXHIBIT 60, 61, 65, 66, 69, 73, AND 77 WERE

22      RECEIVED IN EVIDENCE.)

23           THIS MIGHT BE A GOOD TIME FOR A BREAK.

24               MS. BROOKS:  IT WILL BE GOOD, YOUR HONOR.  WE'LL

25      CALL OUR NEXT WITNESS AFTER THIS.
```

1           THE COURT:  ALL RIGHT.  LET'S TAKE A TEN MINUTE

2     BREAK.

3           (RECESS FROM 2:48 P.M. UNTIL 3:03 P.M.)

4           THE COURT:  PLEASE BE SEATED.  ALL OF OUR JURORS ARE

5     BACK.

6         ALL RIGHT.  MS. BROOKS, YOUR NEXT WITNESS?

7           MS. BROOKS:  THANK YOU, YOUR HONOR.  THAT IS GOING

8     TO BE DR. CHRISTOPH SEEGER.

9         BUT BEFORE DR. SEEGER TESTIFIES, TWO THINGS, YOUR HONOR.

10    JUST SO THE RECORD IS CLEAR, PSI-7977 THAT WAS REPEATEDLY

11    REFERRED TO IN DR. POMERANTZ'S DEPOSITION IS SOFOSBUVIR, SO THE

12    RECORD IS CLEAR ON THAT.

13        AND IF YOUR HONOR COULD READ STIPULATED FACTS 1 AND 2 NOW

14    TO THE JURY BEFORE THE -- EXCUSE ME -- BEFORE THE TESTIMONY OF

15    DR. SEEGER.

16          THE COURT:  YES.

17          MS. BROOKS:  AND MR. FARRELL WILL BE DOING THE

18    EXAMINATION.

19          THE COURT:  THANK YOU.

20        ALL RIGHT.  LADIES AND GENTLEMEN, DURING A TRIAL THE

21    PARTIES OFTEN GET TOGETHER AND DETERMINE CERTAIN FACTS THAT

22    THEY AGREE ARE TRUE.

23        I'M GOING TO READ TO YOU TWO FACTS THAT THE PARTIES HAVE

24    AGREED ARE TRUE AND YOU MUST CONSIDER THESE FACTS AS HAVING

25    BEEN ESTABLISHED AND BEING TRUE IN THIS CASE SO THAT THEY'RE

```
 1        NOT FOR YOU TO DECIDE ONE WAY OR THE OTHER.

 2             NUMBER 1.  NONE OF THE COMPOUNDS DESCRIBED BY THE

 3        STRUCTURE IN THE 154 EXAMPLES IN THE SHARED SPECIFICATIONS OF

 4        THE '499 AND '712 PATENTS-IN-SUIT ARE RECITED WITHIN THE

 5        ASSERTED CLAIMS.

 6             NUMBER 2.  AS OF THE DATE THE APPLICATION FOR THE

 7        PATENT-IN-SUIT WAS FILED, JANUARY 18TH, 2002, DEFENDANTS HAD

 8        NOT TESTED ANY COMPOUNDS RECITED WITHIN THE ASSERTED CLAIMS OR

 9        ANY PRODRUGS OF THOSE COMPOUNDS FOR BIOLOGICAL ACTIVITY OR FOR

10        TOXICITY.

11             ALL RIGHT.

12             DOCTOR, THANK YOU.  PLEASE STAND TO BE SWORN.

13                  THE CLERK:  PLEASE RAISE YOUR RIGHT HAND.

14             (PLAINTIFF'S WITNESS, CHRISTOPH SEEGER, WAS SWORN.)

15                  THE WITNESS:  YES.  THANK YOU.

16                  THE CLERK:  PLEASE BE SEATED.

17             AND IF YOU WOULD STATE YOUR NAME AND SPELL YOUR LAST NAME

18        FOR THE RECORD.

19                  THE WITNESS:  CHRISTOPH SEEGER, S-E-E-G-E-R.

20                  MR. FARRELL:  WITH THE COURT'S PERMISSION, MAY I

21        APPROACH?

22                  THE COURT:  THANK YOU, MR. FARRELL.  YES.

23                  MR. FARRELL:  MAY IT PLEASE THE COURT?

24                  THE COURT:  YES.

25                  MR. FARRELL:  YOUR HONOR, I'M BEEN REFERRED TO AS
```

1    PATIENT ZERO ON THE TRIAL TIME, SO I'M TRYING TO GET THROUGH IT

2    HERE.  I COULD USE AN ANTI-VIRAL.

3                        **DIRECT EXAMINATION**

4    BY MR. FARRELL:

5    Q.   DR. SEEGER, WHAT DO YOU DO FOR A LIVING?

6    A.   I'M A VIROLOGIST.

7    Q.   WHERE DO YOU PRACTICE AS A VIROLOGIST?

8    A.   AT THE FOX CHASE CANCER CELL IN PHILADELPHIA,

9    PENNSYLVANIA.

10   Q.   AND YOU SAID YOU'RE A VIROLOGIST.  IN SIMPLE TERMS, WHAT

11   DOES THAT MEAN?

12   A.   IT STUDIES HOW VIRUSES MULTIPLE MECHANISTICALLY, HOW THEY

13   INTERACT WITH CELLS, HOW THEY CAUSE DISEASE, AND HOW THEY CAN

14   BE TREATED WITH ANTI-VIRALS.

15   Q.   AND WHAT VIRUSES DO YOU FOCUS OR STUDY ON?

16   A.   MY FOCUS IS THE HEPATITIS B VIRUS, THE HEPATITIS C, AND WE

17   ALSO STUDY THE WEST NILE VIRUS.

18   Q.   NOW, YOU'RE WORKING AT THE FOX CHASE CANCER CENTER.  WHY

19   WOULD YOU BE STUDYING HEPATITIS B AND HEPATITIS C AT A CANCER

20   CENTER?

21   A.   THAT'S BECAUSE BOTH VIRUSES CAUSE LIVER CANCER IN PATIENTS

22   THAT ARE CHRONICALLY INFECTED.

23   Q.   NOW, DR. SEEGER, HAVE WE ASKED YOU TO COME TO COURT TODAY

24   TO GIVE AN EXPERT OPINION ON WHETHER MERCK'S PATENTS

25   DEMONSTRATE THAT THE COMPOUNDS IN THE CLAIM WORK, THAT THEY ARE

SEEGER DIRECT BY MR. FARRELL

1    USEFUL TO COMBAT HEPATITIS C?

2    A.   YES, YOU DID.

3    Q.   AND HAVE WE ALSO ASKED YOU TO COME TO COURT TO PROVIDE AN

4    EXPERT OPINION ON WHETHER A PERSON OF SKILL COULD USE THE

5    COMPOUNDS THAT ARE ACTUALLY CLAIMED IN THE CLAIMS WITHOUT

6    EXCESSIVE UNDUE EXPERIMENTATION?

7    A.   YES, YOU DID.

8    Q.   OKAY.  NOW, BEFORE WE GET TO THOSE OPINIONS, I NEED TO GO

9    THROUGH YOUR EDUCATION, TRAINING, AND EXPERIENCE THAT WOULD

10   QUALIFY YOU TO GIVE THE OPINIONS.  OKAY?

11   A.   OKAY.

12   Q.   I'M CALLING YOU DR. SEEGER.  YOU HAVE A PH.D.?

13   A.   THAT'S CORRECT.

14   Q.   AND WHAT IS YOUR PH.D. IN?

15   A.   IN RETRO VIRUSES AND USING RETRO VIRUSES AS VECTORS FOR

16   GENE EXPRESSION.

17   Q.   AND WHEN DID YOU RECEIVE YOUR PH.D.?

18   A.   IN 1982.

19   Q.   FROM WHERE?

20   A.   FROM THE UNIVERSITY OF BASEL IN SWITZERLAND.

21   Q.   THAT WOULD EXPLAIN THE ACCENT.

22   A.   CORRECT.

23   Q.   AND WHAT I'M GOING TO WANT US TO DO IS THAT WE'LL TALK

24   SLOWLY AND LOUDLY SO THAT WE CAN KEEP UP WITH THE STUFF THAT

25   YOU KNOW LIKE THE BACK OF YOUR HAND.  OKAY?

1    A.   ALL RIGHT.

2    Q.   AFTER YOU RECEIVED YOUR PH.D., WHERE DID YOU DO YOUR

3    POST-DOCTORAL FELLOWSHIP?

4    A.   AT THE UNIVERSITY OF CALIFORNIA IN SAN FRANCISCO.

5    Q.   AND WHAT WAS YOUR FOCUS OF RESEARCH AT UCSF?

6    A.   HEPATITIS B VIRUS.

7    Q.   HOW LONG DID YOU HAVE YOUR POST-DOCTORAL FELLOWSHIP AT

8    UCSF?

9    A.   FOUR YEARS.

10   Q.   AND AFTER YOUR POST-DOCTORAL FELLOWSHIP, WHERE DID YOU GO?

11   A.   I BECAME AN ASSISTANT PROFESSOR AT CORNELL UNIVERSITY IN

12   ITHACA, NEW YORK.

13   Q.   AND YOU WERE A PROFESSOR OF VIROLOGY; THAT IS CORRECT?

14   A.   THAT'S CORRECT.

15   Q.   AND HOW LONG DID YOU SERVE?

16   A.   FOR FOUR YEARS.

17   Q.   AND THEN YOU WENT TO THE FOX CHASE CANCER CENTER IN

18   PHILADELPHIA?

19   A.   YES.

20   Q.   AND YOU'VE BEEN THERE FOR THE LAST 25 YEARS?

21   A.   YES.

22   Q.   AND WHAT HAS YOUR RESEARCH AT FOX CHASE FOCUSSED ON?

23   A.   MOLECULAR BIOLOGY AND PATHOGEN NECESSARY OF HEPATITIS B

24   VIRUS, HEPATITIS C VIRUS, AND TO SOME PART WEST NILE VIRUS.

25   Q.   AND LET'S FOCUS ON HEPATITIS C.

SEEGER DIRECT BY MR. FARRELL

1           DID YOU DEVELOP A CELL LINE TO REPLICATE THE HEPATITIS C

2      AND WAS THAT CELL LINE THEN USED TO STUDY AND TEST NUCLEOTIDE

3      COMPOUNDS?

4      A.   YES.

5      Q.   AND IN SIMPLE TERMS, CAN YOU DESCRIBE THAT CELL LINE?

6      A.   WE DEVELOPED SEVERAL CELL LINES.  WE PRODUCED THE ORIGINAL

7      OBSERVATION THAT THIS VIRUS WOULD REPLICATE IN A HUMAN LIVER

8      DERIVED CELL LINE; WE EXPANDED THIS TO MOUSE CELL LINES, AS

9      WELL AS TO HUMAN CELL LINES THAT ARE NOT OF LIVER ORIGIN.

10     Q.   NOW, DESCRIBE THE WORK THAT YOU'VE DONE WITH NUCLEOSIDE

11     COMPOUNDS AND THE TESTING OF NUCLEOSIDES.

12     A.   OUR FOCUS WAS ON UNDERSTANDING THE INTERFERON RESPONSE,

13     AND FOR THAT PURPOSE WE HAVE USED NUCLEOSIDE ANALOGS TO EXPLORE

14     THE MECHANISM, AND WE HAVE ALSO USED NUCLEOSIDE ANALOGS FOR OUR

15     STUDIES ON THE HEPATITIS B VIRUS.

16     Q.   NOW, HAS YOUR RESEARCH INVOLVED THE TESTING OF NUCLEOSIDE

17     COMPOUNDS TO SEE IF THEY HAVE ACTIVITY AGAINST HEPATITIS C?

18     A.   THAT'S CORRECT.

19     Q.   AND HAS YOUR RESEARCH INVOLVED TESTING NUCLEOSIDE

20     COMPOUNDS TO SEE IF THEIR TOXIC TO THE CELLS?

21     A.   CERTAINLY.

22     Q.   AND HAVE YOU PUBLISHED RESULTS OF THAT RESEARCH?

23     A.   I DID.

24     Q.   AND HOW OFTEN HAS YOUR VIROLOGY RESEARCH BEEN CITED OR

25     RECOGNIZED BY OTHERS?

1    A.   OVER 4,000 TIMES.

2    Q.   AND FOR YOUR RESEARCH, DO YOU RECEIVE FUNDING FROM THE

3    NATIONAL INSTITUTE OF HEALTH?

4    A.   I HAVE RECEIVED FUNDING FOR THE LAST 30 YEARS.

5    Q.   AND ARE YOU A NAMED INVENTOR ON PATENTS?

6    A.   CORRECT.

7    Q.   AND HOW MANY?

8    A.   THREE.

9    Q.   AND HAVE YOU ALSO HAD SCIENTIFIC INTERACTIONS WITH

10   NUMEROUS PHARMACEUTICAL COMPANIES REGARDING HEPATITIS RESEARCH

11   AND HEPATITIS C?

12   A.   I DID.

13   Q.   AND WHAT ORGANIZATIONS DO YOU BELONG TO THAT FOCUS ON

14   VIROLOGY?

15   A.   TO THE AMERICAN SOCIETY OF VIROLOGY, AND THE AMERICAN

16   SOCIETY FOR MICRO BIOLOGY.

17          MR. FARRELL:  YOUR HONOR, WE OFFER DR. SEEGER AS AN

18   EXPERT IN VIROLOGY AND THE STUDY OF VIRUSES, INCLUDING

19   HEPATITIS C, WITH A FOCUS ON MEASURING ACTIVITY AND TOXICITY OF

20   NUCLEOSIDE COMPOUNDS.

21          THE COURT:  WOULD YOU LIKE --

22          MR. FISHER:  NO OBJECTION, YOUR HONOR.

23          THE COURT:  ALL RIGHT.  DR. SEEGER MAY TESTIFY AS

24   DESIGNATED.

25   BY MR. FARRELL:

1    Q.   DR. SEEGER, DO YOU HAVE AN EXPERT OPINION ABOUT WHETHER

2    THE ASSERTED CLAIMS OF THE '499 AND THE '712 PATENTS ARE

3    INVALID?

4    A.   I DO.

5    Q.   AND HAVE YOU PREPARED A DEMONSTRATIVE THAT SUMMARIZES THAT

6    OPINION?

7    A.   I DID.

8    Q.   AND WITH THE COURT'S PERMISSION, WE WOULD PUT UP

9    DEMONSTRATIVE PDX 501.

10        DO YOU HAVE PDX 501 IN FRONT OF YOU?

11   A.   YES.

12   Q.   AND SO WHAT ARE YOUR TWO OVERALL EXPERT OPINIONS?

13   A.   SO CLAIMS 1 AND 2 OF THE '499 PATENT, AND CLAIMS 1 TO 3,

14   5, 7, AND 9 THROUGH 11 OF THE '712 ARE NOT ENABLED BECAUSE THE

15   PATENTS DO NOT SHOW THAT THE CLAIMED COMPOUNDS ARE USEFUL.

16        AND, SECOND, CLAIMS 1 TO 2 OF THE '499 PATENT, AND CLAIMS

17   1, 2, 3, 5, AND 7 OF THE '712 PATENT ARE ALSO NOT ENABLED

18   BECAUSE A PERSON OF ORDINARY SKILL COULD NOT USE THE COMPOUNDS

19   WITHOUT UNDUE EXPERIMENTATION.

20   Q.   SO YOU'RE SAYING THAT SEVEN OF THE TEN CLAIMS AT ISSUE ARE

21   INVALID BECAUSE THEY REQUIRE EXCESSIVE EXPERIMENTATION?

22   A.   THAT'S CORRECT.

23   Q.   AND ALL TEN ARE INVALID BECAUSE THEY DO NOT SHOW ANY

24   USEFULNESS?

25   A.   THAT'S CORRECT.

1    Q.   AND WHEN YOU SAY AND YOU USE THE TERM "USEFUL," WHAT DO

2    YOU MEAN AS A VIROLOGIST WHEN WE'RE TALKING ABOUT NUCLEOSIDES

3    AND HEPATITIS C?

4    A.   THAT WOULD MEAN THAT I WOULD HAVE DATA THAT WOULD

5    DEMONSTRATE AN ACTIVITY AGAINST THE VIRUS.

6    Q.   IN SIMPLE TERMS, WHY DO THESE PATENTS NOT DISCLOSE A USE,

7    A USEFULNESS OF THE COMPOUNDS CLAIMED IN THE CLAIMS?

8    A.   BECAUSE THEY HAVE NO DATA CONCERNING THE CLAIMS IN THOSE

9    PATENTS.

10   Q.   OKAY.  WHEN YOU SAY "NO DATA," HOW MUCH BIOLOGICAL DATA IS

11   THERE FOR ANY COMPOUND ACTUALLY CLAIMED IN THE CLAIMS, FOR ANY

12   ONE OF THEM?

13   A.   THERE'S NONE.

14   Q.   HOW MUCH DATA IS THERE FOR ANY COMPOUND THAT IS ACTUALLY

15   CLAIMED IN THE CLAIMS DEALING WITH TOXICITY?

16   A.   NONE.

17   Q.   NOW, WHEN YOU SAY "NO DATA," LET'S HAVE A SCALE OF 0 TO

18   100, AND 100 IS EVERY POSSIBLE OF DATA THAT YOU CAN PUT IN

19   COMPOUND, AND OBVIOUSLY 70, 50, OR 20 IS SOMEWHERE IN THE

20   MIDDLE.  FAIR?

21   A.   FAIR.

22   Q.   THESE MERCK PATENTS, WHERE DO THEY FALL ON THAT SCALE?

23   A.   ZERO.

24   Q.   AND WHY DO YOU NEED DATA, AT LEAST SOME DATA, ON THE

25   COMPOUNDS ACTUALLY CLAIMED IN THE CLAIMS TO BELIEVE THAT THEY

1    ARE USEFUL?

2    A.    BECAUSE WITHOUT DATA, I HAVE ABSOLUTELY NO GUIDANCE OR USE

3    OR EVIDENCE FOR USEFULNESS.

4    Q.    FOR THESE NUCLEOSIDE COMPOUNDS THAT ARE CLAIMED?

5    A.    THAT'S CORRECT.

6    Q.    WELL, HOW PREDICTABLE ARE NUCLEOSIDE COMPOUNDS?

7    A.    THEY ARE UNPREDICTABLE.

8    Q.    AND WHEN YOU SAY "UNPREDICTABLE," WHAT DO YOU MEAN?

9    A.    WHAT I MEAN IS THAT THERE IS NO WAY IN 2002 OR TODAY TO

10   PREDICT WHICH NUCLEOSIDE ANALOG WOULD WORK OR EXHIBIT TOXICITY

11   OR WOULD BE RECOGNIZED BY THE CELL.

12   Q.    AND WHAT WOULD IT TAKE FOR YOU TO KNOW THAT ANY PARTICULAR

13   NUCLEOSIDE MIGHT BE ACTIVE AGAINST HEPATITIS C?  WHAT WOULD YOU

14   HAVE TO DO?

15   A.    I WOULD NEED DATA.  I WOULD NEED TO DO EXPERIMENTS.

16   Q.    AND IF YOU NEED DATA, WHAT DO YOU HAVE TO DO TO GET DATA?

17   A.    I HAVE TO DO AN EXPERIMENT THAT IS RELEVANT TO A

18   PARTICULAR VIRUS, IN THIS CASE THE HEPATITIS C VIRUS.

19   Q.    YOU'VE GOT TO TEST THEM; RIGHT?

20   A.    I HAVE TO TEST THEM.

21   Q.    OKAY.  SO LET'S GO THROUGH THE ANALYSIS THAT YOU WENT

22   THROUGH THAT LED YOU TO THOSE CONCLUSIONS.  OKAY?

23   A.    OKAY.

24   Q.    FIRST AREA IS A PERSON OF ORDINARY SKILL IN THE ART, WELL

25   KNOWN TO PATENT LAW, BUT LET'S GO WITH WHAT THAT MEANS.

1       YOU UNDERSTAND THAT YOU'RE SUPPOSED TO RENDER OPINIONS

2   HERE FROM THE PERSPECTIVE OF A PERSON OF ORDINARY SKILL IN THE

3   ART; IS THAT CORRECT?

4   A.   THAT'S CORRECT.

5   Q.   NOW, NOT TO PUT YOU ON THE SPOT, BUT YOU'RE A PERSON OF

6   EXTRAORDINARY SKILL IN THE ART.  FAIR?

7   A.   FAIR.

8   Q.   AND SO HOW WOULD YOU BE ABLE TO DO THAT?

9   A.   WELL, DURING THE PAST 30 YEARS I HAVE TRAINED MANY PEOPLE

10  IN THE LABORATORY, STUDENTS, POST-DOCTORAL FELLOWS,

11  TECHNICIANS.

12      SO I BELIEVE I HAVE A VERY GOOD WAY OF DETERMINING WHAT WE

13  CAN EXPECT FROM A PERSON OF ORDINARY SKILL.

14  Q.   AND DID YOU FOLLOW A PARTICULAR DEFINITION OF A PERSON OF

15  ORDINARY SKILL IN THIS CASE?

16  A.   I THINK WE HAVE A DEFINITION, CORRECT.

17  Q.   RIGHT.  AND HAVE YOU PREPARED A DEMONSTRATIVE THAT PUTS ON

18  THAT DEFINITION?

19  A.   YOU HAVE --

20  Q.   DO YOU HAVE A DEMONSTRATIVE THAT INCLUDES THAT DEFINITION?

21  A.   YEAH.

22  Q.   AND WITH THE COURT'S PERMISSION, COULD I PUT PDX-502 UP.

23      HERE'S MY FIRST PROMISE TO YOU, DR. SEEGER:  I'M NOT GOING

24  TO READ THAT.  OKAY?

25      DID YOU FOLLOW THIS DEFINITION THAT IS ON PDX-502?

1    A.   I DID.

2    Q.   OKAY.  BUT HERE'S WHAT I WANT TO GET TO IF I GET THROUGH

3    ALL OF THOSE WORDS.

4         IT APPEARS THAT THE PERSON OF ORDINARY SKILL HERE IS A

5    COMMITTEE OF PEOPLE; CLEAR?

6    A.   THAT'S CORRECT.

7    Q.   AND IT DOESN'T JUST INVOLVE VIROLOGISTS; IS THAT CORRECT?

8    A.   YES.

9    Q.   WHO ELSE IS INVOLVED?

10   A.   WELL, YOU MIGHT HAVE A CHEMIST, YOU MIGHT HAVE A

11   PHARMACOLOGIST, AND YOU MIGHT HAVE A PHYSICIAN.

12        AND SO IT'S A MULTIDISCIPLINARY TEAM.

13   Q.   AND, FAIR, YOU'RE NOT A CHEMIST; RIGHT?

14   A.   THAT'S CORRECT.

15   Q.   AND YOU UNDERSTAND THAT THE CHEMIST IS COMING RIGHT AFTER

16   YOU; RIGHT?

17   A.   I DO.

18   Q.   YOU UNDERSTAND THAT YOU'RE NOT A PHARMACOKINETIST OR

19   PRODRUG EXPERT, BUT YOU KNOW THAT ONE OF THEM IS COMING AFTER

20   THE CHEMIST; RIGHT?

21   A.   I DO.

22   Q.   OKAY.  YOU CAN TAKE THAT DOWN.  THANK YOU.

23        NOW, YOU ALSO HAD TO DO THIS FROM THE PERSON OF ORDINARY

24   SKILL, OF ONE OF ORDINARY SKILL FROM A PARTICULAR TIMEFRAME;

25   RIGHT?

1    A.   CORRECT.

2    Q.   AND WHAT WAS THE DATE THAT YOU WERE HAVING THE PERSON

3    LOOKING AT THINGS?

4    A.   WELL, THE TIMEFRAME IS 2002.

5    Q.   JANUARY 18TH, 2002?

6    A.   THAT'S CORRECT.

7    Q.   AND THAT'S BECAUSE THAT'S THE DATE ON THE PATENT

8    APPLICATION; CORRECT?

9    A.   THAT'S CORRECT.

10   Q.   OKAY.  SO NOW WE KNOW THAT YOU'RE LOOKING AT A PERSON OF

11   ORDINARY SKILL FROM JANUARY 18TH, 2002.  I WANT TO TALK ABOUT

12   WHAT THAT PERSON IS FACING AT THAT TIME.  OKAY?

13        FOR A SCIENTIST OF ORDINARY SKILL WORKING IN JANUARY OF

14   2002, WHAT CHALLENGES DOES THAT PERSON FACE TRYING TO FIND A

15   NUCLEOSIDE COMPOUND THAT WILL BE USEFUL AGAINST HEPATITIS C?

16   A.   THE CHALLENGES ARE ENORMOUS AT THE TIME, AND STILL TODAY,

17   FOR A VARIETY OF REASONS, SOME HAVE ALREADY BEEN DISCUSSED

18   HERE.

19        BRIEFLY, THERE ARE BILLIONS OF POSSIBILITIES.  THERE ARE

20   ISSUES IN TERMS OF RECOGNITION OF THOSE BUILDING -- BUILDING

21   BLOCKS BY THE CELL.  THEY GO IN AND ARE THEY CAN USED BY THE

22   CELL?  METABOLIZED BY THE CELL?

23        AND THEN WE HAVE THE ENORMOUS ISSUE OF TOXICITY.  MANY OF

24   THOSE COMPOUNDS KILL CELLS.  AS A MATTER OF FACT, THAT'S HOW

25   THE FIELD STARTED, WITH TRYING TO FIND CANCER DRUGS THAT KILL

1    CELLS.

2        THEN NEXT WE HAVE THE CHALLENGE THEN TO FIND A COMPOUND

3    THAT IS SPECIFIC FOR THIS ONE POLYMERASE, AND IN THIS CASE THE

4    HEPATITIS C VIRUS, LEAVING THE OTHER 20 POLYMERASES OR SO IN

5    THE CELL ALONE, NOT INTERFERING WITH ANY OTHER STEPS THAT ARE

6    VITAL FOR LIFE, AND ULTIMATELY WE HAVE TO HAVE THE SPECIFICITY

7    FOR THE PARTICULAR VIRUS.

8    Q.   OKAY.  SO WHY IS IT SO HARD TO FIND -- IN 2002 -- TO FIND

9    A NUCLEOSIDE COMPOUND THAT WILL INTERRUPT OR MESS WITH THE

10   HEPATITIS C RNA AND LEAVE ALONE THE RNA OF ALL OF THE OTHER

11   GOOD PARTS OF THE CELL?  WHY IS THAT SO HARD?

12   A.   WELL, FOR JUST THE REASONS THAT I EXPLAINED, BECAUSE THERE

13   ARE -- THE PITFALLS ARE JUST ENORMOUS.

14   Q.   AND IS THAT STILL HARD EVEN TODAY?

15   A.   ABSOLUTELY.

16   Q.   SO WHY -- WHAT IS THE ULTIMATE GOAL OF FINDING A USEFUL

17   NUCLEOSIDE?  WHAT WOULD A USEFUL NUCLEOSIDE HAVE TO DO?

18   A.   SO IN THIS CASE OF COURSE IT WOULD HAVE BEEN A NUCLEOSIDE

19   THAT HONES INTO THE LIVER, INHIBITS THE VIRUS, BUT DOES NOT

20   INTERFERE WITH THE NORMAL FUNCTION OF THE CELL.

21   Q.   I'VE HEARD THE PHRASE, "THE DISEASE IS THE VIRUS.  THE

22   PATIENT IS THE CELL."

23        IS THAT A FAIR DESCRIPTION?

24   A.   THAT'S FAIR.

25   Q.   AND YOU WANT TO KILL THE VIRUS AND NOT THE PATIENT?

1    A.   THAT'S CORRECT.

2    Q.   HOW LONG HAVE SCIENTISTS WORKED WITH NUCLEOSIDE COMPOUNDS

3    TO COMBAT ANY KIND OF DISEASE?

4    A.   50 TO 60 YEARS.

5    Q.   AND WHAT WAS IT PRIMARILY ORIGINALLY THOUGHT TO BE USED

6    FOR, NUCLEOSIDE COMPOUNDS, TO FIGHT WHAT?

7    A.   FOR CANCER, ANTI-CANCER DRUGS.

8    Q.   AND WITH CANCER, WHAT DO YOU WANT TO DO WITH THOSE?

9    A.   YOU WANT TO KILL THE CELL AND NOT THE PATIENT.

10   Q.   DO YOU NEED TO THREAD THE NEEDLE THERE OF KILLING THE

11   VIRUS AND NOT THE CELL?

12   A.   THAT'S RIGHT.

13   Q.   AND SO HOW PREDICTABLE ARE THE EFFECTS OF MAKING SMALL

14   CHANGES IN NUCLEOSIDE IN 2002 IN TERMS OF WHETHER IT STAYS

15   ACTIVE OR BECOMES TOXIC?

16   A.   THERE'S NO PREDICTABILITY.  YOU HAVE TO DO AN EXPERIMENT.

17   Q.   WELL, WHAT ABOUT TODAY, YOU KNOW, 14 YEARS LATER?

18   A.   WELL, TRUE.  SAME FACTS ARE TRUE.

19   Q.   SO NOW WE KNOW THE CHALLENGE FACED BY A PERSON OF ORDINARY

20   SKILL.  WE KNOW THE CHALLENGE THAT IS FACING A PERSON OF

21   ORDINARY SKILL AND THE PERSPECTIVE THEY HAVE.

22        AND I WANT TO TALK ABOUT THE FIELD AND THE CHALLENGE IN

23   HEPATITIS C.  OKAY?

24   A.   OKAY.

25   Q.   AND WE'VE BEEN TOLD THAT HEPATITIS C WAS IDENTIFIED AS A

1    DISEASE IN 1992; CORRECT?

2    A.   THAT'S CORRECT.

3    Q.   AND SO BY 2002, THERE HAD BEEN 13 YEARS OF INTENSE

4    RESEARCH ON HEPATITIS C AND NUCLEOSIDE COMPOUNDS TO COMBAT IT?

5    A.   THE ANSWER IS NO.

6    Q.   OKAY.  WELL, WHY?  WHAT IS THE HOLD UP?

7    A.   THE FIELD GOT A SLOW START BECAUSE METHODS TO LOOK AT

8    NUCLEOSIDE ANALOGS HAVE ONLY BEEN DEVELOPED IN THE LATE '90S.

9    Q.   OKAY.  AND ARE THESE, THESE THINGS THAT WE HAVE ALL HEARD

10   AS ASSAYS OR TESTS?

11   A.   THEY'RE ASSAYS.

12   Q.   AND WHAT ARE THE PARTICULAR KINDS OF TESTS OR ASSAYS THAT

13   WERE DEVELOPED IN THE LATE 1990S THAT ENABLED SCIENTISTS TO

14   BEGIN TO EVALUATE NUCLEOSIDE COMPOUNDS?

15   A.   IT WAS 1997 WHEN THE POLYMERASE OF THE HEPATITIS C WAS

16   EXPRESSED IN AN ENZYMATICALLY ACTIVE FORM IN VITRO, THAT MEANS

17   OUTSIDE OF THE CELL SEPARATE.

18        AND IT WAS IN 1999 THAT THE CELL BASED ASSAY WE HAVE HEARD

19   HERE, THE SO-CALLED REPLICON ASSAY, WAS PUBLISHED.

20   Q.   SO A PERSON OF ORDINARY SKILL IN 2002 FACES THE CHALLENGE

21   THAT YOU HAVE TALKED ABOUT IN A RELATIVELY NEW FIELD TO TRY TO

22   FIND A USEFUL NUCLEOSIDE COMPOUND.

23        TO GIVE AN IDEA OF THE OPTIONS FACING THAT PERSON OF

24   ORDINARY SKILL, HOW MANY NUCLEOSIDE COMPOUNDS ARE THERE?

25   A.   WELL, THERE ARE BILLIONS.

1    Q.  ALL RIGHT.  SO WITH THAT BACKGROUND, LET'S TURN TO THE

2    MERCK PATENTS IN THIS CASE.  ALL RIGHT?

3    A.  OKAY.

4    Q.  YOU HAVE IN FRONT OF YOU YOUR EXHIBIT BINDER.  IF YOU CAN

5    TURN TO EXHIBIT 1 IN YOUR BINDER, WHICH IS I THINK ALREADY IN

6    EVIDENCE.

7         THAT IS THE MERCK '499 PATENT; CORRECT?

8    A.  CORRECT.

9    Q.  IF YOU COULD TURN TO EXHIBIT 2 IN YOUR BINDER.

10        CAN YOU TURN TO EXHIBIT 2.  THAT IS THE MERCK '712 PATENT;

11   CORRECT?

12   A.  THAT'S CORRECT.

13             MR. FARRELL:  AND IF THIS IS NOT IN EVIDENCE

14   ALREADY, I WOULD MOVE EXHIBIT 2 INTO EVIDENCE.

15             THE COURT:  I DON'T THINK IT'S IN EVIDENCE.  NO

16   OBJECTION?

17             MR. FISHER:  NO OBJECTION, YOUR HONOR.

18             THE COURT:  EXHIBIT 2 WILL BE ADMITTED.

19        (PLAINTIFF'S EXHIBIT 2 WAS RECEIVED IN EVIDENCE.)

20   BY MR. FARRELL:

21   Q.  NOW, EXHIBIT 1 AND EXHIBIT 2, THE '499 AND '712 PATENTS,

22   THESE ARE THE TWO PATENTS YOU ANALYZED; IS THAT CORRECT?

23   A.  THAT'S CORRECT.

24   Q.  NOW, WHILE THE CLAIMS OF THE TWO PATENTS HAVE DIFFERENCES,

25   WHAT ABOUT THE BODY OF THE TWO PATENTS, WHAT WE HAVE BEEN

1       CALLING THE SPECIFICATIONS?

2       A.   THEY'RE VERY SIMILAR.

3       Q.   AND FOR PURPOSES OF YOUR ANALYSIS, DID YOU TREAT THESE TWO

4       SPECIFICATIONS AS THE SAME?

5       A.   I DID.

6       Q.   AND SO WHEN YOU LOOKED AT THESE PATENTS, WHEN YOU BEGAN TO

7       ANALYZE THESE PATENTS AND THE CLAIMS AND THE COMPOUNDS THAT ARE

8       ACTUALLY CLAIMED IN THE CLAIMS, WHAT FIRST JUMPED OUT AT YOU?

9       A.   WHAT JUMPED OUT AT ME WAS THE FACT THAT THERE WAS NO DATA

10      COVERING THE CLAIMS.

11      Q.   NOW, I WANT TO MAKE SURE.  YOU MEAN THAT FOR THE CLAIMS --

12      THE COMPOUNDS THAT ARE ACTUALLY IN THE CLAIMS THAT ARE AT

13      ISSUE, THERE WAS NO DATA OF ANY SORT?

14      A.   THERE IS NO DATA OF ANY SORT.

15      Q.   OKAY.  AND YOU WERE IN COURT WHEN THE COURT JUST READ THE

16      STIPULATED FACT ABOUT NO TESTING OF THOSE?

17      A.   I WAS IN THE COURT.

18      Q.   SO THERE WAS NO DATA BECAUSE AS OF JANUARY 13TH, 2002,

19      MERCK HADN'T TESTED ONE OF THESE COMPOUNDS THAT ARE ACTUALLY

20      CLAIMED IN THE CLAIMS; RIGHT?

21      A.   THAT'S RIGHT.

22      Q.   OKAY.  SO THIS LACK OF ANY DATA FOR ANY OF THE COMPOUNDS

23      ACTUALLY CLAIMED IN THE CLAIMS, WHY DOES THIS MEAN TO YOU AS AN

24      EXPERT THAT YOU CAN'T TELL THAT THE CLAIM COMPOUNDS ARE USEFUL?

25      A.   WELL, IF I HAVE NO DATA, AGAIN, I HAVE NO GUIDANCE.  I

1       HAVE NO INFORMATION AND I HAVE NO REASON TO MOVE ON.

2       Q.   AND WHY NOT?

3       A.   BECAUSE, AGAIN, I HAVE NO DATA.  THERE'S ZERO DATA.

4       Q.   AND YOU NEED SOME DATA BECAUSE OF WHY?

5       A.   I NEED -- I NEED DATA THAT PROVIDES ME WITH INFORMATION

6       THAT MAKES ME BELIEVE THAT THERE MIGHT BE SOMETHING USEFUL

7       HERE.

8       Q.   AND IS IT BECAUSE THEY'RE SO UNPREDICTABLE?

9       A.   THAT'S ABSOLUTELY TRUE.

10      Q.   OKAY.  WELL, I WANT TO GO TO A PHRASE THAT IS IN THE MERCK

11      SPECIFICATION, OKAY.  I THINK THE PHRASE IS REPRESENTATIVE

12      COMPOUNDS, OKAY?

13           SO IF YOU CAN GO TO EXHIBIT 1 IN YOUR BINDER, WHICH IS THE

14      '499 PATENT, AND TURN TO WHAT IS CALLED COLUMN 132.

15           OKAY.  WHEN YOU GET THERE, WE'RE LOOKING AT LINES 55 TO

16      56.  OKAY?  DO YOU SEE THAT?

17      A.   I DO.

18      Q.   OKAY.  AND THIS -- I WANT TO JUST READ THIS ONE SENTENCE

19      THAT INVOLVES THIS PHRASE.  IT SAYS HERE, "REPRESENTATIVE

20      COMPOUNDS TESTED IN THE HCV NS5B POLYMERASE ASSAY EXHIBITED IC

21      50'S LESS THAN 100 MICROMOLAR."

22           THAT IS REFERRING, ISN'T IT, TO SOME SORT OF TESTING IN AN

23      ASSAY; RIGHT?

24      A.   CORRECT.

25      Q.   OKAY.  WELL, DOESN'T THAT PROVIDE YOU SOME DATA FOR THE

1    COMPOUNDS THAT ARE IN THE CLAIMS?

2    A.   NO, BECAUSE THE REPRESENTATIVE COMPOUNDS ARE NOT COVERED

3    BY THE CLAIMS.

4    Q.   SO WHAT IS CALLED THE REPRESENTATIVE COMPOUNDS, THOSE ALSO

5    AREN'T COMPOUNDS THAT ARE IN ANY OF THE CLAIMS?

6    A.   THAT'S CORRECT.

7    Q.   OKAY.  WELL, IN YOUR EXPERT OPINION, CAN YOU -- DOES THE

8    PHRASE "REPRESENTATIVE COMPOUND" MEAN THAT YOU CAN RELY ON IT

9    WHEN, IN FACT, IT'S NOT A COMPOUND INCLUDED IN THE CLAIM?

10   A.   I CANNOT.

11   Q.   WELL, THIS JURY IS -- I MEAN, I THINK THEY'VE BEEN TOLD

12   THAT THESE ARE REALLY BIG PATENTS.  I THINK THAT'S WHAT I

13   HEARD.

14        I THINK, DOCTOR, I WAS JUST TOLD THAT THERE WAS 146

15   EXAMPLES.  THERE'S 154 EXAMPLES IN HERE; CORRECT?

16   A.   THAT'S CORRECT.

17   Q.   AND THEY HAVE, LIKE, CHEMICAL STRUCTURES; RIGHT?

18   A.   THEY DO.

19   Q.   AND -- AND -- WELL, OF THOSE 154 EXAMPLES, HOW MANY OF

20   THEM ARE ACTUALLY COMPOUNDS THAT ARE INCLUDED IN THE CLAIMS?

21   A.   NONE.

22   Q.   NOT A ONE?

23   A.   ZERO.

24   Q.   AND HOW DO YOU KNOW THAT?

25   A.   WELL, THAT INFORMATION WAS TRANSMITTED TO ME BY THE

1      CHEMIST, DR. SECRIST.

2      Q.   AND ALSO YOU JUST HEARD THE COURT READ THE SAME

3      STIPULATION --

4      A.   THAT'S CORRECT.

5      Q.   -- TO THE JURY?

6           OKAY.  SO WHAT CAN YOU TELL, IF ANYTHING, ABOUT THE

7      COMPOUNDS THAT ARE CLAIMED IN THE CLAIMS FROM THE 154 EXAMPLES

8      IN THE BODY OF THE PATENT?

9      A.   I CAN'T SAY ANYTHING.

10     Q.   AND, A DUMB QUESTION, BUT WHY NOT?

11     A.   BECAUSE THEY'RE NOT THE SAME.

12     Q.   NOW, I KNOW YOU'VE TOLD US THAT NONE OF THE EXAMPLES ARE

13     COMPOUNDS IN THE CLAIMS.  I JUST WANT TO TALK ABOUT, I HOPE, A

14     COUPLE OF THEM.  OKAY?

15     A.   OKAY.

16     Q.   AND SO YOU WERE HERE FOR OPENING STATEMENTS; CORRECT?

17     A.   I WAS.

18     Q.   AND THE JURY WAS SHOWN A SLIDE THAT SHOWED THREE OF THE

19     PATENT EXAMPLES?

20     A.   YES.

21     Q.   AND CAN WE HAVE CALLED BACK UP, MR. ANG, DDX-016 FROM

22     MERCK'S OPENING STATEMENT.

23          THIS WAS THE SLIDE THAT THE JURY SAW.

24          DO YOU RECALL THIS, DR. SEEGER?

25     A.   I DO.

1    Q.   AND IT SHOWED EXAMPLE 134, 143, AND 145 FROM THE

2    SPECIFICATION OF THE MERCK PATENT?

3    A.   THAT'S RIGHT.

4    Q.   NOW, NONE OF THESE ARE COMPOUNDS THAT ARE ACTUALLY

5    CLAIMED; CORRECT?

6    A.   THAT'S CORRECT.

7    Q.   BUT I WANT TO FOCUS ON EXAMPLE 143 AND 145 AND SEE WHAT WE

8    ACTUALLY DO KNOW.  OKAY?

9    A.   OKAY.

10    Q.   AND SO CAN YOU TURN TO EXHIBIT 168 IN YOUR BINDER.

11         WHAT IS EXHIBIT 168?

12    A.   168 IS AN ISIS REPORT FROM THE NUCLEOSIDE PROGRAM OF THE

13    ISIS IRBM CORPORATION.

14    Q.   SO THIS IS AN INTERNAL ISIS DOCUMENT; CORRECT?

15    A.   YES.

16    Q.   IT BEARS A DATE OF SEPTEMBER 26TH, 2001; CORRECT?

17    A.   CORRECT.

18    Q.   BEFORE THE PATENT APPLICATION WAS FILED; CORRECT?

19    A.   THAT'S CORRECT.

20         MR. FARRELL:  MOVE EXHIBIT 168 INTO EVIDENCE, YOUR

21    HONOR.

22         MR. FISHER:  NO OBJECTION, YOUR HONOR.

23         THE COURT:  IT WILL BE ADMITTED.

24    (PLAINTIFF'S EXHIBIT 168 WAS RECEIVED IN EVIDENCE.)

25    BY MR. FARRELL:

1    Q.   SO NOW LET'S SEE IF I CAN DO THIS RIGHT.  IF YOU LOOK AT

2    EXHIBIT 168, PAGE 0002.  OKAY.  I HAVE IT UP ON THE SCREEN.

3    OKAY.  AND IF YOU COULD SEE THE COMPOUND LABELLED L-393942.

4        THIS IS EXAMPLE 143 THAT WAS SHOWN TO THE JURY; CORRECT?

5    A.   THAT'S CORRECT.

6    Q.   AND WHAT DOES MERCK'S OWN DOCUMENT SAY IN SEPTEMBER OF

7    2001 ABOUT EXAMPLE 143?

8    A.   NOT ACTIVE AT 50 MICROMOLAR.

9    Q.   ARE YOU USEFUL IF YOU'RE NOT ACTIVE?

10   A.   I DON'T THINK SO.

11   Q.   OKAY.  NOW, SAME PAGE.  CAN YOU LOOK AT COMPOUND L-393938.

12   A.   YES.

13   Q.   NOW, THAT'S THE EXAMPLE 145 THAT THE JURY WAS SHOWN IN

14   OPENING; CORRECT?

15   A.   CORRECT.

16   Q.   HOW DOES MERCK SAY THAT ONE IS DOING IN SEPTEMBER OF 2001?

17   A.   NOT ACTIVE.

18   Q.   BUT THOSE ARE EXAMPLES IN THEIR PATENT; CORRECT?

19   A.   THAT'S CORRECT.

20   Q.   FILED IN JANUARY OF 2002; CORRECT?

21   A.   THAT'S CORRECT.

22   Q.   ALL RIGHT.  THANK YOU, SIR.

23       NOW, BUT I WANT TO GO BACK TO THIS ISSUE ABOUT NO TESTING,

24   NO DATA.  OKAY?

25   A.   OKAY.

1    Q.   THE JURY HAS JUST HEARD THAT MERCK DID NOT DO ANY TESTING

2    OF THE COMPOUNDS THAT THEY ACTUALLY CLAIM IN THE PATENTS BY THE

3    TIME THAT THEY HAD FILED THEIR PATENT APPLICATION IN JANUARY OF

4    2002; CORRECT?

5    A.   THAT'S CORRECT.

6    Q.   BUT MERCK AT SOME POINT DID DO TESTING OF SOME OF THESE

7    COMPOUNDS; RIGHT?

8    A.   YES.

9    Q.   AND WHEN DID THEY ACTUALLY GET AROUND TO TESTING COMPOUNDS

10   THAT ARE ACTUALLY CLAIMED IN THE PATENTS?

11   A.   I BELIEVE IT WAS AROUND 2005.

12   Q.   AUGUST OF 2005; CORRECT?

13   A.   CORRECT.

14   Q.   AND HOW DO YOU KNOW THAT?

15   A.   I WAS SHOWN DOCUMENTS TO THAT EFFECT.

16   Q.   AND WHEN YOU SAY "DOCUMENTS," THIS WAS A LONG SPREADSHEET

17   OF THOUSANDS OF PAGES; RIGHT?

18   A.   THAT'S CORRECT.

19   Q.   AS FAR AS YOU KNOW, THAT'S THE FIRST TIME THAT MERCK GOT

20   AROUND TO ACTUALLY TESTING ANY OF THE COMPOUNDS IN THE CLAIMS

21   THAT THEY FILED IN JANUARY OF 2002; CORRECT?

22   A.   THAT'S CORRECT.

23   Q.   ALL RIGHT.  SO LET ME TURN TO YOUR SECOND OPINION, THE

24   UNDUE EXPERIMENTATION OR EXCESSIVE EXPERIMENTATION.  OKAY?

25        FOR SEVEN OF THE CLAIMS, CLAIMS 1 AND 2 OF THE '499 PATENT

1    AND CLAIMS 1 THROUGH 3, 5 AND 7 OF THE '712 PATENT, DO YOU HAVE

2    AN EXPERT OPINION AS TO WHETHER A PERSON OF ORDINARY SKILL

3    COULD NOT USE THE COMPOUNDS CLAIMED BECAUSE OF THE ADDITIONAL

4    REASON OF EXCESSIVE OR UNDUE EXPERIMENTATION?

5    A.   I DO HAVE AN OPINION.

6    Q.   NOW, WHAT IS YOUR EXPERT OPINION AS TO WHETHER A PERSON OF

7    ORDINARY SKILL COULD USE THE NUCLEOSIDE COMPOUNDS CLAIMED IN

8    THOSE SEVEN CLAIMS WITHOUT EXCESSIVE EXPERIMENTATION?

9    A.   MY OPINION IS THAT IT'S IMPOSSIBLE TO DO THAT WITH -- AND

10   YOU -- OKAY.  LET ME BACKTRACK.

11        THE CHALLENGE TO SCREEN THOSE WOULD BE ENORMOUS.

12   Q.   WHY WOULD IT BE HARD TO SCREEN, IN 2002, A MILLION OR MORE

13   NUCLEOSIDE COMPOUNDS?

14   A.   WELL, THERE ARE NO SCREENS AVAILABLE AT THAT TIME, AND

15   MAYBE EVEN TODAY TO SCREEN SUCH ENORMOUS NUMBERS OF COMPOUNDS.

16   Q.   WELL, HOW LONG WOULD IT TAKE A PERSON OF ORDINARY SKILL IN

17   JANUARY OF 2002 TO TEST A MILLION OR MORE NUCLEOSIDE COMPOUNDS

18   FOR ACTIVITY AND TOXICITY?

19   A.   IF THEY WERE AVAILABLE, YEARS.

20   Q.   NOW, WHEN DID HIGH THROUGHPUT SCREENS WHERE YOU COULD

21   SCREEN MANY NUCLEOSIDE COMPOUNDS, WHEN DID THOSE COME ABOUT?

22   A.   THE PUBLICATIONS WERE 2004 AND 2005.

23   Q.   AND IF -- EXCUSE ME.

24        AND IF YOU LOOK AT EXHIBIT 2172 IN YOUR BINDER, I THINK

25   IT'S CALLED THE ZUCK ARTICLE.  DO YOU HAVE THAT?

1    A.   CORRECT.

2    Q.   IS THIS AN ARTICLE PUBLISHED IN 2004 ANNOUNCING HIGH

3    THROUGHPUT SCREENING?

4    A.   THAT'S CORRECT.

5             MR. FARRELL:  MOVE EXHIBIT 2172 INTO EVIDENCE.

6             MR. FISHER:  NO OBJECTION.

7             THE COURT:  IT WILL BE ADMITTED.

8        (PLAINTIFF'S EXHIBIT 2172 WAS RECEIVED IN EVIDENCE.)

9    BY MR. FARRELL:

10   Q.   AND WHILE YOU'RE STILL THERE, LOOK AT THE 2173, WHAT'S

11   CALLED THE O'BOYLE ARTICLE.  DO YOU SEE THAT?

12   A.   YES.

13   Q.   AND THAT HAS A 2004 DATE --

14   A.   ACTUALLY PUBLISHED IN 2005.

15   Q.   RIGHT.  BUT IT BEARS A FIRST DATE OF 2004 TO BE FAIR?

16   A.   ALL RIGHT.

17   Q.   AND THAT ALSO IS ANNOUNCES HIGH THROUGHPUT SCREEN?

18   A.   THAT'S CORRECT.

19   Q.   AND IN 2002, WERE HIGH THROUGHPUT SCREENS AVAILABLE FOR

20   NUCLEOSIDE COMPOUNDS?

21   A.   THERE'S NO HIGH THROUGHPUT AVAILABLE BASED ON

22   PUBLICATIONS.

23   Q.   SO I DO WANT TO ACTUALLY -- WELL, LET'S LEAVE ASIDE THE

24   EXCESSIVE EXPERIMENTATION FOR THE SEVEN CLAIMS.  OKAY?

25            I'LL TRY IT AGAIN.  LET'S LEAVE ASIDE THIS ISSUE OF

1      EXCESSIVE EXPERIMENTATION FOR THE SEVEN CLAIMS.

2          FOR ALL TEN CLAIMS, DO ALL OF THEM SUFFER FROM THIS LACK

3      OF ANY DATA FOR ANY OF THE COMPOUNDS CLAIMED?

4      A.   ALL OF THEM.

5      Q.   OKAY.  BUT, NOW, THREE OF THE CLAIMS INVOLVE, LIKE, 144

6      COMPOUNDS, 72 AND 72 COMPOUNDS; RIGHT?

7      A.   CORRECT.

8      Q.   AND SO WHY ISN'T THAT USEFUL?

9      A.   BECAUSE THERE IS NO DATA FOR THOSE CLAIMS EITHER.

10     Q.   SO DO YOU HAVE ANY CLUE, ANY INDICATION AT ALL THAT THEY

11     HAVE ANY USE FOR FIGHTING HEPATITIS C?

12     A.   NO, I DO NOT.

13     Q.   WHAT, AGAIN, WOULD YOU WANT TO SEE IN A PATENT TO SAY THAT

14     THERE'S SOME USEFULNESS HERE FOR COMBATTING HEPATITIS C?

15     A.   I WOULD WANT TO SEE SOME DATA FROM TESTING THAT THE

16     COMPOUND HAS AN ACTIVITY AGAINST HEPATITIS C VIRUS.

17     Q.   WOULD YOU LIKE TO SEE THAT THEY'RE MAKING, USING, AND

18     TESTING THEM IN THEIR LAB?

19     A.   EXACTLY.

20     Q.   WELL, I WANT TO TURN TO A SENTENCE THAT IS IN THE PATENTS

21     THAT I THINK WAS READ TO THE JURY IN OPENING STATEMENT.

22         CAN YOU TURN TO -- I THINK EXHIBIT 2, THE '712 PATENT.  I

23     THINK IT'S IN BOTH, BUT LET'S GO TO THAT.  IT'S IN THE

24     ABSTRACT.

25         ALL RIGHT.  AND I'M GOING TO READ THIS SENTENCE, IF I CAN,

SEEGER DIRECT BY MR. FARRELL

1    AS WE GO.  "THE PRESENT INVENTION PROVIDES NUCLEOSIDE COMPOUNDS

2    AND CERTAIN DERIVATIVES THEREOF WHICH ARE INHIBITORS OF

3    RNA-DEPENDENT RNA VIRAL POLYMERASE.  THESE COMPOUNDS ARE

4    INHIBITORS OF RNA-DEPENDENT RNA VIRAL REPLICATION AND ARE

5    USEFUL FOR THE TREATMENT OF RNA-DEPENDENT RNA VIRAL INFECTION.

6    THEY ARE PARTICULARLY USEFUL AS INHIBITORS OF HEPATITIS C VIRUS

7    (HCV) NS5B POLYMERASE, AS INHIBITORS OF HCV REPLICATION, AND/OR

8    FOR THE TREATMENT OF HEPATITIS C INFECTION."

9        RIGHT?

10   A.   RIGHT.

11   Q.   SO THE PATENT SAYS THEY'RE USEFUL; RIGHT?

12   A.   WELL --

13   Q.   LET ME ASK YOU, THE PATENT SAYS THEY'RE USEFUL?

14   A.   YES.

15   Q.   THE LAWYER WROTE THIS UP AND WROTE THAT THEY'RE USEFUL?

16   A.   YES.

17   Q.   AND AS A SCIENTIST, DO YOU JUST TAKE THAT STATEMENT?  IS

18   THAT GOOD ENOUGH FOR YOU?

19   A.   WITHOUT DATA, I CANNOT SEE HOW THIS STATEMENT CAN BE

20   SUPPORTED.

21   Q.   WELL, WHY WOULD A PERSON OF ORDINARY SKILL, IN JANUARY OF

22   2002, NOT TAKE THAT STATEMENT AT FACE VALUE?  WHY WOULD A

23   SCIENTIST NOT TAKE THAT STATEMENT AT FACE VALUE?

24   A.   AGAIN, BECAUSE OF THE UNPREDICTABILITY OF THIS WHOLE FIELD

25   AND, AGAIN, BECAUSE THERE'S REALLY NO DATA THAT SUPPORTS THIS

1    STATEMENT.

2    Q.   SO WHILE YOU COULD MAYBE TEST THE 72 OR THE OTHER 72 OR

3    THE 144 IN THOSE OTHER THREE CLAIMS, WOULD YOU EVER WANT TO?

4    A.   NO.

5    Q.   AND WHAT WOULD YOU NEED, IN ONE WORD, WHAT DO YOU NEED TO

6    KNOW THAT THERE'S A USEFULNESS FOR FIGHTING HEPATITIS C?

7    A.   DATA.

8            MR. FARRELL:  NO MORE QUESTIONS, YOUR HONOR.

9            THE COURT:  ALL RIGHT.  WHILE WE HAVE A BREAK, I

10   DON'T HAVE REALTIME.

11           MR. FISHER:  I'M SORRY.

12           THE COURT:  I DON'T HAVE MY REALTIME.  I DON'T KNOW

13   WHEN IT WENT OFF.

14       SO SINCE WE'RE AT A LITTLE BREAK, LET'S SEE IF WE CAN,

15   WITHOUT TAKING A BREAK, JUST SPEND A MINUTE.

16       AND IF I CAN ASK PEOPLE IF ANY CELL PHONES ARE TURNED ON,

17   TO TURN THEM OFF.  WE SEEM TO BE HAVING FEW PROBLEMS.

18       (RECESS FROM 3:43 P.M. UNTIL 3:45 P.M.)

19           THE COURT:  ALL RIGHT.  WHY DON'T YOU GO AHEAD?

20                       **CROSS-EXAMINATION**

21   BY MR. FISHER:

22   Q.   GOOD AFTERNOON, DR. SEEGER.  I'M STAN FISHER.  I HAVEN'T

23   HAD THE OPPORTUNITY TO INTRODUCE MYSELF.

24   A.   GOOD AFTERNOON.

25   Q.   SIR, YOU'VE BEEN DOING RESEARCH FOR A WHILE; IS THAT

SEEGER CROSS BY MR. FISHER

1    RIGHT, SIR?

2    A.   THAT'S CORRECT.

3    Q.   SINCE THE LATE 1970S?

4    A.   THAT'S CORRECT.

5    Q.   AND YOU'VE HEARD OF MERCK BEFORE YOU GOT INVOLVED IN THIS

6    CASE; RIGHT?

7    A.   OH, YEAH.

8    Q.   AND MERCK'S BEEN AROUND SINCE YOU STARTED DOING YOUR

9    RESEARCH?

10   A.   MOST LIKELY, YES.

11   Q.   AND IT HAS A SUCCESSFUL HISTORY IN THE ANTI-INFECTIVE

12   SPACE?

13   A.   THAT'S CORRECT.

14   Q.   AND THERE'S NO REASON TO DOUBT THAT WHEN MERCK FILED ITS

15   PATENT APPLICATIONS IN JANUARY OF 2002 THAT IT BELIEVED THAT

16   THE MERCK/ISIS COLLABORATION HAD BEEN SUCCESSFUL?

17   A.   I DON'T KNOW.

18   Q.   YOU DON'T HAVE ANY REASON TO DOUBT THAT, DO YOU?

19   A.   I JUST DON'T KNOW.

20   Q.   AND HAVE YOU REVIEWED ANY OF THE DOCUMENTS FROM THE

21   COLLABORATION CONTEMPORANEOUS WITH THE FILING OF MERCK'S PATENT

22   APPLICATION?

23   A.   I HAVE SEEN MANY DOCUMENTS.  I DON'T KNOW EXACTLY WHAT

24   YOU'RE REFERRING TO NOW.

25   Q.   OKAY.  BUT YOU DON'T KNOW ONE WAY OR ANOTHER WHETHER MERCK

SEEGER CROSS BY MR. FISHER

1    AND ISIS HAD BELIEVED THE COLLABORATION TO BE A SUCCESS WHEN

2    THEY FILED THEIR PATENT APPLICATION?

3    A.   I HAVE NO INFORMATION ABOUT WHAT THEY BELIEVED.

4    Q.   OKAY.  LET'S GO TO EXHIBIT 1, THE '499 PATENT.  AND I KNOW

5    THAT MR. FARRELL WALKED YOU THROUGH SOME OF IT?

6    A.   YEAH.

7    Q.   AND DO YOU HAVE IT THERE IN FRONT OF YOU?

8    A.   I DO.

9    Q.   IT WOULD ALSO BE UP ON THE SCREEN.

10   A.   OKAY.

11   Q.   SO YOU CAN FOLLOW ALONG ON THE SCREEN AS WELL.

12        NOW, I KNOW MR. FARRELL WENT THROUGH A LITTLE BIT OF THIS

13   AND I WANT TO DOUBLE BACK TO A COUPLE OF THINGS.

14        SO IN COLUMN 2 OF THE PATENT, IF WE GO THERE,

15   MR. SCHLIESSKE.

16        THE PATENT STATES THAT THE COMPOUNDS OF THE PRESENT

17   INVENTION IN CERTAIN DERIVATIVES ARE POTENT INHIBITORS OF

18   RNA-DEPENDENT RNA VIRAL REPLICATION, AND IN PARTICULAR HCV

19   REPLICATION.

20        DO YOU SEE THAT?

21   A.   I SEE THAT.

22   Q.   AND IT SAYS THAT; RIGHT?

23   A.   THAT'S WHAT IT STATES.

24   Q.   AND THEN IT STATES THAT THE 5' TRIPHOSPHATE DERIVATIVES OF

25   THE NUCLEOSIDE COMPOUNDS ARE INHIBITORS OF RNA-DEPENDENT, RNA

1      VIRAL POLYMERASE, AND IN PARTICULAR HCV NS5B POLYMERASE.

2          DO YOU SEE THAT?

3      A.   I SEE THAT.

4      Q.   AND THEN IT GOES ON TO STATE THAT THE INSTANT NUCLEOSIDE

5      COMPOUNDS AND DERIVATIVES THEREOF ARE USEFUL TO TREAT

6      RNA-DEPENDENT RNA VIRAL INFECTION, AND IN PARTICULAR HCV

7      INFECTION.

8          DID I READ THAT RIGHT?

9      A.   YOU DID.

10     Q.   AND SO WE'RE IN AGREEMENT, AND I BELIEVE YOU TESTIFIED TO

11     THIS IN YOUR DIRECT, THAT THE PATENTS STATE THAT THE COMPOUNDS

12     OF THE INVENTION WERE USEFUL FOR HEPATITIS C; RIGHT?

13     A.   I CANNOT AGREE WITH YOUR STATEMENT.

14     Q.   THAT THEY DON'T -- THAT DOESN'T STATE THAT THEY'RE USEFUL?

15     A.   WELL, YOU JUST READ SENTENCES, BUT THE INTERPRETATION -- I

16     DISAGREE WITH THE INTERPRETATION.

17     Q.   OKAY.  I MEAN, THAT'S FAIR.

18         YOU AGREE THAT IT DOESN'T DISCLOSE A USE, BUT IT SAYS THAT

19     THE INSTANT COMPOUNDS ARE USEFUL.

20         I DIDN'T READ THAT WRONG, DID I?

21     A.   YOU DIDN'T READ IT WRONG.

22     Q.   OKAY.  AND THAT'S THE SAME FOR EXHIBIT 2, THE '712 PATENT;

23     RIGHT?

24     A.   I BELIEVE SO.

25     Q.   OKAY.  AND IT ALSO STATES, MERCK'S PATENTS, THAT THE

SEEGER CROSS BY MR. FISHER

1      COMPOUNDS OF THE INVENTIONS WERE USEFUL AS INHIBITORS OF NS5B

2      POLYMERASE; ISN'T THAT RIGHT?

3      A.   UM.

4      Q.   IT'S THE SENTENCE BEFORE --

5      A.   THE SENTENCE BEFORE, YOU READ THE SENTENCE CORRECTLY.

6      Q.   OKAY.  IT STATES THAT THE PATENTS ARE USEFUL AS INHIBITORS

7      OF NS5B POLYMERASE; RIGHT?

8      A.   USEFUL.  I DISAGREE IT WAS USEFUL BECAUSE, AGAIN, THERE'S

9      NO DATA IN THE PATENTS, SO I STICK WITH JUST THE SENTENCES AS

10     THEY ARE WRITTEN.

11     Q.   OKAY.  IT SAYS THAT THEY ARE INHIBITORS OF RNA-DEPENDENT

12     VIRAL POLYMERASE; RIGHT?

13     A.   IT SAYS THE TRIPHOSPHATES DERIVATIVES, YEAH, ARE

14     INHIBITORS, YEP.

15     Q.   AND THAT'S WHAT THE PATENTS STATE?

16     A.   THAT'S WHAT IT SAYS HERE, YES.

17     Q.   OKAY.  NOW, YOU PAINTED A PICTURE OF THE STATE OF THE ART

18     FOR HEPATITIS C IN YOUR DIRECT TESTIMONY AS OF JANUARY OF 2002;

19     RIGHT?

20     A.   I DID, YEAH.

21     Q.   AND SO I JUST WANT TO ASK YOU A FEW QUESTIONS ABOUT THAT.

22          NOW, BY JANUARY OF 2002, THERE WERE ABOUT 15 NUCLEOSIDE

23     ANALOG DRUGS APPROVED OR IN CLINICAL TRIALS FOR CONDITIONS LIKE

24     HIV, HEPATITIS B, HERPES, CMV; RIGHT?

25     A.   CORRECT.

1    Q.   OKAY.  AND SCIENTISTS UNDERSTOOD THAT MOST OF THOSE

2    NUCLEOSIDE ANALOG DRUGS WORKED BY A MECHANISM CALLED CHAIN

3    TERMINATION; IS THAT RIGHT?

4    A.   CORRECT.

5    Q.   DO I HAVE THAT RIGHT?

6    A.   CHAIN TERMINATION IS CORRECT.

7    Q.   OKAY.  AND YOU'VE BEEN IN THE COURTROOM SINCE THE

8    BEGINNING OF TRIAL, HAVEN'T YOU, SIR?

9    A.   YES.

10   Q.   AND WE HEARD YESTERDAY OF THIS CONCEPT OF A BLANKET, OR

11   EXCUSE ME, OF A STOP SIGN, A STOP SIGN THAT WAS USED YESTERDAY

12   WITH ONE OF THE WITNESSES FOR CHAIN TERMINATION.  DO YOU RECALL

13   THAT?

14   A.   FROM DR. SOFIA OR?

15   Q.   RIGHT, EXACTLY.

16   A.   YES.

17   Q.   BUT THAT'S CHAIN TERMINATION?  THE ANALOG COMES IN AND IT

18   STOPS THE CHAIN FROM GROWING; RIGHT?

19   A.   THAT'S FAIR.

20   Q.   OKAY.  NOW, IN YOUR EXPERT REPORT, YOU CITE TO A 2001

21   ARTICLE BY A DR. DE CLERCQ IDENTIFIES NUCLEOSIDE ANALOG DRUGS

22   AVAILABLE BY 2001; ISN'T THAT RIGHT?

23   A.   I DID, YES.

24   Q.   OKAY.  WELL, LET'S TAKE A LOOK AT THAT.  CAN WE PUT UP

25   EXHIBIT 920.

1           AND IT'S IN YOUR BINDER, SIR, IF YOU WOULD LIKE TO LOOK AT

2    THE PAPER.  IT WILL ALSO BE UP ON THE SCREEN.

3    A.   YES.

4    Q.   AND ARE YOU THERE?

5    A.   I SEE IT, YES.

6    Q.   AND DO YOU RECOGNIZE THAT PAPER?

7    A.   I DO, YES.

8    Q.   AND THAT'S DE CLERCQ'S 2001 REVIEW ARTICLE ON ANTI-VIRAL

9    DRUGS:  CURRENT STATE OF THE ART?

10   A.   YES.

11           MR. FISHER:  OKAY.  I MOVE ITS ADMISSION.

12           MR. FARRELL:  NO OBJECTION.

13           THE COURT:  IT WILL BE ADMITTED.

14       (DEFENDANTS' EXHIBIT 920 WAS RECEIVED IN EVIDENCE.)

15   BY MR. FISHER:

16   Q.   OKAY.  DR. SEEGER, IF YOU GO TO PAGE 74 OF THAT PAPER,

17   THERE'S A VARIETY OF CATEGORIES OF COMPOUNDS LISTED AS

18   NUCLEOSIDE ANALOGS, AND YOU CAN EITHER USE THE PAPER COPY IN

19   FRONT OF YOU OR YOU CAN USE WHAT IS UP ON THE SCREEN.

20       DO YOU SEE PAGE 74, THERE'S A HEADING ANTI-HIV COMPOUNDS?

21   A.   I DO, YES.

22   Q.   OKAY.  AND IT'S -- THE HEADING IS NUCLEOSIDE REVERSE

23   TRANSCRIPTASE INHIBITORS?

24   A.   CORRECT.

25   Q.   AND THEY LIST IN THIS PAPER -- AND AGAIN, FEEL FREE TO USE

1    THE PAPER COPY IF YOU WOULD LIKE -- A NUMBER OF NUCLEOSIDE

2    ANALOG INHIBITOR DRUGS, THE 15 THAT WE HAVE BEEN REFERRING TO.

3    ALL RIGHT?

4    A.   YES.

5    Q.   AND I WANT TO GO THROUGH THEM.

6    A.   I'D LIKE TO GO TO THE EXHIBIT HERE.

7    Q.   ABSOLUTELY.

8    A.   AND EXHIBIT?

9    Q.   EXHIBIT 920, SIR.  YOU'VE GOT TO HAVE THE RIGHT BINDER.

10   THERE ARE TWO.  MR. FARRELL GAVE YOU ONE.

11       I'M HAPPY TO HELP YOU WITH IT IF YOU WOULD LIKE.

12   A.   I'VE GOT IT.

13   Q.   YOU'VE GOT IT?

14   A.   YES.

15   Q.   AND IT'S PAGE 74.

16   A.   74.  CORRECT, YEP.

17   Q.   ALL RIGHT.  SO THE FIRST NUCLEOSIDE ANALOG DRUG THAT IS

18   LISTED THERE IS AZT.  DO YOU SEE IT?

19   A.   YES.

20   Q.   AND IN 2001, AZT WAS AN FDA APPROVED NUCLEOSIDE ANALOG

21   DRUG?

22   A.   THAT'S CORRECT.

23   Q.   OKAY.  AND AZT ACTS AS A CHAIN TERMINATOR; RIGHT?

24   A.   YEAH, I BELIEVE SO, YES.

25   Q.   ALL RIGHT.  AND WE'VE HIGHLIGHTED THIS UP ON THE SCREEN IN

SEEGER CROSS BY MR. FISHER

1    CASE IT'S EASIER FOR YOU TO LOOK AS YOU FLIP.  IT'S UP TO YOU.

2        NOW, THE SAME WITH THE DRUG DIDANOSINE?

3    A.   YES.

4    Q.   AND THAT ALSO WAS AN FDA APPROVED NUCLEOSIDE ANALOG DRUG

5    IN 2001?

6    A.   I BELIEVE SO.

7    Q.   AND IT'S A CHAIN TERMINATOR?

8    A.   IT LOOKS LIKE, YES.

9    Q.   SAME WITH ZALCITABINE, THE NEXT ONE IN THE PAPER?

10   A.   YES.

11   Q.   AND THAT ALSO WAS FDA APPROVED IN '01?

12   A.   I DON'T KNOW EXACTLY WHEN IT WAS APPROVED, BUT I TAKE YOUR

13   WORD FOR IT.

14   Q.   OKAY.  THE PAPER SO INDICATES.  DO YOU HAVE ANY REASON TO

15   DISAGREE WITH WHAT THE PAPER SAYS?

16   A.   I HAVE NO REASON.

17   Q.   OKAY.  IT WAS ALSO A CHAIN TERMINATOR?

18   A.   YES.

19   Q.   OKAY.  AND THEN THE NEXT ONE IS STAVUDINE, AND THAT'S UP

20   ON THE SCREEN.  IT MAY BE EASIER TO LOOK THERE.

21   A.   YES.

22   Q.   AND THAT WAS ALSO FDA APPROVED IN '01?

23   A.   YES.

24   Q.   AND ALSO A CHAIN TERMINATOR?

25   A.   CORRECT.

590

SEEGER CROSS BY MR. FISHER

```
1    Q.   AND THEN THERE WAS LAMIVUDINE, WHICH IS ALSO KNOWN AS 3TC?

2    A.   YES.

3    Q.   AND ALSO A CHAIN TERMINATOR?

4    A.   YES.

5    Q.   AND ALSO APPROVED IN '01?

6    A.   OKAY.

7    Q.   AND THERE'S TENOFOVIR DISOPROXIL, AND I MAY NOT BE

8    PRONOUNCING THAT RIGHT.

9    A.   TENOFOVIR, YES.

10   Q.   OKAY.  AND THAT WAS A NUCLEOSIDE ANALOG IN PHASE 3

11   CLINICAL STUDIES IN '01?

12   A.   YES.

13   Q.   AND THAT WAS FOR HIV?

14   A.   OKAY.

15   Q.   AND THAT'S AN ORAL PRODRUG OF TENOFOVIR?

16   A.   THAT'S WHAT IT LOOKS LIKE.

17   Q.   AND TENOFOVIR ACTS AS A CHAIN TERMINATOR?

18   A.   I BELIEVE SO.

19   Q.   AND THE NEXT ONE IS EMTRICITABINE.  AGAIN, I MAY BE

20   MISPRONOUNCING THAT.

21   A.   YES.

22   Q.   AND THAT WAS A DRUG THAT, IN 2001, WAS IN PHASE 2 AND 3 OF

23   CLINICAL STUDIES FOR BOTH HIV AND HEPATITIS B; CORRECT?

24   A.   I BELIEVE IT WAS.

25   Q.   AND SIMILAR TO 3TC, THIS DRUG WAS A CHAIN TERMINATOR?
```

SEEGER CROSS BY MR. FISHER

1    A.   CORRECT.

2    Q.   NOW, I WANT TO MOVE TO THE HEPATITIS B TREATMENTS THAT ARE

3    LISTED IN THIS ARTICLE.

4    A.   OKAY.

5    Q.   THERE ARE TWO WE HAVEN'T COVERED, AND ONE IS ADEFOVIR

6    DIPIVOXIL, AND IT'S ON PAGE 80 AND 81 OF THIS PAPER.

7         ARE YOU THERE, SIR?

8    A.   YES.

9    Q.   AND THAT WAS IN PHASE 3 CLINICAL STUDIES IN 2001; RIGHT?

10   A.   CORRECT.

11   Q.   AND THAT'S A CHAIN TERMINATOR, TOO; RIGHT?

12   A.   YEAH.

13   Q.   AND THAT WAS AN ORAL PRODRUG, ADEFOVIR DIPIVOXIL WAS AN

14   ORAL PRODRUG OF ADEFOVIR; RIGHT?

15   A.   YES.

16   Q.   AND THE SECOND DRUG LISTED IN THAT CATEGORY WAS ENTECAVIR.

17   DO YOU SEE THAT?

18   A.   YES.

19   Q.   AND IN '01, ENTECAVIR WAS IN PHASE 2 OF THOSE TRIALS?

20   A.   CORRECT.

21   Q.   AND THAT ALSO WAS A CHAIN TERMINATOR?

22   A.   CORRECT.

23   Q.   AND THE NEXT CATEGORY ARE THE ANTI-HERPES COMPOUND.  THE

24   FIRST ONE IS ACICLOVIR, ALSO KNOWN AS ACV, AND THIS IS ON

25   PAGE 81.

1    A.   YES.

2    Q.   DO YOU SEE THAT?  AND IN 2001, ACV WAS AN FDA APPROVED

3    NUCLEOSIDE ANALOG FOR HERPES; RIGHT?

4    A.   YES.

5    Q.   AND THAT ACTS AS A CHAIN TERMINATOR?

6    A.   PRESUMABLY, YES.

7    Q.   OKAY.  AND THE NEXT ONE IN THAT CATEGORY IS VALACICLOVIR.

8    ARE YOU THERE, SIR?

9    A.   YES.

10   Q.   AND IN '01 VALACICLOVIR WAS AN FDA APPROVED NUCLEOSIDE

11   ANALOG FOR HERPES; RIGHT?

12   A.   YES.

13   Q.   AND VALACICLOVIR IS A PRODRUG FOR ACV; DO YOU SEE THAT?

14   A.   I SEE THAT.

15   Q.   AND SO ONCE METABOLIZED, VALACICLOVIR ACTS AS A CHAIN

16   TERMINATOR; CORRECT?

17   A.   CORRECT.

18   Q.   AND THE THIRD IS PENCICLOVIR.  DO YOU SEE THAT, SIR?

19   A.   YEAH.

20   Q.   AND IN '01, PENCICLOVIR WAS AN FDA APPROVED NUCLEOSIDE

21   ANALOG FOR HERPES?

22   A.   CORRECT.

23   Q.   AND LIKE ACV, IT ACTS AS A CHAIN TERMINATOR.

24   A.   CORRECT.

25   Q.   AND I BELIEVE I MISSPOKE IN THE QUESTION BEFORE.  I SHOULD

SEEGER CROSS BY MR. FISHER

1    HAVE SAID IN '01 PENCICLOVIR WAS AN FDA APPROVED NUCLEOSIDE

2    ANALOG FOR HERPES.

3        DO I HAVE THAT RIGHT?  SIR, IS THAT RIGHT?

4    A.   YES.

5    Q.   SO THE NEXT ONE, SIR, IN THAT COLUMN IS FAMCICLOVIR; DO

6    YOU SEE THAT?

7    A.   YES.

8    Q.   AND IN '01, FAMCICLOVIR WAS AN FDA APPROVED NUCLEOSIDE

9    ANALOG FOR HERPES?

10   A.   YES.

11   Q.   AND FAMCICLOVIR WAS AN ORAL PRODRUG OF PENCICLOVIR?

12   A.   OKAY.

13   Q.   AND THAT DRUG, ONCE METABOLIZED, ACTS AS A CHAIN

14   TERMINATOR; RIGHT?

15   A.   OKAY.

16   Q.   NOW, FINALLY -- AND WE'RE ALMOST DONE WITH THIS ARTICLE

17   AND YOU'LL BE ABLE TO PUT IT BEHIND YOU -- ARE THE

18   CYTOMEGALOVIRUS INHIBITORS?

19   A.   OKAY.

20   Q.   AND CYTOMEGALOVIRUS, FOR THE JURY, WHAT IS THAT?

21   A.   THAT'S A LARGE DNA VIRUS WHICH IS SIMILAR TO THE HERPES

22   VIRUSES, BUT DISTINCTLY CLASSIFIED.

23   Q.   AND THAT CAUSES FATIGUE OR TIREDNESS IN PEOPLE THAT ARE

24   INFECTED?

25   A.   MULTIPLE AFFECTS, YES.

SEEGER CROSS BY MR. FISHER

1    Q.   OKAY.  AND CMV INHIBITOR, THE FIRST ONE LISTED IS

2    GANCICLOVIR.  DO YOU SEE THAT?

3    A.   I SEE THAT, YES.

4    Q.   AND THAT WAS AN FDA APPROVED NUCLEOSIDE ANALOG CMV IN

5    2001; RIGHT?

6    A.   YES, IT'S CALLED HSV AND CMV AND SOME OTHER HERPES

7    VIRUSES.

8    Q.   FAIR ENOUGH.  AND THAT WAS FDA APPROVED?

9    A.   IT WAS.

10   Q.   AND THAT DRUG IS ADMINISTERED INTRAVENOUSLY; RIGHT?

11   A.   POSSIBLY.

12   Q.   OKAY.  WELL, IF YOU LOOK DOWN AT THE PAGE IT SAYS

13   ADMINISTRATION, INTRAVENOUSLY.  DO YOU SEE THAT?

14   A.   OKAY.

15   Q.   DO YOU SEE THAT, SIR?

16   A.   I DO SEE THAT.

17   Q.   AND THEN FINALLY, THE LAST ONE, AND AGAIN, WE'LL BE DONE

18   WITH THIS IS CIDOFOVIR?

19   A.   YES.

20   Q.   AND DO YOU SEE THAT WAS AN FDA APPROVED NUCLEOSIDE ANALOG

21   FOR CMV IN 6130?

22   A.   HERPES VIRUSES, YES.

23   Q.   HERPES VIRUSES?

24   A.   SEVERAL VIRUSES.

25   Q.   SEVERAL VIRUSES.  AND THAT ACTS AS A CHAIN TERMINATOR?

SEEGER CROSS BY MR. FISHER

1    A.   THAT'S WHAT IT SAYS.

2    Q.   AND THAT ALSO IS ADMINISTERED INTRAVENOUSLY?

3    A.   THAT'S WHAT IT SAID.

4    Q.   AND I PREPARED A DEMONSTRATIVE TO SUMMARIZE THE TESTIMONY

5    THAT YOU JUST GAVE, AND I PUT IT UP ON THE SCREEN AND IF YOU

6    COULD LOOK AT IT AND LET ME KNOW IF THAT SUMMARIZES WHAT YOU

7    YOU'VE JUST COVERED?

8    A.   WELL, YOU COVERED A LOT, BUT I TAKE YOUR WORD THAT THIS IS

9    MORE OR LESS WHAT WE WERE GOING THROUGH NOW.

10   Q.   AND WE JUST REFERRED TO THE DE CLERCQ PAPER?

11   A.   IT SEEMS IT DOES.

12   Q.   WELL, LET ME KNOW IF YOU SEE ANYTHING INACCURATE.

13        NOW, IT LOOKS HERE THAT IN JANUARY OF '02 THERE WERE 16

14   NUCLEOSIDE -- EXCUSE ME.  LET ME START THAT AGAIN.

15        AS OF JANUARY OF 2002, THERE WERE 16 NUCLEOSIDE ANALOG

16   DRUGS THAT WERE FDA APPROVED OR IN LATE STAGE CLINICAL TRIALS;

17   RIGHT?

18   A.   THAT'S CORRECT.

19   Q.   AND FOUR OF THOSE NUCLEOSIDE ANALOG DRUGS WERE PRODRUGS?

20   A.   THAT'S HOW IT SEEMS, YES.

21   Q.   AND THEY'RE ALL CHAIN TERMINATORS?

22   A.   YEAH, THEY'RE CHAIN TERMINATORS.

23   Q.   OKAY.  NOW, I WANT TO SWITCH GEARS A LITTLE BIT AND TALK

24   ABOUT SOME OF THE OTHER LITERATURE THAT WAS OUT THERE AND

25   AVAILABLE PRIOR TO JANUARY OF '02.  OKAY?

1    A.   OKAY.

2    Q.   AND NOW, AS OF JANUARY '02, THE NS5B POLYMERASE WAS A

3    TARGET FOR DRUG DEVELOPMENT; RIGHT, SIR?

4    A.   YEAH, THAT'S FAIR.

5    Q.   AND WE'VE HEARD ABOUT TWO DIFFERENT TESTS THAT HAVE BEEN

6    USED IN THIS SPACE; RIGHT?  THERE'S ONE --

7    A.   THAT'S CORRECT.

8    Q.   THERE IS ONE THAT IS THE NS5B POLYMERASE ASSAY TEST?

9    A.   YES.

10   Q.   AND THE OTHER IS THE REPLICON ASSAY TEST?

11   A.   FAIR.

12   Q.   OKAY.  AND WHEN WE'RE TALKING ABOUT THE NS5B POLYMERASE

13   ASSAY TEST, WE'RE TALKING ABOUT THE TARGET PROTEIN BEING TESTED

14   AGAINST A COMPOUND; RIGHT?

15   A.   IN VITRO.

16   Q.   IN VITRO.  OKAY.  IS THAT RIGHT?

17   A.   THAT'S CORRECT.

18   Q.   AND SO I WANT TO DIRECT YOUR ATTENTION TO A PAPER THAT YOU

19   CITE IN YOUR EXPERT REPORT.  IT'S EXHIBIT 2190 AND IT'S ALSO IN

20   THE BINDER AND IT WILL ALSO BE UP ON THE SCREEN.

21        AND LET ME KNOW WHEN YOU'RE THERE, SIR.  DO YOU HAVE IT?

22   A.   NO.  I HAVE IT HERE.

23             MR. FISHER:  MAY I APPROACH THE WITNESS, YOUR HONOR?

24             THE COURT:  YES.

25             THE WITNESS:  2190.  YES.

1    BY MR. FISHER:

2    Q.   NO PROBLEM.  WE TRIED TO LIMIT THE NUMBER OF PAPER WE PUT

3    IN THERE, BUT WE DIDN'T SUCCEED.

4         SO THAT PAPER IS A 2000 PAPER BY LESBURG; IS THAT RIGHT?

5    A.   THAT'S WHAT IT SAYS.

6    Q.   OKAY.  AND YOU CITED IT IN YOUR EXPERT REPORT.  ARE YOU

7    AWARE OF THAT?

8    A.   YEAH.

9    Q.   PARAGRAPH 88 I'LL REPRESENT TO YOU.

10   A.   OKAY.

11   Q.   OKAY.  ALL RIGHT.

12        I'D MOVE THE ADMISSION OF THIS PAPER.  IT'S EXHIBIT 2190.

13           MR. FARRELL:  NO OBJECTION, YOUR HONOR.

14           THE COURT:  IT WILL BE ADMITTED.

15        (DEFENDANTS' EXHIBIT 2190 WAS RECEIVED IN EVIDENCE.)

16   BY MR. FISHER:

17   Q.   ALL RIGHT.  SIR, SO IF WE CAN LOOK BACK AT THE PAPER ON

18   PAGE 294, AND THIS WILL BE UP ON THE SCREEN IF YOU WOULD RATHER

19   FOLLOW ALONG ON THE SCREEN.

20   A.   294.  CORRECT.

21   Q.   AND IT'S UP ON THE SCREEN IF IT MAKES IT EASIER.

22        AND YOU SEE THERE'S A SECTION ENTITLED INHIBITORS OF HCV

23   NS5B?

24   A.   YES.

25   Q.   AND DO YOU SEE THAT?

1    A.   YEP.

2    Q.   AND IT BEGINS BY SAYING THAT "HCV NS5B POLYMERASE IS A

3    TARGET FOR THERAPEUTIC INTERVENTION TO PREVENT VIRAL

4    REPLICATION."

5         DO YOU SEE THAT?

6    A.   YES.

7    Q.   OKAY.  AND SO YOU AGREE THAT IN 2000, THE YEAR OF THIS

8    PAPER, THAT HCV NS5B WAS A TARGET FOR THERAPEUTIC INTERVENTION?

9    A.   IT WAS A TARGET, NO QUESTION.

10   Q.   AND MERCK'S PATENTS STATE THAT NS5B WAS A TARGET FOR

11   MERCK'S COMPOUNDS; RIGHT?

12   A.   UM, WELL, WE HAVE TO BE CAREFUL BECAUSE, AGAIN -- LET'S GO

13   AND LOOK AT THE STATEMENTS.

14   Q.   SURE.  LET'S GO BACK TO EXHIBIT 1, PLEASE, THE SECOND

15   COLUMN.

16        DO YOU SEE THAT, SIR?

17   A.   YES, I DO.  I DO.

18   Q.   OKAY.  AND SO, AGAIN, MERCK WAS TARGETING THE NS5B

19   POLYMERASE; RIGHT?

20   A.   I DISAGREE WITH THAT STATEMENT.

21   Q.   YOU DISAGREE THAT MERCK WAS TARGETING --

22   A.   CERTAINLY NOT BASED ON THAT STATEMENT IN THE PATENT.

23   Q.   IT SAYS THAT THE COMPOUNDS ARE INHIBITORS OF RNA-DEPENDENT

24   VIRAL POLYMERASE, AND IN PARTICULAR HCV NS5B POLYMERASE?

25   A.   IT MAY SAY THAT, BUT THERE'S NO DATA.

SEEGER CROSS BY MR. FISHER

1    Q.   I UNDERSTAND.

2    A.   THERE'S ZERO DATA.

3    Q.   I UNDERSTAND.  AND I'M NOT ARGUING WITH YOU ON THAT POINT.

4         BUT THE TARGET, WHAT THEY WERE TRYING TO TARGET WAS THIS

5    POLYMERASE; RIGHT?

6    A.   I DISAGREE.

7    Q.   NOW BACK TO THE PAPER.  SCIENTISTS IN 2002 INDICATE THAT

8    THE INHIBITION -- THEY KNEW THAT INHIBITION OF HCV NS5B

9    POLYMERASE WAS AN ATTRACTIVE TARGET FOR THE DEVELOPMENT OF HCV

10   SPECIFIC ANTI-VIRALS; RIGHT?

11   A.   THAT'S A FAIR STATEMENT.

12   Q.   AND YOU SAY THAT BASICALLY IN YOUR EXPERT REPORT?

13   A.   THAT'S A FAIR STATEMENT.

14   Q.   NOW, LESBURG SAYS, AND THIS IS IN THE LINE THAT IS NEXT

15   HIGHLIGHTED BEGINNING DEVELOPMENT, THAT THE DEVELOPMENT OF HIV,

16   REVERSE TRANSCRIPTASE INHIBITORS, DEMONSTRATES THE UTILITY OF

17   POLYMERASE INHIBITORS AS EFFECTIVE ANTI-VIRALS.

18        DO YOU SEE THAT HIGHLIGHTED IN THE PAPER?

19   A.   I READ THE STATEMENT, YEAH.

20   Q.   AND THERE'S NO REASON TO DISAGREE WITH THAT STATEMENT, DO

21   YOU AGREE, SIR?

22   A.   THE UTILITY FOR WHAT?  I MEAN, IF I LOOK AT THAT

23   STATEMENT, THERE'S NOT -- I WOULD SAY -- I WOULD SAY THAT WE

24   KNEW THAT THERE WERE HIV RT INHIBITORS.  THAT'S MY STATEMENT.

25   Q.   OKAY.

SEEGER CROSS BY MR. FISHER

1    A.   I WOULDN'T HAVE PHRASED IT THAT WAY, BUT, YEAH.

2    Q.   OKAY.  BUT THIS IS A PAPER THAT YOU CITED IN YOUR EXPERT

3    REPORT?

4    A.   ACTUALLY I CITED THAT PAPER FOR A VARIETY OF REASONS, AND

5    ACTUALLY I QUESTION SOME.  AND I BELIEVE WHEN I READ 88 -- WE

6    SHOULD 88 WHY I CITED IT, AND I BELIEVE THERE WAS A REASON AND

7    I ACTUALLY DISAGREE WITH THE STATEMENTS MADE IN LESBURG.

8         SO I UNDERSTAND THE SENTENCE IS HERE.

9         BUT, AGAIN, I WOULD NOT PHRASE IT LIKE THAT.

10   Q.   OKAY.  ALL RIGHT.  BUT THIS IS WHAT THE PAPER SAYS?

11   A.   THAT'S WHAT THE PAPER SAYS.

12   Q.   OKAY.  NOW, I'D LIKE TO MOVE TO ANOTHER PAPER THAT YOU

13   CITE IN YOUR EXPERT REPORT.

14   A.   OKAY.

15   Q.   EXHIBIT 2170.  IT'S AN ARTICLE BY WALKER?

16   A.   2170.  YEAH.

17   Q.   OKAY.  AND YOU SEE THAT THIS IS THE WALKER PAPER THAT YOU

18   CITE IN YOUR REPORT?

19   A.   COULD YOU PLEASE REMIND ME WHERE I CITED IT?

20   Q.   IT'S AT PARAGRAPH 47.

21   A.   47.

22   Q.   YES.

23        MR. FISHER:  ALL RIGHT.  I MOVE THE ADMISSION OF

24   THIS PAPER.

25        MR. FARRELL:  NO OBJECTION.

1          MR. FISHER:  IT'S EXHIBIT 2170.

2          THE COURT:  IT WILL BE ADMITTED.

3          (DEFENDANTS' EXHIBIT 2170 WAS RECEIVED IN EVIDENCE.)

4     BY MR. FISHER:

5     Q.  SO WALKER, LIKE THE PAPER WE JUST DISCUSSED, DISCUSSES

6     USING NS5B POLYMERASE AS A TARGET FOR ANTI-HCV AGENTS?

7     A.   I BELIEVE THAT'S CORRECT.  I HAVEN'T SEEN THE SENTENCE,

8     BUT I BELIEVE IT'S CORRECT.

9     Q.   OKAY.  WELL, WHY DON'T WE GO TO PAGE 11, AND THE FIRST

10    CALL OUT.

11    A.   YEAH.

12    Q.   OKAY.  DO YOU SEE HOW THIS IS DIRECTED AT NS5B?

13    A.   YES, IT IS.

14    Q.   OKAY.  AND HERE IT INDICATES THAT POLYMERASE INHIBITORS

15    FOR OTHER VIRUSES, INCLUDING SEVEN APPROVED NUCLEOSIDE HIV

16    REVERSE TRANSCRIPTASE INHIBITORS HAVE BEEN SUCCESSFULLY

17    MARKETED; RIGHT?

18    A.   CORRECT.

19    Q.   AND THEN IT GOES ON TO SAY THIS CLEARLY SUGGESTS POTENTIAL

20    OF THIS TARGET FOR ANTI-HCV DEVELOPMENT.

21         DO YOU SEE THAT?

22    A.   THE POTENTIAL, YES, I SEE THAT.

23    Q.   ALL RIGHT.  AND THEN IN THE SECOND COLUMN OF THAT PAGE OF

24    WALKER, THERE'S A STATEMENT ABOUT CHAIN TERMINATORS.

25         DO YOU SEE THAT?

1    A.   YES.

2    Q.   AND IT SAYS CHAIN TERMINATORS ARE PROVEN VIRAL DNA

3    POLYMERASE INHIBITORS AND ANALOGOUS RNA POLYMERASE INHIBITORS

4    ARE PREDICTED.

5         DO YOU SEE THAT?

6    A.   I SEE THAT.

7    Q.   OKAY.  AND THEN WALKER TALKS ABOUT TWO MERCK COMPOUNDS.

8    DO YOU SEE THAT?

9    A.   I DO.  OKAY.

10   Q.   WE CAN HIGHLIGHT IT THERE, SIR.

11   A.   YES.  YEAH.

12   Q.   AND WALKER SAYS THAT MERCK DESCRIBED TWO RIBONUCLEOSIDE

13   ANALOGS THAT APPEAR TO ACT AS CHAIN TERMINATORS.

14        DO YOU SEE THAT?

15   A.   I DO, YES.

16   Q.   AND CAN WE GO TO THE BOTTOM OF THAT PAGE.  THE NEXT PAGE,

17   IT'S ACTUALLY THE TOP LEFT, SIR.

18        DO YOU SEE THAT?

19   A.   I DO SEE THIS.

20   Q.   FIGURE 6, STRUCTURE OF NUCLEOSIDE INHIBITORS OF NS5B?

21   A.   YEAH, I DO.

22   Q.   OKAY.  AND YOU SEE HOW THERE ARE TWO STRUCTURES DESCRIBED

23   THERE THAT ARE MERCK COMPOUNDS?

24   A.   I DO.

25   Q.   AND, SIR, YOU HAVE NO REASON TO BELIEVE THAT THOSE ARE NOT

1    EXAMPLES IN MERCK'S PATENTS; RIGHT?

2    A.   I JUST DON'T KNOW.

3    Q.   OKAY.  YOU DIDN'T CONSIDER THIS POINT, DID YOU?

4    A.   THEY CERTAINLY ARE NOT -- OKAY.

5         YEAH, I -- OFFHAND I DO NOT KNOW WHETHER THEY ARE IN THE

6    PATENT.

7    Q.   OKAY.  I WANT TO TALK ABOUT THE DATA POINT FOR A MINUTE.

8         NOW, AS I UNDERSTAND YOUR CRITICISM, IT IS THAT THERE

9    ARE -- THERE'S NO DATA FOR COMPOUNDS WITHIN THE SCOPE OF THE

10   PATENT CLAIMS; RIGHT?

11   A.   THERE'S NO DATA FOR THE CLAIMS.

12   Q.   THERE'S NO DATA FOR COMPOUNDS WITHIN THE SCOPE OF THE

13   PATENT CLAIMS?

14   A.   THERE'S NO DATA FOR THE CLAIMS.

15   Q.   OKAY.  FAIR ENOUGH.

16        IN YOUR EXPERT REPORT YOU TALK ABOUT 16 EXAMPLES.  DO YOU

17   RECALL THIS?

18   A.   I DO.

19   Q.   AND YOU GO THROUGH THOSE 16 EXAMPLES IN YOUR EXPERT

20   REPORT.  DO YOU REMEMBER THAT?

21   A.   WELL, I KNOW -- I KNOW WE LISTED, YES, THESE EXAMPLES,

22   CORRECT.

23   Q.   OKAY.  AND SOME OF THOSE EXAMPLES YOU POINT OUT SUGGEST

24   THAT THE COMPOUNDS ARE TOXIC; RIGHT?

25   A.   I THINK WE DID, YEAH.

1    Q.   AND SOME OF THE EXAMPLES YOU POINT OUT COMPOUNDS ARE NOT

2    ACTIVE; RIGHT?

3    A.   CORRECT.

4    Q.   OKAY.  AND YOU USED THOSE EXAMPLES AS SUPPORT FOR YOUR

5    BELIEF THAT THE CLAIMED COMPOUNDS ARE NOT USEFUL; RIGHT?

6    A.   THE CLAIMED COMPOUNDS ARE NOT USEFUL BECAUSE THERE'S NO

7    DATA.

8    Q.   RIGHT.  BUT THE REASON WHY YOU DISCUSS THOSE 16 EXAMPLES

9    IS BECAUSE YOU ARE EXTRAPOLATING TO WHAT IS IN THE CLAIM;

10   RIGHT?

11   A.   I'M NOT EXTRAPOLATING.  I'M SAYING AND STATING THAT THERE

12   IS NO DATA WHATSOEVER --

13   Q.   SIR, HAVE YOU EVER --

14   A.   -- TO SUPPORT THE CLAIMS.  THAT'S IT.

15   Q.   HAVE YOU EVER HEARD OF THE CONCEPT OF STRUCTURE ACTIVITY

16   RELATIONSHIP, SIR?

17   A.   I HAVE HEARD ABOUT IT.

18   Q.   OKAY.  YOU'RE NOT EXPRESSING ANY OPINION ABOUT STRUCTURE

19   ACTIVITY RELATIONSHIP?

20   A.   I LEAVE THAT TO THE CHEMIST.

21   Q.   OKAY.  FAIR ENOUGH.

22        SO AS FAR AS YOU'RE CONCERNED, YOU COULD HAVE 99 COMPOUNDS

23   THAT ARE VERY STRUCTURALLY SIMILAR TO WHAT, THE ONE COMPOUND

24   THAT IS CLAIMED, BUT IF THERE IS NO DATA ON THE ONE COMPOUND

25   CLAIMED, THAT'S IT?  IT'S NOT USEFUL?

1    A.    PRECISELY.  EXACTLY.

2    Q.    OKAY.

3    A.    YOU NEED DATA FOR EVERY COMPOUND IN 2002 AND IN 2016

4    BECAUSE THERE'S NO PREDICTABILITY.

5    Q.    OKAY.  FAIR ENOUGH.

6          NOW, ONE OF THE THINGS THAT I HEARD YOU TALK ABOUT WAS

7    ACTIVITY LEVELS, AND MR. FARRELL DIRECTED YOU TO AN EXHIBIT

8    WHERE THE CUTOFF FOR ACTIVITY WAS 50 MICROMOLAR.

9          DO YOU REMEMBER THAT?

10   A.    I -- I REMEMBER THAT, YEAH.

11   Q.    OKAY.  WHY DON'T WE TAKE A LOOK AT THAT EXHIBIT.  IT IS

12   EXHIBIT 0168.  AND IF WE CAN GO TO THE SECOND PAGE OF THE

13   EXHIBIT.

14   A.    YES.

15   Q.    AND HIGHLIGHT THE COMPOUND THAT MR. FARRELL DIRECTED YOU

16   TO.

17         OKAY.  NOW, WAS THIS THE COMPOUND THAT YOU WERE TESTIFYING

18   ABOUT WITH MR. FARRELL?

19   A.    I BELIEVE SO, YEAH.

20   Q.    AND OKAY.  IT SAYS NOT ACTIVE AT 50 MICROMOLAR?

21   A.    CORRECT.

22   Q.    OKAY.  YOU WOULD AGREE THAT AS OF JANUARY OF 2002, THERE

23   WERE NO REPORTED INHIBITORS OF NS5B OR IN THE REPLICON THAT WAS

24   LESS THAN 100 MICROMOLAR; RIGHT?

25   A.    THAT IS CORRECT I BELIEVE, YEAH.

SEEGER CROSS BY MR. FISHER

1    Q.   AND YOU BASICALLY SAY THAT IN YOUR REPORT --

2    A.   YEAH.

3    Q.   -- IN A COUPLE OF PLACES.  AND YOU SAY THAT AS OF

4    JANUARY '02, YOU'RE NOT AWARE OF ANY PUBLISHED LITERATURE

5    DESCRIBING ACTIVITY OF NUCLEOSIDE INHIBITORS IN THE HCV

6    REPLICON ASSAY PERIOD, RIGHT, SO THERE WAS NOTHING IN THE

7    REPLICON ASSAY?

8    A.   THAT'S CORRECT.

9    Q.   AND FOR NSB5 --

10   A.   NS5B.

11   Q.   EXCUSE ME, NS5B.

12        YOU'RE NOT AWARE OF ANY PUBLICATION DESCRIBING A STRUCTURE

13   THAT HAD ACTIVITY LESS THAN 100 MICROMOLAR; RIGHT?

14   A.   DURING THAT TIMEFRAME, YEAH.

15   Q.   AND, IN FACT, A COUPLE OF REFERENCES THAT YOU HAD IN YOUR

16   REPORT HAD ACTIVITY LEVELS WELL ABOVE 100 MICROMOLAR; RIGHT?

17   A.   I -- I -- ACTIVITY LEVELS OVER 100 MICROMOLAR TO MEAN THAT

18   THEY'RE INACTIVE?  CAN WE LOOK AT IT?

19   Q.   SURE.  SURE.  ABSOLUTELY.  LET'S TAKE A LOOK AT

20   EXHIBIT 2187.

21        DO YOU HAVE THAT, SIR?

22   A.   2187?

23   Q.   YEP.  DO YOU HAVE THAT PAPER, SIR?  IT'S ALSO UP ON THE

24   SCREEN.  IT MAY BE EASIER TO LOOK AT.

25   A.   YEAH, I DO.

SEEGER CROSS BY MR. FISHER

1   Q.   IT'S A PAPER BY DYMOCK?

2   A.   YES.

3   Q.   AND IT'S IN 2000?

4   A.   YES.

5   Q.   OKAY.  AND I WANT TO DIRECT YOUR ATTENTION TO PAGE 815.

6        I MIGHT AS WELL MOVE THE ADMISSION OF 2187?

7             MR. FARRELL:  NO OBJECTION.

8             THE COURT:  IT WILL BE ADMITTED.

9        (DEFENDANTS' EXHIBIT 2187 WAS RECEIVED IN EVIDENCE.)

10            THE WITNESS:  OKAY.

11  BY MR. FISHER:

12  Q.   OKAY.  AND SO THE PAPER DESCRIBES A COUPLE OF VERY WEAK

13  INHIBITORS OF THE POLYMERASE AND THE POLYMERASE BEING NS5B;

14  RIGHT?

15  A.   IT MIGHT DO THAT.  I DISAGREE WITH THE STATEMENT, BUT IT

16  MIGHT DO IT.

17  Q.   I'M SORRY?

18  A.   YEAH.  I MEAN, I READ IT.  I READ IT.

19  Q.   OKAY.

20  A.   YEAH.

21  Q.   AND SO THIS PAPER IS REPORTING ON ACTIVITY OF INHIBITORS

22  OF THE POLYMERASE THAT ARE ABOVE 100; RIGHT?

23  A.   IT MAKES NO SENSE, I'M SORRY.  THIS IS -- THIS IS -- IN MY

24  VIEW, THIS WHOLE SECTION HERE IS FLAWED BECAUSE THE PERSON OF

25  SKILL KNOWS THAT SUCH HIGH CONCENTRATIONS ARE MEANINGLESS.

1    Q.   OKAY.  OKAY.  LET'S TAKE A LOOK AT THE 2000 LESBURG PAPER

2    WHICH IS EXHIBIT 2190.

3    A.   OKAY.

4    Q.   OKAY.  AND LET'S GO TO PAGE 775 OF THIS.  WE HAD ALREADY

5    LOOKED AT THIS EARLIER.

6         2190.21.

7         LET'S GO TO 2190.7.  IT'S UP ON THE SCREEN, SIR, IF YOU

8    WOULD LIKE.

9    A.   YEAH.

10   Q.   OKAY.

11   A.   A PERFECT EXAMPLE OF WHAT I JUST SAID.

12   Q.   SO IT SAYS THE HIV RT NUCLEOSIDE INHIBITOR 3TC

13   TRIPHOSPHATE WAS MODESTLY INHIBITORY OF HCV NS5B (IC50 OR

14   GREATER TO 180 MICROMOLAR.

15        RIGHT?

16   A.   JUST AS I SAID, IF YOU GO INTO THESE HIGH CONCENTRATIONS,

17   THE PERSON OF SKILL KNOWS EXACTLY THAT THOSE ARE NO DIRECT

18   EFFECTS BECAUSE THE PERSON OF SKILL KNOWS THAT WHEN YOU GO WITH

19   THESE HIGH CONCENTRATIONS THERE ARE ALL SORTS OF SECONDARY

20   EFFECT.

21        AND SO I WOULD SAY IT'S A PERFECT EXAMPLE BECAUSE THE

22   PERSON OF SKILL KNOWS THAT SINCE HIV IS A DNA VIRUS AND USES

23   DNA AS THE BUILDING BLOCKS, THERE IS NO REASON TO BELIEVE THAT

24   THE COMPOUND AGAINST HIV WOULD ACTUALLY WORK AGAINST AN RNA

25   VIRUS.

SEEGER CROSS BY MR. FISHER

1      SO IT'S JUST A PERFECT -- LIKE HCV.

2      SO IT'S A PERFECT EXAMPLE OF AN ACTIVITY THAT IS

3  UNSPECIFIC AND INDIRECT.

4  Q.   SO THE STATEMENT SAYS THAT THIS INHIBITOR WAS MODESTLY

5  INHIBITORY.  DO YOU DISAGREE WITH THAT?

6  A.   THAT'S AN INDIRECT -- IF WE'RE TALKING ABOUT DIRECT

7  ANTI-VIRAL EFFECT, THAT'S NOT A DIRECT ANTI-VIRAL EFFECT IN MY

8  VIEW.

9  Q.   SO THIS IS ANOTHER PAPER THAT YOU DISAGREE WITH?

10  A.   I DO, YES.

11  Q.   NOW, I WANT TO GO BACK TO THIS EXHIBIT 168 THAT

12  MR. FARRELL DIRECTED YOU TO AND TAKE A LOOK AT ANOTHER ONE OF

13  THE OTHER COMPOUNDS IN THAT PAPER.  OKAY?

14  A.   OKAY.

15  Q.   LET'S GO TO THE SECOND PAGE AND LOOK AT THE MIDDLE

16  COMPOUND.

17      OKAY.  DO YOU SEE AT THE BOTTOM --

18  A.   SORRY.  PLEASE JUST GET ME THE NUMBER OF THE EXHIBIT ONCE

19  MORE.

20  Q.   SURE.  IT'S EXHIBIT 168 IN MR. FARRELL'S BINDER.

21      I CAN HELP YOU GET THERE IF NEED BE.

22  A.   YEAH, I GOT IT.

23  Q.   YOU'VE GOT IT.

24      AND SO UP ON THE SCREEN IN THE MIDDLE OF THAT SECOND PAGE

25  IS A STRUCTURE; RIGHT?

SEEGER CROSS BY MR. FISHER

1    A.   PAGE WHAT?

2    Q.   THIS IS PAGE 2 OF THE --

3    A.   YES.  OKAY.

4    Q.   ALL RIGHT.  AND THIS IS THE STRUCTURE RIGHT NEXT TO THE

5    ONE THAT MR. FARRELL DIRECTED YOU TO; RIGHT?

6    A.   CORRECT.

7    Q.   AND THIS STRUCTURE WITH THE NUMBERS ENDING IN 884, DO YOU

8    SEE THAT?

9    A.   I DO.

10   Q.   AND HAVE YOU EVER HEARD OF THE 884 COMPOUND?

11   A.   WELL, NOT THE NUMBER.  BUT I RECOGNIZE THE COMPOUND.

12   Q.   OKAY.  THIS IS ONE OF MERCK'S COMPOUNDS?

13   A.   THAT'S A DOUBLE RING ADENINE DERIVATIVE, CORRECT.

14   Q.   OKAY.  YOU UNDERSTAND THIS TO BE MERCK'S DEVELOPMENT

15   COMPOUND, MK-0608?

16   A.   I DON'T KNOW THE EXACT COMPOUND, BUT I TAKE YOUR WORD FOR

17   IT.

18   Q.   OKAY.  YOU AGREE THAT THE EC50 IS EQUAL TO .2 MICROMOLAR;

19   CORRECT?

20   A.   THAT'S WHAT IT SAYS.

21   Q.   NOW, EC50, THAT'S AN INDICATION THAT THE COMPOUNDS ON THIS

22   PAGE WERE BEING TESTED IN THE REPLICON ASSAY; RIGHT?

23   A.   THAT'S CERTAINLY A POSSIBILITY.

24        EC50 IS AN EFFECTIVE CONCENTRATION AND 50 PERCENT

25   INHIBITION.  IT COULD ALSO BE IN THE IN VITRO POLYMERASE ASSAY.

1          BUT IT'S QUITE POSSIBLE THAT THIS IS FROM THE REPLICON,

2     CORRECT.

3     Q.   OKAY.  AND LET'S GO BACK TO THE OTHER, THE COMPOUND THAT

4     MR. FARRELL WAS ASKING YOU ABOUT.

5          YOU DON'T KNOW, AS YOU SIT HERE TODAY, WHETHER THIS

6     COMPOUND WAS TESTED IN THE REPLICON OR THE NS5B PRELIMINARY

7     ASSAY; RIGHT?

8     A.   YES, I DO.

9     Q.   OKAY.  AND, WELL, WHAT IS THAT TESTED AT?

10    A.   IF IT WERE TESTED IN THE IN VITRO ASSAY, IT WOULD HAVE

11    BEEN THE TRIPHOSPHATE, AND THERE'S NO -- I DON'T SEE THE

12    TRIPHOSPHATE HERE.

13    Q.   OKAY.  SO, AGAIN, THAT MEANS WITH ALL OF THE COMPOUNDS ON

14    THIS PAGE, THEY WERE TESTED IN THE REPLICON; RIGHT?

15    A.   THAT WOULD SUGGEST THAT IT'S IN THE REPLICON ASSAY.

16    Q.   ALL RIGHT.  AND YOU HAVEN'T LOOKED AT THE DATA ON THE

17    TRIPHOSPHATE VERSIONS OF ANY OF THE COMPOUNDS ON THIS PAGE TO

18    SEE WHAT THE ACTIVITY WOULD BE; RIGHT?

19    A.   I DON'T THINK I HAVE SEEN THOSE -- I HAVE SEEN THE RESULTS

20    FROM THE TRIPHOSPHATE ASSAYS, IF THEY WERE DONE.

21    Q.   OKAY.  LET'S ASSUME THAT THIS 942 COMPOUND HAD A POTENCY

22    OR AN ACTIVITY LEVEL OF 15 MICROMOLAR IN THE NS5B ASSAY AS A

23    TRIPHOSPHATE.  LET'S ASSUME THAT, OKAY?  CAN YOU ASSUME THAT?

24    A.   IT'S A HYPOTHETICAL.

25    Q.   ARE YOU WITH ME?

1      A.   I'M WITH YOU, YEAH.

2      Q.   AND SO YOU WOULD AGREE WITH ME THAT THAT WOULD BE A USEFUL

3      COMPOUND; RIGHT?

4      A.   NOT NECESSARILY.

5      Q.   AS AN INHIBITOR AS AN NS5B POLYMERASE; RIGHT?

6      A.   MAYBE.  MAYBE NOT.  I WOULD -- IT DEPENDS ON WHAT --

7      USEFULNESS FOR WHAT?

8      Q.   WELL, ONE OF THE USES THAT WAS DISCUSSED WITH YOU

9      PREVIOUSLY WAS USE IN A LABORATORY AS A COMPARATOR COMPOUND?

10     A.   IN THE LABORATORY AS A TOOL, IN THE IN VITRO ASSAY IT

11     COULD BE USEFUL, YEAH.

12     Q.   OKAY.  AND IF A COMPOUND HAPPENED TO BE USEFUL IN AN NS5B

13     ASSAY, BUT NOT USEFUL IN THE REPLICON, THERE ARE VARIOUS

14     STRATEGIES ONE COULD EMPLOY TO IMPROVE UPON THAT COMPOUND;

15     RIGHT?

16     A.   UM, FROM THE POINT OF VIEW OF THE VIROLOGIST, YOU GO ON

17     WITH OTHER COMPOUNDS AND YOU NEED TO LOOK AT TOXICITY UPTAKE

18     AND WE HAVE HEARD FROM THE TRANSFORMATION OF THE TRIPHOSPHATE

19     INTO CELLS AND SO IT'S VERY COMPLEX.

20     Q.   AND I WANT TO MOVE TO A DIFFERENT TOPIC.

21     A.   OKAY.

22     Q.   AND LET'S TALK ABOUT HIGH THROUGHPUT SCREENING.

23     A.   YEAH.

24     Q.   YOU NEVER WORKED FOR A PHARMACEUTICAL COMPANY; RIGHT, SIR?

25     A.   THAT'S CORRECT.

SEEGER CROSS BY MR. FISHER

1    Q.   AND YOU'VE NEVER BEEN INVOLVED IN DEVELOPING A HIGH

2    THROUGHPUT SCREENING ASSAY?

3    A.   YES, I WAS.

4    Q.   WHEN WERE YOU INVOLVED, SIR?

5    A.   IN 1992 MY LABORATORY WAS THE FIRST TO EXPRESS THE

6    HEPATITIS B VIRUS, REVERSE TRANSCRIPTASE POLYMERASE IN AN

7    ENZYMATICALLY FORM IN VITRO, AND WITH A SMALL COMPANY, WE PUT

8    THIS INTO A HIGH THROUGHPUT WITH THE HELP OF A COMPANY CALLED

9    PARK DAVIS.

10   Q.   OKAY.  FAIR ENOUGH.

11        YOU'VE NEVER BEEN INVOLVED IN DEVELOPING A HIGH THROUGHPUT

12   SCREEN FOR HEPATITIS C?

13   A.   THAT'S CORRECT.

14   Q.   FAIR ENOUGH.  I ASKED YOU THE WRONG QUESTION.

15        NOW, YOU CITE TO A COUPLE OF PAPERS AND ONE OF THEM IS THE

16   ZUCK PAPER FROM '04?

17   A.   THAT'S CORRECT.

18   Q.   AND THAT WAS FROM EXHIBIT 2172?

19   A.   THAT'S CORRECT.

20   Q.   AND MR. FARRELL ASKED YOU ABOUT THAT PAPER?

21   A.   YES.

22   Q.   AND IT WAS A MERCK PAPER?

23   A.   THAT'S CORRECT.

24   Q.   AND IT SAYS THAT MERCK, IN 2004, WAS REPORTING ON A HIGH

25   THROUGHPUT SCREEN THAT IT HAD DEVELOPED; RIGHT?

SEEGER CROSS BY MR. FISHER

```
1    A.   THAT'S CORRECT.

2    Q.   OKAY.  NOW, IN YOUR EXPERIENCE, IT CAN TAKE TWO TO

3    THREE YEARS FROM THE TIME YOU START WORK ON A PROJECT UNTIL YOU

4    PUBLISH; RIGHT?

5    A.   THAT'S FAIR.

6    Q.   OKAY.  AND PHARMACEUTICAL COMPANIES ARE NOT IN THE

7    BUSINESS OF PUBLISHING; RIGHT?

8    A.   THAT DEPENDS ON WHAT THE SUBJECT MATTER IS.

9    Q.   OKAY.  BUT WHAT THEY'RE IN THE BUSINESS OF IS DEVELOPING

10   LIFESAVING DRUGS; RIGHT?

11   A.   WELL, THAT'S A FAIR STATEMENT.

12   Q.   AND PUBLISHING, IF THEY DO IT, IS SECONDARY; RIGHT?

13   A.   AGAIN, THAT DEPENDS ON THE DEPARTMENT AND THE SUBJECT

14   MATTER.

15   Q.   SIR, ARE YOU AWARE THAT IN APRIL AND MAY OF 2001, MERCK

16   USED A HIGH THROUGHPUT SCREEN TO ASSAY 268,000 COMPOUNDS FOR

17   HEPATITIS C?

18   A.   NUCLEOSIDE ANALOGS OR SMALL MOLECULES?

19   Q.   BOTH.

20   A.   SMALL MOLECULES?

21   Q.   BOTH, I SAID.  BOTH.

22   A.   I HAVE NOT SEEN INTERNAL DATA FROM MERCK.

23   Q.   YOU UNDERSTAND THAT THAT INTERNAL DATA WAS PRODUCED IN

24   THIS CASE; RIGHT, SIR?

25   A.   YES.
```

1    Q.   OKAY.  NOW, SIR, I WANT TO TURN TO EXHIBIT 2642.

2         CAN YOU PUT THAT UP.  DO YOU SEE IT UP THERE?  IT'S

3    EXHIBIT B TO YOUR EXPERT REPORT?

4    A.   YES.

5              MR. FARRELL:  YOUR HONOR, COULD WE JUST APPROACH ON

6    THIS?  I THOUGHT THIS WAS AN ISSUE WE WEREN'T GOING TO GO INTO.

7    NOW IT'S COMING UP.

8              THE COURT:  SURE.

9         (SIDE-BAR CONFERENCE ON THE RECORD.)

10             MR. FARRELL:  YOUR HONOR, THANK YOU.

11        I CERTAINLY DON'T OBJECT TO HIM TALKING ABOUT HOW MUCH

12   HE'S BEEN PAID AND WHAT HAVE YOU, BUT HE PUT UP FOUR CASES IN

13   WHICH HE TESTIFIED AGAINST VARIOUS PEOPLE AND I THOUGHT WE

14   WEREN'T GOING TO BRING UP OTHER CASES.

15             MR. FISHER:  THAT'S NOT NECESSARY FOR THIS POINT.

16        I'M SIMPLY GOING TO MAKE THE POINT THAT HE TESTIFIED IN

17   FIVE CASES IN THE LAST SEVERAL YEARS, ALL FOR GILEAD AND NOT

18   GETTING INTO THE CASES.

19             THE COURT:  THEN LET'S TAKE THE DEMONSTRATIVE DOWN.

20        (END OF DISCUSSION AT SIDE-BAR.)

21             THE COURT:  THE OBJECTION IS SUSTAINED.

22   BY MR. FISHER:

23   Q.   DR. SEEGER, YOU TESTIFIED FOR GILEAD BEFORE; CORRECT?

24   A.   I DID.

25   Q.   AND IN THE LAST SEVERAL YEARS YOU'VE TESTIFIED

SEEGER REDIRECT BY MR. FARRELL

```
 1   APPROXIMATELY FIVE TIMES FOR GILEAD?

 2   A.   THAT'S CORRECT.

 3   Q.   AND YOU HAVEN'T TESTIFIED FOR ANY OTHER COMPANY CURING

 4   THAT TIME; RIGHT?

 5   A.   NO, I DID NOT.

 6   Q.   OKAY.

 7        NOTHING FURTHER AT THIS TIME.

 8            THE COURT:  THANK YOU.

 9        REDIRECT FOR THIS WITNESS?

10            MR. FARRELL:  YES, YOUR HONOR.

11                    REDIRECT EXAMINATION

12   BY MR. FARRELL:

13   Q.   DR. SEEGER, THOSE OTHER FIVE TIMES, SAYING THE SAME THING

14   THAT YOU'RE SAYING HERE?

15   A.   I HAVE SAID THE SAME THING, YEAH.

16   Q.   A LOT OF QUESTIONS ABOUT NUCLEOSIDES THAT WERE AVAILABLE

17   TO FIGHT VARIOUS VIRUSES IN 2001.  I THINK THEY WERE HIV,

18   HEPATITIS B, AND HERPES; CORRECT?

19   A.   CORRECT.

20   Q.   SO IS A NUCLEOSIDE ANALOG THAT CAN FIGHT HIV ONE THAT IS

21   GOING TO FIGHT HEPATITIS C?

22   A.   NO.

23   Q.   WELL, WHAT IS THE DIFFERENCE BETWEEN THOSE TWO DISEASES IN

24   REAL SIMPLE TERMS?

25   A.   ONE VIRUS IS A DNA VIRUS; THE OTHER ONE IS AN RNA VIRUS.
```

1    THEY'RE VERY DIFFERENT VIRUSES.

2    Q.   HIV IS ATTACKING DNA, AND HEPATITIS IS ATTACKING RNA;

3    CORRECT?

4    A.   CORRECT.

5    Q.   AND WHAT ABOUT HERPES?

6    A.   THAT'S AN DNA VIRUS.

7    Q.   OKAY.  BUT HEPATITIS B, I MEAN, THAT'S HEPATITIS, ISN'T

8    THAT THE SAME THING?

9    A.   HEPATITIS B IS MORE LIKE HIV.  IT USES DNA AS BUILDING

10   BLOCKS.

11   Q.   SO IF A PERSON OF SKILL IN THE ART SAW THAT NUCLEOSIDE

12   ANALOGS WERE BEING USED TO FIGHT DNA-BASED DRUGS, WHAT

13   INFORMATION DO THEY GET FROM THAT AS TO WHETHER IT WOULD BE

14   GOOD TO FIGHT AN RNA DRUG?

15   A.   WELL, YOU'D HAVE TO DO -- YOU WOULD HAVE TO START FROM

16   SCRATCH.  YOU'D HAVE TO SCREEN.  YOU'D HAVE TO TEST.  YOU NEED

17   DATA.

18   Q.   NOW, I SAW IN SOME OF THE ARTICLES IT SAID, WELL, THIS IS

19   HELPFUL TO THINK THAT MAYBE A GOOD TARGET TO FIGHT HEPATITIS C

20   IS NS5B.  DO YOU REMEMBER THAT?

21   A.   YES.

22   Q.   AND, WELL, EVERYONE KNEW THAT WAS THE GOAL; RIGHT?

23   A.   YEAH.

24   Q.   I MEAN, IT'S LIKE WE ALL WANT MORE WATER IN CALIFORNIA.

25   THAT'S THE GOAL, RIGHT?

1    A.   THAT'S THE GOAL.

2    Q.   THE HARD IS GETTING THERE; RIGHT?

3    A.   THAT'S CORRECT.

4    Q.   WHAT I'D LIKE TO GO BACK TO IS 0618 AND PAGE 002.

5         BY THE WAY, BEFORE I GET -- I APOLOGIZE.

6         YOU WERE ASKED A QUESTION TOWARD THE END THERE KIND OF

7    QUICKLY ABOUT HIGH THROUGHPUT SCREEN.

8         I THINK THE QUESTION WAS, ARE YOU AWARE THAT MERCK IN 2001

9    HAD A HIGH THROUGHPUT SCREEN THAT SCREENED 200,000 COMPOUNDS.

10        DO YOU REMEMBER THAT QUESTION?

11   A.   I REMEMBER THAT.

12   Q.   AND THEN YOU ASKED HIM, NUCLEOSIDE COMPOUNDS?

13        AND I THINK THE QUESTION WAS, BOTH.

14        LET ME ASK YOU THIS:  IN 2001, YOU COULD SCREEN 200,000

15   COMPOUNDS, COULDN'T YOU?

16        LET ME ASK YOU THIS WAY.

17   A.   YEAH.

18   Q.   COULD YOU SCREEN 200,000 NUCLEOSIDE COMPOUNDS?

19   A.   ABSOLUTELY NOT BECAUSE THEY WEREN'T AVAILABLE AT THAT

20   TIME.  THEY'RE PROBABLY NOT AVAILABLE TODAY.

21   Q.   NOW, I GUESS TECHNICALLY IF YOU SCREEN 199,999 SMALL

22   MOLECULE COMPOUNDS AND ONE NUCLEOSIDE COMPOUNDS, YOU COULD SAY

23   BOTH, COULDN'T YOU?

24   A.   THAT'S FAIR.

25   Q.   OKAY.  SO NOW LET'S GO TO EXHIBIT 0168 ON PAGE 0002.  I'M

1    GOING TO HOPE TO GO THROUGH THIS QUICKLY AND STOP BECAUSE IT'S

2    LATE IN THE DAY, AND I HAVE A DEGREE IN SCIENCE, BUT IT'S

3    POLITICAL SCIENCE.

4         SO IF WE CAN GO TO THE MIDDLE FIGURE STRUCTURE PICTURE.

5    A.   YEAH.

6    Q.   THAT ONE?

7    A.   YEP.

8    Q.   OKAY.  NOW, I THINK YOU WERE TOLD OR ASKED ON CROSS THAT

9    THIS WAS MERCK'S LEAD COMPOUND MK-0608; CORRECT?

10   A.   CORRECT.

11   Q.   AND THIS STRUCTURE IS NOT COVERED BY ANY ONE OF THE

12   ASSERTED CLAIMS; CORRECT?

13   A.   THAT'S CORRECT.

14   Q.   I MEAN, IT'S GOT A DOUBLE RING BASE; RIGHT?

15   A.   DOUBLE RING, CORRECT.

16   Q.   ALL RIGHT.  THE CLAIMS ARE ALL ABOUT SINGLE RING; RIGHT?

17   A.   THAT'S CORRECT.

18   Q.   AND THERE'S NO FLUORO AT THE R2 POSITION OR R3 POSITION;

19   RIGHT?

20   A.   NO, THERE ISN'T.

21   Q.   THE CLAIMS WANT THAT, TOO, DON'T THEY?

22   A.   THAT'S RIGHT.

23   Q.   BUT THERE IS ONE THING THAT I WANT TO POINT OUT.

24        IF WE COULD, MR. ANG, SOMEHOW SLIDE THAT STRUCTURE OVER

25   AND PUT UP THE STRUCTURE THAT WE DID TALK ABOUT THAT L-393942.

1    PUT THEM NEXT TO EACH OTHER.  OKAY.  GREAT.

2        SO I WANT TO MAKE SURE THAT I UNDERSTAND THIS.  THE ONE ON

3    THE RIGHT HERE --

4        THAT ONE, MERCK IS SAYING THAT'S NOT ACTIVE; RIGHT?

5    A.   THAT'S CORRECT.

6    Q.   AND THIS ONE, MK-0608, THEY'RE SAYING THAT ONE IS ACTIVE;

7    RIGHT (INDICATING)?

8    A.   YES.

9    Q.   OKAY.  I'M NOT A CHEMIST OR A SCIENTIST OR VIROLOGIST, BUT

10   I'M LOOKING AT THE PICTURES.  THERE'S ONLY ONE DIFFERENCE

11   BETWEEN THOSE TWO PICTURES; RIGHT?

12   A.   YEP.

13   Q.   AND THIS THING HERE IS AN F AND THIS THING HERE IS AN HO;

14   RIGHT (INDICATING)?

15   A.   THAT'S CORRECT.

16   Q.   AND SO BY JUST SWITCHING THIS HO WITH AN F, I WENT FROM AN

17   ACTIVE COMPOUND TO AN INACTIVE COMPOUND; RIGHT?

18   A.   THAT'S CORRECT.

19   Q.   AND BECAUSE LITTLE CHANGES LIKE THAT MAKE BIG DIFFERENCES

20   IN ORDER TO KNOW SOMETHING IS USEFUL, YOU NEED WHAT?

21   A.   YOU NEED DATA.

22   Q.   THANK YOU.

23            THE COURT:  ANYTHING ELSE, MR. FISHER?

24            MR. FISHER:  JUST A COUPLE OF QUESTIONS.

25

SEEGER RECROSS BY MR. FISHER

1                          **RECROSS-EXAMINATION**

2       BY MR. FISHER:

3       Q.   DR. SEEGER, ARE YOU AWARE THAT MERCK TESTED 2,000

4       NUCLEOSIDES AS OF JANUARY 2002?

5       A.   I HAVEN'T SEEN THE DATA.

6       Q.   OKAY.  WAS IT MADE AVAILABLE TO YOU IN THIS CASE; SIR?

7       A.   IN THIS CASE, NO.  I'M NOT SURE.

8       Q.   OKAY.  YOU WEREN'T AWARE OF THAT?

9       A.   I'M NOT SURE.

10      Q.   AND JUST TO BE VERY CLEAR, YOU DO NOT BELIEVE THAT

11      STRUCTURE ACTIVITY RELATIONSHIPS APPLY IN THE NUCLEOSIDE SPACE;

12      IS THAT WHAT YOU'RE SAYING?

13      A.   MY STATEMENT THERE IS THAT I'M NOT A CHEMIST.  I'M A

14      BIOLOGIST AND VIROLOGIST.  AND I KNOW THAT IN ORDER TO FIGURE

15      OUT WHETHER A COMPOUND, HOWEVER CLOSE IT IS TO THE NEXT

16      COMPOUND, HAS TO BE TESTED AND THAT THERE IS UNPREDICTABILITY

17      IN TERMS OF THE CRITERIA THAT WE HAVE DISCUSSED TODAY.

18      Q.   SO IT DOESN'T MATTER HOW MANY ACTIVE COMPOUNDS YOU HAVE,

19      FOR THAT NEXT COMPOUND, YOU CAN'T CLAIM IT UNLESS IT'S BEEN

20      TESTED?

21      A.   YOU DON'T -- YOU NEED TO TEST THE COMPOUND TO KNOW WHETHER

22      IT HAS ACTIVITY.  THAT'S MY STATEMENT.

23      Q.   AND YOUR UNDERSTANDING IS THAT YOU CAN'T CLAIM IT UNLESS

24      YOU'VE TESTED IT?

25      A.   TO CLAIM, YOU NEED SOME DATA.

SEEGER RECROSS BY MR. FISHER

```
1    Q.   OKAY.  YOU HAVE TO HAVE TESTED IT?

2    A.   YOU NEED SOME DATA.

3    Q.   ON THAT COMPOUND?

4    A.   THAT'S WHAT I'M SAYING IS THAT YOU NEED SOME DATA.

5    Q.   ON THAT COMPOUND, THE ONE THAT IS CLAIMED?

6    A.   IT DEPENDS NOW ON THE SITUATION, BUT YOU NEED SOME DATA.

7    Q.   OKAY.

8         NO FURTHER QUESTIONS.

9              THE COURT:  MR. FARRELL, ANYTHING ELSE FOR THIS

10   WITNESS?

11             MR. FARRELL:  NOTHING FURTHER, YOUR HONOR.

12             THE COURT:  AND MAY DR. SEEGER BE EXCUSED?

13             MR. FARRELL:  YES, YOUR HONOR.

14             THE COURT:  DR. SEEGER, THANK YOU FOR YOUR TESTIMONY

15   AND YOU'RE FREE TO GO.

16        MS. BROOKS, YOUR NEXT WITNESS.

17             MS. BROOKS:  OUR NEXT WITNESS, YOUR HONOR, IS

18   DR. VALENTINO STELLA, AN EXPERT IN PRODRUGS.

19        AND MR. SINGER WILL BE DOING THAT EXAMINATION.

20             THE COURT:  ALL RIGHT.  MR. SINGER.

21        DR. STELLA, IF YOU COULD COME FORWARD TO THE WITNESS STAND

22   AND STAND TO BE SWORN.

23             THE CLERK:  RAISE YOUR RIGHT HAND.

24        (PLAINTIFF'S WITNESS, VALENTINO STELLA, WAS SWORN.)

25             THE WITNESS:  YES.
```

1          THE CLERK:  THANKS.  PLEASE BE SEATED.

2          THE WITNESS:  THANK YOU.

3          THE CLERK:  AND IF IT YOU WOULD STATE YOUR NAME AND

4    SPELL YOUR LAST NAME FOR THE RECORD.

5          THE WITNESS:  MY NAME IS VALENTINO,

6    V-A-L-E-N-T-I-N-O, AND THE LAST NAME IS STELLA, S-T-E-L-L-A.

7          MR. SINGER:  PERMISSION TO APPROACH, YOUR HONOR?

8          THE COURT:  YES.

9          MR. SINGER:  AND MADAM COURT REPORTER, THERE IS A

10   COPY OF THE C.V. IN THE BINDER.

11                    **DIRECT EXAMINATION**

12   BY MR. SINGER:

13   Q.   OKAY.  GOOD AFTERNOON, DR. STELLA.  WE HAVE THE ENVIABLE

14   4:40 SLOT.

15        FIRST THINGS FIRST.  IS YOUR CELL PHONE IN THE AIRPLANE

16   MODE?

17   A.   IT IS.  I WILL CHECK, PLEASE.

18   Q.   I WILL TALK LOUD AND SLOW.  I'M NOT AS FUNNY AS

19   MR. FARRELL, BUT WE HAVE 20 MINUTES AND I THINK I CAN INTRODUCE

20   YOU TO THE JURY IN THAT TIME, AND WHY DON'T WE PICK UP THE

21   SUBSTANTIVE TESTIMONY TOMORROW.

22   A.   OKAY.

23   Q.   OKAY.  FIRST THINGS FIRST DR. STELLA.  WHERE ARE YOU

24   CURRENTLY EMPLOYED?

25   A.   I'M A UNIVERSITY DISTINGUISHED PROFESSOR AT THE UNIVERSITY

1      OF KANSAS IN LAWRENCE, KANSAS.

2      Q.   AND WHAT ARE YOU A PROFESSOR OF IN KANSAS?

3      A.   IN PHARMACEUTICAL CHEMISTRY.

4      Q.   AND WHAT AREAS DO YOU TEACH IN AT THE UNIVERSITY?

5      A.   I TEACH IN THREE AREAS.

6           ONE IS AN AREA CALLED A PHARMACOKINETICS, AND

7      PHARMACOKINETICS IS THE STUDY OF THE TIME PROFILE OF DRUGS IN

8      THE BODY, HOW THEY'RE ABSORBED AND HOW THEY'RE ELIMINATED.

9           AND THE SECOND AREA I TEACH IN IS AN AREA CALLED

10     PHARMACEUTICAL EQUILIBRIA, AND IN NONTECHNICAL TERMS THAT'S

11     WHERE WE STUDY HOW THE PROPERTIES OF DRUGS AFFECT THEIR ABILITY

12     TO BE FORMULATED AND DELIVERED, AND SPECIFICALLY I GIVE ABOUT

13     HALF A COURSE ON AN AREA CALLED SOLUBILITY AND HOW SOLUBILITY

14     AFFECTS THE PERFORMANCE OF THE DRUG.

15          AND THE THIRD AREA, I'M IN THE MIDDLE OF IT RIGHT NOW, I

16     COULDN'T BE HERE ON MONDAY BECAUSE I'M TEACHING MY CLASS AN

17     AREA CALLED DRUG STABILITY, AND IT HAS TO DO WITH HOW DRUGS ARE

18     STABLE OR UNSTABLE AND HOW YOU CAN STABILIZE THEM AND HOW YOU

19     CAN FORMULATE THEM AND HOW YOU CAN DELIVER THEM.

20     Q.   ARE PRODRUGS SPRINKLED THROUGHOUT THE COURSES THAT YOU

21     TEACH AT KANSAS?

22     A.   YEAH.  ALL THREE OF THOSE CLASSES WE BRING IN -- WE DON'T

23     HAVE A SPECIFIC CLASS ON PRODRUGS, BUT PRODRUGS ARE BROUGHT IN

24     THROUGH OUT THE CONCEPT THAT IS PART OF THAT CLASS.

25     Q.   AND --

1    A.    ALL THREE OF THOSE CLASSES.

2    Q.    OKAY.  AND IF YOU COULD TELL THE JURY HOW LONG YOU'VE

3    ACTUALLY BEEN AT THE UNIVERSITY?

4    A.    TOO LONG.  NO.  I'VE BEEN THERE FOR 43 YEARS IF YOU DON'T

5    COUNT MY THREE YEARS AS A GRADUATE STUDENT THERE.  SO ACTUALLY

6    I'VE BEEN AT THE UNIVERSITY OF KANSAS A TOTAL OF 46 YEARS.

7    Q.    OKAY.  NOW, OTHER THAN PROFESSOR THAT YOU CURRENTLY TALKED

8    ABOUT, DO YOU HAVE OTHER POSITIONS AT THE UNIVERSITY OR HAVE

9    YOU HAD OTHER POSITIONS AT THE UNIVERSITY?

10   A.    I'VE HAD TWO OTHER MAJOR POSITIONS AT THE UNIVERSITY.  FOR

11   ABOUT TEN YEARS, FROM ABOUT 1989, '88, UNTIL AROUND 1999 I WAS

12   THE DIRECTOR OF THE CENTER FOR DRUG DELIVERY RESEARCH.  IT WAS

13   A STATE FUNDED INITIATIVE TO TRY TO TAKE DRUGS FROM,

14   QUOTE-UNQUOTE, THE LABORATORY TO THE BEDSIDE.

15         AND DURING THAT TIME WE SPUN OUT THREE DRUG COMPANIES,

16   THREE SMALL BIOTECH COMPANIES AND DEVELOPED A NUMBER OF

17   PRODUCTS THAT ARE NOW ON THE MARKET.

18         THE SECOND AREA THAT I WAS ASSOCIATED WITH IS I WAS THE

19   DIRECTOR OF THE DRUG DEVELOPMENT AND EXPERIMENT THERAPEUTICS

20   GROUP AT THE NATIONAL -- AT THE K.U., UNIVERSITY OF KANSAS,

21   CANCER CENTER, AND THAT'S WHERE WE WERE GOING FOR NATIONAL

22   CANCER CENTER DESIGNATION WHICH FORTUNATELY WE GOT, AND I'D

23   LIKE TO TAKE SOME CREDIT FOR THAT.

24         SO I -- I HEAD UP ONE OF THE FOUR GROUPS WITHIN THE CANCER

25   CENTER PROGRAM AT THE UNIVERSITY OF KANSAS.

STELLA DIRECT BY MR. SINGER

1    Q.   OKAY.  VERY WELL.  NOW, YOU HAVE AN ACCENT.  YOU'RE FROM

2    AUSTRALIA ORIGINALLY; CORRECT?

3    A.   YEAH, BUT AUSTRALIA, ITALY, UNITED STATES.  I'M A CITIZEN

4    OF THE PLANET EARTH.

5    Q.   OKAY.  WHEN DID YOU COME TO THE UNITED STATES?

6    A.   I CAME AS A GRADUATE STUDENT IN 1968 TO STUDY AT THE

7    UNIVERSITY OF KANSAS WITH PROFESSOR TAKERU HIGUCHI.

8    Q.   AND WHY DID YOU WANT TO STUDY WITH PROFESSOR HIGUCHI?

9    A.   HE'S THE PRIMO TOP DOG, WHATEVER YOU WANT TO CALL IT.

10   HE'S PROBABLY THE MOST FAMOUS PERSON IN OUR FIELD, AND I HAD

11   THE HONOR THAT HE ACCEPTED ME AS A GRADUATE STUDENT.  AND I

12   JOINED PROFESSOR HIGUCHI AS A GRADUATE STUDENT IN 1968 AND

13   GRADUATED IN 1971.

14   Q.   DID YOU DO YOUR UNDERGRADUATE IN AUSTRALIA?

15   A.   YES, I DID MY UNDERGRADUATE IN AUSTRALIA.  I HAVE A

16   BACHELOR OF PHARMACY DEGREE AND I WORKED AS A HOSPITAL

17   PHARMACIST FOR ONE YEAR BEFORE I CAME TO GRADUATE SCHOOL.

18   Q.   VERY WELL.  OVER THE COURSE OF THESE 45 YEARS, HAS YOUR

19   CAREER -- IN ADDITION TO TEACHING PRODRUGS, HAS YOUR CAREER

20   INVOLVED PRODRUGS FOR THOSE 43 YEARS?

21   A.   YES.  MY PH.D. DISSERTATION WAS ACTUALLY ON PRODRUGS.

22   Q.   AND WHAT WAS THAT ABOUT?

23   A.   SO SOME OF YOU MAY KNOW THE DRUG DILANTIN.  IT'S USED TO

24   TREAT GRAND MAL SEIZURES AND THEY'RE SPASTIC SEIZURES THAT YOU

25   SEE ILLUSTRATED ON SOME OF THE EMERGENCY ROOM MOVIES.

1              AND MY GOAL WAS TO DEVELOP THE DILANTIN INJECTABLE DRUG IS

2         GIVEN IN A FORM THAT IS PRETTY DANGEROUS.  IF YOU INJECT IT TOO

3         QUICKLY, YOU CAN KILL A PATIENT.  IT ESSENTIALLY RESULTS IN A

4         LUNG EMBOLISM IF IT'S INJECTED TOO QUICKLY.

5              AND MY GOAL WAS TO DEVELOP A PRODRUG OF DILANTIN THAT

6         COULD BE GIVEN INTRAVENOUSLY AND BE MUCH SAFER THAN THE NORMAL

7         DILANTIN PRODUCT.

8              ACTUALLY, FOR MY PH.D. DISSERTATION, WE ACTUALLY FILED

9         PATENTS.

10        Q.   OKAY.  YOU JUST MENTIONED PATENTS.  HOW MANY PATENTS DO

11        YOU HAVE?

12        A.   IT'S SOMEWHERE NORTH OF 40.

13        Q.   OKAY.

14        A.   YEAH.

15        Q.   NOW, YOU TALKED ABOUT BRINGING THINGS FROM THE LAB TO THE

16        BEDSIDE.  HAVE YOU ACTUALLY -- HAVE YOU ACTUALLY DONE THAT IN

17        YOUR CAREER?

18        A.   YEAH.  I'M THE COINVENTOR OF FOUR DRUGS THAT ARE ON THE

19        MARKET.

20        Q.   ARE SOME OF THEM PRODRUGS?

21        A.   ACTUALLY ALL FOUR OF THEM HAVE ELEMENTS OF PRODRUGS.

22        Q.   WHY DON'T YOU DESCRIBE THOSE FOR THE JURY?

23        A.   YES.  THE DRUG THAT I DEVELOPED IN MY PH.D. WORK, THAT

24        ENDED UP BEING VERY GOOD, EXCEPT WHEN IT WAS TESTED IN ANIMALS,

25        IT ENDED UP HAVING SIGNIFICANT SERIOUS CARDIAC SIDE EFFECTS,

1    AND SO THAT PARTICULAR PRODRUG THAT CAME OUT OF MY PH.D.

2    DISSERTATION HAD TO BE SCRAPPED BECAUSE OF TOXICITY, AN

3    UNPREDICTABLE ASPECT OF A DEVELOPMENT OF ANY DRUG, AND ALSO

4    PRODRUGS.

5        BUT SUBSEQUENT TO THAT I PERSEVERED, AND THE FIRST DRUG

6    THAT I DEVELOPED THAT WENT ON THE MARKET IS A DRUG CALLED

7    FOSPHENYTOIN.  IT WAS UNDER THE TRADE NAME OF CEREBYX.  IT IS

8    ACTUALLY A SAFE INJECTABLE FORM OF DILANTIN, THE DRUG THAT I

9    ACTUALLY STUDIED FROM '68 TO '71.

10       AND THEN IN THE LATE '70S I ACTUALLY FIGURED OUT HOW TO DO

11   IT.  IT TOOK ME TEN YEARS.  I'M QUICK, BUT NOT THAT QUICK.  SO

12   TEN YEARS IT TOOK ME TO COME UP WITH THAT.

13       THAT DRUG, FOSPHENYTOIN IS NOW THE DRUG OF CHOICE USED TO

14   TREAT GRAND MAL SEIZURES IN HOSPITALS, EMERGENCY ROOMS AND ET

15   CETERA.  IT'S A PRETTY AMAZING DRUG AND I WAS PRETTY PROUD TO

16   DEVELOP THAT.

17       BUT CAN I GIVE A LITTLE ANECDOTE STORY ON THAT?

18   Q.   SURE.  I'M SURE IT WOULD BE HELPFUL FOR THE JURY TO

19   UNDERSTAND.

20   A.   THE FIRST 100 GRAMS OF THE DRUG THAT WE MADE WAS MADE BY A

21   YOUNG UNDERGRADUATE PHARMACY STUDENT AT THE TIME, ROB MEYERS.

22   ROB MADE THE FIRST 100 GRAMS.  WE GAVE IT TO THE COMPANY THAT

23   HAD LICENSED THE DRUG FOR TESTING.

24       25 YEARS LATER, ABOUT THREE YEARS AGO, I GOT AN E-MAIL

25   FROM ROB.  HE HAD -- ROB HAD MARRIED AND HAD A YOUNG FAMILY AND

1    I GOT AN E-MAIL AND HE SAID, MY DAUGHTER JUST FELL OFF A HIGH

2    WALL.  HE LIVES IN IDAHO.  SHE FELL OFF A HIGH WALL AND HAD A

3    SEVERE CONCUSSION AND WAS RUSHED TO THE EMERGENCY ROOM.  SHE

4    WAS GOING TO BE OKAY, BUT THE DOCTOR SAID, WE BETTER GIVE HER

5    AN ANTI-CONVULSANT DRUG TO STOP THE CHANCE OF ANY SEIZURES.

6         SHE GOT THE DRUG THAT HE DEVELOPED 25 YEARS EARLIER.  IT

7    WAS AMAZING.

8         AND I GOT THIS E-MAIL AND IT WAS LIKE THE AH-HA MOMENT,

9    THIS IS WHAT WE DO.

10        SO THAT WAS ONE OF THE DRUGS.  I CAN GIVE YOU A COUPLE

11   STORIES ON THAT, BUT WE DON'T HAVE THAT MUCH TIME.

12   Q.   WE CAN BE HERE ALL DAY, DR. STELLA.

13   A.   VIRTUALLY.

14   Q.   AND JUST TO BE CLEAR FOR THE JURY.  IS THIS FOSPHENYTOIN,

15   IS THAT A PRODRUG?

16   A.   IT IS A PRODRUG.

17   Q.   OKAY.  ARE THERE A COUPLE OF OTHER -- IN OUR LITTLE TIME

18   LEFT, ARE THERE A COUPLE OF OTHER PRODRUGS THAT YOU'VE

19   DEVELOPED FROM THE LAB TO THE MARKET?

20   A.   YES.  ONE OF THEM IS THE DRUG THAT I THINK IS BEING

21   MENTIONED HERE TENOFOVIR DISOPROXIL, OKAY, WHICH IS THE VIREAD

22   DRUG, V-I-R-E-A-D, FROM GILEAD.

23        SOME OF YOU MAY HAVE HEARD OF ONE TABLET ONCE A DAY THAT

24   TREATS AIDS.  THE MAJOR INGREDIENT IS VIREAD, AND I'M THE

25   INVESTOR OF THAT AND I DID THAT IN MY CAPACITY AS A CONSULTANT

1    WITH GILEAD.

2    Q.   AND WAS THERE ONE OTHER DRUG YOU WANTED TO TALK ABOUT?

3    A.   THERE'S TWO OTHERS.

4    Q.   TWO OF THEM.  GO RIGHT AHEAD.

5    A.   OKAY.  AND THE THIRD ONE IS A DRUG CALLED FOSPROPOFOL,

6    F-O-S-P-R-O-F-O-L, SOMETHING LIKE THAT.  I'LL GIVE IT TO YOU

7    LATER.

8        YOU MAY KNOW THE DRUG AS PROPOFOL, AND IT'S ALSO CALLED

9    DIPRIVAN, D-I-P-R-I-V-A-N.  THAT'S THE DRUG THAT KILLED

10   MICHAEL JACKSON.  OKAY.  THE DRUG THAT KILLED MICHAEL JACKSON

11   IS AN ANESTHETIC DRUG, SO IT'S A CLEAR MILKY SOLUTION DRUG AND

12   THE IT'S NOT CAPABLE OF BEING GIVEN AS A CLEAR SOLUTION.  IT

13   LOOKS LIKE MILK.

14       IF YOU GO IN TO HAVE KNEE SURGERY OR SOMETHING LIKE THAT,

15   YOU'RE GOING TO GET DIPRIVAN.

16       WE CAME UP WITH A -- DIPRIVAN HAS A NUMBER OF PROBLEMS.

17   THE LIPID -- IT'S ALSO -- IF YOU HAD A CAR INJURY, HEAD TRAUMA

18   AND YOU'RE PUT INTO AN ARTIFICIAL COMA, THIS IS THE DRUG THAT

19   THEY WOULD USE.  OKAY?

20       AND WHAT WE DID WAS THAT WE WERE ACTUALLY ABLE TO TAKE

21   THIS VERY INSOLUABLE AND VERY PAINFUL DRUG ON INJECTION AND IT

22   CREATES MASSIVE BRACHIAL PAIN IN THE ARM, AND WE CAME UP WITH A

23   SAFE INJECTABLE FORM OF THAT CALLED FOSPROPOFOL, AND THAT

24   CAUSES NO PAIN ON INJECTION AND YOU DON'T GET THE LIPIDS AND IT

25   WORKS REALLY GOOD AND IT WAS APPROVED A NUMBER OF YEARS AGO.

1          AND IT IS NOW OFF THE MARKET.  IT WASN'T MAKING A DENT

2     FROM A COMMERCIAL POINT OF VIEW, AND IT'S A PRODRUG AS WELL.

3     Q.   AND ONE MORE.

4     A.   THERE'S A WONDERFUL DRUGS CALLED VELCADE, V-E-L-C-A-D-E.

5     THAT'S NOT NAMED AFTER ME.

6          AND THE DRUG IS TO TREAT MULTIPLE MYELOMA AND IT WAS THE

7     EFFECTIVE DRUG TO TREAT MULTIPLE MYELOMA.

8          AT THE TIME I HAD A CONTRACT WITH THE NATIONAL CANCER

9     INSTITUTE TO DEVELOP AND FORMULATE PROBLEMATIC DRUGS, AND WE

10    WERE ASKED TO FORMULATE THE ACTIVE INGREDIENT IN VELCADE.  IT'S

11    A DRUG CALLED BORTEZOMIB, AND I'LL GIVE YOU THE SPELLING LATER,

12    BORTEZOMIB.

13         AND WE ACTUALLY CAME UP WITH A REALLY NICE FREEZE DRIED

14    STABLE PRODUCT.  WE FREEZE DRIED THE PRODUCT WITH A SUGAR

15    CALLED MANNITOL, AND TO OUR SURPRISE, WHAT HAPPENED IS WHEN YOU

16    PRODUCE THIS DRUG WITH MANNITOL, YOU ACTUALLY FORM PRODRUGS IN

17    THE FORMULATION.  THIS IS ACTUALLY A SECOND EXAMPLE OF THAT.

18         SO VELCADE IS TECHNICALLY NOT A PRODRUG, BUT ACTUALLY THE

19    MANNITOL ESTER THAT IS FORMED IN THAT FORMULATION COULD BE

20    CONSIDERED A PRODRUG.

21    Q.   OKAY.  NOW, JUST GENERALLY SPEAKING, DR. STELLA, WERE

22    THESE PRODRUGS, WERE THEY EASY TO DEVELOP OR WERE THEY HARD TO

23    DEVELOP?

24    A.   WELL, I GAVE YOU THE EXAMPLE OF THE DILANTIN.  IT TOOK ME

25    TEN YEARS TO FIGURE IT OUT.

1    Q.    OKAY.

2    A.    BUT ANY PRODRUG DEVELOPMENT IS AN ONEROUS TASK REQUIRING

3    LOTS OF TESTING AND LOTS OF TRIAL AND ERROR AND VERY

4    UNPREDICTABLE.

5    Q.    AND JUST TO TALK A BIT ABOUT YOUR PUBLICATIONS, ABOUT HOW

6    MANY PEER REVIEWED PUBLICATIONS HAVE YOU BEEN FORTUNATE TO BE A

7    PART OF OVER THE COURSE OF YOUR CAREER?

8    A.    OH, IT'S IN THE RANGE OF AROUND 300 OR SO.

9    Q.    AND ABOUT HOW MANY OF THOSE RELATE TO PRODRUGS?

10   A.    PROBABLY ABOUT A THIRD OF MY PAPERS ARE ON PRODRUGS.

11   Q.    HAVE YOU WRITTEN BOOKS ON PRODRUGS?

12   A.    YEAH.  WE WROTE THE FIRST WHAT I WOULD SAY DEFINITIVE BOOK

13   ON PRODRUGS, IT HAD PRODRUGS IN THE TITLE.  WE PUBLISHED THAT

14   IN 1975.  THAT'S A YEAR I DON'T REMEMBER TOO FONDLY BECAUSE

15   DOING THAT, AND I WAS UP FOR TENURE AND EVERYTHING ELSE, AND IT

16   WAS A STRESSFUL YEAR FOR ME.  BUT WE CAME OUT WITH THAT BOOK IN

17   1975.

18        AFTER THAT I'VE WRITTEN BOOK CHAPTERS AND REVIEW ARTICLES.

19        BUT IN 2007, AT THE SUGGESTION OF ONE OF MY COLLEAGUES, WE

20   PUT TOGETHER A 56 CHAPTER BOOK ON PRODRUGS.  IT ACTUALLY WAS

21   BOUND IN TWO VOLUMES BECAUSE THEY COULDN'T PRINT IT IN ONE

22   VOLUME IT WAS SO THICK.

23        IT'S SORT OF, IF YOU LIKE TO THINK OF IT AS THE BIBLE OR

24   THE DICTIONARY OF PRODRUGS.  I WAS THE LEAD EDITOR ON THAT.  I

25   DID NOT WRITE ALL 56 CHAPTERS.  I WROTE, I THINK, EIGHT OF THE

1     CHAPTERS.  AND I HAD A COUPLE OF OTHER COLLEAGUES THAT WERE

2     COEDITORS, BUT I WAS THE LEAD EDITOR ON THAT BOOK.

3     Q.   ARE THERE ANY AWARDS THAT YOU HAVE WON OVER YOUR CAREER

4     THAT YOU'RE PARTICULARLY PROUD OF THAT YOU WOULD LIKE TO TELL

5     THE LADIES AND GENTLEMEN OF THE JURY ABOUT?

6     A.   THERE ARE A COUPLE OF THEM.

7          THE TWO MAJOR ORGANIZATIONS IN OUR FIELD ARE THE AMERICAN

8     PHARMACISTS ASSOCIATION, APHA, AND THEIR TOP RESEARCH AWARD IS

9     CALLED THE HIGUCHI PRIZE AND I GOT THAT A FEW YEARS AGO.  IT

10    WAS NAMED AFTER MY ADVISOR, SO IT WAS PARTICULARLY EMOTIONAL

11    FOR ME WHEN I RECEIVED THAT.

12         AND WE ALSO HAVE AN ANOTHER ORGANIZATION CALLED AAPS,

13    AMERICAN ASSOCIATION OF PHARMACEUTICAL SCIENTISTS, AND I'VE

14    RECEIVED THE TOP RESEARCH AWARD FROM THEM.

15         TWO OTHER AWARDS I'M VERY PROUD OF.  ON APRIL 15TH, HERE

16    COMING UP IN ABOUT A MONTH, I'M GOING TO BE INAUGURATED -- I'M

17    GOING TO BECOME A FELLOW OF THE NATIONAL ACADEMY OF INVENTORS.

18         AND THEN ANOTHER ONE I'M REALLY PROUD OF IS THE UNIVERSITY

19    OF KANSAS GIVES OUT, I THINK, A THING CALLED THE HOPE AWARD,

20    WHICH IS THE TOP TEACHING AWARD AT THE UNIVERSITY, AND IT'S

21    ACTUALLY VOTED ON BY THE GRADUATING SENIOR CLASS OF THE WHOLE

22    UNIVERSITY AND I'M RECEIVING THE HOPE AWARD.

23    Q.   TWO MORE QUESTIONS ON YOUR QUALIFICATIONS.  HAVE YOU

24    WORKED, DR. STELLA, IN YOUR CAPACITY AT KANSAS, AS A CONSULTANT

25    FOR PHARMACEUTICAL COMPANIES?

STELLA DIRECT BY MR. SINGER

1    A.   YES.  I'VE CONSULTED FOR NORTH OF 120 PHARMACEUTICAL

2    COMPANIES OVER MY PROFESSIONAL CAREER, INCLUDING BOTH PARTIES

3    IN THIS SUIT.

4         SO I'VE DONE RECRUIT -- I'VE DONE CONSULTING FOR BOTH

5    MERCK, AS WELL AS FOR GILEAD.

6    Q.   OKAY.  AND I TAKE IT THAT CONSULTING WORK, HAS IT INVOLVED

7    PRODRUGS?

8    A.   I WOULD SAY IN THE CASE OF BOTH OF THE COMPANIES IT

9    INVOLVED AT LEAST A SIGNIFICANT FRACTION, PROBABLY MOST OF THE

10   TIME HAD TO DO WITH SOME ELEMENTS OF PRODRUGS.

11   Q.   ALL RIGHT.  DR. STELLA, DO YOU BELIEVE, BASED ON YOUR

12   PRODRUG AND DRUG DISCOVERY RESEARCH AND EXPERIENCE, THAT YOU'RE

13   QUALIFIED TO RENDER EXPERT OPINIONS IN THIS CASE REGARDING THE

14   INVALIDITY OF THE '499 PATENT?

15   A.   I BELIEVE I'M QUALIFIED.

16        MR. SINGER:  YOUR HONOR, I WOULD TENDER DR. STELLA

17   AS AN EXPERT TO THIS JURY IN DRUG DELIVERY AND DRUG

18   DEVELOPMENT, INCLUDING THE USE OF PRODRUGS.

19        THE COURT:  WOULD YOU LIKE --

20        MR. RABINOWITZ:  NO OBJECTION, YOUR HONOR.

21        THE COURT:  ALL RIGHT.  DR. STELLA MAY SO TESTIFY.

22        MR. SINGER:  YOUR HONOR, THIS IS A PERFECT BREAKING

23   POINT IF WE WANT TO STOP.  WE'RE AT 5 TO 5:00.

24        THE COURT:  I THINK EVERYONE WOULD LIKE TO GO HOME.

25        ALL RIGHT.  LADIES AND GENTLEMEN, TOMORROW WE ARE STARTING

```
 1    AT 9:00 O'CLOCK.  WE WILL FINISH RIGHT AROUND NOON THOUGH.  SO
 2    IT WILL BE A SHORTER DAY.
 3        LEAVE THOSE NOTEBOOKS AND BADGES ON YOUR CHAIRS AND HAVE A
 4    GOOD EVENING.  AND AS I ALWAYS SAY AT THE END OF THE EVENING,
 5    PLEASE REMEMBER NOT TO DISCUSS THE CASE WITH ANYONE AND DON'T
 6    DO ANY RESEARCH OR INVESTIGATION ABOUT ANYTHING.
 7        HAVE A GOOD EVENING.
 8        DR. STELLA, YOU'RE WELCOME TO GO BACK TO YOUR SEAT.
 9        (JURY OUT AT 4:55 P.M.)
10            THE COURT:  ALL RIGHT.  PLEASE BE SEATED EVERYONE.
11        ANY HOUSEKEEPING ITEMS THIS EVENING?
12            MS. BROOKS:  NOTHING ON BEHALF OF GILEAD, YOUR
13    HONOR.
14            THE COURT:  THANK YOU.
15            MR. GENDERSON:  AND NOTHING ON BEHALF OF MERCK.
16            THE COURT:  ALL RIGHT.  I'LL LOOK FORWARD TO SEEING
17    IF I HAVE ANY E-MAILS.  TOMORROW I AM AVAILABLE AT 8:30.  DO
18    YOU THINK IT'S NECESSARY -- I MEAN, I'LL BE HERE, BUT IS IT
19    GOING TO BE NECESSARY?
20            MS. BROOKS:  I'VE BEEN TOLD WE'RE NOT FILING
21    ANYTHING AT 5:00 P.M., SO NOT ON OUR SIDE.
22            MR. GENDERSON:  NO ISSUES ON OUR SIDE.
23            THE COURT:  WELL, I'LL CERTAINLY CHECK MY E-MAIL AND
24    I'M HERE, SO IF SOMETHING COMES UP JUST SEND ME AN E-MAIL SO I
25    KNOW YOU'RE COMING.
```

636

1          AND WITH THAT, I'LL SEE YOU TOMORROW.

2                MR. GENDERSON:  THANK YOU, YOUR HONOR.  HAVE A GOOD

3     EVENING.

4                MS. BROOKS:  THANK YOU.

5                THE COURT:  THANK YOU.

6          (COURT CONCLUDED AT 4:56 P.M.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3                    <u>CERTIFICATE OF REPORTERS</u>

4

5

6

7        WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE

8    UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

9    CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10   HEREBY CERTIFY:

11       THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12   A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13   ABOVE-ENTITLED MATTER.

14

15

16   _____
     IRENE RODRIGUEZ, CSR, CRR
     CERTIFICATE NUMBER 8076
17

18   _____

19   LEE-ANNE SHORTRIDGE, CSR, CRR
     CERTIFICATE NUMBER 9595
20

21   DATED:  MARCH 9, 2016

22

23

24

25