UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*
TIME TOTAL: 7 Hours 23 Minutes

## CIVIL MINUTES - JURY TRIAL

**Judge Beth Labson Freeman**  **Courtroom Deputy:** Tiffany Salinas-Harwell
**Date:** 03/16/2016  **Court Reporter:** Irene Rodriguez - Lee-Anne Shortridge
**Case No:** 5:13-cv-04057-BLF  **Interpreter:** N/A

## GILEAD SCIENCES, INC. v. MERCK & CO., INC., ET AL.

Attorney(s) for Plaintiff(s): Juanita Brooks, Jonathan Singer, Douglas McCann, Michael Florey

Attorney(s) for Defendant(s): Bruce Genderson, Jessamyn Berniker, Stanley Fisher, Sanjiv Laud, Jessica Ryen, Stephen Rabinowitz, David Lansky, Mitchell Epner, Patrice Jean

## PROCEEDINGS

**8:15 - Call to Order**
**8:15 - Hearing held outside the presence of the jury**
**8:56 - Recess**
**9:01 - Jury Seated/Call to Order**
**9:02 - Continued Cross Examination of Demain**
**9:38 - Re-Direct Examination of Demain**
**9:44 - Defense Calls Witness James Wuest**
**9:56 - Dr. Wuest Designated as Expert**
**10:35 - Recess**
**10:46 - Jury Seated/Call to Order**
**10:47 - Continued Direct Examination of Wuest**
**11:19 - Cross Examination of Wuest**
**12:02 - Recess**
**1:02 - Jury Seated/Call to Order**
**1:05 - Continued Cross Examination of Wuest**
**1:06 - Re-Direct Examination of Wuest**
**1:10 - Stipulation Read to Jury**
**1:11 - Defense Rests**
**1:11 - Plaintiff Rebuttal**
**1:12 - Video Deposition of Parkash**
**1:15 - Video Deposition of Price**
**1:21 - Jury Released for Recess**
**1:21 - Hearing held outside the presence of the jury**
**1:33 - Jury Seated**
**1:34 - Jury Instructions**
**1:49 - Plaintiffs Closing Arguments**
**2:52 - Recess**
**3:03 - Jury Seated/Call to Order**
**3:04 - Defendants Closing Arguments**
**4:24 - Recess**
**4:34 - Rebuttal Closing**
**4:57 - Final Jury Instructions**

**5:10 - Jury Released for Evening**
**5:10 - Hearing held outside the presence of the jury**
**5:24 - The Court takes the Evening Recess**

## ORDER AFTER HEARING

Further Jury Trial set for 03/17/2016 at 9:00 AM.

| | |
|---|---|
| **Exhibits Identified:** | **Exhibits Admitted Into Evidence:** |
| **Pltf:** 2390, 102R, 104, 1472, 2664, 2375, 2376, 2377, 2378, 2379, 2380, 2381, 2382, 2383, 2384, 2385, 2386, 2387, 2388, 2389, 2391, 2392 | **Pltf:** 2390, 102R, 104, 1472, 2664 |
| **Deft:** 2663 | **Deft:** 2633 |

Tiffany Salinas-Harwell
Courtroom Deputy
Original: **E-Filed**
CC: