UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***
**TIME TOTAL:** 27 Minutes

CIVIL MINUTES - JURY TRIAL

**Judge Beth Labson Freeman**        **Courtroom Deputy:** Tiffany Salinas-Harwell
**Date:** 03/17/2016        **Court Reporter:** Irene Rodriguez - Lee-Anne Shortridge
**Case No:** 5:13-cv-04057-BLF        **Interpreter:** N/A

## GILEAD SCIENCES, INC. v. MERCK & CO., INC., ET AL.

Attorney(s) for Plaintiff(s): Juanita Brooks, Jonathan Singer, Douglas McCann, Michael Florey

Attorney(s) for Defendant(s): Bruce Genderson, Jessamyn Berniker, Stanley Fisher, Sanjiv Laud, Jessica Ryen, Stephen Rabinowitz, David Lansky, Mitchell Epner, Patrice Jean

## PROCEEDINGS

**9:05** - Jury Begins Deliberations
**10:20** - Jury Recess
**10:40** - Jury Continues Deliberations
**12:10** - Jury Lunch
**12:30** - Jury Continues Deliberations
**3:30** - Jury Recess
**4:20** - The Court Receives Jury Note #1
**4:28** - Counsel Called/Informed
**4:40** - Call to Order
**4:40** - Hearing held outside the presence of the jury regarding Jury Note #1
**5:00** - Jury Seated
**5:01** - The Court addresses jury regarding Jury Note #1
**5:04** - Jury Continues Deliberations
**5:04** - Hearing held outside the presence of the jury
**5:07** - The Court takes recess
**5:20** - The Jury takes the Evening Recess

## ORDER AFTER HEARING

Further Jury Trial set for 03/18/2016 at 10:00 AM.

**Exhibits Identified:**        **Exhibits Admitted Into Evidence:**
**Pltf:**        **Pltf:**
**Deft:**        **Deft:**

Tiffany Salinas-Harwell
Courtroom Deputy
Original: **E-Filed**
CC: