STEPHEN S. RABINOWITZ
stephen.rabinowitz@hugheshubbard.com
PATRICE P. JEAN (Pro Hac Vice)
patrice.jean@hugheshubbard.com
MITCHELL EPNER (Pro Hac Vice)
mitchell.epner@hugheshubbard.com
HUGHES HUBBARD & REED LLP
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004
Telephone:   (212) 837-6000
Facsimile:    (212) 299-6807

BRUCE GENDERSON (Pro Hac Vice)
bgenderson@wc.com
JESSAMYN S. BERNIKER (Pro Hac Vice)
jberniker@wc.com
STANLEY E. FISHER (Pro Hac Vice)
sfisher@wc.com
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone:  (202) 434-5000
Facsimile:  (202) 434-5029

[Counsel continued overleaf]

Attorneys for Defendant
MERCK & CO., INC. and Defendants and Counterclaimants
MERCK SHARP & DOHME CORP. and ISIS PHARMACEUTICALS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GILEAD SCIENCES, INC., <br><br> Plaintiff and Counterdefendant, <br><br> v. <br><br> MERCK & CO., INC. (Defendant only), MERCK SHARP & DOHME CORP., and ISIS PHARMACEUTICALS, INC. <br><br> Defendants and Counterclaimants. | Case No. 5:13-cv-04057-BLF <br><br> **VERDICT FORM AS MODIFIED AT MARCH 18, 2016 CHARGE CONFERENCE** |

1  JOSHUA H. LERNER (SBN 220755)
   jlerner@durietangri.com
2  LAURA E. MILLER (SBN 271713)
   lmiller@durietangri.com
3  Durie Tangri LLP
   217 Leidesdorff Street
4  San Francisco, CA 94111
   Telephone:    (415) 362-6666
5  Facsimile:    (415) 236-6300

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this Court as our verdict in this case.

1. What have Merck and Ionis proved they are entitled to as a reasonable royalty for Gilead's sales of Sovaldi® and adjusted sales of Harvoni® through December 31, 2015?

   a. Rate: _____ %

   b. Total sales: $ _____

   c. Total damages through December 31, 2015 (calculated by taking the total sales from 1(b) multiplied by the rate percentage from 1(a)): _____

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations.  The Presiding Juror should then sign and date the verdict form in the spaces below and notify the Security Guard that you have reached a verdict.  The Presiding Juror should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

Dated: March _____, 2016        _____
                                                Presiding Juror