UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

***E-FILED***
**TIME TOTAL**: 1 Hour 53 Minutes

### CIVIL MINUTES - JURY TRIAL

**Judge Beth Labson Freeman**          **Courtroom Deputy:** Tiffany Salinas-Harwell
**Date:** 03/18/2016                   **Court Reporter:** Irene Rodriguez - Lee-Anne Shortridge
**Case No: 5:13-cv-04057-BLF**         **Interpreter:** N/A

### GILEAD SCIENCES, INC. v. MERCK & CO., INC., ET AL.

Attorney(s) for Plaintiff(s): Juanita Brooks, Jonathan Singer, Douglas McCann, Michael Florey

Attorney(s) for Defendant(s): Bruce Genderson, Jessamyn Berniker, Stanley Fisher, Sanjiv Laud, Jessica Ryen, Stephen Rabinowitz, David Lansky, Mitchell Epner, Patrice Jean

### PROCEEDINGS

**10:00 - Jury Continues Deliberations**
**10:04 - Call to Order**
**10:04 - Hearing held outside the presence of the jury**
**10:58 - Court moves to Chambers for Further Jury Instruction Conference**
**11:45 - Jury Lunch Recess**
**11:57 - Court Recess pending jury deliberations**
**12:05 - Jury Continues Deliberations**
**4:05 - Jury Adjourns for Evening**

### ORDER AFTER HEARING

**Further Jury Trial set for 03/21/2016 at 9:00 AM.**

**Exhibits Identified:**                    **Exhibits Admitted Into Evidence:**
**Pltf:**                                   **Pltf:**
**Deft:**                                   **Deft:**

Tiffany Salinas-Harwell
Courtroom Deputy
Original: **E-Filed**
CC: