1
2
3 **UNITED STATES DISTRICT COURT**
4 **NORTHERN DISTRICT OF CALIFORNIA**
5 **SAN JOSE DIVISION**
6
7 GILEAD SCIENCES, INC.,                    Case No. 13-cv-04057-BLF
        Plaintiff,
8
9       v.                                  **ORDER ALLOWING VIDEO
                                            EQUIPMENT INTO THE
10 MERCK & CO, INC., et al.,                COURTROOM**
        Defendants.
11
12
13      IT IS HEREBY ORDERED THAT Defendants shall be permitted to bring video
14 equipment (e.g. video cameras) and associated accessories into the courtroom for use at trial on
15 March 22, 2016.  Defendants shall be permitted to enter the courtroom anytime after 10:00 a.m. to
16 assemble the equipment.
17      **IT IS SO ORDERED.**
18 Dated: March 22, 2016
19
20      BETH LABSON FREEMAN
        United States District Judge
21
22
23
24
25
26
27
28