# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| GILEAD SCIENCES, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>MERCK & CO, INC., et al.,<br><br>    Defendants. | Case No.  13-cv-04057-BLF<br><br>**ORDER REFERRING PARTIES TO MAGISTRATE JUDGE GREWAL FOR A SETTLEMENT CONFERENCE ON MARCH 29, 2016** |

Pursuant to Local Rule 72-1, this matter is referred to Magistrate Judge Paul S. Grewal for a settlement conference on March 29, 2016. The following persons will be required to attend the settlement conference: all lead trial counsel, a senior member of each party's general counsel's office who is in charge of patents,[1] and a corporate representative who is both knowledgeable about the case and has full settlement authority. If they wish, in addition to the preceding, the parties may have additional persons attend the settlement conference. The parties shall contact Judge Grewal's chambers for further details on scheduling.

**IT IS SO ORDERED.**

Dated: March 25, 2016

                                                   BETH LABSON FREEMAN
                                                 United States District Judge

---

[1] Each party's general counsel is excused from attending the settlement conference due to pre-existing obligations.