UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***
**TIME TOTAL:** 2 Hours 10 Minutes

## CIVIL MINUTES - JURY TRIAL

**Judge Beth Labson Freeman**  **Courtroom Deputy:** Tiffany Salinas-Harwell
**Date:** 03/21/2016  **Court Reporter:** Irene Rodriguez - Lee-Anne Shortridge
**Case No:** 5:13-cv-04057-BLF  **Interpreter:** N/A

### GILEAD SCIENCES, INC. v. MERCK & CO., INC., ET AL.

Attorney(s) for Plaintiff(s): Juanita Brooks, Jonathan Singer, Douglas McCann, Michael Florey

Attorney(s) for Defendant(s): Bruce Genderson, Jessamyn Berniker, Stanley Fisher, Sanjiv Laud, Jessica Ryen, Stephen Rabinowitz, David Lansky, Mitchell Epner, Patrice Jean

### PROCEEDINGS

**9:15** - Jury Deliberations Continue
**9:31** - Call to Order
**9:31** - Hearing held outside the presence of the jury
**10:51** - Hearing adjourned
**12:45** - Jury Lunch Recess
**1:15** - Jury Deliberations Continue
**2:04** - Court receives Jury Note #2
**2:08** - Counsel Called in regarding Jury Note #2
**2:27** - Court and Parties discuss Jury Note #2 - All Parties concur in response without objection.
**2:37** - Jury Note #2 response provided to jury
**3:45 - 4:06** - In Chamber Conference - Off the record
**4:15** - Jury Adjourns for Evening

### ORDER AFTER HEARING

**Further Jury Trial set for 03/22/2016 at 10:00 AM.**

**Exhibits Identified:**  **Exhibits Admitted Into Evidence:**
**Pltf:**  **Pltf:**
**Deft:**  **Deft:**

Tiffany Salinas-Harwell
Courtroom Deputy
Original: **E-Filed**
CC: