UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

*Gilead v. Merck*, Case No. 13-CV-04057-BLF

NOTE FROM THE JURY DURING DELIBERATIONS

Note No. 2

The Jury has the following question: Patent 499
Regarding Enablement: Line 21
"That the full scope of the invention..."
as related to (the Abstract) "THESE compounds
are inhibitors of RNA-dependent"
Question: Do ALL of the compounds that
can be created from Formula III have to be inhibitors?

Also: For purposes of enablement, definition, does "full scope of invention" include all permutations of the claimed class of compounds?

Date: 3/21/16
Time: 14:00
Signature of Juror: C. Rose

Response from the Court:

I am not able to understand the precise nature of your questions

Date: 3-21-2016
Time: 2:36 pm

Beth Labson Freeman
United States District Judge