UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*
**TIME TOTAL:** 3 Hours 47 Minutes

# CIVIL MINUTES  - JURY TRIAL

**Judge Beth Labson Freeman**   **Courtroom Deputy:** Tiffany Salinas-Harwell
**Date:**  03/22/2016   **Court Reporter:** Irene Rodriguez - Lee-Anne Shortridge
**Case No: 5:13-cv-04057-BLF**   **Interpreter: N/A**

## GILEAD SCIENCES, INC. v. MERCK & CO., INC., ET AL.

Attorney(s) for Plaintiff(s): Juanita Brooks, Jonathan Singer, Douglas McCann, Michael Florey

Attorney(s) for Defendant(s): Bruce Genderson, Jessamyn Berniker, Stanley Fisher, Sanjiv Laud, Jessica Ryen, Stephen Rabinowitz, David Lansky, Mitchell Epner, Patrice Jean

## PROCEEDINGS

10:03 - Jury Deliberations Continue
11:05 - Jury Note #3 Received
11:08 - Cousel Called in regarding Jury Note #3
11:20 - Court and Parties discuss Jury Note #3 in chambers
11:45 - Discussion on the record regarding Jury Note #3 - All parties concur in response without objection.
11:53 - Jury Note #3 response provided to jury
1:02 - Jury Seated
1:03 - Call to Order
1:03 - Court provides response to Jury Note #3 - Jury Instruction #33
1:10 - Plaintiff argument
1:17 - Defense argument
1:24 - Plaintiff further argument
1:25 - Side bar held
1:26 - Jury released to continue deliberations
1:26 - 1:27 - Hearing held outside the presence of the jury
1:50 - Jury Verdict Received
1:51 - Counsel Notified
2:02 - Hearing held outside the presence of the jury
2:08 - Jury Seated
2:08 - Jury Verdict read into the record
2:12 - Jury Polled
2:25 - Jury released for recess
2:25 - Hearing held outside the presence of the jury
2:58 - Jury Seated
2:58 - Call to Order
2:59 - Defendant Opening Statements - Phase Two
3:17 - Plaintiff Opening Statements - Phase Two
3:35 - Defense Calls Witness Demain
3:35 - Direct Examination of Demain
4:07 - Side Bar held
4:10 - Direct Examination Demain continues

4:14 - **Cross Examination Demain**
4:45 - **Re-Direct Examination Demain**
4:46 - **Jury Released Evening Recess**
4:46 - **Hearing held outside the presence of the jury**
4:51 - **The Court Adjourns for Evening**

## ORDER AFTER HEARING

**Further Jury Trial set for 03/23/2016 at 9:00 AM.**

| **Exhibits Identified:** | **Exhibits Admitted Into Evidence:** |
|---|---|
| **Pltf:** 82, 84, 85, 1476, 99 | **Pltf:** 82, 84, 85, 1476, 99 |
| **Deft:** 2566, 143, 77, 1668, 100, 101, 1783, 1671, 1670, 1669, 1666, 1619, 1694 | **Deft:** 2566, 143, 77, 1668, 100, 101, 1783, 1671, 1670, 1669, 1666, 1619, 1694 |

Tiffany Salinas-Harwell
Courtroom Deputy
Original: **E-Filed**
CC: