UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

*Gilead v. Merck*, Case No. 13-CV-04057-BLF

NOTE FROM THE JURY DURING DELIBERATIONS

Note No. 3

The Jury has the following question:

Does every single possible combination described by the markush structure need to be active/effective against HCV in order for the "full scope of the invention" to be enabled?

Date: 3/22/15
Time: 11:05

Signature of Juror

Response from the Court:

I will bring you back into the court room at 1:00 pm for a response.

Date: 3-22-2016
Time: 11:53 am

Beth Labson Freeman
United States District Judge