UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*
**TIME TOTAL:** 6 Hours 35 Minutes

## CIVIL MINUTES - JURY TRIAL

**Judge Beth Labson Freeman**          **Courtroom Deputy:** Tiffany Salinas-Harwell
**Date:** 03/23/2016                   **Court Reporter:** Irene Rodriguez - Lee-Anne Shortridge
**Case No:** 5:13-cv-04057-BLF         **Interpreter:** N/A

## GILEAD SCIENCES, INC. v. MERCK & CO., INC., ET AL.

Attorney(s) for Plaintiff(s): Juanita Brooks, Jonathan Singer, Douglas McCann, Michael Florey

Attorney(s) for Defendant(s): Bruce Genderson, Jessamyn Berniker, Stanley Fisher, Sanjiv Laud, Jessica Ryen, Stephen Rabinowitz, David Lansky, Mitchell Epner, Patrice Jean

## PROCEEDINGS

**9:01** - Jury Seated
**9:03** - Call to Order
**9:03** - Defense Calls Witness Curotto
**9:04** - Direct Examination of Curotto
**9:30** - Cross Examination of Curotto
**9:45** - Re-Direct Examination of Curotto
**9:47** - Defense Plays Video Deposition of Sander
**9:54** - Defense Calls Witness Carter
**9:55** - Direct Examination of Carter
**10:02** - Carter Designated as Expert Witness
**10:38** - Recess
**10:51** - Jury Seated/Call to Order
**10:52** - Continued Direct Examination of Carter
**11:22** - Cross Examination of Carter
**12:05** - Lunch Recess
**1:07** - Jury Seated/Call to Order
**1:09** - Continued Cross Examination of Carter
**1:22** - Side Bar held
**1:23** - Continued Cross Examination of Carter
**1:34** - Re-Direct Examination of Carter
**1:50** - Defense Rests Phase Two
**1:50** - Plaintiff calls Witness Meyers
**1:51** - Direct Examination of Meyers
**2:20** - Side Bar held
**2:23** - Continued Direct Examination of Meyers
**2:26** - Cross Examination of Meyers
**2:51** - Re-Direct Examination of Meyers
**2:55** - Recess
**3:06** - Jury Seated/Call to Order
**3:07** - Plaintiff Calls Witness O'Brien
**3:08** - Direct Examination of O'Brien
**3:16** - O'Brien Designated as Expert Witness

3:58 - Cross Examination O'Brien
4:32 - Re-Direct Examination of O'Brien
4:34 - Plaintiff Rests Phase Two
4:35 - Recess
4:40 - Jury Seated/Call to Order
4:41 - Defendant Re-Calls Carter Rebuttal Witness
4:42 - Direct Examination of Carter
4:54 - Cross Examination of Carter
4:57 - Re-Direct Examintion Carter
4:58 - Defense Rebuttal Rests
5:00 - Jury Released Evening
5:00 - Hearing held outside the presence of the jury
5:10 - Court Adjourns Evening Recess

## ORDER AFTER HEARING

**Further Jury Trial set for 03/24/2016 at 9:00 AM.**

**Exhibits Identified:**
**Pltf:**
**Deft:** 1683, 689, 690, 691, 692, 693, 694, 695, 696, 697, 698, 699, 700, 701, 702, 703, 704, 705, 706, 707, 708, 709, 710, 711, 712, 713, 714, 715, 716, 717, 718, 719, 720, 721, 722, 723, 633, 634, 636, 637, 641, 618, 2668, 2781, 2140

**Exhibits Admitted Into Evidence:**
**Pltf:**
**Deft:** 1683, 689, 690, 691, 692, 693, 694, 695, 696, 697, 698, 699, 700, 701, 702, 703, 704, 705, 706, 707, 708, 709, 710, 711, 712, 713, 714, 715, 716, 717, 718, 719, 720, 721, 722, 723, 633, 634, 636, 637, 641, 618, 2668, 2781, 2140

Tiffany Salinas-Harwell
Courtroom Deputy
Original: **E-Filed**
CC: