UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

***E-FILED***
**TIME TOTAL: 2 Hours 40 Minutes**

### CIVIL MINUTES - JURY TRIAL

**Judge Beth Labson Freeman**         **Courtroom Deputy:** Tiffany Salinas-Harwell
**Date:** 03/24/2016                  **Court Reporter:** Irene Rodriguez - Lee-Anne Shortridge
**Case No: 5:13-cv-04057-BLF**        **Interpreter:** N/A

### GILEAD SCIENCES, INC. v. MERCK & CO., INC., ET AL.

Attorney(s) for Plaintiff(s): Juanita Brooks, Jonathan Singer, Douglas McCann, Michael Florey

Attorney(s) for Defendant(s): Bruce Genderson, Jessamyn Berniker, Stanley Fisher, Sanjiv Laud, Jessica Ryen, Stephen Rabinowitz, David Lansky, Mitchell Epner, Patrice Jean

### PROCEEDINGS

**9:02** - Jury Seated/Call to Order
**9:04** - Jury Instructions
**9:15** - Closing Arguments Merck
**9:41** - Closing Arguments Gilead
**9:59** - Final Closing Arguments Merck
**10:05** - Further Jury Instructions
**10:12** - Jury Released to begin Deliberations
**10:20** - Jury Recess
**10:22** - Court Recess
**10:30** - Jury Deliberations Continue
**12:05** - Jury Lunch
**12:25** - Jury Deliberations Continue
**2:25** - Jury Recess
**2:35** - Continued Jury Deliberations
**4:19** - Jury Recess
**4:25** - Continue Jury Deliberations
**4:35** - Jury Verdict Received
**4:48** - Jury Seated/Call to Order
**4:49** - Jury Verdict read into the record
**4:50** - Jury Polled
**5:05** - Jury Released
**5:14** - Call to Order
**5:14** - Hearing held
**5:45** - Court Adjourned

Tiffany Salinas-Harwell
Courtroom Deputy
Original: **E-Filed**
CC: