Case 5:13-cv-04057-BLF   Document 398   Filed 03/29/16   Page 1 of 4

| | |
|---|---|
| John M. Farrell (CA Bar No. #99649)<br>farrell@fr.com<br>FISH & RICHARDSON P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063<br>Telephone: (650) 839-5070<br>Facsimile: (650) 839-5071<br><br>Jonathan E. Singer (CA Bar No. #187908)<br>singer@fr.com<br>FISH & RICHARDSON P.C.<br>3200 RBC Plaza<br>60 South Sixth Street<br>Minneapolis, MN 55402<br>Telephone: (612) 335-5070<br>Facsimile: (612) 288-9696<br><br>Juanita R. Brooks (CA Bar No. #75934)<br>brooks@fr.com<br>FISH & RICHARDSON P.C.<br>12390 El Camino Real<br>San Diego, CA 92130<br>Telephone: (858) 678-5070<br>Facsimile: (858) 678-5099<br><br>Attorneys for Plaintiff<br>GILEAD SCIENCES, INC.<br>*Additional counsel listed on signature page* | STEPHEN S. RABINOWITZ<br>stephen.rabinowitz@hugheshubbard.com<br>PATRICE P. JEAN (Pro Hac Vice)<br>patrice.jean@hugheshubbard.com<br>MITCHELL EPNER (Pro Hac Vice)<br>mitchell.epner@hugheshubbard.com<br>HUGHES HUBBARD & REED LLP<br>ONE BATTERY PARK PLAZA<br>NEW YORK, NY 10004<br>Telephone:   (212) 837-6000<br>Facsimile:    (212) 299-6807<br><br>Bruce Genderson (Pro Hac Vice)<br>bgenderson@wc.com<br>Jessamyn S. Berniker (Pro Hac Vice)<br>jberniker@wc.com<br>Stanley E. Fisher (Pro Hac Vice)<br>sfisher@wc.com<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street, N.W.<br>Washington, D.C. 20005<br>Telephone:  (202) 434-5000<br>Facsimile:   (202) 434-5029<br><br>JOSHUA H. LERNER (SBN 220755)<br>jlerner@durietangri.com<br>LAURA E. MILLER (SBN 271713)<br>lmiller@durietangri.com<br>Durie Tangri LLP<br>217 Leidesdorff Street<br>San Francisco, CA 94111<br>Telephone:   (415) 362-6666<br>Facsimile:    (415) 236-6300<br><br>*Attorneys for Defendants MERCK & CO., INC., MERCK SHARP & DOHME CORP. and ISIS PHARMACEUTICALS, INC*. |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| GILEAD SCIENCES, INC.,<br><br>        Plaintiff and Counterdefendant,<br><br>  v.<br><br>MERCK & CO., INC. (Defendant only), MERCK SHARP & DOHME CORP., and ISIS PHARMACEUTICALS, INC.<br><br>        Defendants and Counterclaimants. | Case No. 5:13-cv-04057-BLF<br><br>**STIPULATION AND [PROPOSED] ORDER RE: ADMISSIBILITY OF DOCUMENTS** |

STIPULATION AND [PROPOSED] ORDER RE: ADMISSIBILITY OF DOCUMENTS / CASE NO. 5:13-CV-04057-BLF

Plaintiff and Counterclaimant Gilead Sciences, Inc. ("Gilead") and Defendants and Counterclaimants Merck & Co., Inc., Merck Sharp & Dohme Corp., and Isis Pharmaceuticals, Inc. (collectively "Defendants") hereby stipulate and agree that the following documents are admitted into evidence without objection at the bench trial on Gilead's equitable defenses to be held Wednesday, March 30, 2016:

| | | |
|---|---|---|
| Ex. 46 | Ex. 1231 | Ex. 1770 |
| Ex. 47 | Ex. 1238 | Ex. 2214 |
| Ex. 90 | Ex. 1241 | Ex. 2298 |
| Ex. 93 | Ex. 1487 | Ex. 2299 |
| Ex. 94 | Ex. 1622 | Ex. 2300 |
| Ex. 155 | Ex. 1625 | Ex. 2302 |
| Ex. 627 | Ex. 1634 | Ex. 2314 |
| Ex. 631 | Ex. 1636 | Ex. 2328 |
| Ex. 810 | Ex. 1642 | Ex. 2394 |
| Ex. 848 | Ex. 1647 | Ex. 2395 |
| Ex. 1098 | Ex. 1652 | Ex. 2396 |

Dated: March 29, 2016                FISH & RICHARDSON LLP

By: _____*/s/ Elizabeth M. Flanagan*_____
ELIZABETH M. FLANAGAN

Attorneys for Plaintiff and Counterclaim Defendant
GILEAD SCIENCES, INC.

Dated: March 29, 2016                WILLIAMS & CONNOLLY LLP

By: _____*/s/ Sanjiv P. Laud*_____
SANJIV P. LAUD

Attorneys for Defendant
MERCK & CO., INC.
and Defendants and Counterclaimants
MERCK SHARP & DOHME CORP. and ISIS
PHARMACEUTICALS, INC.

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5.1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from its signatory.

*/s/Elizabeth M. Flanagan*

1   PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

4   _____
      HONORABLE BETH LABSON FREEMAN

**CERTIFICATE OF SERVICE**

I certify that all counsel of record are being served on March 29, 2016 with a copy of this document via the Court's CM/ECF system.

*/s/ Elizabeth M. Flanagan*
Elizabeth M. Flanagan
