John M. Farrell (CA Bar No. #99649)
farrell@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone:  (650) 839-5070
Facsimile:  (650) 839-5071

Jonathan E. Singer (CA Bar No. #187908)
singer@fr.com
FISH & RICHARDSON P.C.
3200 RBC Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone:  (612) 335-5070
Facsimile:  (612) 288-9696

Juanita R. Brooks (CA Bar No. #75934)
brooks@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Attorneys for Plaintiff
GILEAD SCIENCES, INC.

*Additional counsel listed on signature page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**(SAN JOSE DIVISION)**

| | |
|---|---|
| GILEAD SCIENCES, INC., <br><br>　　　　Plaintiff and Counterdefendant, <br><br>　　v. <br><br>MERCK & CO, INC. (Defendant only), MERCK SHARP & DOHME CORP. and ISIS PHARMACEUTICALS, INC., <br><br>　　　　Defendants and Counterclaimants. | Case No. 5:13-cv-04057-BLF/PSG <br><br> **GILEAD SCIENCES, INC.'S MOTION UNDER FED. R. CIV. P. 52(c)** |

At the close of Defendants' case-in-chief on Gilead's equitable defenses of unclean hands and waiver, Gilead respectfully moves under Fed. R. Civ. P. 52(c) for judgment as a matter of law, for the reasons to be set forth during forthcoming argument at the Court's earliest convenience, and in briefing to follow.

| | |
|---|---|
| Dated:  March 30, 2016 | FISH & RICHARDSON P.C. |
| | By: */s/ Elizabeth M. Flanagan* |
| | Elizabeth M. Flanagan |
| | Attorneys for Plaintiff |
| | GILEAD SCIENCES, INC. |

*Additional counsel:*
Douglas E. McCann (*Pro Hac Vice*)
dmccann@fr.com
Gregory R. Booker (*Pro Hac Vice*)
booker@fr.com
Robert M. Oakes (*Pro Hac Vice*)
oakes@fr.com
Elizabeth Flanagan (*Pro Hac Vice*)
eflanagan@fr.com
Joseph B. Warden  (*Pro Hac Vice*)
warden@fr.com
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE  19801
Telephone:  (302) 652-5070
Facsimile:  (302) 652-0607