UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***
**TIME TOTAL:** 6 Hours 30 Minutes

## CIVIL MINUTES - BENCH TRIAL

| | |
|---|---|
| **Judge Beth Labson Freeman** | **Courtroom Deputy:** Tiffany Salinas-Harwell |
| **Date:** 03/30/2016 | **Court Reporter:** Irene Rodriguez - Lee-Anne Shortridge |
| **Case No:** 5:13-cv-04057-BLF | **Interpreter:** N/A |

## GILEAD SCIENCES, INC. v. MERCK & CO., INC., ET AL.

Attorney(s) for Plaintiff(s): Juanita Brooks, Jonathan Singer, Douglas McCann, Michael Florey

Attorney(s) for Defendant(s): Bruce Genderson, Jessamyn Berniker, Stanley Fisher, Stephen Rabinowitz, David Lansky, Mitchell Epner

## PROCEEDINGS

**9:01 - Call to Order**
**9:01 - Bench Trial**
**9:59 - Plaintiff Opening Statements**
**10:06 - Defendant Opening Statements**
**10:20 - Plaintiff Presentation/Argument**
**10:21 - Video Depositions Identified: MacCoss, Ashton, Durette, Bergman**
**10:25 - Video Deposition MacCoss**
**10:31 - Video Deposition Ashton**
**10:39 - Video Deposition Durette**
**11:26 - Recess**
**11:37 - Call to Order**
**11:38 - Defense Calls Witness Demain**
**11:58 - Cross Examination of Demain**
**12:28 - Re-Direct Examination of Demain**
**12:30 - Lunch Recess**
**1:32 - Call to Order**
**1:32 - Plaintiff Video Depositions Continue**
**1:33 - Video Deposition Bergman**
**1:53 - Plaintiff Rests**
**1:55 - Defendant Presentation/Motion**
**1:55 - Video Deposition Pankovitz**
**2:15 - Defendant Rests**
**2:16 - Plaintiff Closing Arguments**
**3:03 - Recess**
**3:15 - Defendant Closing Arguments**
**4:14 - Plaintiff Rebuttal Arguments**

**4:30 - Further Hearing**
**4:56 - The Court adjourns for the Evening**

**Joint Exhibits Identified by Stipulation:** 46, 47, 90, 93, 94, 155, 158, 183, 627, 631, 810, 848, 1098, 1231, 1238, 1241, 1487, 1622, 1625, 1634, 1636, 1642, 1647, 1652, 1770, 2214, 2298, 2299, 2300, 2302, 2314, 2328, 2394, 2395, 2396
**Exhibits Identified:**
**Pltf:** 153, 99, 1668, 2566
**Deft:** 1768, 1630, 686

**Joint Exhibits Admitted by Stipulation:** 46, 47, 90, 93, 94, 155, 158, 183, 627, 631, 810, 848, 1098, 1231, 1238, 1241, 1487, 1622, 1625, 1634, 1636, 1642, 1647, 1652, 1770, 2214, 2298, 2299, 2300, 2302, 2314, 2328, 2394, 2395, 2396
**Exhibits Admitted Into Evidence:**
**Pltf:** 153, 99, 1668, 2566
**Deft:** 1768, 1630, 686

*Tiffany Salinas-Harwell*

Tiffany Salinas-Harwell
Courtroom Deputy
Original: **E-Filed**
CC: