John M. Farrell (CA Bar No. #99649)
farrell@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone:  (650) 839-5070
Facsimile:  (650) 839-5071

Jonathan E. Singer (CA Bar No. #187908)
singer@fr.com
FISH & RICHARDSON P.C.
3200 RBC Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone:  (612) 335-5070
Facsimile:  (612) 288-9696

Juanita R. Brooks (CA Bar No. #75934)
brooks@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Attorneys for Plaintiff
GILEAD SCIENCES, INC.

*Additional counsel listed on signature page*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN JOSE DIVISION)**

| | |
|---|---|
| GILEAD SCIENCES, INC., <br><br>             Plaintiff and Counterdefendant, <br><br>      v. <br><br> MERCK & CO, INC. (Defendant only), MERCK SHARP & DOHME CORP. and ISIS PHARMACEUTICALS, INC., <br><br>             Defendants and Counterclaimants. | Case No. 5:13-cv-04057-BLF/PSG <br><br> **GILEAD SCIENCES, INC.'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW UNDER FED. R. CIV. P. 50(b), OR IN THE ALTERNATIVE FOR A NEW TRIAL UNDER FED. R. CIV. P. 59, ON GILEAD'S DERIVATION AND PRIOR INVENTION DEFENSES** <br><br> **Date: TBD** <br> **Time: TBD** <br> **Place: Courtroom 3 - 5th Floor** <br> **Judge: Honorable Beth Labason Freeman** |

## NOTICE OF MOTION AND MOTION

### TO THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on the date subsequently set by the Court for hearing on the parties' post-trial motions, Plaintiff Gilead Sciences, Inc. ("Gilead"), will, and hereby does, renew its motion, pursuant to Federal Rule of Civil Procedure 50(b), for judgment as a matter of law on its defenses of derivation and prior invention.  In the alternative, Gilead moves for a new trial on these defenses under Rule 59.

### STATEMENT OF RELIEF REQUESTED

Gilead requests judgment that U.S. Patents Nos. 7,105,499 and 8,481,712 are invalid due to derivation under 35 U.S.C. § 102(f).  Gilead further requests judgment that U.S. Patents Nos. 7,105,499 and 8,481,712 are invalid due to prior invention under 35 U.S.C. § 102(g).  In the alternative, Gilead seeks a new trial on whether U.S. Patents Nos. 7,105,499 and 8,481,712 are invalid due to derivation and prior invention.

As stipulated by the parties and ordered by the Court, (ECF No. 404), Gilead will file supporting briefing with its points and authorities on this motion in conjunction with and on the same schedule as the parties' other post-trial motions, after the entry of judgment.

Dated:  April 21, 2016

FISH & RICHARDSON P.C.

By: */s/ Joseph B. Warden*
     Joseph B. Warden

Attorneys for Plaintiff
GILEAD SCIENCES, INC.

1

*Additional counsel:*

Douglas E. McCann (*Pro Hac Vice*)
dmccann@fr.com
Gregory R. Booker (*Pro Hac Vice*)
booker@fr.com
Robert M. Oakes (*Pro Hac Vice*)
oakes@fr.com
Elizabeth Flanagan (*Pro Hac Vice*)
eflanagan@fr.com
Joseph B. Warden  (*Pro Hac Vice*)
warden@fr.com
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE  19801
Telephone:  (302) 652-5070
Facsimile:  (302) 652-0607

2

GILEAD'S MOTION FOR JUDGMENT AS A MATTER OF LAW
RE DERIVATION AND PRIOR INVENTION DEFENSES        Case No. 5:13-cv-04057-BLF/PSG