# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

GILEAD SCIENCES, INC.,

    Plaintiff,

v.

MERCK & CO, INC., et al.,

    Defendants.

Case No. 13-cv-04057-BLF

**JUDGMENT**

In accordance with the jury's verdicts entered on March 22, 2016, and March 24, 2016, and the Court's Order on Non-Jury Legal Issues entered on June 6, 2016, Plaintiff Gilead Sciences, Inc. shall take nothing by its Complaint for Declaratory Relief and Defendants Merck & Co., Merck Sharp and Dohme Corp., and Isis Pharmaceuticals, Inc. are barred from maintaining their counterclaims against Plaintiff.

**IT IS SO ORDERED.**

Dated: June 6, 2016

_____
BETH LABSON FREEMAN
United States District Judge