UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GILEAD SCIENCES, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>MERCK & CO, INC., et al.,<br><br>    Defendants. | Case No. 13-cv-04057-BLF<br><br>**ORDER REGARDING PAGE LIMITS FOR POST-JUDGMENT MOTIONS UNDER FRCP 50(B), 52(B) AND 59** |

    The Court SETS the total page limit on any potential post-judgment motions to 25 pages for the opening brief, 25 pages for the opposition brief, and 15 pages for the reply brief. These page limits are not per motion but the total number of pages allowed for all three motions.

**IT IS SO ORDERED.**

Dated: June 7, 2016

_____
BETH LABSON FREEMAN
United States District Judge