1

2

3 **UNITED STATES DISTRICT COURT**

4 **NORTHERN DISTRICT OF CALIFORNIA**

5 **SAN JOSE DIVISION**

6

7 GILEAD SCIENCES, INC.,

Plaintiff,

8

v.

9

MERCK & CO, INC., et al.,

10

Defendants.

11

Case No.  13-cv-04057-BLF

**ORDER ADVANCING HEARING ON POST-JUDGMENT MOTIONS TO AUGUST 4, 2016 AT 1:30 P.M.**

12

13      The Court ADVANCES the hearing on the parties' post-judgment motions, filed at ECF

14 432 and ECF 434, to August 4, 2016 at 1:30 p.m.

15      **IT IS SO ORDERED.**

16 Dated: July 15, 2016

17

BETH LABSON FREEMAN
United States District Judge

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California