# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| GILEAD SCIENCES, INC., <br><br> Plaintiff, <br><br> v. <br><br> MERCK & CO, INC., et al., <br><br> Defendants. | Case No.  13-cv-04057-BLF <br><br> **ORDER DENYING GILEAD'S MOTION FOR JUDGMENT AS A MATTER OF LAW AND ENTERING FINAL JUDGMENT** |

On consideration of Gilead's Motion for Judgment as a Matter of Law (ECF No. 432), it is hereby ORDERED that Gilead's Motion is DENIED as moot, because the Court has previously held that unclean hands "renders Merck's '499 and '712 Patents unenforceable against Gilead." ECF No. 422; *cf.* Wright & Miller, 13 B Fed. Prac. & Proc. Juris. § 3533 (3d ed.) ("When a court grants full relief on one ground, it may refer to an alternative ground that might support the same relief as moot."). This resolves all pending issues except for a collateral matter—the amount of attorney's fees that should be awarded to Gilead. Final judgment is hereby entered.

**IT IS SO ORDERED.**

Dated: August 16, 2016

BETH LABSON FREEMAN
United States District Judge