# EXHIBIT B

| | |
|---|---|
| **From:** | Elizabeth M. Flanagan <eflanagan@fr.com> |
| **Sent:** | Tuesday, September 06, 2016 3:14 PM |
| **To:** | Rydstrom, Jessica; Fisher, Stanley; Laud, Sanjiv |
| **Cc:** | Joseph Warden; Robert Oakes; Gregory R. Booker |
| **Subject:** | Gilead/Merck: Fees Disclosure (CONFIDENTIAL) |

--- Gilead Confidential Information ---

Dear Jess,

Below is the fees information Gilead agreed to disclose to Merck:

The total amount of fees Gilead paid to Fish for work done from 11/13/13-6/30/16 is $12,463,422.35.

The total amount of fees Gilead paid to Fish in that time period attributable to the fixed fee agreement is $11,350,000.00.

In addition, Gilead hereby discloses, in accordance with Merck's agreement not to argue waiver of privilege, that the fixed fee agreement was limited to the Gilead v. Merck ND Cal. matter.

Best regards,
Betsy

**Elizabeth M. Flanagan ::** Principal **::** Fish & Richardson P.C.
302 778 8472 direct **::** eflanagan@fr.com

```
******************************************************************************************
************************
This email message is for the sole use of the intended recipient(s) and may contain confidential
and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the
intended recipient, please contact the sender by reply email and destroy all copies of the original
message.
******************************************************************************************
************************
```