| | |
|---|---|
| JUANITA R. BROOKS (CA Bar No. #75934)<br>brooks@fr.com<br>JONATHAN SINGER (CA Bar No. #187908)<br>singer@fr.com<br>FISH & RICHARDSON P.C.<br>12390 El Camino Real<br>San Diego, CA 92130<br>Telephone: (858) 678-5070<br>Facsimile: (858) 678-5099 | STEPHEN S. RABINOWITZ<br>stephen.rabinowitz@dechert.com<br>MITCHELL EPNER (Pro Hac Vice)<br>mitchell.epner@dechert.com<br>DECHERT LLP<br>Three Bryant Park<br>1095 Avenue of the Americas<br>New York, NY 10036<br>Telephone:   (212) 698-3892<br>Facsimile:    (212) 698-3599 |
| JOHN M. FARRELL (CA Bar No. #99649)<br>farrell@fr.com<br>FISH & RICHARDSON P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063<br>Telephone:  (650) 839-5070<br>Facsimile:  (650) 839-5071 | PATRICE P. JEAN (Pro Hac Vice)<br>patrice.jean@hugheshubbard.com<br>HUGHES HUBBARD & REED LLP<br>One Battery Park Plaza<br>New York, NY 10004<br>Telephone:   (202) 837-6000<br>Facsimile:    (202) 299-6807 |
| DOUGLAS MCCANN (Pro Hac Vice)<br>dmccann@fr.com<br>FISH & RICHARDSON P.C.<br>222 Delaware Avenue, 17th Floor<br>Wilmington, DE  19801<br>Telephone:  (302) 652-5070<br>Facsimile:  (302) 652-0607 | BRUCE GENDERSON (Pro Hac Vice)<br>bgenderson@wc.com<br>JESSAMYN S. BERNIKER (Pro Hac Vice)<br>jberniker@wc.com<br>STANLEY FISHER (Pro Hac Vice)<br>sfisher@wc.com<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street, N.W.<br>Washington, D.C. 20005<br>Telephone:  (202) 434-5000<br>Facsimile:  (202) 434-5029 |
| ELIZABETH M. FLANAGAN (Pro Hac Vice)<br>FISH & RICHARDSON P.C.<br>3200 RBC Plaza<br>60 South Sixth Street<br>Minneapolis, MN 55402<br>Telephone:  (612) 335-5070<br>Facsimile:  (612) 288-9696 | Attorneys for Defendants MERCK & CO., INC., MERCK SHARP & DOHME CORP. and ISIS PHARMACEUTICALS, INC |

Attorneys for Plaintiff
GILEAD SCIENCES, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| GILEAD SCIENCES, INC.,<br><br>Plaintiff and Counterdefendant,<br><br>v.<br><br>MERCK & CO., INC. (Defendant only), MERCK SHARP & DOHME CORP., and ISIS PHARMACEUTICALS, INC.<br><br>Defendants and Counterclaimants. | Case No. 5:13-cv-04057-BLF<br><br>**JOINT STATUS REPORT AND STIPULATION TO STAY DEADLINE FOR GILEAD TO MOVE FOR A SUPPLEMENTAL AWARD OF ATTORNEYS' FEES PURSUANT TO 35 U.S.C. 285 AND FED. R. CIV. P. 54** |

The parties submit this joint status report to Pursuant to the Court's Order dated October 18, 2018 (ECF No. 512).

**Status of This Case on Appeal**

On January 7, 2019, the Supreme Court denied Merck's Petition for a Writ of Certiorari. (*See* Exhibit A.)

**Status of Parties' Dispute Concerning Supplemental Attorneys' Fees and Interest**

The parties are currently engaged in negotiations concerning the total amount that Merck will reimburse Gilead for the Court's award of attorneys' fees (ECF No. 489), Gilead's appellate attorneys' fees, and pre- and post-judgment interest. The parties expect to reach agreement on these issues without further assistance from the Court.

Accordingly, the parties hereby stipulate and agree, subject to the Court's approval, that the deadline by which Gilead should move for a supplemental of award of attorneys' fees and/or pre- and post-judgment interest remains stayed, without prejudice, during the pendency of the parties' continued negotiations. (*See* ECF No. 512, ¶¶ 10 & 12.)

The parties shall file a joint status report no later than March 8, 2019 advising the Court on the status of negotiations, including, if necessary, what issues remain that cannot be resolved by stipulation, and/or proposing a new deadline by which Gilead should move for a supplemental award of attorneys' fees and/or pre- and post-judgment interest.

The proposed continued stay will not impact the schedule for this case since there is no schedule in place.

| | |
|---|---|
| Dated:  February 21, 2019 | FISH & RICHARDSON P.C. |
| | By: _____/s/ Elizabeth M. Flanagan_____ |
| | Elizabeth M. Flanagan |
| | Attorney for Plaintiff and Counterclaim Defendant GILEAD SCIENCES, INC. |
| Dated:  February 21, 2019 | WILLIAMS & CONNOLLY LLP |
| | By: _____/s/ Stanley E. Fisher_____ |
| | Stanley E. Fisher |

Attorney for Defendant MERCK & CO., INC.
and Defendants and Counterclaimants
MERCK SHARP & DOHME CORP. and ISIS
PHARMACEUTICALS, INC.

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5.1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from its signatory.

*/s/ Elizabeth M. Flanagan*
Elizabeth M. Flanagan

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

HONORABLE BETH LABSON FREEMAN