JUANITA R. BROOKS (CA Bar No. #75934)
brooks@fr.com
JONATHAN SINGER (CA Bar No. #187908)
singer@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

JOHN M. FARRELL (CA Bar No. #99649)
farrell@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone:  (650) 839-5070
Facsimile:  (650) 839-5071

DOUGLAS MCCANN (Pro Hac Vice)
dmccann@fr.com
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE  19801
Telephone:  (302) 652-5070
Facsimile:  (302) 652-0607

ELIZABETH M. FLANAGAN (Pro Hac Vice)
FISH & RICHARDSON P.C.
3200 RBC Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone:  (612) 335-5070
Facsimile:  (612) 288-9696

Attorneys for Plaintiff
GILEAD SCIENCES, INC.

STEPHEN S. RABINOWITZ
stephen.rabinowitz@dechert.com
MITCHELL EPNER (Pro Hac Vice)
**mitchell.epner@dechert.com**
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Telephone:     (212) 698-3892
Facsimile:     (212) 698-3599

PATRICE P. JEAN (Pro Hac Vice)
**patrice.jean@hugheshubbard.com**
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004
Telephone:     (202) 837-6000
Facimile:      (202) 299-6807

BRUCE GENDERSON (Pro Hac Vice)
bgenderson@wc.com
JESSAMYN S. BERNIKER (Pro Hac Vice)
jberniker@wc.com
STANLEY FISHER (Pro Hac Vice)
sfisher@wc.com
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone:  (202) 434-5000
Facsimile:  (202) 434-5029

Attorneys for Defendants MERCK & CO., INC.,
MERCK SHARP & DOHME CORP. and ISIS
PHARMACEUTICALS, INC

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| GILEAD SCIENCES, INC.,<br><br>    Plaintiff and Counterdefendant,<br><br>    v.<br><br>MERCK & CO., INC. (Defendant only), MERCK SHARP & DOHME CORP., and ISIS PHARMACEUTICALS, INC.<br><br>    Defendants and Counterclaimants. | Case No. 5:13-cv-04057-BLF<br><br>**JOINT STATUS REPORT** |

The parties submit this joint status report to Pursuant to the Court's Order dated February 22, 2019 (ECF No. 514).

**<u>Status of Parties' Dispute Concerning Supplemental Attorneys' Fees and Interest</u>**

The parties have reached an agreement in principal concerning the total amount that Merck will reimburse Gilead for the Court's award of attorneys' fees (ECF No. 489), Gilead's appellate attorneys' fees, and pre- and post-judgment interest, and are diligently working to obtain the necessary signatures to execute that agreement. Gilead has signed the agreement and Merck is in the process of obtaining the authorized signatures needed for execution. The parties expect that the agreement will be executed in the near term, and payment remitted to Gilead within 10 calendar days of the last Merck signature needed for execution. The parties will further update the Court on this matter by April 1, 2019, or by another date requested by the Court.

Dated: March 8, 2019                     FISH & RICHARDSON P.C.

                                          By: */s/ Elizabeth M. Flanagan*
                                               Elizabeth M. Flanagan

                                          Attorney for Plaintiff and Counterclaim Defendant
                                          GILEAD SCIENCES, INC.

Dated: March 8, 2019                     WILLIAMS & CONNOLLY LLP

                                          By: */s/ Stanley E. Fisher*
                                               Stanley E. Fisher

                                          Attorney for Defendant MERCK & CO., INC.
                                          and Defendants and Counterclaimants
                                          MERCK SHARP & DOHME CORP. and ISIS
                                          PHARMACEUTICALS, INC.

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5.1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from its signatory.

                       */s/ Elizabeth M. Flanagan*
                        Elizabeth M. Flanagan